## SCHEDULE A

1. Roxane Adams
2. Hubert Adkins
3. Sadiqua Allen
4. Tarnicia Allen
5. Shannon Ambrutia
6. Samara Archer
7. Kayla Baker
8. Latishia Bolden
9. Leslie Boone
10. Tanyard Bray
11. Shawvone Brockman
12. Ashley Brooks
13. Richard Bryant
14. Judith Buchannan
15. Aubrey Carson
16. Erica Carter
17. Gladys Charles
18. Donita Church
19. Tomeka Clark
20. Stephanie Collier
21. Lori Cox
22. Elois Cruger
23. David Douglas
24. Renae Dumpson
25. Niara Early
26. Claudine Edmond
27. Anne Eng
28. Jennifer Fraser
29. Shoneterria Fulton
30. Andre Gardiner
31. Ann Glass
32. Renorda Griffin
33. Daseline Hall
34. Karen Harris
35. Tiffany Hicks
36. Emma Hill
37. Aisha Hodge
38. Shannon Howell
39. Whitney Jefferson
40. Elizabeth Jenkins
41. Tanglae Keys
42. Jonathan Kidder
43. Cynthia Malaki
44. Jonathan Marshall
45. Janelle McAllister
46. Ebony McEntyre
47. Shakeia McLeod
48. Rebecca McManis
49. Valerie McQueen
50. Piers Miltier
51. Monica Mitchell
52. Victor Mokoena
53. Teresa Morey
54. Allison Mullinix
55. Margie Neville
56. Melisa Ozirus
57. Lynell Pace
58. Tanya Pettigrew
59. Brandy Plummer
60. Ray Reddings
61. Stephanie Rizer
62. Nakeesha Rollins
63. Karentina Scott
64. Linda Scruggs
65. Sheila Silver
66. Juan Simmons
67. Chantella Smith
68. Illisha Smith
69. Ashley Straton
70. Alexis Sutphin
71. Tasha Tate
72. Ryan Thompson
73. Andrea Tirado
74. Katia Tyler
75. Ashley Vaughn
76. Cherish Vickers
77. Alvina Ward
78. Tameka Watford
79. Genera Watson
80. Belinda Westbrook
81. Nicole Williams
82. Koneika Willis
83. Dawn Wooten
84. Mercy Zinzou