# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL STAFFING OF AMERICA, LLC, et al. <br><br> Defendants. | Case No. 2:18cv226 |

## PROPOSED ORDER

Upon consideration of Defendants' Motion for Entry of Protective Order, it is hereby **ORDERED** that Defendants' motion is **DENIED**.

Dated: _____

_____
Magistrate Judge Robert J. Krask

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing **PROPOSED ORDER** was sent by electronic mail this 1st day of February, 2019 to the following:

John M. Bredehoft
Sharon Kerk Reyes
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
jmbredehoft@kaufcan.com
skreyes@kaufcan.com

Joshua J. Jewett
Pierce/McCoy PPLC
101 W. Main St., Suite 101
Norfolk, VA 23510
jjewett@peircemccoy.com

/s/ Karen Barefield
Karen Barefield