**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| R. ALEXANDER ACOSTA,           ) <br> SECRETARY OF LABOR,           ) <br> UNITED STATES DEPARTMENT OF LABOR,   ) <br>                                ) <br> Plaintiff,                    ) <br>                                ) <br> V.                             ) <br>                                ) <br> MEDICAL STAFFING OF AMERICA, LLC,   ) <br> D/B/A STEADFAST MEDICAL STAFFING,   ) <br> AND LISA ANN PITTS,            ) <br>                                ) <br> Defendants.                    ) <br>                                ) | CASE NO. 2:18-CV-226 (RBS-RJK) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Medical Staffing of America, LLC, d/b/a Steadfast Medical Staffing, and Lisa Pitts, by counsel, move this Court for summary judgment on the Complaint files by the Plaintiff, R. Alexander Acosta, Secretary of Labor, United States Department of Labor, for the reasons stated in the accompanying Memorandum in Support of Defendants' Motion for Summary Judgment.

WHEREFORE, Defendants respectfully request this Court enter summary judgment in their favor and dismiss the Plaintiff's claims with prejudice.

Dated April 29, 2019

Respectfully Submitted,

By: /s/ Joshua L. Jewett
Joshua L. Jewett (VSB No. 76884)
Christopher Davis (VSB No. 74809)
Julia A. Rust (VSB No. 87270)
Pierce / McCoy, PLLC
101 West Main Street, Suite 101
Norfolk, VA  23510
Phone: (757) 216-0226
Fax: (757) 257-0387
jjewett@piercemccoy.com
chris@piercemccoy.com

        julia@piercemccoy.com
        Counsel for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2019, I electronically filed this document with the Clerk of the United States District Court for the Eastern District of Virginia using the CM/ECF system which will copy of the following users:

    Karen Barefield (VSB 42572)
    LaShanta R. Harris (*pro hac vice*)
    Avni J. Amin (pro hac vice)
    Office of the Regional Solicitor
    U.S. Department of Labor
    201 12th Street South
    Arlington, VA 22202
    Telephone: (202) 693-9370
    Facsimile: (202) 693-9392
    Barefield.karen@dol.gov
    Harris.LaShanta@dol.gov
    Amin.avni.j@dol.gov
    *Counsel for Plaintiff*

    By: */s/ Joshua L. Jewett*
    Joshua L. Jewett (VSB No. 76884)
    Christopher D. Davis (VSB No. 74809)
    Julia A. Rust (VSB No. 87270)
    Pierce / McCoy, PLLC
    101 West Main Street, Suite 101
    Norfolk, VA  23510
    Phone: (757) 216-0226
    Fax: (757) 257-0387
    jjewett@piercemccoy.com
    chris@piercemccoy.com
    julia@piercemccoy.com
    *Counsel for Defendants*