## RN's LPN's and CNA's NEEDED FOR STAFFING AGENCY

Steadfast Medical Staffing - Norfolk, VA 23513

Contract

RN's, LPN's, and CNA's NEEDED FOR STAFFING AGENCY. CALL 757-321-0777

Job Type: Contract

Experience:

- NURSING: 2 years (Required)

Education:

- High school or equivalent (Required)

License:

- RN, LPN or CNA license (Required)
- State Nursing LIC (Required)

Work authorization:

- United States (Required)

17 days ago - report job

**Apply Now**

STEADFAST 001086