# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Friday, September 3, 2021

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Carol Naughton, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 3:00 p.m. |
|---|---|---|

Case No.   2:18cv226 / 2:19cv475 (consolidated)

Martin J. Walsh, Secretary of Labor,
United States Department of Labor,
Plaintiff

v.

Medical Staffing of America, LLC,
*a limited liability company doing business as Steadfast Medical Staffing*
And
Lisa Ann Pitts,
*individually and as owner and officer of the aforementioned company*
Defendants

Attorney's Ryma Lewis, Mohamed Seifeldein, and Chervonti Jones appeared on behalf of plaintiff.

Attorney's Julia Rust and Joshua Jewett appeared on behalf of the defendants. Defendant Lisa Pitts present.

Matter came on for trial by Court (Day #4).

Plaintiff continued presentation of evidence – witnesses sworn and testified.

Exhibits admitted.

Objections heard and rulings made on the record.

Plaintiff rests.

Court adjourned until Tuesday, September 7, 2021 at 10:00 a.m.

(Lunch Recess: 12:50pm – 2:30pm)