# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**MARTIN J. WALSH,**
Secretary of Labor, United States Department of Labor,

    Plaintiff,

                                Case No. 2:18cv226

  v.

**MEDICAL STAFFING OF AMERICA, LLC, et al.,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for trial before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that JUDGMENT IS ENTERED FOR PLAINTIFF, and Defendants are ENJOINED from committing further violations of the FLSA.**

January 13, 2022                                            FERNANDO GALINDO, Clerk

                                                                     By     /s/
                                                                      T. Armstrong, Deputy Clerk