**McGuireWoods LLP**
888 16th Street NW
Suite 500
Black Lives Matter Plaza
Washington, DC  20006
Tel: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

**Abram J. Pafford**
Direct: 202.857.1725

**McGUIREWOODS**

apafford@mcguirewoods.com
Direct Fax: 202.828.3350

July 28, 2022

**VIA ELECTRONIC MAIL**
Ryma Lewis
Office of the Regional Solicitor
U.S. Department of Labor
201 12th Street South
Arlington, Virginia 22202
lewis.ryma@dol.gov

Re:   <u>Walsh v. Medical Staffing of America, LLC</u>, Nos. 18-cv-226 & 19-cv-475

Dear Ms. Lewis:

I am writing on behalf of my clients, defendants in the above-referenced action, to acknowledge receipt of your letter dated July 14, 2022.  We have been occupied responding to your motion that was also filed on July 14, as well as devoting effort to appellate briefing in light of the August 17 filing deadline negotiated with your appellate counterpart at the Department of Labor, and adopted by the Fourth Circuit in its July 7 briefing order. Nonetheless, I felt it important to respond separately to your letter, for the reasons explained below.

To begin, your letter states that on February 9, 2022, Steadfast produced payroll records from January 31 through February 25, 2022.  I can only assume that you are referring to documents produced on March 3, 2022, not February 9, 2022, because documents produced on February 9, 2022 could not include data through February 25, 2022.

Next, it is important to state at the outset that Steadfast is complying with the FLSA's overtime provisions, and paying its workers overtime at the rate of 1.5x their regular rate for any hours over 40 hours worked in a workweek. **Steadfast through counsel informed you by email on February 8 that it would be paying proper statutory overtime beginning with the Steadfast workweek that started on February 8, and it has been paying all eligible team members on that basis since that time.** Your July 14 calculations of what is supposedly owed for the period between January 31 and February 21 appear incorrect for a number of reasons (as discussed more fully below). But we want to emphasize that to the extent additional overtime is owed since January 31, Steadfast firmly believes a proper calculation will show that it is only owed for the period through February 7. **From February 8 on, the amount of overtime backpay Steadfast owes should be $0, and an accurate computation based on a proper review of the records Steadfast has produced for that period should reflect that fact.**

Your letter offers one example of Steadfast purportedly failing to pay overtime wages to Brandy Hicks from January 31, 2022 through February 21, 2022.  The Department's calculations

with respect to Ms. Hicks are not accurate. As we explained to you by email dated February 8, 2022, Steadfast changed its pay practices, effective February 8, 2022, to ensure each of its team members were paid overtime at 1.5x their regular rate (while reserving all Steadfast's arguments regarding liability that remain at issue).

Before turning to Ms. Hicks's compensation, we want to note a problem in the Department's methodology that seems to be causing confusion. Your letter claims you are calculating damages from January 31, 2022 through February 21, 2022, but the documents you use to support these figures appear to be pay periods ending on those dates. In other words, you are not calculating overtime beginning on January 31, 2022, you are trying to calculate overtime for the pay period ending on January 31, 2022. The internal inconsistency between your letter and its supporting documentation makes it difficult to try to recreate the Department's incorrect calculations. The following calculations are based on the pay period ending January 31, 2022, not a partial workweek solely consisting of January 31, 2022. However, I note that damages through January 31, 2022 are affected in part by the exhibit the Department filed on March 11, 2022, which was supposedly current through January 28, 2022. *See* ECF 329 at 1 (filing the Department of Labor's computation of backpay through "January 28, 2022"). I mention this only to ensure that the Department is not attempting to recoup backpay twice for the same work.

With respect to Ms. Hicks, attached is a chart showing precisely how Ms. Hicks was compensated for the time period you selected (the workweeks ending January 31, 2022 through February 21, 2022). In narrative form, and bearing in mind that the Steadfast workweek runs from Tuesday through Monday, the record reflects the following:

- For the workweek of Tuesday, January 25, 2022 through Monday, January 31, 2022, Ms. Hicks worked 65 hours. She was paid at a rate of $55.00 for each hour worked in that workweek. Given that this was before the change in pay practice effective February 8, 2022, and assuming liability, at most Steadfast owes Ms. Hicks additional half-time of $27.50 per hour for 25 hours, for a total payment of **$687.50**.

- For the workweek of Tuesday, February 1, 2022 through Monday, February 7, 2022, Ms. Hicks worked 103.75 hours. She was paid at a rate of $55.00 for each hour worked in that workweek. Given that this was before the change in pay practice effective February 8, 2022, and assuming liability, at most Steadfast owes Ms. Hicks additional half-time of $27.50 per hour for 63.75 hours, for a total payment of **$1,753.13**.

- For the workweek of Tuesday, February 8, 2022 through Monday, February 14, 2022, Ms. Hicks did not perform any services under her contract. She is not owed anything from this workweek.

- For the workweek of Tuesday, February 15, 2022 through Monday, February 21, 2022, Ms. Hicks worked 73.42 hours. She was paid at a rate of $55.00 for each hour worked, and she was paid an additional half-time amount of $27.50 per hour for each hour over 40 in that workweek (i.e., a total of $82.50 for 33.42 hours). This resulted in a total

payment for this workweek of $4,957.15. Accordingly, Steadfast does not owe anything for this workweek. *See* **Bates No. Steadfast 101626**.

In sum, at most, Steadfast owes Ms. Hicks $2,440.63 for the pay periods ending January 31, 2022 through February 21, 2022. The Department's letter, however, claims Steadfast owes Ms. Hicks $4,558.59, i.e., more than double the statutory overtime Ms. Hicks actually earned. This is problematic enough, but it is even more troubling that we cannot recreate how the Department arrived at a figure that is more than double the proper backpay amount for Ms. Hicks during the period consisting of workweeks ending January 31 through February 21, 2022.

Recognizing that perhaps the errors in the Department's calculations with respect to Ms. Hicks were an anomaly, we performed a random sample of six additional workers for these same workweeks. We have attached additional spreadsheets reflecting the work performed by Cierra Jones, Megan Younger, Denise Flowers, Lakenya Williams, Denise Arbuckle, and Mary Day. Every sample we performed showed the Department of Labor's incorrect calculations and overstatement of the backpay amounts actually owed. For those six workers, over those four workweeks, the Department claims Steadfast owes $5,645.62 in alleged backpay. The correct cumulative computation for these six workers, as reflected in the sample spreadsheets we have attached, reveals backpay owed in the amount of $1,137. **In other words, the Department's computation overstates the amount of backpay owed by $4,508 – an amount nearly 400% higher than the correct figure.**

For some of these inaccuracies, it is easy to spot the Department's mistakes. One of the easier errors to spot was the method by which the Department attempted to calculate the regular rate for periods after February 8, 2022. Take Denise Arbuckle, for example. Ms. Arbuckle was paid at a regular rate of $30.00 per hour, and an overtime rate of $45.00 per hour. *See* **Bates No. Steadfast 101613**. The Department of Labor, however, tried to reverse-engineer a regular rate by dividing her total pay by the total hours worked, resulting in a rate of $30.90. However, the Department failed to account for the fact that Steadfast had already paid overtime to Ms. Arbuckle, and is now trying to claim overtime on the inflated, improperly calculated "regular rate" that simply does not reflect how Ms. Arbuckle was actually paid.

For others, we cannot recreate how the Department arrived at its numbers. The Department's July 14 computation appears to have other problems as well. For example, the Department appears to be seeking backpay for Richard Salter. Mr. Salter was a W2 employee and has never been classified as an independent contractor and who always received overtime when owed. It is difficult to understand why the Department of Labor continues to insist on seeking overtime for W2 employees who have already received overtime payments.

Moving beyond the issues noted above, there are additional concerns we feel it is incumbent on the Department to address. **First**, in the absence of any substantive response from the Department to the significant data entry errors found in the Department's PX-21 backpay computation table back in March, Steadfast has been forced (at considerable expense) to press on and perform a comprehensive review of nearly all PX-21 entries. Focusing only on errors in which the Department either doubled or otherwise arbitrarily increased the hours shown in Steadfast's

payroll records when entering data in the corresponding "Total Hours" column on PX-21, we have found *thousands* of such errors, amounting to more than $1 million in alleged "backpay" for hours that *were never worked at all*. When possible liquidated damages are taken into account, the effect is to increase Steadfast's potential exposure by millions of dollars, based on a troubling pattern of data entry errors the Department has still refused to acknowledge or explain. We all know these numbers are wrong – you know it, I know it, and anyone who puts the payroll records side-by-side with PX-21 can see it. We do not understand the Department's refusal to engage in constructive discussions on this issue, in order to arrive at an accurate computation for each Steadfast worker of the backpay allegedly owed.

**Second**, we have conducted a 10% sampling review of the thousands of entries in the 247-page Exhibit A computation table filed by the Department in the District Court on March 11. This review reveals the same pattern of unexplained data entry errors, again resulting in a material overstatement of the backpay Steadfast allegedly owes. By separate email, I will be sending you a one-page summary table that outlines the results of the review process undertaken to date in relation to the vast majority of the entries in PX-21, and a 10% sampling of the entries in the Department's March 11 "Exhibit A."

**Third**, while we acknowledge your request for additional Steadfast payroll records, we ask that you clarify the basis for and authority supporting this request. Thus far, a distressing pattern has emerged – (a) Steadfast produces voluminous payroll records; (b) the Department uses these records to create backpay computation exhibits with thousands of entries, and based on these exhibits seeks to have Steadfast pay millions of dollars in alleged backpay and liquidated damages; (c) Steadfast through counsel discovers and documents significant data entry and computation errors in the Department's backpay computation exhibits, and brings these matters to the Department's attention; and (d) the Department doubles down, refuses to engage, and moves forward in trying to collect the overstated amounts shown in its error-filled exhibits. Steadfast has no desire to continue repeating this troubling and unproductive sequence.

The bottom line is that while Steadfast is not waiving any of its arguments or legal rights, Steadfast is also committed to continuing its practice, adopted February 8, of making proper statutory overtime payments to all Steadfast team members, as contemplated by the District Court's January 14 memorandum opinion and order. To the extent you believe Steadfast's points in its backpay correspondence (including this letter and its March 6 letter) are incorrect, or if you have other information you believe would shed light on the Department's backpay computation tables and the calculations reflected therein, we remain open to dialogue, and we are willing to revisit our views if we have made mistakes. We would hope that the Department would approach these matters in a similar spirit.

Sincerely,

Abram J. Pafford
**McGuireWoods LLP**

Cc: Chervonti Jones, Esq.  John E. Thomas, Jr., Esq.  Joshua Jewett, Esq.
Mohamed Seifeldein, Esq.  Matthew A. Fitzgerald, Esq.  Julia Rust, Esq.
(*U.S. Department of Labor*)  Evan X. Tucker, Esq.  (*Pierce McCoy, LLC*)
(*McGuireWoods LLP*)

| | Pay Date | Date of Work Performed | Number of Hours Worked | Workweek Total Hours | Regular Rate | Overtime Rate (Regular Rate x 0.5) | Overtime Hours (Workweek Total Hours -40) | Total Amount Earned | | Total Amount Paid | | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Straight Time | Overtime | Straight Time | Overtime | |
| Workweek 4 | 2/4/2022 | 1/25/2022 | 0.00 | 65.00 | $ 55.00 | $ 27.50 | 25.00 | $ 3,575.00 | $ 687.50 | $3,575.00 | $0.00 | $687.50 |
| | | 1/26/2022 | 0.00 | | | | | | | | | |
| | | 1/27/2022 | 0.00 | | | | | | | | | |
| | | 1/28/2022 | 16.25 | | | | | | | | | |
| | | 1/29/2022 | 16.25 | | | | | | | | | |
| | | 1/30/2022 | 16.25 | | | | | | | | | |
| | | 1/31/2022 | 16.25 | | | | | | | | | |
| Workweek 5 | 2/11/2022 | 2/1/2022 | 12.50 | 103.75 | $ 55.00 | $ 27.50 | 63.75 | $ 5,706.25 | $ 1,753.13 | $5,706.25 | $0.00 | $1,753.13 |
| | | 2/2/2022 | 12.50 | | | | | | | | | |
| | | 2/3/2022 | 12.50 | | | | | | | | | |
| | | 2/4/2022 | 16.50 | | | | | | | | | |
| | | 2/5/2022 | 16.50 | | | | | | | | | |
| | | 2/6/2022 | 16.75 | | | | | | | | | |
| | | 2/7/2022 | 16.50 | | | | | | | | | |
| Workweek 6 | 2/18/2022 | 2/8/2022 | 0.00 | 0.00 | $ 55.00 | $ 27.50 | 0.00 | $ - | $ - | $0.00 | $0.00 | $0.00 |
| | | 2/9/2022 | 0.00 | | | | | | | | | |
| | | 2/10/2022 | 0.00 | | | | | | | | | |
| | | 2/11/2022 | 0.00 | | | | | | | | | |
| | | 2/12/2022 | 0.00 | | | | | | | | | |
| | | 2/13/2022 | 0.00 | | | | | | | | | |
| | | 2/14/2022 | 0.00 | | | | | | | | | |
| Workweek 7 | 2/25/2022 | 2/15/2022 | 12.42 | 73.42 | $ 55.00 | $ 27.50 | 33.42 | $ 4,038.10 | $ 919.05 | $4,038.10 | $919.05 | $0.00 |
| | | 2/16/2022 | 12.25 | | | | | | | | | |
| | | 2/17/2022 | 0.00 | | | | | | | | | |
| | | 2/18/2022 | 8.75 | | | | | | | | | |
| | | 2/19/2022 | 12.25 | | | | | | | | | |
| | | 2/20/2022 | 15.25 | | | | | | | | | |
| | | 2/21/2022 | 12.50 | | | | | | | | | |

**Total Amount Due**
**$2,440.63**

<span style="color:red">**DOL's July 14, 2022 Claim Owed**
**$4,558.59**</span>

7/28/2022 Brandy Hicks

| | Pay Date | Date of Work Performed | Number of Hours Worked | Workweek Total Hours | Regular Rate | Overtime Rate (Regular Rate x 0.5) | Overtime Hours (Workweek Total Hours -40) | Total Amount Earned | | Total Amount Paid | | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Straight Time | Overtime | Straight Time | Overtime | |
| Workweek 4 | 2/4/2022 | 1/25/2022 | 0.00 | 0.00 | $ 50.00 | $ 25.00 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 |
| | | 1/26/2022 | 0.00 | | | | | | | | | |
| | | 1/27/2022 | 0.00 | | | | | | | | | |
| | | 1/28/2022 | 0.00 | | | | | | | | | |
| | | 1/29/2022 | 0.00 | | | | | | | | | |
| | | 1/30/2022 | 0.00 | | | | | | | | | |
| | | 1/31/2022 | 0.00 | | | | | | | | | |
| Workweek 5 | 2/11/2022 | 2/1/2022 | 0.00 | 0.00 | $ 50.00 | $ 25.00 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 |
| | | 2/2/2022 | 0.00 | | | | | | | | | |
| | | 2/3/2022 | 0.00 | | | | | | | | | |
| | | 2/4/2022 | 0.00 | | | | | | | | | |
| | | 2/5/2022 | 0.00 | | | | | | | | | |
| | | 2/6/2022 | 0.00 | | | | | | | | | |
| | | 2/7/2022 | 0.00 | | | | | | | | | |
| Workweek 6 | 2/18/2022 | 2/8/2022 | 0.00 | 54.42 | $ 50.00 | $ 25.00 | 14.42 | $ 2,721.00 | $ 360.50 | $2,721.00 | $360.50 | $0.00 |
| | | 2/9/2022 | 0.00 | | | | | | | | | |
| | | 2/10/2022 | 14.17 | | | | | | | | | |
| | | 2/11/2022 | 16.00 | | | | | | | | | |
| | | 2/12/2022 | 5.75 | | | | | | | | | |
| | | 2/13/2022 | 5.00 | | | | | | | | | |
| | | 2/14/2022 | 13.50 | | | | | | | | | |
| Workweek 7 | 2/25/2022 | 2/15/2022 | 9.75 | 60.41 | $ 50.00 | $ 25.00 | 20.41 | $ 3,020.50 | $ 510.25 | $3,020.50 | $510.25 | $0.00 |
| | | 2/16/2022 | 9.00 | | | | | | | | | |
| | | 2/17/2022 | 0.00 | | | | | | | | | |
| | | 2/18/2022 | 13.33 | | | | | | | | | |
| | | 2/19/2022 | 9.58 | | | | | | | | | |
| | | 2/20/2022 | 0.00 | | | | | | | | | |
| | | 2/21/2022 | 18.75 | | | | | | | | | |

**Total Amount Due** **$0.00**

**DOL's July 14, 2022 Claim Owed** **$1,004.71**

| | Pay Date | Date of Work Performed | Number of Hours Worked | Workweek Total Hours | Regular Rate | Overtime Rate (Regular Rate x 0.5) | Overtime Hours (Workweek Total Hours -40) | Total Amount Earned | | Total Amount Paid | | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Straight Time | Overtime | Straight Time | Overtime | |
| Workweek 4 | 2/4/2022 | 1/25/2022 | 0.00 | 32.51 | $ 50.00 | $ 25.00 | 0 | $ 1,625.50 | $ - | $1,625.50 | $0.00 | $0.00 |
| | | 1/26/2022 | 8.17 | | | | | | | | | |
| | | 1/27/2022 | 8.67 | | | | | | | | | |
| | | 1/28/2022 | 0.00 | | | | | | | | | |
| | | 1/29/2022 | 0.00 | | | | | | | | | |
| | | 1/30/2022 | 15.67 | | | | | | | | | |
| | | 1/31/2022 | 0.00 | | | | | | | | | |
| Workweek 5 | 2/11/2022 | 2/1/2022 | 8.67 | 50.81 | $ 50.00 | $ 25.00 | 10.81 | $ 2,540.50 | $ 270.25 | $2,540.50 | $0.00 | $270.25 |
| | | 2/2/2022 | 8.17 | | | | | | | | | |
| | | 2/3/2022 | 7.97 | | | | | | | | | |
| | | 2/4/2022 | 16.00 | | | | | | | | | |
| | | 2/5/2022 | 0.00 | | | | | | | | | |
| | | 2/6/2022 | 0.00 | | | | | | | | | |
| | | 2/7/2022 | 10.00 | | | | | | | | | |
| Workweek 6 | 2/18/2022 | 2/8/2022 | 5.83 | 54.50 | $ 50.00 | $ 25.00 | 14.50 | $ 2,725.00 | $ 362.50 | $2,725.00 | $362.50 | $0.00 |
| | | 2/9/2022 | 8.00 | | | | | | | | | |
| | | 2/10/2022 | 0.00 | | | | | | | | | |
| | | 2/11/2022 | 16.67 | | | | | | | | | |
| | | 2/12/2022 | 0.00 | | | | | | | | | |
| | | 2/13/2022 | 16.00 | | | | | | | | | |
| | | 2/14/2022 | 8.00 | | | | | | | | | |
| Workweek 7 | 2/25/2022 | 2/15/2022 | 15.75 | 23.75 | $ 45.00 | $ 22.50 | 0 | $ 1,068.75 | $ - | $1,068.75 | $0.00 | $0.00 |
| | | 2/16/2022 | 8.00 | | | | | | | | | |
| | | 2/17/2022 | 0.00 | | | | | | | | | |
| | | 2/18/2022 | 0.00 | | | | | | | | | |
| | | 2/19/2022 | 0.00 | | | | | | | | | |
| | | 2/20/2022 | 0.00 | | | | | | | | | |
| | | 2/21/2022 | 0.00 | | | | | | | | | |

**Total Amount Due $270.25**

**DOL's July 14, 2022 Claim Owed $680.96**

7/28/2022 Megan Younger

| | Pay Date | Date of Work Performed | Number of Hours Worked | Workweek Total Hours | Regular Rate | Overtime Rate (Regular Rate x 0.5) | Overtime Hours (Workweek Total Hours -40) | Total Amount Earned | | Total Amount Paid | | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Straight Time | Overtime | Straight Time | Overtime | |
| Workweek 4 | 2/4/2022 | 1/25/2022 | 0.00 | 0.00 | $ 40.00 | $ 20.00 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 |
| | | 1/26/2022 | 0.00 | | | | | | | | | |
| | | 1/27/2022 | 0.00 | | | | | | | | | |
| | | 1/28/2022 | 0.00 | | | | | | | | | |
| | | 1/29/2022 | 0.00 | | | | | | | | | |
| | | 1/30/2022 | 0.00 | | | | | | | | | |
| | | 1/31/2022 | 0.00 | | | | | | | | | |
| Workweek 5 | 2/11/2022 | 2/1/2022 | 0.00 | 16.00 | $ 40.00 | $ 20.00 | 0 | $ 640.00 | $ - | $640.00 | $0.00 | $0.00 |
| | | 2/2/2022 | 0.00 | | | | | | | | | |
| | | 2/3/2022 | 8.00 | | | | | | | | | |
| | | 2/4/2022 | 8.00 | | | | | | | | | |
| | | 2/5/2022 | 0.00 | | | | | | | | | |
| | | 2/6/2022 | 0.00 | | | | | | | | | |
| | | 2/7/2022 | 0.00 | | | | | | | | | |
| Workweek 6 | 2/18/2022 | 2/8/2022 | 0.00 | 24.92 | $ 40.00 | $ 20.00 | 0 | $ 996.80 | $ - | $996.80 | $0.00 | $0.00 |
| | | 2/9/2022 | 0.00 | | | | | | | | | |
| | | 2/10/2022 | 0.00 | | | | | | | | | |
| | | 2/11/2022 | 17.00 | | | | | | | | | |
| | | 2/12/2022 | 7.92 | | | | | | | | | |
| | | 2/13/2022 | 0.00 | | | | | | | | | |
| | | 2/14/2022 | 0.00 | | | | | | | | | |
| Workweek 7 | 2/25/2022 | 2/15/2022 | 7.25 | 38.40 | $ 40.00 | $ 20.00 | 0 | $ 1,847.50 | $ - | $ 1,847.50 | $0.00 | $0.00 |
| | | 2/16/2022 | 0.00 | | | | | | | | | |
| | | 2/17/2022 | 0.00 | | | | | | | | | |
| | | 2/18/2022 | 0.00 | | | | | | | | | |
| | | 2/19/2022 | 15.40 | | $ 50.00 | $ 25.00 | | | | | | |
| | | 2/20/2022 | 15.75 | | $ 50.00 | $ 25.00 | | | | | | |
| | | 2/21/2022 | 0.00 | | | | | | | | | |

**Total Amount Due** $0.00

**DOL's July 14, 2022 Claim Owed** $893.85

| | Pay Date | Date of Work Performed | Number of Hours Worked | Workweek Total Hours | Regular Rate | Overtime Rate (Regular Rate x 0.5) | Overtime Hours (Workweek Total Hours -40) | Total Amount Earned | | Total Amount Paid | | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Straight Time | Overtime | Straight Time | Overtime | |
| Workweek 4 | 2/4/2022 | 1/25/2022 | 16.00 | 37.75 | $ 50.00 | $ 25.00 | 0 | $ 1,887.50 | $ - | $1,887.50 | $0.00 | $0.00 |
| | | 1/26/2022 | 8.00 | | | | | | | | | |
| | | 1/27/2022 | 5.75 | | | | | | | | | |
| | | 1/28/2022 | 0.00 | | | | | | | | | |
| | | 1/29/2022 | 0.00 | | | | | | | | | |
| | | 1/30/2022 | 0.00 | | | | | | | | | |
| | | 1/31/2022 | 8.00 | | | | | | | | | |
| Workweek 5 | 2/11/2022 | 2/1/2022 | 14.00 | 74.67 | $ 50.00 | $ 25.00 | 34.67 | $ 3,733.50 | $ 866.75 | $3,733.50 | $0.00 | $866.75 |
| | | 2/2/2022 | 15.00 | | | | | | | | | |
| | | 2/3/2022 | 15.50 | | | | | | | | | |
| | | 2/4/2022 | 7.50 | | | | | | | | | |
| | | 2/5/2022 | 7.17 | | | | | | | | | |
| | | 2/6/2022 | 0.00 | | | | | | | | | |
| | | 2/7/2022 | 15.50 | | | | | | | | | |
| Workweek 6 | 2/18/2022 | 2/8/2022 | 15.50 | 61.50 | $ 50.00 | $ 25.00 | 21.50 | $ 3,075.00 | $ 537.50 | $3,075.00 | $537.50 | $0.00 |
| | | 2/9/2022 | 15.50 | | | | | | | | | |
| | | 2/10/2022 | 15.50 | | | | | | | | | |
| | | 2/11/2022 | 7.50 | | | | | | | | | |
| | | 2/12/2022 | 0.00 | | | | | | | | | |
| | | 2/13/2022 | 7.50 | | | | | | | | | |
| | | 2/14/2022 | 0.00 | | | | | | | | | |
| Workweek 7 | 2/25/2022 | 2/15/2022 | 15.50 | 77.50 | $ 50.00 | $ 25.00 | 37.50 | $ 3,875.00 | $ 937.50 | $3,875.00 | $937.50 | $0.00 |
| | | 2/16/2022 | 15.50 | | | | | | | | | |
| | | 2/17/2022 | 15.50 | | | | | | | | | |
| | | 2/18/2022 | 15.50 | | | | | | | | | |
| | | 2/19/2022 | 0.00 | | | | | | | | | |
| | | 2/20/2022 | 0.00 | | | | | | | | | |
| | | 2/21/2022 | 15.50 | | | | | | | | | |

**Total Amount Due**
**$866.75**

**DOL's July 14, 2022 Claim Owed**
**$2,662.58**

7/28/2022 Lakenya Williams

| | Pay Date | Date of Work Performed | Number of Hours Worked | Workweek Total Hours | Regular Rate | Overtime Rate (Regular Rate x 0.5) | Overtime Hours (Workweek Total Hours -40) | Total Amount Earned | | Total Amount Paid | | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Straight Time | Overtime | Straight Time | Overtime | |
| Workweek 4 | 2/4/2022 | 1/25/2022 | 0.00 | 0.00 | $ 30.00 | $ 15.00 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 |
| | | 1/26/2022 | 0.00 | | | | | | | | | |
| | | 1/27/2022 | 0.00 | | | | | | | | | |
| | | 1/28/2022 | 0.00 | | | | | | | | | |
| | | 1/29/2022 | 0.00 | | | | | | | | | |
| | | 1/30/2022 | 0.00 | | | | | | | | | |
| | | 1/31/2022 | 0.00 | | | | | | | | | |
| Workweek 5 | 2/11/2022 | 2/1/2022 | 0.00 | 0.00 | $ 30.00 | $ 15.00 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 |
| | | 2/2/2022 | 0.00 | | | | | | | | | |
| | | 2/3/2022 | 0.00 | | | | | | | | | |
| | | 2/4/2022 | 0.00 | | | | | | | | | |
| | | 2/5/2022 | 0.00 | | | | | | | | | |
| | | 2/6/2022 | 0.00 | | | | | | | | | |
| | | 2/7/2022 | 0.00 | | | | | | | | | |
| Workweek 6 | 2/18/2022 | 2/8/2022 | 0.00 | 0.00 | $ 30.00 | $ 15.00 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 |
| | | 2/9/2022 | 0.00 | | | | | | | | | |
| | | 2/10/2022 | 0.00 | | | | | | | | | |
| | | 2/11/2022 | 0.00 | | | | | | | | | |
| | | 2/12/2022 | 0.00 | | | | | | | | | |
| | | 2/13/2022 | 0.00 | | | | | | | | | |
| | | 2/14/2022 | 0.00 | | | | | | | | | |
| Workweek 7 | 2/25/2022 | 2/15/2022 | 0.00 | 42.55 | $ 30.00 | $ 15.00 | 2.55 | $ 1,276.50 | $ 38.25 | $1,276.50 | $38.25 | $0.00 |
| | | 2/16/2022 | 0.00 | | | | | | | | | |
| | | 2/17/2022 | 11.53 | | | | | | | | | |
| | | 2/18/2022 | 0.00 | | | | | | | | | |
| | | 2/19/2022 | 11.77 | | | | | | | | | |
| | | 2/20/2022 | 7.55 | | | | | | | | | |
| | | 2/21/2022 | 11.70 | | | | | | | | | |

**Total Amount Due $0.00**

**DOL's July 14, 2022 Claim Owed $39.40**

| | Pay Date | Date of Work Performed | Number of Hours Worked | Workweek Total Hours | Regular Rate | Overtime Rate (Regular Rate x 0.5) | Overtime Hours (Workweek Total Hours -40) | Total Amount Earned | | Total Amount Paid | | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Straight Time | Overtime | Straight Time | Overtime | |
| Workweek 4 | 2/4/2022 | 1/25/2022 | 0.00 | 30.25 | $ 40.00 | $ 20.00 | 0 | $ 1,210.00 | $ - | $1,210.00 | $0.00 | $0.00 |
| | | 1/26/2022 | 0.00 | | | | | | | | | |
| | | 1/27/2022 | 0.00 | | | | | | | | | |
| | | 1/28/2022 | 12.25 | | | | | | | | | |
| | | 1/29/2022 | 5.75 | | | | | | | | | |
| | | 1/30/2022 | 12.25 | | | | | | | | | |
| | | 1/31/2022 | 0.00 | | | | | | | | | |
| Workweek 5 | 2/11/2022 | 2/1/2022 | 0.00 | 12.25 | $ 40.00 | $ 20.00 | 0 | $ 490.00 | $ - | $490.00 | $0.00 | $0.00 |
| | | 2/2/2022 | 0.00 | | | | | | | | | |
| | | 2/3/2022 | 0.00 | | | | | | | | | |
| | | 2/4/2022 | 0.00 | | | | | | | | | |
| | | 2/5/2022 | 0.00 | | | | | | | | | |
| | | 2/6/2022 | 0.00 | | | | | | | | | |
| | | 2/7/2022 | 12.25 | | | | | | | | | |
| Workweek 6 | 2/18/2022 | 2/8/2022 | 0.00 | 48.38 | $ 40.00 | $ 20.00 | 8.38 | $ 1,935.20 | $ 167.60 | $1,935.20 | $167.60 | $0.00 |
| | | 2/9/2022 | 0.00 | | | | | | | | | |
| | | 2/10/2022 | 11.73 | | | | | | | | | |
| | | 2/11/2022 | 11.65 | | | | | | | | | |
| | | 2/12/2022 | 0.00 | | | | | | | | | |
| | | 2/13/2022 | 12.50 | | | | | | | | | |
| | | 2/14/2022 | 12.50 | | | | | | | | | |
| Workweek 7 | 2/25/2022 | 2/15/2022 | 0.00 | 49.00 | $ 40.00 | $ 20.00 | 9.00 | $ 1,960.00 | $ 180.00 | $1,960.00 | $180.00 | $0.00 |
| | | 2/16/2022 | 0.00 | | | | | | | | | |
| | | 2/17/2022 | 12.25 | | | | | | | | | |
| | | 2/18/2022 | 12.25 | | | | | | | | | |
| | | 2/19/2022 | 0.00 | | | | | | | | | |
| | | 2/20/2022 | 12.25 | | | | | | | | | |
| | | 2/21/2022 | 12.25 | | | | | | | | | |

**Total Amount Due**
**$0.00**

**DOL's July 14, 2022 Claim Owed**
**$364.12**