# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFFING OF AMERICA, LLC, D/B/A STEADFAST MEDICAL STAFFING; LISA ANN PITTS,<br><br>Defendants. | Case No. 2:18-cv-226<br><br>Case No. 2:19-cv-475 |

## CONSENT NOTICE OF FILING OF CERTAIN EXHIBITS
## FOR PURPOSES OF APPEAL

For purposes of the Joint Appendix that is due to the United States Court of Appeals for the Fourth Circuit under the appeal noticed by Defendants (Dkt. 332), Defendants Medical Staffing of America, LLC d/b/a Steadfast Medical Staffing and Lisa Ann Pitts, hereby file certain exhibits to make such exhibits part of the district court's electronic record. The exhibits comprise jointly designated portions of the trial record by both parties. Appellate counsel for the Plaintiff Martin J. Walsh consents to this notice.

The following chart summarizes the attached exhibits:

| Attachment Number to This Filing | Description |
|---|---|
| Attachment 1 | Alvaro Mazuera Deposition Transcript |
| Attachment 2 | Zira Technologies 30(b)(6) Deposition Transcript |
| Attachment 3 | PX-10 |
| Attachment 4 | PX-11 |
| Attachment 5 | PX-12 |
| Attachment 6 | PX-16 |

| Attachment 7 | PX-25 |
| --- | --- |
| Attachment 8 | PX-26 |
| Attachment 9 | PX-37 |
| Attachment 10 | DX-41 |
| Attachment 11 | DX-42 |
| Attachment 12 | DX-44 |
| Attachment 13 | DX-46 |

Dated: August 17, 2022

Respectfully submitted,

*/s/ Abram J. Pafford*
Abram J. Pafford (VSB #79999)
MCGUIREWOODS LLP
888 16th Street, N.W.
Suite 500
Washington, D.C. 20006
Phone: (202) 857-1725
Fax: (202) 828-3350
apafford@mcguirewoods.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: August 17, 2022
Respectfully submitted,

*/s/ Abram J. Pafford*
Abram J. Pafford (VSB #79999)
MCGUIREWOODS LLP
888 16th Street, N.W.
Suite 500
Washington, D.C. 20006
Phone: (202) 857-1725
Fax: (202) 828-3350
apafford@mcguirewoods.com