

# Transcript of Arjun Vora, Corporate Designee

**Date:** March 30, 2021
**Case:** Stewart, et al. -v- Medical Staffing of America, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF VIRGINIA

3                Norfolk Division

4    ------------------------------x

5    MILTON AL STEWART,              :

6    ACTING SECRETARY OF LABOR,      :

7    UNITED STATES DEPARTMENT OF     :

8    LABOR,                          :

9            Plaintiff,              :   Civil Action No.

10       v.                          :   2:18-CV-226

11   MEDICAL STAFFING OF AMERICA,    :   2:19-CV-475

12   LLC, et al.,                    :

13           Defendants.             :

14   ------------------------------x

15

16    Deposition of ZIRA TECHNOLOGIES, INC., d/b/a ZIRA

17      By and through its Designated Representative,

18                   ARJUN VORA

19                Conducted Virtually

20              Tuesday, March 30, 2021

21                  1:09 p.m. ET

22

23   Job No. 386079

24   Pages:  1-165

25   Transcribed by:  Megan Wunsch, AAERT CET

1        Deposition of ZIRA TECHNOLOGIES, INC., d/b/a

2    ZIRA, by and through its Designated

3    Representative, ARJUN VORA, conducted virtually.

4

5

6

7

8

9        Pursuant to agreement, before Saul Gan,

10   Notary Public in and for the District of Columbia.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                 A P P E A R A N C E S

 2

 3         ON BEHALF OF THE PLAINTIFF:

 4               RYMA LEWIS, ESQUIRE

 5               MOHAMED SEIFELDEIN, ESQUIRE

 6               U.S. DEPARTMENT OF LABOR

 7               OFFICE OF THE REGIONAL SOLICITOR

 8               201 12th Street South, Suite 401

 9               Arlington, Virginia 22209-2247

10               (202) 692-9369

11

12         ON BEHALF OF THE DEFENDANTS:

13               JULIA A. RUST, ESQUIRE

14               PIERCE/MCCOY PPLC

15               101 West Main Street, Suite 101

16               Norfolk, Virginia 23510

17               (757) 216-0226

18

19         ON BEHALF OF THE WITNESS:

20               MARTHA S. DOTY, ESQUIRE

21               ALSTON & BIRD, LLP

22               333 South Hope Street, 16th Floor

23               Los Angeles, California 90071

24               (213) 576-1000

25    Also Present:  Joshua Tubbs, Remote Technician
```

1                     C O N T E N T S

2    EXAMINATION OF ARJUN VORA                        PAGE

3       By Ms. Lewis                                    5

4

5    QUESTION MARKED

6       Page 33, lines 10-12

7       Page 33, lines 17-18

8

9                      E X H I B I T S

10              (Attached to transcript.)

11   VORA EXHIBITS                                     PAGE

12    Exhibit 1   Notice of Depo                        7

13    Exhibit 2   Screenshot 1, Steadfast 6th 087520   113

14    Exhibit 3   Screenshot 2, Steadfast 6th 087521   120

15    Exhibit 4   Screenshot 3, Steadfast 6th 087522   127

16    Exhibit 5   Screenshot 4, Steadfast 6th 087523   139

17    Exhibit 6   Screenshot 5, Steadfast 6th 087524   140

18    Exhibit 7   Facilities Training Video            144

19    Exhibit 8   Excerpts of Produced Document        146

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2    Whereupon,
 3              ZIRA TECHNOLOGIES, INC., D/B/A ZIRA
 4         By and through its Designated Representative,
 5                       ARJUN VORA,
 6    being first duly sworn or affirmed to testify to
 7    the truth, the whole truth, and nothing but the
 8    truth, was examined and testified as follows:
 9              MS. LEWIS:  In terms of technical support,
10    Mr. Seifeldein cannot hear anything.
11              REMOTE TECHNICIAN:  All right.  Let me
12    send him a message.
13              THE REPORTER:  We'll go off the record.
14              (Pause in proceedings.)
15              THE REPORTER:  Back on the record at 1:15
16    p.m.
17              MS. LEWIS:  Good morning.  Ryma Lewis on
18    behalf of the U.S. Department of Labor.  We're
19    here for the deposition of Zira Technologies,
20    Inc., doing business as Zira.  That's spelled
21    Z-I-R-A.
22              Before we get started with this
23    deposition, if everyone present could please
24    introduce themselves with their name and their
25    association in the matter.  I guess we can start
```

1    with co-counsel for the Department of Labor --

2    Mohamed Seifeldein here on behalf of the

3    Department of Labor as well, listening in.

4    Counsel --

5            MR. SEIFELDEIN:  Thank you.

6            MS. LEWIS:  -- for the -- Ms. Rust.

7            MS. RUST:  This is Julia Rust, Counsel for

8    Defendants.

9            MS. DOTY:  Martha Doty, Counsel for the

10   Witness, Arjun Vora of Zira Technologies.

11           MS. LEWIS:  Thank you.  Before we get

12   started with the deposition again -- not again,

13   but before we get started with the deposition,

14   wanted to know whether or not parties would

15   stipulate that this deposition is taken pursuant

16   to the Federal Rules of Civil Procedure and that

17   all objections except to form and privilege are

18   reserved.  So agreed?

19           MS. RUST:  Yes.

20           MS. DOTY:  Yes.

21           MS. LEWIS:  The parties have agreed that

22   this deposition is taken pursuant to the Federal

23   Rules of Procedure and that all objections except

24   as to form and privilege as reserved.

25           The Plaintiff, Secretary of Labor, is also

1    requesting that the witness review and sign the

2    transcript pursuant to Rule 30(e).

3            Directing -- I uploaded for Planet Depos a

4    document entitled Steadfast-Notice of Deposition

5    of Zira 3-19-21 attachment, for Planet Depos.

6            REMOTE TECHNICIAN:  Yes.  One moment.

7    Would you like that marked as an exhibit?

8            MS. LEWIS:  Yes, we'll mark that as 1.

9            REMOTE TECHNICIAN:  One moment.  You said

10   it was the Steadfast Notice of Deposition?

11           MS. LEWIS:  Yes, that's correct.

12           REMOTE TECHNICIAN:  Exhibit 1 is on screen

13   and ready.

14           (Exhibit 1 was marked for identification

15   and is attached to the transcript.)

16           MS. LEWIS:  Okay.

17       EXAMINATION BY COUNSEL FOR THE PLAINTIFF

18   BY MS. LEWIS:

19       Q  Mr. Vora, you're presently muted.  Am I

20   pronouncing your name correctly?

21       A  Arjun, A-R-J-U-N.  It's just pronounced as

22   it's spelled.

23       Q  Arjun.  Okay.  Arjun, directing your

24   attention to this notice -- if you could please

25   scroll to page 3 of 8 of the PDF -- have you seen

1    this notice of deposition before that lists

2    various categories about which I will ask you

3    questions today?

4         A  Yes, I've seen it.

5         Q  And are you aware that Zira has designated

6    you as a corporate representative to answer those

7    questions?

8         A  Yes.

9         Q  And have you read through these categories

10   before today?

11        A  Yes.

12        Q  Are you prepared to answer questions about

13   each topic today?

14        MS. DOTY:  Objection.  The -- we have

15   filed objections on behalf of -- well, first of

16   all, objection, compound and also calls for a

17   narrative, but also, we have filed objections on

18   behalf of Defendant -- of the -- the witness,

19   Zira.  So the witness is prepared to answer

20   questions about certain of the topics but not all

21   of them, per the objections and the exchange of

22   counsel regarding this.

23        MS. LEWIS:  I'm sorry, I didn't hear the

24   last part of what you said.

25        MS. DOTY:  And the exchange of counsel

1  regarding the objections and the categories of

2  documents and the topics --

3         MS. LEWIS:  Exchange of --

4         MS. DOTY:  -- for today's deposition.

5         MS. LEWIS:  -- counsel?

6         MS. DOTY:  The exchange of counsel -- the

7  exchange of emails by counsel regarding the

8  objections and the list of topics.

9         MS. LEWIS:  We can go through the topics

10 one by one, so you can state your objections to

11 each topic.

12        And again, in the interest of time, with

13 respect to the objection as to being compound, it

14 was a straightforward question, Are you prepared

15 to answer questions about each topic today?

16 Understanding your objection, we can go through

17 each one of them.

18 BY MS. LEWIS:

19    Q  Directing your attention to page 4 of 8 --

20 4 of 8, starting -- if you could scroll a bit

21 more, please.  Right there.

22        The broad topic, categorize the scope and

23 nature of the relationships between Zira and

24 Steadfast during the relevant period, including,

25 but not limited to, and then there are sub numbers

1    under each of topic 1.  I'll just refer to them as

2    1(a), 1(b), 1(c), and so forth since we can all

3    see the description and this exhibit has been

4    marked.

5           Are you prepared to answer topic -- answer

6    questions about subject 1(a)?

7        A  Yeah --

8        MS. DOTY:  Well, I think you ought to read

9    -- and I know it's in the record, but I think it

10   ought to be firmly --

11       MS. LEWIS:  Ms. Doty.  Okay.  So I can

12   direct and ask questions in the manner in which I

13   believe it's appropriate because it's my

14   deposition.  I've provided an explanation as to

15   how I'm referring to the exhibit.  I've heard your

16   objection, but that's the way I'm going to ask my

17   questions.

18       Q  So directing your attention to topic 1(a),

19   as represented in Exhibit 1, are you prepared to

20   answer questions about that topic today?

21       A  Yes.

22       MS. DOTY:  I'm just going to object that

23   the -- that the -- to be clear -- that the witness

24   is being asked whether he's prepared to testify as

25   to his knowledge about the subjects addressed in

1  Steadfast's Exhibits DX-75 through -78 and when

2  and who recorded them.

3       You can answer, Arjun.

4       MS. LEWIS:  Ms. Doty, that wasn't my

5  question.  And if you're going to continue to

6  interrupt or redirect what my questions are, we

7  can get the Court on the line right now.  He can

8  answer "yes," "no," or you can assert your

9  objections in privilege.  But I'm going to ask my

10  questions, and I'd ask that you not ask a

11  different question and interjecting and changing

12  the scope of what I'm asking.

13       MS. DOTY:  I disagree that I did that.

14       You can answer the question, Arjun.

15       THE WITNESS:  Yes.

16  BY MS. LEWIS:

17    Q  With respect to topic 1(b), are you

18  prepared to answer questions about the topics

19  identified therein?

20       MS. DOTY:  Objection to the extent that

21  section 1(b) would require the witness to testify

22  about any clients other than Steadfast.

23    Q  With respect -- I'm sorry.  Mr. Arjun,

24  what was your response -- okay.  So let me go over

25  some basic ground rules for a deposition before we

1    continue to go forward.

2          Throughout the deposition, your counsel,

3    Ms. Doty, may make certain objections to questions

4    that I ask.  But for her directing you not to

5    respond, please wait for her to complete her

6    objection and then respond so that the record is

7    clear in terms of what you're responding to,

8    absent her telling you "Do not respond."

9          Another thing to bear in mind is, you

10   know, we still have the same formality as though

11   we're all sitting in the same room, and we have a

12   court reporter with us today, Mr. Saul Gan.  So

13   he's going to be taking down everything that we

14   say, so it's important to give verbal responses to

15   the questions as opposed to "nuh-uh" and "uh-huh"

16   because that's just difficult to transcribe, and

17   it leaves a lot of question about what the

18   response was.

19         Additionally, for all parties, including

20   counsel, because there's a court reporter, if one

21   party could speak at a time before interrupting or

22   raising an objection so that the transcript is

23   clear.

24         Does anybody have any questions about the

25   ground rules for this deposition?  Yes, no, or

1    otherwise?

2              MS. RUST:  No questions from me.

3              MS. DOTY:  No questions.

4              THE WITNESS:  No questions.

5    BY MS. LEWIS:

6        Q  Coming back to -- we were on topic 1(c).

7    With respect to topic 1(c), Arjun, are you

8    prepared to answer questions about that topic

9    today?

10       A  Yes.

11       Q  Do you have any concerns that you will not

12   be able to answer questions about topic 1(c)?

13       A  No.

14       Q  Directing your attention to topic 1(d),

15   are you prepared to answer questions about that

16   topic today?

17       A  Yes.

18       Q  Do you have any concerns that you will not

19   be able to answer questions about topic 1(d)?

20       A  No.

21       Q  Directing your attention to topic 1(e),

22   are you prepared to answer questions about topic

23   1(e)?

24              MS. DOTY:  Objection.  Topic 1(e) lacks

25   foundation.

1      Q  You can answer.

2          MS. DOTY:  You can answer, Arjun.

3      A  Oh.  If I understand what it means, then

4  yes.  You might have to clarify when you ask some

5  questions.

6      Q  Okay.  And then that will go into sort of

7  the next questions.  We sort of go through them

8  here.  Any concerns that you have that you would

9  not be able to answer that question about topics

10  in 1(e)?

11     A  Was that 1(e) again?

12     Q  Yes, 1(e) again.  Do you have any concerns

13  you wouldn't be able to answer questions about

14  that topic?

15     A  Again, if I understand the questions, I'll

16  answer them.

17     Q  Directing your attention to topic 1(f),

18  are you prepared to answer questions about that

19  topic today?

20          MS. DOTY:  Objection.  Lacks foundation.

21     A  Same as the above.  If I understand them

22  and if they are relevant, then -- then yes.

23     Q  Topic 1(g), do you have any concerns --

24  are you prepared to answer questions about that

25  topic today?

1          MS. DOTY:  Objection.  Lacks foundation.

2      A  Same as above.  If -- if they -- if they

3  pertain to this, then absolutely, yes, I will.

4      Q  Topic 1(h), are you prepared to answer

5  questions about that topic today?

6          MS. DOTY:  Objection.  Lacks foundation.

7      A  Same answer.  If -- if -- if it pertains

8  to this, yes, I'll answer.

9      Q  Topic 1(i), are you prepared to answer

10  questions about that topic today?

11      A  Yes.

12      Q  Do you have any concerns that you would

13  not be able to answer questions about topic 1(i)?

14      A  No.

15      Q  Topic 1(j), are you prepared to answer

16  questions about topic 1(j) today?

17      A  Yes.

18      Q  Okay.  Do you have any concerns that you

19  wouldn't be able to answer questions about that

20  topic?

21      A  My only concern is again the questions.  I

22  -- I don't really understand how it's raised.  So

23  whatever I can answer, I'll be able to -- I --

24  whatever I'm able to answer, I will answer.

25      Q  Topic 1(k), are you prepared to answer

1    questions about that topic?

2            MS. DOTY:  Objection.  Lacks foundation.

3    Also, to be clear, I just want to make -- make

4    clear that I'm still reserving my right to object

5    to questions once you cover each of those topics.

6    He's -- he's prepared to testify about them, but

7    that doesn't mean every question within the topics

8    will be non-objectionable.

9        A  Yeah.  Again, meaning -- when we get to

10   it, I'll give more detail, but there is nothing --

11   like, for example, "admin mode data," I don't know

12   what that means.  But when we get to it, I'll

13   answer whatever I can, for sure.

14       Q  Topic 1(l), are you prepared to answer

15   questions about that topic today?

16       A  Yeah.  Yes.

17       Q  Do you have any concerns that you won't --

18   that you will not be able to answer questions

19   about that topic?

20       A  I guess my only concern again would be

21   that third thing discussed, but I don't know what

22   it means -- what you mean by related accounts and

23   subaccounts.  It's just one account, so --

24       Q  Okay.

25       A  Yeah.

1      Q   Topic 1(m) --

2          MS. DOTY:   Objection.  It is vague --

3      Q   -- prepared to answer questions about that

4    topic today?

5          MS. DOTY:   Objection.  Vague, lacks

6    foundation, irrelevant as to other end users.

7      A   Yes, I guess the same answer.  When we get

8    to the questions, if worded correctly and I

9    understand it, I -- I will answer your questions,

10   for sure.

11     Q   Topic 1(n), are you prepared to answer

12   questions about that topic?

13         MS. DOTY:   Objection.  It lacks

14   foundation.

15     A   Yes, same answer as before.  If I

16   understand it while -- while we go through it, I

17   will answer.

18     Q   Topic 1(o), are you prepared to answer

19   questions about that topic?

20     A   So, like, I -- I don't know what this

21   means, "dashboard by month," details.  Yeah.  It

22   depends on what those details that you're asking

23   for are because -- yeah.  Again, if I -- if the

24   questions make sense and I am able to answer them,

25   I definitely will.

1      Q  Topic 1(p), are you prepared to answer

2  questions about that topic?  A -- let me --

3          MS. DOTY:  Objection.

4      Q  -- clarify.  Topic 1(p)(a), are you

5  prepared to answer questions about that topic?

6          MS. DOTY:  Well, I'm just going to object.

7  It lacks foundation, use of the term employees.

8      A  Same -- same -- we don't store all this

9  data, like, frequency of interaction.  So whatever

10 I can answer, I will answer.

11     Q  Topic 1(p)(b), are you prepared to answer

12 questions about that topic?

13         MS. DOTY:  Objection.  Overbroad to the

14 extent it requires testimony about anyone other

15 than Steadfast.

16     A  Yeah, same -- same as above.  Whatever --

17 whatever we -- whatever I can answer, I'll answer.

18     Q  Topic 1(p)(c), are you prepared to answer

19 questions about that topic?

20         MS. DOTY:  Same objection.  Overbroad as

21 to any users other than Steadfast.

22     A  And I --

23         MS. DOTY:  Also lacks foundation.

24     A  Yeah, and also there are a bunch here that

25 don't relate to this account.  So this one, in

1    particular, might be tough to answer because how

2    often each users use, we -- we very peripherally

3    have that.  We don't really store -- store this

4    kind of data.

5        Q  Topic 1(q), are you prepared to answer

6    questions about that topic today?

7            MS. DOTY:  Objection.  Overbroad to the

8    extent it calls for testimony about any customer

9    other than Steadfast, lacks foundation.

10           You can answer, Arjun.

11       A  Yeah.  I'll -- I'll -- I'll answer

12   whatever I can in terms of what training material

13   we -- we sent to Steadfast specifically.

14       Q  Topic 1(r), are you prepared to answer

15   questions about that topic today?

16           MS. DOTY:  Objection.  It's overbroad.

17   It's irrelevant.  I'm going to instruct the

18   witness not to answer.

19           MS. LEWIS:  What is your basis for

20   instructing a 30(b)(6) deponent not to answer a

21   question?  Unless it's based upon privilege,

22   that's an improper objection.

23           MS. DOTY:  Well, I've told you I'm not

24   going to let him answer questions about this.

25   He's here today to testify about Zira's

1  relationship with -- contractual relationship and

2  use -- with Steadfast and Steadfast's use of its

3  -- of its -- of its software.

4       How Zira is organized and who its owners

5  are has absolutely nothing to do with your case,

6  and I'm not -- I told you I'm not going to allow

7  him to answer that.  So if you want to move --

8  because I think -- we ought to see what you can

9  get from him that's relevant to your case.

10      MS. LEWIS:  Well, that's exactly why --

11      MS. DOTY:  Neither you -- neither you --

12      MS. LEWIS:  -- we're here today for a

13 discovery --

14      MS. DOTY:  -- nor your colleague has ever

15 explained the relevance of that information.  I

16 have maintained from the outset, and we've

17 objected, that that category has absolutely --

18 it's invasive.  It has absolutely nothing to do

19 with your case.

20      So I'm going to instruct him not to

21 answer.  If you want to, you know, go through all

22 the rest of your questions and then see where you

23 are on it, but I'm instructing him not to answer

24 those questions.

25      MS. LEWIS:  Well, right now, as you're

1    aware, Ms. Doty, we're simply reviewing the

2    deposition topics.  So you're instructing him not

3    to answer whether or not he has knowledge and is

4    prepared to answer questions about a topic today,

5    as we review the deposition notice, which is pro

6    forma?  Is that your position?

7         MS. DOTY:  I don't know what a pro forma

8    deposition notice is, but he can answer that, no,

9    he will not answer any questions about that

10   because he's going to be instructed not to.

11        MS. LEWIS:  Ms. Doty, you've indicated

12   that you've filed objections.  Where did you file

13   objections?

14        MS. DOTY:  I didn't say I filed them --

15   served them.

16        MS. LEWIS:  Okay.  So objections haven't

17   been filed.  You're instructing your client not to

18   answer a simple question of are you prepared to

19   answer questions regarding this noticed topic

20   today, and you're not asserting a privilege.  Am I

21   --

22        MS. DOTY:  No.

23        MS. LEWIS:  -- (inaudible) your objection

24   correctly?

25        MS. DOTY:  No, you don't.  I said he can

1  answer the question as to whether he's prepared to

2  testify about this --

3          MS. LEWIS:  Okay.  So let's --

4          MS. DOTY:  -- today.  The --

5          MS. LEWIS:  -- start there.

6          MS. DOTY:  -- he can answer that --

7          MS. LEWIS:  Let me ask that question

8  because your objection was overbroad and was not

9  responsive to the question that I asked.

10 BY MS. LEWIS:

11     Q  My question was, with respect to topic

12 1(r), are you prepared to answer questions on that

13 topic today?

14         MS. LEWIS:  That is a sufficiently narrow

15 question.

16     A  I -- I --

17         MS. DOTY:  It's a "yes" or "no."  Arjun,

18 it's just a yes or no question.

19         THE WITNESS:  What are you suggesting I

20 say, or -- sorry, I --

21     Q  Well, your client -- your attorney can't

22 tell you what to say.  I'm asking you the

23 question.  That would be improper witness coaching

24 which --

25     A  Okay.  I'm going to say, frankly, I've

1    never done this before, so I apologize if I don't

2    know the rules here, but --

3          Q   No apology necessary.

4          A   In plain language, if it pertains to the

5    issue and the question is directed to, you know,

6    something specific, then -- then yes.  But if it

7    is just, like, giving -- giving you more details

8    than I think, you know, may be necessary, then no.

9    So it -- when we get to the questions, I think

10   I'll be able to understand better.

11         Q   Directing your attention to topic 1(s),

12   are you prepared to answer questions about that

13   topic today?

14         A   Yes, to the best --

15         Q   Do you have any -- sorry.  Do you have --

16         A   To the best of my knowledge, I'll --

17         Q   All right.  Go ahead.

18         A   That was it.  To the best of my knowledge,

19   I'll answer.

20         Q   Do you have any concerns that you will not

21   be able to answer questions about that?

22         A   Not that I can think of.

23         Q   Directing your attention to topic 1(t),

24   are you prepared to answer questions about that

25   topic today?

1      A   Yeah.  The questions, if they make, like

2    -- like I said, when you get to the questions,

3    you'll find that some of these don't pertain to

4    this, but, sure, I'll answer.

5      Q   And do you have any concerns that you will

6    not be able to answer those questions about topic

7    1(t) today?

8      A   Not that I can think of right now.

9          MS. LEWIS:  I'll note that the Secretary

10   also requested the production of certain

11   documents.  A link was sent shortly before the

12   deposition, and at 1:19 I received a response back

13   from Nora Fernandez indicating that they're going

14   to try and send it in alternate means.  However,

15   we may need to go off the record for a moment to

16   resolve this.

17          I'll just note that we do not have the

18   ability to open up Dropbox or anything.  That's

19   not something that our IT department will work

20   around.  So we'll need to come back to sort of

21   resolving that.

22     Q   So the purpose of the deposition today,

23   Mr. Arjun, is to find out information that's

24   within the custody, possession, and knowledge of

25   Zira as it relates to the pending enforcement

1   action, Fair Labor Standards Act enforcement

2   action, against Medical Staffing of America doing

3   business as Steadfast Medical.

4        At the outset, you identified yourself.

5   And if you could please just spell your name for

6   the record, sir.

7        A   It's A-R-J-U-N, Arjun.  And then my last

8   name is Vora, V-O-R-A.

9        Q   Have you gone by any other names or

10  aliases?

11       A   No.

12       Q   Have you taken any medication or anything

13  else today that would affect your ability to

14  answer my questions truthfully and accurately?

15       A   No.

16       Q   Any reason why you would not be able to

17  answer my questions fully and truthfully today?

18       A   No.

19       Q   Have you ever had your deposition taken

20  before?

21       A   No.  No, if that didn't come through.

22       Q   And are you represented by counsel today?

23       A   Yes.

24       Q   And that counsel is Martha Doty?

25       A   Yes.

1        Q   What did you do to prepare for the

2   deposition today?

3           MS. DOTY:   Objection.   Calls for

4   information that's protected by the attorney-

5   client and attorney work product privileges.

6   Instruct the witness not to answer.

7           MS. LEWIS:   Martha, please.

8        Q   Arjun, if you could please let me know,

9   not speaking to conversations that you've had with

10  your attorney, what did you do to prepare for the

11  deposition today?

12       A   Nothing.   Well, it was all -- my only

13  preparation was with Martha.

14       Q   Okay.   And how much time did you spend

15  preparing?

16          MS. DOTY:   Objection.   Calls for attorney-

17  client privilege.   Instruct the witness not to

18  answer.

19          MS. LEWIS:   Martha, please.

20       Q   Besides Ms. Doty, did anyone else help you

21  prepare for the deposition today?

22       A   No.

23       Q   Did you review any documents in

24  preparation for answering questions on the topics

25  that we previously reviewed?

1           MS. DOTY:  I'm just going to object.  It

2     calls for attorney work product, materials.

3           MS. LEWIS:  It's a yes or no question.  He

4     can answer.  There's plenty of case law to support

5     the fact that he can say "yes" or "no."

6           MS. DOTY:  I can finish my objection.

7     Objection.  Calls for information that's protected

8     by the attorney work product privilege.  The

9     selection of documents for review is protected.

10        Q  You can answer, Mr. Vora.

11        A  Martha sent me over the evidence, whatever

12    the 75 or 78, those -- I -- I -- we looked -- I

13    looked at those.

14          MS. DOTY:  Arjun, I don't want you to say

15    -- we don't want you to testify about anything

16    that was -- who sent it to you.  I understand your

17    testimony as you did review the exhibits.

18          THE WITNESS:  Okay.

19          MS. DOTY:  But just to caution you not to

20    testify as to anything we discussed or that we may

21    have exchanged.

22          THE WITNESS:  Okay.

23        Q  Is there anything else you could've done

24    to prepare for the depositions today?

25          MS. DOTY:  Objection.  It's

1    unintelligible.  You can answer if you understand

2    the question.

3        A  Well, it's broad.  It's -- I don't mean to

4    be facetious, but there is preparation since my

5    nanny is out today, so my daughter is with my wife

6    who's also working just so that I can be here.  So

7    there are that kinds of preparation that I've

8    done.

9        Q  Okay.  Have you brought anything with you

10   to the deposition that -- as though we were

11   sitting together, at a table together, do you have

12   anything with you in front of you?

13       A  I have this pen and paper, which is empty,

14   just in case I have notes that I want to take.  I

15   have coffee.

16       Q  So just to get some general information

17   about you, can you please tell me a little bit?

18   What's your highest level of education?

19       A  I have a Master of Science.

20       Q  And what school did you attend?

21       A  University of Michigan, Ann Arbor.  I have

22   attended multiple schools in my -- in my life.

23   The last one was University of Michigan, Ann

24   Arbor.

25       Q  And when did you graduate from University

1    of Michigan with a Master of Science?

2          MS. DOTY:  You know, I'm just going to

3    object that the questions are irrelevant and

4    harassing --

5          MS. LEWIS:  Relevancy --

6          MS. DOTY:  -- of the witness.

7          MS. LEWIS:  -- is not an appropriate

8    objection for a deposition.

9          And, frankly, I find many of the

10   objections that you're making to be

11   obstructionist.  So if you continue in this

12   manner, I have no problem getting the Court on the

13   line.

14         MS. DOTY:  It's fine.  I was -- if you

15   would let me finish my objection, I was going to

16   say --

17         MS. LEWIS:  Well, relevancy --

18         MS. DOTY:  -- harassing --

19         MS. LEWIS:  -- is an inappropriate

20   objection, Ms. Doty, you and I both know.  Let's

21   not play this game.

22         MS. DOTY:  Okay.  I think you're harassing

23   the witness.  He's here today to testify as to

24   specific topics.  Where he went to college is

25   irrelevant.  I will give you some leeway, but I

1    don't want to go down a long path of his personal

2    background.

3         MS. LEWIS:  Okay.  Well, let's start here.

4    Today is the U.S. Department of Labor's deposition

5    of Zira Technology.  I am permitted to ask

6    whatever questions I'd like to ask.

7         If you'd like to get the Court on the line

8    for me asking these two basic questions, based

9    upon your characterization that they're harassing,

10   let's call the Court, but I am not going to

11   continue to allow you to interrupt my deposition

12   with objections that are wholly inappropriate for

13   a deposition, such as relevancy.  Are we on the

14   same page with that?

15        MS. DOTY:  He already answered the

16   questions.

17        MS. LEWIS:  He didn't.  You interrupted

18   him.

19        So I'm making myself clear with respect to

20   my expectations as to how counsel conduct

21   themselves during this deposition.  So if you

22   continue to make objections with respect to

23   relevancy, I will get the Court on the line.

24        MS. DOTY:  Okay.

25   BY MS. LEWIS:

1    Q   Mr. Vora, when did you graduate?

2    A   2011.

3    Q   And did you obtain any additional

4  certifications when you obtained that degree?

5    A   What does that mean?  I'm sorry.

6    Q   Any additional certifications with that

7  degree?

8    A   I don't know what that means.  No, I got a

9  Master of Science degree --

10   Q   Okay.

11   A   -- at University of Michigan, Ann Arbor,

12 and then I got a Bachelor of Engineering before

13 that, so yeah.

14   Q   And where are you currently employed?

15   A   Zira Technologies.

16   Q   And how long have you been in that

17 position?

18   A   About a few months, more than -- nine

19 months, ten months, around that time.

20   Q   You said approximately ten months --

21 you've been there for approximately ten months.

22 Was that your answer?

23   A   That's right.  Maybe -- maybe eight

24 months.  It's an estimate.  I'll have to check.

25   Q   Approximately what was the month and year?

1        A   I'm sorry.  Could you repeat that?

2        Q   The month and the year.

3        A   August 2020, approximately.

4        Q   What is your position at the company?

5        A   I'm chief product officer.

6        Q   In that position, what are your job duties

7   and responsibilities?

8        A   I lead a product.

9        Q   Lead product?

10       A   Yes.

11       Q   And what does that mean?  Can you --

12       A   So I lead the product development, the

13   software technology that -- that we build, so I

14   lead the product design.

15       Q   Tell me, what is Zira Technology?

16       A   You -- do you mean what do we do?

17       Q   Yeah.  Tell me about the company.  What --

18   what does Zira do?

19       A   We provide business-to-business software.

20   So it's called B2B software, SaaS, which is

21   software as a subscription.  We tell businesses

22   that need to schedule their workforce, their --

23   use a digital tool to do that as opposed to doing

24   it on pen and paper, which is surprisingly the

25   predominant method even today.  So we are helping

1    them digitize their pen and paper into a software.

2          MS. LEWIS:  For Planet Depos, we're done

3    with Exhibit 1, if you could make the primary view

4    speakers.

5        Q  And how long has Zira been around?

6        A  We received funding in -- the company

7    received funding end of 2019, so the -- we --

8    yeah.  I think early 2020 is when we started

9    building the product in.

10       Q  And you can -- can you just describe,

11   generally, sort of what is the organizational

12   structure of Zira?

13         MS. DOTY:  Objection.  It's -- it has

14   nothing to do with the case.  I'm just going to

15   object and instruct the witness not to answer.

16         MS. LEWIS:  You can mark that, please.

17       Q  What are the departments of Zira

18   Technology?

19         MS. DOTY:  Same objection.

20         MS. LEWIS:  Mark that, please.

21       Q  How many employees are at Zira Technology?

22       A  I think we are six.  We're a start-up,

23   just like any other tech start-up in the Bay Area.

24       Q  You indicated before that Zira provides

25   business-to-business software.  Are there -- and

1   this may answer the question, but what type of

2   services are provided by Zira to consumers?

3       A   So it's a software on the cloud.   So if

4   you were a business and you had any kind of staff

5   or anything you wanted to schedule, even if you

6   were scheduling students or teachers, whatever it

7   is -- scheduling today is super cumbersome because

8   you need to -- people are doing it on pen and

9   paper or Excel spreadsheets, and that requires a

10  lot of time, effort.   People don't get their time

11  preferences, their preferred times.   And we are

12  just helping move that to a digital product.

13          And we're doing that with, you know, a

14  wonderful design.   So you -- yeah.   That's --

15  that's what Zira is doing.

16      Q   With respect to consumers, how are

17  relationships structured with clients?

18      A   What does that mean?   I didn't understand

19  that question.

20      Q   So when Steadfast -- using Steadfast,

21  since that's the client we're talking about, what

22  is the relationship?   Is there a contract?   Is it

23  a partnership?   What is -- how is the relationship

24  defined?

25      A   Okay.   We --

1          MS. DOTY:  I'm just going to object.  It's

2     vague.

3          If you understand, you can answer, Arjun.

4     A    Yeah.  If -- let me know if I -- if I

5     understand it when I answer it.  It's primarily

6     and actually only, for the best of my knowledge, a

7     month-to-month subscription.

8          And that's where -- that's how most of

9     these software companies nowadays work, especially

10    the business software companies, where you pay for

11    every month that you use.  And if you don't like

12    Zira, the end of the month, then you stop the

13    subscription.  So that's -- and companies that put

14    their product first, they tend to do that because

15    we want to make sure, you know, we're delivering

16    value to you.

17    Q    And if at any time, as you just did, if

18    there's a question that I'm asking and you don't

19    understand what I'm asking, I'll try and rephrase

20    it to make it clear for you.  Okay?

21    A    Okay.

22    Q    So it's -- I'm going to restate, and

23    correct me where I'm incorrect.  So it's a month-

24    to-month subscription with clients, and in this

25    case Steadfast.  Is there a relationship then

1   between the end users that Steadfast uses for this

2   scheduling, or is the relationship exclusively

3   with Steadfast and Zira?

4       A   I -- what do you mean by relationship?

5       Q   Relationship meaning them being a

6   subscriber to your product.  Would subscriber be

7   the most generic term to use to describe the

8   relationship?

9       A   I still don't know if I -- what I -- I can

10  -- I can -- I can rephrase it, and I may not be

11  answering it --

12      Q   Okay.  Let's work through it.  Yeah,

13  absolutely.

14      A   So a business is the one that has the

15  contract with Zira for the month-to-month.  Now

16  while we onboard the business, we might train, you

17  know, the staff and the business and more people,

18  so if you -- if you count that as a relationship,

19  then fair.  It's part of the training and

20  onboarding.  But in terms of the contract, it's

21  pretty simple.  It's the business and Zira.

22  That's why it's B2B.

23      Q   When I say the word relationship, you seem

24  to get kind of hung up on that.  What is your

25  definition then of relationship?  I'm using that

1  in this ordinary English sense of the word.

2          MS. DOTY:  I'm just going to the object.

3      Q  Refer to it as a contract, as the -- as

4  just business to business?  Is that how you

5  understand it?  I just want -- so we're not -- we

6  don't keep coming back to this confusion.

7          MS. DOTY:  Objection.  It's vague.

8          If you understand, Arjun, you can answer.

9  But if you need further clarification, you can --

10     A  Yeah.  I actually -- and I'm being honest

11 that I'm not being hung up.  I'm just not

12 understanding the question correctly.  What --

13 what are you specifically looking for?  I'm happy

14 to answer that.  What are you specifically looking

15 for?

16     Q  How do you describe the relationship

17 between Zira and Steadfast?  Is it a partnership?

18 Are they customers?  Are they clients?

19         You have a relationship with your

20 attorney:  You're her client; she's your attorney.

21         How do you describe the relationship

22 between Steadfast and Zira?

23     A  Customers.  Just like us.

24     Q  Customers.  Okay.  Is there a relationship

25 then between Steadfast's clients, being facilities

1    that they contract to do business with, and Zira?

2    Or is there no relationship, contractual

3    relationship, between Zira and those third-party

4    end users?

5        A   It's the latter.  There is no -- no

6    contractual relationship between Zira and the

7    third party.

8        Q   Are you familiar with the company Medical

9    Staffing of America doing business as Steadfast?

10        MS. DOTY:  Objection.  Vague.

11        You can answer if you understand.

12        A   I -- so I -- I'm familiar with Steadfast,

13    which is -- which -- meaning I became familiar

14    with Steadfast when -- when they -- when -- when

15    we first -- when they first reached out, which was

16    December 16th -- I think you may have that doc --

17    of 2020, and that was the first time I ever heard

18    of Steadfast.  But I don't know what Medical

19    Staffing of America is.

20        Q   Okay.  That's their doing business as

21    name.

22        A   Okay.  Okay.

23        Q   So did you first learn about the company

24    in December 2020?

25        A   Yes.

1      Q  Who's been the primary point of contact

2  between Zira and Steadfast since that relationship

3  was established in December 20- --

4      A  It started off as Lisa Pitts.  Because at

5  that time, we were entering contract, just making

6  sure we -- we showed them what our product is.

7  And -- and now it's shifted a little bit to just

8  the folks we are onboarding on -- on -- on their

9  team.

10      Q  I'm sorry.  The last part of your question

11  -- your answer --

12      A  Now it's switched a little bit to the

13  folks we are onboarding on their team, which we --

14  we basically have training material, and we train

15  them on how to use the software, so it's -- it's

16  -- it's one or two of those folks.

17      Q  And who at Zira -- you said started off

18  with Lisa Pitts.  So who at Zira started the

19  communications with Lisa Pitts?  Who's the one

20  that she would contact when you all were

21  structuring the relationship?

22      A  Yeah.  I can -- so it was me.  I can --

23  yeah.  Yeah, it was me.

24      Q  Can you indicate anyone else at Zira

25  besides yourself?

1        A   I'm sorry.  Could you repeat that?

2             MS. DOTY:  Objection.  Vague.

3        Q   Has anyone else at Zira been in contact

4   with Lisa Pitts besides yourself?

5        A   Yes.  Just, like, again, with customers,

6   oftentimes there are support requests that come

7   in, and it's one of the Zira team that -- that get

8   back with a support request.  So there may have

9   been times where, you know, there were other --

10  other folks on the Zira team who responded to a

11  query that -- that one of the folks from Steadfast

12  had.

13       Q   And who at Zira would respond to those

14  support requests?

15       A   We're a small team.  It's -- it's

16  everyone.  It's the six -- six members.

17       Q   Well, any of the six members?

18       A   I'm sorry?

19       Q   Any one of the six members has been in

20  touch with Lisa Pitts for support?

21       A   Yeah.  I'll have to check exactly who it

22  was at the different times we've gotten support

23  requests, but it's likely more -- more than two or

24  three of us.

25       Q   Is that a division within Zira, product

1    support, that's who she would reach out to, or is

2    there a client manager, accounts payable -- I'm

3    trying to understand what type of contact your

4    company had with her and who at the company.

5         A  And that's fair.  We -- again, we're --

6         Q  The organizational structure.

7         A  We're a start-up, so we -- we -- six

8    people, so there aren't, like, departments and

9    stuff.  So everyone's kind of wearing many hats.

10   And if you know tech start-ups, they're mostly

11   engineers and product people, so we are just

12   wearing the different hats.

13        Q  And when Ms. Pitts would contact you all,

14   how would it be?  Would it be through phone,

15   email, or some other means?

16        A  It's been phone and email, and that phone

17   includes text and phone call and email.

18        Q  Is there a general email address that she

19   would email, or would she email people directly?

20        A  She emails people directly.  I think so,

21   if I remember.  We do have a general email

22   address.  I'll have to check which one she usually

23   used.

24        Q  And how often since December 2020, on

25   average, has Ms. Pitts been in touch with your

1    company?

2       A  It's tough to say.  I would say -- look,

3    so the way -- once -- so December 6 -- can I give

4    a little bit of the timeline, Martha?

5       Q  Yeah, no.  That would be incredibly

6    helpful.  Go ahead.

7         MS. DOTY:  Well -- well, you're not

8    required to give a narrative, Arjun.  The question

9    she asked you -- I'd like you to only answer the

10   questions she asks.

11        THE WITNESS:  Okay.

12        MS. DOTY:  She'll -- she'll follow up.

13        THE WITNESS:  Okay.

14        MS. DOTY:  Her question was, how often on

15   average has Lisa Pitts been in contact with Zira

16   personnel since December of 2020?

17        THE WITNESS:  Okay.

18        MS. DOTY:  You're not required to guess.

19   You're merely required to estimate.

20        THE WITNESS:  Okay.

21        MS. DOTY:  If you can't provide an

22   estimate, you can tell her that.

23        THE WITNESS:  Okay.  It's tough to provide

24   an estimate.  Many, many times.  I would say very

25   often.  I -- I don't want to say something wrong,

1   so I'll have to look up the -- the actual

2   estimate.  Otherwise, I would be guessing.

3   BY MS. LEWIS:

4        Q   Take me back to when Lisa Pitts, on behalf

5   of her company, Steadfast, and Zira developed the

6   relationship.  What were the steps in the

7   development of that relationship with Lisa Pitts

8   and Steadfast?

9        A   So in -- in the software world, we get our

10  leads from many sources.  We have ads online.  We

11  sometimes get it from a third-party company, like

12  Software Advice.  So what Software Advice is it's

13  a separate company.  And if you are looking for

14  software, you'll Google search; right?  Like, I

15  want software.  And then one of the top searches,

16  there will be Software Advice.  It's, like, this

17  form that advises you with software to go with.

18          So we put up our profile there, just like

19  all the other B2B companies, and customers reach

20  out to, like, the top five of them.  We have good

21  reviews on Software Advice, so Lisa spoke -- Lisa

22  from Steadfast spoke to Software Advice, and they

23  send her lead -- her as a lead to us.

24          And, just like that, we get, like, five

25  leads a day.  That's how our sales work.  So then

1    we call up the person.  We're like, hey, it looks

2    like you were looking for a scheduling software.

3    Zira -- Zira can maybe do the job for you.

4           So that's how -- December 16th is where

5    that email came in from Software Advice, which is

6    like, hey, Steadfast is looking for a scheduling

7    software.  So that's when it initiated where we

8    called her up and -- and -- and told her about

9    Zira.

10       Q  And after you all had that initial

11   contact, what happened next?

12       A  I -- I'm -- I am going to do the best of

13   my recollection.  You know, so we --

14       Q  Right.

15       A  -- and this is -- this is a playbook that

16   we do with -- with -- with most customers, so it

17   might get murky if I'm recollecting some other

18   customer.  But the playbook is --

19           MS. DOTY:  Arjun.

20           THE WITNESS:  -- we --

21           MS. DOTY:  Arjun, I'm sorry to interrupt,

22   but she's just asking you, as best you can, what

23   happened next with Lisa, understanding that --

24           THE WITNESS:  Okay.

25           MS. DOTY:  -- yeah.

1          THE WITNESS:  So I -- I -- I think what --
2    what may have happened with her is it seemed we
3    were one of the products she was interested in.
4    BY MS. LEWIS:
5          Q  And then what happened next when -- so she
6    saw one of the products she was interested in.
7    Did she see one of those products on Software
8    Advice, and then that's when the communication
9    began?
10         A  First off --
11         MS. DOTY:  Objection.  It calls for
12   speculation, but you can answer if you know.
13         A  Yeah.  I don't know what Software Advice
14   and her spoke, but usually what happens is they
15   just tell you like, hey, I know there are three
16   products.  We're going to send a -- send you as a
17   lead to all of them, and all of them contact her,
18   and this is -- again, this is the playbook.
19         Q  Okay.  So Lisa got in touch with you, and
20   she said she was interested in your product.  What
21   happened next?
22         A  No, so Lisa got in touch with Software
23   Advice.  Software Advice --
24         Q  Right.
25         A  -- sends the lead to us, like, hey, we --

1      Q  Right.

2      A  -- have a potential customer for you.  So

3   then we reach out.  That's our playbook.  So we

4   reached out to Lisa, and we told her that, hey,

5   you know, do you want a demo?  And -- and we -- if

6   I remember correctly, we -- we probably did a demo

7   soon after.

8      Q  Which demo did you provide her?

9      A  We have a basic demo, so it's just an

10  account.  It's a demo account that we create on

11  Zira, and then we just share our screen and then

12  walk them through it.

13     Q  And does that demo -- it's just called a

14  basic demo that sort of details the product that

15  you have?

16     A  Right.

17     Q  After you demoed the product to Lisa, what

18  happened next in terms of the development and any

19  evolvement of the relationship with Zira and

20  Steadfast?

21     A  On our end, we just continued with our

22  work and maybe did a few more demos that day with

23  other customers and continued building.  I -- it

24  would be tough to me -- for me to know what

25  happened on her end, but I think she was

1  deliberating, and it took about a month or so for

2  us to -- for her to actually be like, okay, I want

3  to go with you all.

4      Q  I'm restating that because I just want to

5  make sure I understand.  But you showed the demo

6  sometime in December; is that correct?

7      A  December -- oh, yeah, sometime in

8  December.  December 16 was the first contact after

9  that.

10     Q  And then about a month later -- excuse me

11  -- Lisa came back and said she was interested in

12  using your product; is that right?

13     A  So the timeline is December 16th was the

14  first meeting I -- from the doc that I put

15  together.  January 20th is when they signed.  In

16  between that, just like it is with every customer,

17  there are just conversations for like, do you have

18  any questions, or, hey, make sure, you know --

19  yeah.  Just both parties making sure that -- that

20  this is a good fit.

21     Q  Between the December 16th meeting and the

22  January 20th meeting, did Lisa Pitts ask you any

23  questions about software -- I'm not sure -- do you

24  refer -- is it referred to as software?  Is that

25  the correct terminology?

1      A   Yes.   Yeah, software is the right word.

2      Q   Okay.   Let me ask -- strike that, and let

3  me ask the question this way.   What questions, if

4  any, did Lisa ask to Zira between December 16th

5  and January 20th about Zira Technologies and the

6  software that was demoed and entering into a

7  relationship?

8      A   It's tough for me to recollect exactly

9  what questions, but again, Steadfast was just one

10  of our customers, so the playbook usually is they

11  ask us questions about the platform:   Is it

12  customizable?   Can it do this?   Can it do that?

13  And -- and there were -- to the best of my

14  knowledge, there were questions around how the

15  platform works.

16      Q   Okay.   And the inquires that were made

17  between December 16th and January 20th, are those

18  in writing -- were those in writing?

19      A   I -- I presume they were in writing.   If

20  they were, they were -- or email exchange.   Yes.

21      Q   After January -- on or about January 20th,

22  they signed the contract -- "they" being

23  Steadfast.   What happened next?

24      A   Just, again, I'm going to answer this a

25  little broadly as well because it's a little tough

1    for me to remember exactly what happened with

2    Steadfast at these different times.  We onboard

3    the customer at that point.  Once the contract is

4    signed, we are, like, okay, and -- and we are

5    doing everything we can to make sure they use our

6    product and, you know, they onboard correctly.  So

7    we -- we started working on onboarding then.

8         Q  For Steadfast, what did onboarding entail?

9         A  So it entails -- now this also depends on

10   different levels of literacy the customer has.  If

11   the customer is very tech literate, then, you

12   know, they can even do a self-onboarding.  They

13   can go into the product and, you know, put in the

14   users in there.

15        With Steadfast, they -- they weren't

16   really very tech literate, so we put in users --

17   and we do that for a lot of customers, by the way.

18   In this industry, a lot of folks, believe it or

19   not, are not very tech literate.  So they're like,

20   you know, how do I put in my users and how do I --

21   you know, what do I click to create the schedule?

22   So it involved -- it involved that.

23        Q  Okay.  And these communications in terms

24   of onboarding, as you indicated several times,

25   you're a small start-up company, so this could've

1    happened with any -- any of you all at Zira; is

2    that accurate?

3        A   That's accurate.

4        Q   So as part of the onboarding process, what

5    information did Steadfast need to provide you all

6    to get them set up?

7        A   So, like I said, actually, if you're tech

8    literate, you can onboard yourself.  So you don't

9    have to provide us anything.  It's our goal to

10   make sure, you know, they're using the platform.

11   So if -- if they -- if they're not very tech

12   savvy, then they provide us with information that

13   they aren't able to figure out themselves.

14   They're like, can you do this for us or show me

15   how to do it?

16           I can go into the details of a couple --

17   couple of things that they -- they send, if you

18   want that.

19       Q   Yeah.  So I'm looking -- and, remember,

20   this deposition is not about all of your

21   relationships with all of your consumers.  We're

22   focusing only on Steadfast.  So, with respect to

23   Steadfast, what information did they -- it's my

24   understanding that they weren't very tech

25   literate.  Like you said, that's not an insult;

1    it's just sort of the circumstances.

2        A  And it's common.  It's common.

3        Q  You had to provide a different level of

4    support.  So --

5        A  No, it's not different.  It's common, like

6    I said.

7        MS. DOTY:  Arjun, Arjun, Arjun.  Let -- I

8    understand she's misstating your testimony, but

9    let her finish, and then I'm going to make an

10   objection, and then you can clarify.

11       MS. LEWIS:  So coming back to my initial

12   rule, if I'm speaking, both for counsel and Arjun,

13   please let me finish my thought.  Everybody will

14   get a chance to speak.  Because what that does is

15   -- it's just going to make this go longer because

16   I'm going to have to go back up to the top.

17       Q  So coming back up to the top of what I was

18   saying, I understand that Steadfast was not very

19   tech literate.  So what information did they need

20   to provide you to onboard them?

21       A  They provided us with all their users, and

22   we imported those, and it's a simple click to

23   import the spreadsheet that they provided us.

24   And, every now and then, they provided us with

25   facilities that -- that they work with.  So we

1    have a feature in Zira where you can add those

2    facilities in.  And there may -- there may have

3    been one or more -- one or two more things which I

4    will have to recollect.

5        Q  When you said imported users, who are

6    users?  Can you please define what that means?

7        A  So the people you are scheduling.  They

8    could be on Zira, anything.  So they give us the

9    list of all the people that they are scheduling.

10       Q  What information did they give for those

11   people?  Names, phone numbers -- what -- what --

12   what -- let me ask it this way.  What demographic

13   information was provided to upload into Zira for

14   users?

15       A  So, first name -- and, again, this is best

16   of my knowledge -- first name, last name, phone

17   number, email is what Zira needs.  That's all Zira

18   needs.  We don't even need email actually.  Role,

19   Zira needs role as well, so, like, you know, what

20   role do you need to be scheduled for.  And I think

21   they provided us a couple more cells, like a

22   couple more fields, like address, which we -- we

23   -- when we import it, it disregards everything

24   other than those five fields that we need.

25       Q  And then you also indicated that they

1    occasionally provided facilities that they work

2    with.  Are those likewise considered users?

3        A  Not always.  So facilities are the

4    different locations where you can create those

5    schedules.  Now facilities can have a point of

6    contact, which would be treated just like any

7    other user.  So, more often than not, the

8    facilities do have that point of contact, but if

9    they don't, you can add as many locations -- and

10   at Zira, that's not necessarily facilities.  It's

11   -- we have just locations, so if you are running a

12   business with many locations, you -- you can just

13   put in a location name.  In this case, it was

14   facilities, so oftentimes it was a group with a

15   person at that facility.

16       Q  Did Steadfast make any specific requests

17   or modifications to the Zira software for its

18   interface?

19       A  So Zira is -- we pride ourselves in being

20   very customizable and platformized.  So you can --

21   any -- customers can change how Zira works for

22   them.  So, just like any customer does, Steadfast

23   went in and, you know, made changes.

24       Q  Okay.  And what changes were made?

25       A  I -- I -- I may not be able to recollect

1  everything, but there are things like, you know,

2  what your start day of the week is.  Is it Monday?

3  Is it Sunday?  Is it Tuesday?  So you can do that.

4        What are your -- what are the different

5  roles?  You can customize that to anything.  Like

6  I said, we have, you know, teachers and every --

7  everyone on Zira, so you can customize that.

8        You can even customize what the individual

9  objects are called.  So are they called -- we have

10  customers who wanted to call them drivers because

11  that's what they called their staff.  I --

12     Q  Sorry, what was that?

13     A  One of our customers calls their staff

14  drivers, so they put drivers as --

15     Q  Oh, okay.

16     A  Steadfast wanted to call them contractors,

17  so they put in contractor.  So Zira as a platform

18  allows you to do that, which is one of our value

19  props when -- when we -- when we sell the product.

20     Q  And to make the interface, the software,

21  customizable, is there a form?  Is it a phone

22  call?  How is that communicated?

23     A  You can do it right in the software

24  itself.

25     Q  And for Steadfast, did they do it

1    themselves or did Zira do that for them?

2        A  I'll have to recollect, but for a lot of

3    things on Steadfast, we -- we basically just click

4    on the button for them and -- and -- yeah, click

5    on the few buttons for them after going into their

6    account which --

7        Q  And how did --

8        A  -- which they --

9        Q  -- you know which buttons to click on for

10   them?

11       A  I'm sorry?

12       Q  How did you know which selections to make

13   for them?

14       A  Oh, yeah.  So they -- they ask us, like,

15   hey, can you turn on this automation?  Can you

16   make sure, you know, start day of the week is so

17   and so?  Can you change this?  So they used to ask

18   us, and then we used to go in -- one of the

19   support agents go in and do it.

20       Q  And were these phone calls or email

21   communications?

22       A  I will have to check, but it was a little

23   bit of everything.  I think phone call, email,

24   text.  We even have a Zira support chat, which is

25   built into the product.  I will have to check if

1    they -- if they used that as well.

2        Q  And when Steadfast was making its

3    interface customizable, when was this?

4        A  It's a constant process.  Honestly, with

5    all of our customers, it's just like with

6    Steadfast.  So it's -- we've -- we've been in

7    contact with them from end of December to, let's

8    say now, three months.  The -- the idea of Zira is

9    that as you use it, you -- you learn about, like,

10   the different things you can do, so you keep

11   upgrading on the customizations.  So I don't think

12   it was, like, a specific time or date.

13          Usually, it's a little bit more during the

14   onboarding, and then it kind of tapers down once

15   the product starts working how you want it to.

16   But I would still say Steadfast is still

17   onboarding, very early in their onboarding.

18       Q  I understand since the contract is between

19   Steadfast and Zira, Steadfast is the one who goes

20   through this onboarding process; is that correct?

21       A  Yes.

22       Q  So do the users that Steadfast provided to

23   be set up, do they have an ability to modify any

24   of this interface, the customizable options that

25   Steadfast has done and is doing?

1          A   To modify the interface, no, users cannot.

2     The users cannot modify.

3          Q   What abilities do users have once set up,

4     based upon Steadfast's construct of the interface?

5          A   Yeah.

6              MS. DOTY:   Objection.   It's vague.

7              If you understand, you can answer.

8          A   Yeah.   I -- I -- I'll -- I'll understand

9     -- I'll answer with the best, like, I understood

10    from your -- so users -- as soon as a user is

11    added, they get an SMS to download the app, and

12    then they go through an onboarding, which is

13    simple things, like, hey, can you confirm your

14    name?  If you want to put a picture, you can put

15    in -- put up a picture.

16             And then you put in your time preferences

17    as well.   It's like, hey -- and again, this is a

18    scheduling too.   Think about a scheduling tool.

19    You're like, hey, I want to work on Mondays,

20    Tuesdays, whatever.   You put in your time

21    preferences.   So that's -- that's what they do.

22             And then when shifts are published, they

23    are able to see those shifts on their phone.   So

24    they're like, oh, you know, I can claim the

25    shifts.   I can click on a button and then be like,

1   hey, I want to claim this shift, as a user.  So

2   that's -- that's kind of what the user flow looks

3   like.

4           Does that -- does that --

5       Q  That answers the question.  I have just a

6   couple of follow-ups to that.  So for Steadfast on

7   the user side, is that -- like, the user interface

8   is their term of art for the user side, or is it

9   just the user's profile?  How should I refer to --

10      A  I want to make sure I understand.  Sorry,

11  I didn't get that.

12      Q  Or -- so, you know, on any, like, app, you

13  sign in and I can do -- from what I understand

14  here, they can put their name, put up a picture,

15  and put up time preferences.  Is that a -- the

16  user interface mode, or is it just a user profile?

17  What's the term that you all use to describe that

18  access level for the users that Steadfast has

19  provided access to their platform?

20      A  Hmm.  So I -- I don't know -- so there --

21  there is no, necessarily, a access level that you

22  can change for the users.  It is what all of

23  Zira's customers get.  They get their profile.

24  They can see a calendar with all their shifts, and

25  then the home page is a dashboard which just shows

1    them what their next shift is.  So if your next

2    shift is tomorrow, it will say, hey, you have a

3    shift upcoming tomorrow.

4            So it's -- it's a fixed user interface

5    that we have for all our customers.

6        Q  Well, within that fixed user interface,

7    that's the fixed interface that Steadfast has

8    created and made customizable for their users; is

9    that accurate?

10       A  So it -- not really.  So a lot of the

11   customizations that you're doing are not on the --

12   are -- most of the customizations are on the --

13   the business side.  It's like, hey, what's my

14   start day of the week and stuff.

15           On the user side, our customizations are

16   pretty limited, so you can't change how the

17   interface looks for the most part.  I think things

18   like, you know, what is the name of the business

19   that shows up there, obviously that is different

20   because whatever you put in yours shows up there.

21   What is the name of the roles?  Whatever you put

22   in yours shows up there.

23           So things like that, like the copy, those

24   are things that might look different from one

25   customer to another.  But on the most front, on

1     the user side, the interface doesn't change that

2     much.

3          Q   Okay.  For the users, for Steadfast, is

4     there anywhere that they can specify their rate of

5     pay, how much they would get paid?

6          A   Yes.

7          Q   Can you tell me about that?

8          A   So one part of Zira's -- with Zira's

9     scheduling, right?  So we schedule shifts, we --

10    you -- you can on Zira put in that this is this

11    person's hourly rate.  So you put in the hourly

12    rate, and then, on the user side, you will be able

13    to see a shift, and you'll be able to see, hey, I

14    have a shift tomorrow from nine to five, and since

15    my hourly rate is ten, it'll show up there.  So

16    you can put in hourly rates for your users.

17          Now I will have to look if Steadfast has

18    put that in.  On -- on the most part, they hadn't.

19    Maybe they added it recently.  I'm not sure.  And

20    if they have, it's just very limited usage.  Right

21    now, they mainly use us for scheduling.  And --

22    and, honestly, they're still early in their

23    onboarding.

24          Q   So for the user side, are users able to

25    input their own rate, or is that only on -- I'm

1    trying to think of sort of a generic term to refer

2    to Steadfast.  I guess the contractor, the -- I

3    don't know.  What -- what's the term that I would

4    use so I'm not mixing up?  Because Steadfast is a

5    user, but they're a different type of user; right?

6    What is the name for Steadfast between this --

7    generically, how do you describe the medium, the

8    actual business that is setting everything up?

9        A  Like I said, the business decides that

10   name themselves.  So it -- in Steadfast's case,

11   it's contractor.

12       Q  Okay.  Okay.  So Steadfast is a

13   contractor.  So can users put --

14       A  (Inaudible.)

15       Q  -- their rate in --

16       A  So --

17       Q  Can the user -- let me --

18       MS. DOTY:  Arjun, Arjun, let her finish.

19   I know you -- I know you think -- but just please

20   let her finish her --

21       THE WITNESS:  All right.  My bad.

22       MS. DOTY:  -- question.  And I'm sorry I

23   interrupted as well, but I wanted to --

24       THE WITNESS:  My bad.

25       MS. DOTY:  It's okay.

1    BY MS. LEWIS:

2        Q  So Steadfast having the contract with Zira

3    -- let's start at the top -- who are they?  Are

4    they the -- I'm not even sure -- I'm looking for a

5    term to refer to them.  What is a term that I can

6    use to refer to Steadfast in sort of streamlining

7    what they do relative to what the users do?

8        A  So we can call Steadfast the business, and

9    the users the contractors.

10       Q  Okay.  All right.  We'll call Steadfast

11   the business, and we'll stick with users being

12   whomever they input.  Okay.

13           So can the users specify rate of pay, or

14   is that only something that Steadfast can do for

15   the user's profile?

16       A  Only Steadfast can do.  Only the business

17   can put in the pay rates.  Because, like you would

18   think the -- the users would put in -- if -- if I

19   had access to put in pay rates, I would put in

20   very high numbers.

21       Q  So as I understand the way -- like, you

22   said it's used -- just used -- at this point, from

23   the last sort of, I guess, your review, Zira for

24   Steadfast is used just for scheduling.  So when it

25   pops up for the user, it would have their schedule

1    and the rate of pay that Steadfast has input; is

2    that accurate?

3         A   So --

4         MS. DOTY:   Objection.   It misstates the

5    witness' testimony, but you can clarify.

6         A   So there are -- actually, there are

7    multiple ways to do scheduling.   Zira also allows

8    you to democratize scheduling.

9         Q   What is the word?   Say that again.

10        A   Democratize scheduling.   So it's a pretty

11   cool feature.   So what it does is you can send out

12   open shifts.   So you don't even have to assign

13   them.   So you can be like, hey, you know, I have a

14   coverage need for someone who's of this particular

15   role to come in on Sunday from nine to five.   Zira

16   believes a lot that, you know, you --

17   democratizing scheduling actually helps.   It's a

18   win-win for the business and for the users.

19        So, in that case, what would happen is the

20   user would get a notification saying that, hey,

21   there is a shift available on Sunday from nine to

22   five.   Do you want to claim it?   And they can go

23   in and hit a button, and they can claim it.

24        So think about this.   All of this was pen

25   and paper, like, manual.   Zira's basically

1   digitizing that flow.

2       Q   Okay.  And so when it sends out the open

3   shifts, does it also have a rate of pay attached?

4       A   It -- if that person in Zira has the pay

5   rate on them, then it'll attach it.  From my

6   understanding from the last support request we've

7   gone through with Steadfast, they barely had

8   anyone with pay rates in there.  I would say -- my

9   estimate is less than one percent of things had a

10  pay rate.

11      Q   Is there a chat feature within Zira that

12  users in the business can use?

13      A   Yes.

14      Q   Does Steadfast use such chat feature?

15      A   It's -- I -- I think a little bit, but

16  again, we -- we don't look into all the details of

17  their account, but from my last recollection, it's

18  been very limited.

19      Q   How many users did Steadfast send to be

20  added to the Zira system?

21      A   The estimate that I have is it was around

22  900.

23      Q   And approximately when was that?

24      A   This was between the first call and the

25  contract being signed.  I think so.  So it was

1    approximately January -- January 2021, just to

2    clarify, a couple months ago.

3        Q  When users are setting up their profile

4    within Steadfast, do they have to go through --

5    click through a terms of use or any

6    acknowledgements with respect to the usage of the

7    technology?

8        A  I'll have to double check.  Our -- our

9    terms of use are on our website, and every user of

10   Zira abides -- we basically state that they abide

11   by the terms of use.  I'll have to double check if

12   those screens specifically have terms of use in

13   there.

14       Q  Now saying specifically within Steadfast's

15   platform and the -- excuse me a moment -- in

16   Steadfast's customizable software, did they --

17   well, let me step back.  Can -- when Steadfast set

18   up its software, could they add a click through

19   that users have to say yes or no to before they

20   are able to access their user profile?

21       A  A two-part answer.  Simple answer is no.

22   You cannot customize the mobile app.  Like I said,

23   it's very limited in the customizability.  It's,

24   like, the -- you know, the roles and everything,

25   that sort of is customizable.  The screens are --

1   are not customizable.

2           Now, having said that, you can customize

3   the onboarding message you get via text.  So when

4   -- you can say, like, hey, when my users are --

5   are added, send them these lines of text.  So

6   mostly people say, like, welcome to, blah, blah,

7   blah.  Click here to download the app, stuff --

8   simple like that.  I'll check what -- what

9   Steadfast put in there, but it's likely something

10  like that.

11      Q  Now you also talked about facilities being

12  added, and I want to make sure I have an

13  understanding of sort of facilities' use and

14  interface with Steadfast's software.  How are

15  facilities set up on the app?

16      A  Facilities have, I would say, simply put,

17  a limited -- limited view of what the business

18  has.  Now, just to clarify, the desktop app, the

19  desktop product, the software is only for the

20  business and facilities.  The contractors or the

21  users only have a mobile app.  They -- they --

22  they don't have access to the desktop.

23          Now the facilities have a limited view

24  now.  It's -- it would be easy to understand that

25  the facility can only see their facility; right?

1    Like, they cannot see the other facilities in

2    there.

3        Q  Okay.

4        A  That's -- that's kind of the setup.  So

5    they can see the schedule.  They can even add

6    shifts in there.  They can be like, hey -- so the

7    nice thing about Zira is, like, hey, a facility

8    can come in and be like, I need, you know, five --

9    five users to come in on Sunday, and they can open

10   up those shifts for -- for the contractors to

11   claim.

12       Q  And for facilities to -- like you said,

13   since it's a scheduling app -- open up shifts, do

14   they need to have permissions to do so by the

15   business, or is it independent of the business?

16   In other words, they go, "These are the shifts I

17   want," and it's automatically populated in the

18   app, or does it require the business' approval

19   before it's populated within the app?

20       A  So, number one, only the business has --

21   puts in the facility or, you know, asks customer

22   support to put it in -- will they even have access

23   to Zira.  So facilities by themselves cannot be,

24   like, hey, I want to go into Zira -- meaning they

25   can reach out to us, but they haven't, but Lisa

1    and Steadfast specifically put in these

2    facilities.  Now once they go in, they can publish

3    the shifts themselves.  They don't -- I -- yeah,

4    they don't need approval.  They can just hit the

5    publish button.

6         Q  And when it's published, does it only have

7    the shifts or does it also have rate of pay?

8         A  So rate of pay will only show up if for

9    that particular person in that particular facility

10   in their profile page, their pay rate has been

11   entered.  And, like I said, from my last

12   recollection with Steadfast's customer support,

13   that's in less than one percent of the cases, in

14   my estimate.

15        Q  And would the facilities or Steadfast put

16   the rate of pay for the facilities?

17        A  Steadfast would put it in.

18        Q  Then does the -- the facilities, you said

19   that they have a -- is it desktop product only and

20   the app or just desktop product?

21        A  So it's actually on the browser.  It's a

22   cloud-based --

23        Q  Okay.  Browser.  Okay.  Cloud-based.

24        A  So URL and --

25        Q  So facilities, it's cloud-based; is that

1   correct?

2        A   Yes.

3        Q   The business, cloud-based and desktop?

4        A   Oh, no.  By desktop, I meant cloud-based.

5   My --

6        Q   Okay.  Okay.  Okay.  So facilities and

7   business, cloud-based; users, app only.  Is that

8   correct?

9        A   (Inaudible.)

10       Q   So, given that the facilities are not the

11  business that have the contract with Steadfast, do

12  the facilities, like the users, get a welcome

13  email -- I guess, in this case, since it's not a

14  app -- once they sign up and register to be able

15  to post scheduling?

16       A   Everyone who's added has, you know, the

17  cloud-based access.  They get an email from Zira

18  telling them to create a password.  Like, hey,

19  you've been added, so please -- please reset your

20  password here.  That's the email they get.

21          Now, for Steadfast, we even send

22  facilities a little bit of our training.  Like,

23  hey, this is where you click to create your

24  shifts, and then please remember to hit the

25  publish button so that it's actually disseminated.

1        Q  With the welcome letter and create your

2   shift, were there any terms of use that were sent

3   to the facilities that Steadfast asked Zira to

4   send?

5        A  Yes.

6        Q  And what were those terms of use?

7        A  I'll have to pull it up, but they gave us

8   a snippet.  It was, like, can you make sure you

9   add this in that welcome email?

10        Q  Do you know generically what was that

11   information -- what did they ask you to add?

12        A  If I remember correctly, it was, like --

13   it's -- it's really tough.  I would be guessing

14   here.  Is it okay if I --

15        MS. DOTY:  I don't want you -- Arjun, I

16   don't want you to guess.

17        THE WITNESS:  Okay.  I won't guess.  But

18   it was, like, boilerplate stuff.

19        Q  Did any of the boilerplate stuff discuss

20   the relationship between Steadfast -- the

21   business, facilities, and users?  Was it --

22        A  I don't --

23        Q  -- legal stuff?

24        A  I don't recollect.  It was legal lingo

25   that I -- I didn't really look into.

1      Q  Do you know where the boilerplate

2  information came from from Steadfast?

3      A  Sorry, what is the question?

4      Q  Zira -- and if you don't know -- this may

5  not be within your knowledge, but do you know

6  where Steadfast got this boilerplate that they

7  asked you to put in?

8      A  No.

9      Q  In other words, was it developed

10  cooperatively with Zira to put this additional

11  language?

12      A  No.

13      Q  I can't hear you.

14      A  No.  No.

15      Q  Was the boilerplate language for the

16  facilities different than the welcome that users

17  receive?

18      A  So users don't get an email.  They get a

19  text message.

20      Q  Okay.

21      A  They just get a text message saying, hey,

22  download this app.

23      Q  Okay.  So there's no -- there was no

24  boilerplate language in the text message that

25  users received?

1        A   I -- to my best of my recollection, no.   I

2   mean, I don't know actually.   I would be guessing.

3   Sorry, I don't know.

4        Q   What would you need to look at to

5   determine?

6        A   You can look at their account.

7        Q   Whose account?

8        A   Steadfast's.

9        Q   And who would they have sent that to?

10       A   Sorry, what's that?   What is the question?

11       Q   Who would they have sent the language to

12   include to users in their welcome?   Would that

13   have been you or someone else on the team?

14       A   They can add it themselves.   They could've

15   reached out to us.   Again, it's a simple text box.

16   And best of my recollection, there was nothing

17   there, but I -- I -- I don't know for sure.

18       Q   What about for the facilities?   Who did

19   they provide that boilerplate language to?

20       A   That, they provided to us.

21       Q   So for facilities and users, what are the

22   requirements to use the software?   What are the

23   system requirements?

24            MS. DOTY:   Objection.   It's compound.

25       A   What does that mean?   I don't understand

1    the question.

2         Q   For -- so for users to access Zira

3    Technologies, is all that's required for them to

4    use it a cell phone?

5         A   A smartphone.

6         Q   Any minimum model or version required?

7         A   Not to the best of our knowledge.  We work

8    on Android and iOS, and --

9         Q   What about for the facilities?  What are

10   the requirements for facilities to use the --

11        A   A browser.

12        Q   -- account?

13        A   Any -- any computer with a browser.

14        Q   For accessing the software, can facilities

15   delete themselves from Zira or does Steadfast have

16   the sole ability to do so?

17        A   I will have to check.  I will have to

18   check.  It's -- facilities, like, they can just

19   stop using it.  That would be as good as deleting

20   themselves.  But I'll have to check if they can

21   delete themselves.

22        Q   Is that something that varies from

23   business to business in terms of whether or not

24   someone could remove and add themselves?

25        A   The same --

1          MS. DOTY:  Objection.  It's vague.

2      A  I can answer though.  It's --

3          MS. LEWIS:  You were talking at the same

4     time.  You had an objection, Martha?

5          MS. DOTY:  Yeah.  I said objection, vague.

6          MS. LEWIS:  And, Arjun, you --

7          MS. DOTY:  If you understand --

8          MS. LEWIS:  -- were answering at the same

9     time.  Go ahead.

10          THE WITNESS:  My apologies, but I'm just

11     not used to this.  I sometimes --

12          MS. LEWIS:  No, it's not natural.  It's

13     not natural.  My -- let me say my question again,

14     so we get a clear sort of line here.

15      Q  Does -- within Zira's software, can

16     facilities remove themselves from using it, or is

17     that something that is exclusively limited to the

18     business?

19          MS. DOTY:  I'm just going to object.  It's

20     vague.

21          If you understand what she's asking, you

22     can answer, or at least I --

23      A  I --

24          MS. DOTY:  Go ahead.

25      A  Sorry, I understand.  I'll have to check

1   if facilities can remove themselves.  In Zira, we

2   haven't worried about this feature because it's as

3   simple as, like, don't use it and nothing will

4   happen.  But I'll have to check if you can, like,

5   technically, like, remove yourself.

6        Q  But businesses can remove facilities; is

7   that accurate?

8        A  So Zira's a platform.  What -- what

9   facilities are in Zira is also in some places --

10  some customer use it -- use it as locations.  It's

11  the same platform.  Think about it just like

12  organization of the account.  You might have,

13  like, a Baskin Robbins with five locations, you

14  know.  I'm not saying they're a customer, but just

15  giving a vague example.

16       Q  Right.

17       A  And then as a business, you can be like,

18  hey, this location doesn't exist anymore, so I

19  don't want to see it.  I'll just remove it.  So

20  that way, yes, the -- Steadfast can remove the

21  facilities because they've used our location

22  feature for facilities.  I'll have to check if

23  facilities can delete that in the UI as well.  I

24  don't recollect.  But it would be no different

25  than just not using it.  It would be very similar.

1    Q  So when a location -- and in this case

2  facilities -- are removed, is that information --

3  for example, if they had been using it, input

4  schedules in their use -- is that deleted, or is

5  it just archived somewhere?

6    A  Ooh, good question.  I'll have to check.

7  I'll have to check.  I don't know the answer to

8  that.

9    Q  I'm going to ask similar questions about

10  the users.  So, for users, can users delete

11  themselves from the business?

12    A  Users cannot delete themselves.

13    Q  And, similarly, is Steadfast the only

14  entity or thing that can delete users?

15    A  Yes.  And users -- also, there is an -- in

16  users, there's an archive, so you can archive

17  them, and then you can delete them as well.

18    Q  And when they are -- what's the difference

19  between archive and delete within the software?

20    A  So with archive, all the information still

21  remains.  With delete, we let you know, hey, are

22  you sure you want to delete?  And -- and we delete

23  it.  It's -- the information doesn't remain in the

24  account.

25    Q  Disappears from the cloud?  Is that what

1    happens when you delete?

2          A   It's tough to say.  I -- so I don't know

3    if it disappears from the cloud, but in tech

4    lingo, it's not pointing to that cell in the

5    cloud.  It might still --

6          Q   Okay.  Has Steadfast deleted any users

7    since using the software?

8          A   To the best of my knowledge, no, but I

9    don't know for sure.

10         Q   Is there a way that Zira would have access

11   to that information to know whether or not they

12   had deleted users?

13         A   I'll have to check with my engineering

14   team.  We can -- we would know if they've

15   archived.  We wouldn't know -- meaning, again, we

16   wouldn't know.  Anyone who goes into their account

17   would know because they would be in the archive

18   bucket.  For deleting, I would have to check.

19         Q   Has Steadfast archived any users since

20   using the app?

21         A   I -- I --

22             MS. DOTY:  Can you repeat that?

23         Q   Has Steadfast archived any users since

24   using the app?

25         A   To the best of my knowledge, I -- I don't

1    think so.  Like I said, we do support for them, so

2    every now and then, we are going into the account,

3    so I don't remember seeing anything as such.  But

4    I -- I may be mistaken.  There may be one or two

5    people there.  I -- so I can't say for sure.

6         Q   Within the app, when a user is archived,

7    does it ask for an explanation or is it just a

8    button?

9         A   Yeah, it's a couple of buttons.  It just

10   -- it's a confirmation model:  Are you sure you

11   want to archive them?  That's it.

12        Q   So there would be no information with

13   respect to why Steadfast as the business decided

14   to archive a user within the app; is that

15   accurate?

16        A   Could you repeat that?  Sorry, I didn't

17   get that.

18        Q   Sure.  So there's no information within

19   the app that would explain why the business

20   archives a user?

21        A   That's right.

22        Q   On Steadfast, as the business side -- and

23   when I say the business side, so it's kind of like

24   user/business --

25        A   Right.

1      Q  -- on the business side of the app, for

2  each user, does Steadfast have the ability to make

3  notes that are visible to them about a particular

4  user but the user cannot see on their side?

5      A  Yes.  There is a notes field in there.

6      Q  And is it just a blank text box where they

7  can type information?

8      A  That's right.  Keep in mind, I will want

9  -- I will let you know that Steadfast is still

10  onboarding.  They -- they don't use most of our

11  features.

12      Q  Is there a way to generate if they had

13  used the text box feature on the user side to

14  download that data?  So similar -- like, you know

15  for Facebook how you can download history.  Is

16  there that feature that Steadfast likewise can

17  download text fields that they may have input for

18  certain users?

19      A  There is no direct way.  You'd have to

20  click on every single user.  Then you just hit the

21  browser, like, I think -- yeah, they -- maybe

22  screenshot or something like that.  You would have

23  to do that.

24      Q  Is there a way to run a query to determine

25  how many or even if they've used that feature for

1    any of their users?

2         A   Well, in engineering terms, it's -- it

3    might -- might be a while for us.  Like, it would

4    be custom work we would have to do to build that.

5    It's not something anyone has requested from us.

6         Q   Is it fair to say that that's not

7    something that Steadfast has requested to date?

8         A   Yeah, it's not a feature that -- again, as

9    a product lead, it's like, will this be useful for

10   customers?  I don't know -- there are a lot of

11   things on our priority list, so this would be a

12   lot of effort for us to build.

13        Q   Okay.  Speaking with users again, is there

14   a way to monitor a user's frequency of use of the

15   app?

16        A   No, there isn't.

17        Q   Would Steadfast be able to see if a

18   particular user had logged in to check scheduling

19   or availability?

20        A   Yes.

21        Q   How does that work?  Can you walk me

22   through how -- what does that -- what do they do?

23        A   Absolutely.  So when you go into the team

24   page, you will see all your users.  And this was a

25   feature actually another customer requested that

1    we build.  So you see their name, you'll see

2    their, you know, role.  On the last column, we

3    added a thing which is called last activated or

4    last used -- I think that's what the column says

5    -- or something around that lines.  And basically

6    it tells you when they last opened the Zira app.

7        Q  So it has last used, but does it have a

8    further breakdown of week of -- what week are we

9    in?  I'm just using this week as an example.  Week

10    of March 28th, user logged in five times, or does

11    it have that level of detail?  What are the --

12    what information is given besides the last use in

13    terms of frequency of use?

14        A  It's just the last use.  Besides last use,

15    we also have a differentiator to say not

16    activated.  So that means that they did not even

17    create an account.

18        Q  So of the 900 or so users that Steadfast

19    provided Zira to assist them with onboarding, how

20    many of the users have been activated?

21        A  To the best of my recollection, the last

22    time we looked, it was about -- I'm estimating

23    here, okay?  So it was about 50 to 60 percent,

24    plus or minus a few percent here and there, so

25    it's an estimate.  It's a rough estimate, but it

1   was ballpark around there.

2       Q   And when was that last time that you

3   looked?

4       A   About a month, maybe slightly more.

5   That's also an estimate, I apologize.  So it was,

6   yeah, about a month or two or three.

7       Q   And how do you know that the users

8   activated it rather than the business?

9       A   The way it works now -- again, I don't

10  know about Steadfast -- but the way Zira works is

11  if the business adds that particular user, they

12  get an SMS.  Now that works for all of our

13  customers.  Now they have to download the app.

14  The SMS has the link to the app.  So they go -- it

15  takes them to the app store, they can download the

16  app, and then we do an OTD check.

17          So we're like, hey, what's your phone

18  number?  And then you put in your phone number,

19  and then we're like, oh, this is the same phone

20  number which is in that account, so we -- we know

21  who you are, like, we can now link you to that

22  account, but now you need to give us the four-

23  digit code that we just sent to your mobile phone

24  number.

25      Q   Okay.

1      A  Enter the four-digit code.  We are like,

2  oh, your details, are you, you know, Ryma Lewis?

3  And you're like, yes, yes, and you go in.  So

4  that's how it works.  It's -- it's the phone

5  number which is kind of the key.

6      Q  Okay.  So I want to make sure I'm using

7  the word activated in the same sense you're using

8  the word activated.  So what do you mean when you

9  say activated?

10     A  So the day actually when they went through

11 those onboarding steps to see their account.

12     Q  Those onboarding steps are what you just

13 detailed a moment ago; is that right?

14     A  Yes.

15     Q  Okay.  So of the -- of the estimated

16 amount, you said somewhere between 50 and 60

17 percent about a month ago or it may have been a

18 bit longer that you have looked, how many of those

19 activated users have been using the app?

20     A  By "have been using," you mean like in the

21 last few weeks?

22     Q  So they activated it, and I understand

23 that there's a last use column, so of that 50 to

24 60 percent who activated, what percent of that 50

25 to 60 percent had something in the last use

1  column?

2      A  So everyone who activates has something in

3  the last use column.

4      Q  Okay.  Okay.

5      A  It's the last time you -- you -- if it was

6  activated, it would say, you know -- yeah.  So

7  everyone who has that has that number there.

8      Q  And so that brings me to another question.

9  So when we talk about last use, did that just mean

10  logging into the app or does that mean actually

11  active engagement in the app -- scheduling,

12  accepting -- what does -- what does last use --

13      A  (Inaudible.)

14      Q  -- stand for?

15      A  Sorry, my bad.  It just means you opened

16  the app.  That's -- that's all we are tracking.

17  The fact that you used means, in our case, you

18  opened the app.

19      Q  Is there any way to determine what type of

20  use they had within the app?

21      A  No.  It's a tough question.  The

22  multilayer, like -- yeah.  It's -- to the best of

23  my knowledge, I can't think of, yeah, a way to do

24  that.

25      Q  And I understand all of these questions,

1  they -- I mean, you're an engineer and you work

2  with a team of engineers, so within the realm of

3  engineering, there's a lot of possibilities.  But

4  I'm just thinking about sort or how it stands now

5  and what it --

6       A  I'm glad you clarified that because --

7       Q  Yeah.  Yeah.  Because I know there's a

8  why.  There's a -- there's a way for an engineer.

9  Okay.

10          What about for facilities?  Is there any

11  way to determine the usage -- the frequency of use

12  by facilities?

13       A  No.  Facilities, no.

14       Q  What are the facilities -- I understand

15  they can input their schedules, but can Steadfast

16  also input scheduling opportunities for those

17  facilities?

18       A  Yes.  Like I clarified earlier, it's just

19  a different usage of the location feature item.

20  If it was user's locations, it would be primarily

21  the business doing it.  So it's -- the business

22  has all the access to do that.

23       Q  When Steadfast inputs scheduling

24  opportunities for facilities, do the facilities

25  have to approve those scheduling opportunities?

1          MS. DOTY:  Objection.  It calls for

2    speculation.

3        A  So within the app, they're -- they don't

4    have to approve.  Now outside of the app, I don't

5    know.

6        Q  Okay.  To clarify, my question was within

7    the app.  So, for example, the same way users have

8    to get yes, no, click through, do -- when

9    Steadfast enters scheduling for the facilities, do

10   the facilities within the app?  That was to

11   clarify my question.

12       A  What was the user part that you said

13   there?  Yes, no, click --

14       Q  No, I was saying so in terms of -- well,

15   actually, let me go back.  Let me break that up.

16          If a user selects a scheduling

17   opportunity, who -- how is it confirmed?

18       A  Good question.  So Zira has both the

19   options in the software where you can turn off

20   approval, and some of our customers have that.  So

21   as soon as you claim it, it's approved.  It's

22   first-come-first-serve basis.  It's depending on

23   how businesses want to set it up.

24          To the best of my knowledge, Steadfast has

25   the approval turned on, so someone has to approve

1   it.  It's either Steadfast or the facility.

2   Either one can approve it.

3        Q  Is there a way to determine who does the

4   approval?

5        A  No.

6        Q  So when a user selects a scheduling

7   opportunity, who is notified?

8        A  User claims a shift right now -- have to

9   check.  Give me one second.  Let me think about

10  it.

11       So the first simple answer is when you log

12  in, either as a facility or -- or Steadfast, the

13  business, you can go into a section and you can

14  see everyone who's claimed shifts in order to

15  approve.  So you can manually go in and see that

16  at any time.  You have access to it.

17       Now notifications are custom created on

18  Zira too.  So you can custom create, like, when

19  this trigger happens, send a notification to X, Y,

20  Z.  And customers use them in different ways.

21       I'll have to check what notifications are

22  set up on Steadfast, but to the best of my

23  knowledge, we have both of -- both the facility

24  and Steadfast notified.  But irrespective of the

25  notification, you can always come into the --

1   through the web app and -- and see -- see that in

2   a section there.

3       Q  So when a user selects a shift, can you

4   walk me through the process?  So I'm user A, I log

5   in, I see a scheduling opportunity.  I select that

6   opportunity.  Then what happens next for me as the

7   user?

8       A  So in Steadfast's case, if manager

9   approval is turned on, it will say, hey, your

10  claim request has been sent.  And then when you

11  come back to the shift, it reminds you that you

12  already requested the shift.  And you can go in

13  and request more shifts.  You can even see, you

14  know, shifts that you've been approved for that

15  you can click and do.

16      So -- so you basically wait, in the case

17  if their approval's turned on, and as soon as

18  someone approves it, you get a notification

19  letting you know that you're -- you're -- you're

20  approved for your claim request.

21      Q  Is it like a pop-up notification or an

22  email to me as a user if approved or denied, or do

23  I have to physically log back into the app, or how

24  does that work?

25      A  Very good question.  With most of Zira's

1    stuff, you'll see that it's customizable.  That's

2    --

3        Q  Okay.

4        A  -- a value prop.  So you -- you can set it

5    up to -- so, at the minimum, you will get a push

6    notification, so you will get a pop-up.  You know,

7    just like how when your Uber's --

8        Q  Correct.

9        A  -- arrived, you have that.  So --

10       Q  AccuWeather, I get those notifications all

11   the time.  Yes.

12       A  Actually, at a minimum, you will get that

13   notification.  Now, on top of that, Zira allows

14   you to add in, like, hey, send them an SMS as

15   well, and, hey, send them an email as well.  So

16   I'll have to check what was entered there, but at

17   the minimum, you'll get a push notification.

18           And -- and then the second thing is,

19   irrespective of the notification or not, when you

20   go into the app, you will see it for sure.

21       Q  Okay.  When a shift -- let's say a shift

22   is confirmed.  When their shift is approved -- I

23   think that was the language that you used -- does

24   it then show up for me, user A, as this is my

25   shift and this is my rate, or is there additional

1    steps with respect to the rate, establishing the

2    rate?

3        A  No, it will say it, but only again if your

4    rate has been entered into the system.  And, in

5    Steadfast's case, like, in -- it's an estimate,

6    but nearly in all of their cases, it's not entered

7    there, unless things have changed, but they are

8    not entered really.

9        Q  Has Steadfast explained to Zira why it

10   hasn't included rates for facilities in schedules?

11       A  No, they -- they haven't.  They -- they're

12   just slow with onboarding.  These onboardings take

13   time, by the way.  They're not straight -- they're

14   not, like, you know, push a button and

15   everything's on.  They take time.  And -- and

16   Steadfast, they're truly, you know -- we consider

17   them a new customer; right?  Because it's January

18   and -- and right now it's March, so it does take

19   some time for them to fully use the system.  If --

20   that is also if they -- if they wish to do so.

21       Q  Have they indicated whether or not they

22   intend to add rates?

23       A  They -- I think throughout our

24   conversation, there was a lot of, like, we intend

25   to, like, use Zira for this, for that, for

1  everything; right?  Because that's -- that's what

2  most customers want to do.  But when -- when --

3  when it comes to doing it, it's like -- it takes

4  that far, it takes time, it takes going into every

5  single user and every single facility, putting in

6  that information, and a lot of folks just are --

7  they take their -- it takes some time to add all

8  of that in, so -- they may have intended to do

9  that and actually maybe more, but they just

10  haven't gotten to it yet.

11      Q  Okay.  So I understand that they're a new

12  customer, but are they actually using Zira at this

13  time?  Are they still -- it's not even there yet?

14      A  They are using it but a subset of the

15  facilities, only, you know, some shifts are being

16  published, and it's -- it's -- it's in the

17  beginnings of using it.

18      Q  At Steadfast, who is using it?

19      A  I wouldn't know a hundred percent for sure

20  exactly who's using it, but it's -- we have an

21  account for Lisa and for the call centers.

22      Q  Is it just a call center account with a

23  general account, or is it call centers with

24  separate profiles for each call center employee?

25      A  I think there is Call Center 1, Call

1    Center 2, and I think there are, like, five or so,

2    maybe six.  I may have forgotten.  But I don't

3    know their name -- meaning, it's just called Call

4    Center 1, Call Center 2.

5        Q  And is there a way to determine the

6    frequency of use for each of those setup business

7    profiles -- Call Center 1, 2, Lisa, etcetera?

8        A  No.

9        Q  Since the rollout of the app for

10   Steadfast, I understand that it's still in

11   beginning of use, only some shifts being

12   published, but is there any way to quantify how

13   regularly they use it on a weekly basis?

14       A  It's tough.  Yeah, I would just be

15   guessing at this point.

16       MS. LEWIS:  Okay.  Let's talk a little bit

17   about reports, and then I'd like to take a five-

18   minute break just to get some water and take care

19   of some things.  Five minutes, okay?  We've been

20   going for a little bit over an hour and a half at

21   this point.  And I don't anticipate it'll be too

22   much longer after coming back from the break.

23       We'll probably take one more for me to try

24   and figure out how we can get to these documents.

25   I think I'm probably going to have just send you

1    all the Department of Labor's -- our Dropbox sort

2    of version, Martha --

3           MS. DOTY:  Okay.

4           MS. LEWIS:  -- and work through this.

5           MS. DOTY:  Okay.

6    BY MS. LEWIS:

7        Q  Okay.  So for reports, has Steadfast

8    requested for any reports to be created?

9        A  No.

10       Q  Are there any sort of reports that

11   Steadfast -- well, not Steadfast -- that Zira can

12   create for businesses?

13       A  So we don't custom create reports.  We

14   just click into one of the tabs, and you can see

15   the reports.  They're -- in Steadfast's case,

16   they're on that -- there won't be that much data

17   in the reports if they did that, but I would have

18   to go in and look.

19       Q  Why do you say there wouldn't be much data

20   in the reports?

21       A  So the reports are -- so it's scheduling.

22   There's -- reports are mainly for time and

23   attendance.  The people are actually clocking in,

24   clocking out.  Steadfast hasn't really been using

25   Zira for time and attendance, and the reports are

1    mainly focused on that.

2        Q   Is there a way for the facilities to

3    create any sort of reports using the technology?

4        A   Yeah.

5        Q   Is there a way for the users to create

6    reports of their time and attendance or

7    scheduling?

8        A   No, no reports.  And, again, they aren't

9    really using us for that, at least to the best of

10   my knowledge.  I haven't seen time and attendance

11   on some --

12       Q   Do you know approximately how many

13   facilities have been set up in Zira by the

14   business?

15       A   I would say about a few weeks ago it was

16   about three, and then lately they have been

17   ramping up slowly.  So, as of today, it may be

18   ten, approximately.  And then the -- it's tough to

19   say because ten have some shifts in there, but I

20   don't know if they're, like, actively using it.

21   They may be like, hey, want to use it once, and

22   then a facility may have forgotten.  So I don't

23   have that data as to, like, who's actively using

24   it.

25       Q   Has Zira provided any trainings to the

1    facilities?

2        A   Yes.  We -- we send them an email, so,

3    like, hey, it's two simple steps to use Zira.  One

4    is you click to create the shifts, and two is you

5    hit the publish button.  So we -- and then we say

6    that you can even approve, you know, people who --

7    who claim your shifts.  So we send them, like, an

8    email which has the drift.

9            We -- along with the training -- along

10   with that, we also tell them that, hey, please

11   schedule a meeting with us if you want more

12   personal training.  And I think one or two, like,

13   reached out and, like, hey, can you walk me

14   through, like, how do I log in and stuff like that

15   and basic stuff?  What do I press to create the

16   shift?

17           So I think we -- we did meet with -- I

18   think maybe one or two of the facility point of

19   contacts to be like, hey, this is your account.

20   This is where you click.  This is where you hit

21   the publish button.

22       Q   What facilities were those?

23       A   I'll have to check.  I'll have to check.

24   I don't remember.

25       Q   Between the facilities and the users, is

1    there any way to -- for them to communicate

2    directly, besides sort of the offering of shifts?

3         A  So the chat feature is available to all.

4    Anyone can chat anyone.

5         Q  And for that chat feature that's available

6    to all, let's say that there's a user and a

7    facility that are having a chat for whatever

8    reason, would the business -- "business" being

9    Steadfast -- be able to see that chat even if they

10   weren't a part of it?

11        A  Yes.

12        Q  If --

13        A  Wait, actually, let me think.  Maybe not.

14   Sorry, I take that back.  I -- I - it's a good

15   question.  I -- to the best of my knowledge --

16   wait, wait, wait.  Let me think.  The business,

17   facility, chats without, chats without -- so it's

18   a nuanced answer.  So there are groups that you

19   can chat in.  So you can reach out to, let's say,

20   the entire -- all the users, and you can broadcast

21   and message.

22            Now, by the way, Steadfast doesn't use

23   that much chat, so this may be irrelevant, but

24   I'll just tell you how the product works.

25            There -- you can -- you can reach out to

1    all the users.  So you can be like hey.  You can

2    reach out to a particular role, so, like, hey all

3    the drivers or all of the -- you know, whatever --

4    whatever the roles are.  If you message something

5    in the group, then everyone can see it.  You know

6    exactly who said it.  But if you send a one-on-one

7    message, then, to the best of my knowledge, only

8    those two people see it.

9        Q  If Steadfast wanted to know about one-on-

10   one messages between the facility and the user, is

11   there any way that they could get that, or is

12   there just sort of like a private or ghost mode in

13   which Steadfast wouldn't be privy -- be able to

14   get that information?

15       A  I wouldn't call it a ghost mode.  I would

16   just say that any one-on-one conversation, someone

17   else I don't think can view that.  Even if a

18   contractor has a one-on-one with another

19   contractor, let's say, I don't think anyone can

20   see what those messages are.  So it's not like a

21   specific mode; it's just how it works.

22       Q  How long are those -- and I understand

23   your qualification that they're not using that

24   right now, but in the event it is used, in the

25   chat feature, how long do chats stay within the

1      technology, the app?

2          A   Well, it's very limited usage, to the best

3      of my knowledge.  Because I always see, like, some

4      indicator there -- I think we've gone and -- I

5      don't remember, but it's very little there.  So

6      it's not -- it's not used at all.  To the best of

7      my knowledge, it -- I don't -- I don't remember

8      deleting those messages.

9              Now we actually also use -- yeah, it's --

10     yeah.  I -- I -- I don't think we deleted them.

11     Now I don't know for sure.  I'll have to check

12     with my engineers, like, after every, like, few

13     months or years we -- we will delete them at some

14     point, but right now, to the best of my knowledge,

15     we haven't deleted anything.

16         Q   So for those chats and those

17     communications, whose, I guess, property would

18     they be?  Would it belong to Steadfast, the

19     business that has a contract, or is it the

20     property between the user and whomever else or the

21     facility and whomever else?

22             MS. DOTY:  Objection.  Calls for a legal

23     conclusion, but you can answer as a layperson.

24         A   I actually don't know.  I'll have to look

25     into our legal -- legal docs.  We're doing

1    everything, hope -- yeah, I don't know.

2        Q   If Steadfast requested communications,

3    those chats, would Zira provide them to Steadfast?

4            MS. DOTY:   Objection.

5        A   No.

6            MS. DOTY:   It's an incomplete hypothetical

7    and calls for speculation.

8        A   It -- we haven't done this ever.  And,

9    look, we're a start-up.  If anything's taking us a

10   lot of time and effort and we don't think it's

11   right, we don't do it.  So, yeah, I -- we -- we --

12       Q   Okay.

13       A   -- we've never faced with a question like

14   this.

15       Q   Do users have the ability -- let's --

16   coming back to the approval-denial process and

17   picking up shifts, do users have the ability to

18   then reassign a shift to another user?

19       A   No.

20       Q   Do -- if a user accepts a shift and then

21   changes their mind, are they able to cancel it

22   without Steadfast's approval?

23       A   Yeah, they can just hit a release button,

24   and it'll release.

25       Q   And then what happens to that shift?

1      A  We open it up again.  So it's then again
2  available for the people to pick up.
3      Q  But there's no ability for user -- user to
4  user to assign shifts?
5      A  No.  Some of the other apps have that
6  actually, which is called swapping.  We don't have
7  that.  We have not built it yet.
8      Q  Meaning it's not available in your
9  technology or it's not something that Steadfast
10 has asked for?
11     A  It's not available in our -- we -- I guess
12 the answer is both.  It's not available in our
13 technology, and I don't recollect Steadfast asking
14 for it either.
15     Q  What -- is Zira integrated with
16 Steadfast's payroll and accounting system?
17     A  No.
18     Q  I'm sorry?
19     A  No.  We don't integrate with any -- any
20 payroll system.
21     Q  What is sky level view?
22     A  So it's just a view in the UI where you
23 come in and you can see all of your facilities.
24 So it's just a list view of all of your
25 facilities, and then you can click into one of

1    them and zoom into them.  So it's -- yeah, it's

2    just that.

3         Q  So it's --

4         A  And --

5         Q  -- on the location side?

6         A  Sorry, I --

7         Q  It's on the location side, not the user

8    side -- sky level view?

9         A  So --

10        MS. DOTY:  I'm just going to object.  It's

11   vague.  I don't -- I think the terminology is

12   vague.  If you understand, you can answer.

13        A  Yeah.  So when a business logs in, you

14   know, just like I explained, if it was -- and

15   Baskin Robbins, by the way, is not a business --

16   just clarifying -- but if they did and they --

17   they would be receiving all their notifications on

18   one page; right?  And then they can click into

19   one, like, oh, I'm interested in this one.

20        Similarly, for Steadfast, when they log

21   in, they can see all of their facilities, and they

22   can be like, hey, I want to click into this one.

23   So that screen which shows the list of all of them

24   is what we're just product marketing as sky -- sky

25   level view.

1      Q   Do users have a sky level view?

2      A   No.

3      Q   Do facilities have a sky level view?

4      A   No.  Facilities just see their facility.

5      Q   What is the benefit of sky level view for

6  the business, i.e., in this case, Steadfast?

7      A   I would say just think of it as a

8  dashboard.  So instead of going through your

9  facilities through a dropdown, it's an exaggerated

10 dropdown.  It's like, hey, which one do you want

11 to click on?  So it's just -- it's just a UI

12 simplicity feature.

13     Q   What is Zira's built-in compliance

14 program?

15         MS. DOTY:  Objection.  Lacks foundation.

16     A   So we don't have a built-in compliance

17 program.

18     Q   You don't have that?

19     A   I don't know what that means.

20         MS. LEWIS:  Okay.  Me neither.

21         (Laughter.)

22     Q   What is Zira Manager?

23     A   Zira Manager is what the businesses use.

24 The product we term as Zira Manager, that's what

25 that is.

1          Q   Okay.  So Steadfast's platform is Zira

2    Manager?

3          A   Yes.

4          Q   Okay.  Is there any information that

5    Steadfast has on Zira Manager that -- well, let me

6    ask the question this way.  Zira Manager -- is

7    there any information that Steadfast has that Zira

8    doesn't have?  In other words, who's the holder of

9    Zira Manager?  I'm not sure if that -- if we need

10   to walk through that, that's fine.

11              MS. DOTY:  Can you -- I'm sorry, but can

12   you ask that again?  Or I guess I'll just --

13              MS. LEWIS:  Sure.  Let me -- let me ask it

14   a different way.  Let me -- let me sort of --

15              MS. DOTY:  You muted your -- yeah.

16              MS. LEWIS:  Yeah, I know.  My colleague,

17   Ms. Jones, co-counsel, is in my office.  She's

18   listening in as counsel.

19   BY MS. LEWIS:

20          Q   Who has access to the information in Zira

21   Manager?  Is it exclusively Steadfast, or can Zira

22   and Steadfast both access that information?

23          A   It is -- it's -- it's information for

24   Steadfast.  Now when there are customer support

25   issues, we -- we sometimes go in and, you know,

1    help them out, but it's -- it's -- it's

2    information for Steadfast's access.

3        Q   Okay.  So for Zira Manager, this is what

4    we've been talking about this whole time.  It's

5    about you setting them up, onboarding, and

6    basically what we've been talking about the past

7    hour and a half?

8        A   Yes.  Yes, that's --

9        Q   Okay.  And so Zira works with Steadfast to

10   develop their Zira Manager, their platform?

11       A   I wouldn't call it develop.  The --

12       Q   Okay.

13       A   -- the program is the same for everyone.

14   You can add your details in it; right?  Like,

15   think about any software that you use, right?  You

16   come in and you're like, hey, I want to -- I want

17   to put in my data, and I want to put my users in

18   it, I want to put my shifts in it.  But everyone

19   has their Zira Manager with just their data in it.

20       Q   Is there a user handbook that Zira has

21   provided to users?

22       A   You mean the contractors, in this case?

23       Q   So we've been talking about users,

24   facility, and the business.

25       A   Yep.  So the users, there is -- it's

1    available public access for everyone.  It's on the

2    Help -- on our website, on Help Guides.  It walks

3    through like, here, this is how you create an

4    account.  There will be an OTD that will be

5    requested, and this is where your shifts are.

6    Click on the calendar icon.  Like, it's basically

7    just walking through the app.

8         Q    Okay.  So it's not something that is --

9    has been created specifically for Steadfast?

10        A    No.

11        Q    And is Zira Portal what the users and

12   facilities use?

13        A    Good question.  Zira Portal is a third

14   product that Steadfast doesn't use at all.  It is

15   the on-location clock-in device.  So it works on

16   any tablet.  It's just an app actually.  So if you

17   have a tablet or an android, you can download the

18   app, and it's our -- you can come in and you can

19   clock in.

20            Now that's -- that's -- some customers use

21   it.  Steadfast doesn't use us for clock in/clock

22   out.

23        Q    What is Zira Employee?

24        A    So that's the user's app.

25        Q    So is there a separate handbook for the

1    Zira Employee, Zira Portal, etcetera, or just one

2    handbook?

3         A  So the Zira user's is -- is online,

4    available.  You can just go there.  For the

5    managers, there are a set of videos which are

6    generic videos.

7              Now, oftentimes, we can get, like,

8    personalized videos, like, hey, this is your

9    account data, make sure you click in here.  Based

10   -- you know the meeting we have on the onboarding.

11   We realize, like, these are the features that they

12   want, so you walk through those details a little

13   further.

14        Q  Okay.

15        A  Yeah.

16        Q  Have any training videos been created for

17   Steadfast's users?

18        A  Yes.  I don't think -- there was one -- we

19   did create one for the users.  I don't think -- if

20   we sent it or not or if Steadfast sent it.

21   Actually, I don't know.  We didn't.  So there was

22   just a simple walkthrough of the app.

23             We also created a training video for

24   Steadfast and the facilities.  I think we did.

25   Yeah, we created one training video for all.  But

1   again, it was the basics -- high level, fake

2   account, like a demo account, hey, this is where

3   you click in -- because all the data is

4   confidential.  So it's just -- all the training

5   videos just have, like, placeholder data in it.

6       Q   Okay.  And when did you provide that basic

7   demo app for the users?

8       A   It wasn't a app; it wasn't a video.

9       Q   I'm sorry.

10      A   I don't remember.  It was a month ago or

11  maybe -- yeah, I think it was a month ago, if I

12  recollect correctly.

13      Q   What about for the facilities?

14      A   Yeah.  Everything's been in the last two

15  and a half months, so --

16      Q   Okay.

17      A   -- those (indiscernible), but, yeah, few

18  -- few weeks ago, the facilities for Steadfast and

19  for the users.

20      Q   Within the -- was there a contract entered

21  into between Steadfast and Zira for the technology

22  that you all have provided?

23      A   So it was the basic contract that we do

24  for everyone, which is a subscription-based

25  contract.  It's per user, per month.  I think the

1    document is there.  I don't know who sent it to

2    who, but it's there somewhere, and it just walks

3    through, like, hey, these are the number of seats

4    -- it's just like how software -- all softwares

5    do.  This is the cost per seat, this is what

6    you'll have have to pay us every month.

7         Q  And it's month to month; is that correct?

8         A  It's month to month.  I think sometimes we

9    do -- when, like -- we call it an annual contract,

10   but it's actually you still pay us per month, and

11   we don't charge you if you break the contract.

12   Yeah.  So at the end of the month, you be like,

13   hey, I don't like Zira.  So, fine, we -- we'll

14   stop charging you.

15        Q  And who negotiated the contract on behalf

16   of Steadfast?  Was it Ms. Pitts or attorneys or --

17        A  It was Ms. Pitts.  I -- yeah.  I haven't

18   met or spoken to any of their attorneys.

19        Q  Were any of the terms negotiated, or was

20   it just your standard contract?

21        A  Price is always negotiated, as you would

22   guess.  So our standard is $3 -- well, there is no

23   real standard.  We quote based on the number of

24   users.  So it's, like, with -- with Steadfast --

25   sometimes they're like, hey, you know, if you

1  close today, we will come down 25 cents or

2  something like that, if I remember.  So we did

3  2.75, if I remember correctly, per -- per user per

4  month.

5      Q  Were you -- "you" being Steadfast -- I

6  mean "you" being Zira -- aware of the pending

7  enforcement actions the Department of Labor had

8  against Steadfast when you entered into the

9  contract with them?

10     A  No.

11     Q  Were any representations made to Steadfast

12 regarding compliance with the FLSA when Steadfast

13 hired Zira?

14     A  No.

15         MS. DOTY:  Objection.  It misstates the

16 testimony regarding the relationship.

17         MS. LEWIS:  It was a question.  I didn't

18 -- I asked a question.  I said --

19         MS. DOTY:  Yeah, it misstates --

20         MS. LEWIS:  -- representations made by

21 Zira to Steadfast of compliance with the FLSA.

22 That's a question.

23         THE WITNESS:  So can I --

24         MS. DOTY:  Yeah, but you -- that's not --

25 that wasn't the question you asked before.  You

1   used the term when -- I think you said when

2   Steadfast hired Zira or --

3          MS. LEWIS:  Yeah, I was giving a time

4   period.  When Steadfast hired, i.e., entered into

5   a contract with Zira, which was in January 2021,

6   did Zira make any representations to Steadfast

7   about whether the app would be in compliance with

8   the Fair Labor Standards Act.

9          MS. DOTY:  Same objection.  Entering into

10  a contract isn't the same as hiring, so I'll just

11  object.  It's --

12         MS. LEWIS:  I'm not sure what the

13  misrepresentation is, but, Arjun, if you

14  understand the question, you can answer.

15         MS. DOTY:  Well, I can finish my

16  objection.  The misrepresentation is the use of

17  the term hire to describe a contractual

18  relationship, so objection.  Calls for a legal

19  conclusion, lacks foundation.

20         THE WITNESS:  So I -- I agree.  We never

21  say we were hired.  We -- they're our customers,

22  and they -- they're just subscribing for the

23  product, and it's a subscription service.

24         We -- the main value prop for -- for

25  Steadfast was that, hey, this is all manual, pen

1   and paper, move that to digitized.

2           I actually didn't know what FSLA [sic] or

3   what you mentioned there was, so -- to the best of

4   knowledge, we do not say anything of that sort.

5           And then the other value prop is the

6   customizability, like, hey, you know, you can do

7   this, you can add facilities, you can change the

8   word of -- to contractors, you can basically --

9   that's -- that's -- that's our playbook.  So --

10          MS. DOTY:  Arjun.

11          THE WITNESS:  Sorry, quiet.

12          MS. DOTY:  Just only answer the questions

13  --

14          MS. LEWIS:  Please don't --

15          MS. DOTY:  -- asked.

16          MS. LEWIS:  -- interrupt him when he's

17  speaking.  That is wholly inappropriate.

18          MS. DOTY:  I think he was done speaking,

19  but the -- my point, Arjun --

20          MS. LEWIS:  Not sure because you

21  interrupted him.

22          MS. DOTY:  I -- my point --

23          THE WITNESS:  I was done.  I was --

24          MS. DOTY:  Only answer the question that

25  you're asked.  Thank you.

1          THE WITNESS:  Okay.

2          MS. LEWIS:  Let's go ahead and take a 15-

3    minute break.  I'm going to try and access the

4    documents that you all sent via your platform.  If

5    that doesn't work, I'll send you the Department of

6    Labor's platform that I know Julia's used and her

7    team, and it's pretty simple.  I think Julia would

8    agree with that.  So let's go ahead and take a

9    break.

10          MS. DOTY:  Okay.

11          THE REPORTER:  Off the record, 3:34.

12          (Pause in proceedings.)

13          THE REPORTER:  Back on the record at 4:30

14    p.m.

15          MS. LEWIS:  All right.  Back on the record

16    in the Zira deposition.  I've received documents

17    that Zira produced in response to the subpoena and

18    have had an opportunity to review them.

19          Before going there, I want to start with a

20    couple of exhibits, documents, screenshots that

21    the Secretary was provided by Steadfast in this

22    matter.  The first one for the court reporter is

23    document -- we're just going to go in order --

24    it's Zira Screenshots_1.

25          REMOTE TECHNICIAN:  Stand by.  Exhibit 2

1    is on-screen and ready.

2          (Exhibit 2 was marked for identification

3    and is attached to the transcript.)

4    BY MS. LEWIS:

5        Q    This document is Zira Screenshots_1, and

6    it's been marked as Exhibit 2.  Arjun, do you

7    recognize this document?

8        A    Yes.

9        Q    What is this?

10       A    It's the team page of the Steadfast Zira

11   account.

12       Q    It's the what page?  I'm sorry.

13       A    Team, team page.

14       Q    Team page.  What's a team page?

15       A    It's the list of all your users.

16       Q    And this is just sort of an excerpt as

17   it's indicated by the title?  It's just a

18   screenshot of what that page looks like?

19       A    Yes.

20       Q    And is this available to both the user and

21   the business or just the business?

22       A    Just the business.  Like I said, the users

23   only have the mobile app.

24       Q    Okay.  And so "automations," what are

25   automations?

1      A  So remember when I was saying you can

2  change what -- how you want to receive

3  notifications?

4      Q  Yes.

5      A  The automations is where you do that.

6      Q  Okay.  And "trends," what information

7  would be included with trends?

8      A  Trends is high-level reports that mostly

9  are valuable only if you are using it for time and

10  attendance.

11      Q  What are sort of -- what -- what are the

12  different high levels of reports can be generated?

13      A  So they are actually all not customizable.

14  They are -- they are just there, static, fixed for

15  -- for all our -- for all our accounts.

16          It's show-up rate, so you can see folks'

17  show-up rate, on-time rate, so you can see if

18  they're clocking in on time, and then there are a

19  couple others.  There is -- there is schedule

20  quality, which says that, hey -- you know when I

21  had mentioned that you could put in your time

22  preferences?  So it's like were those shifts

23  actually when your time preferences were

24  preferred.  So it's just those high-level reports

25  and a couple more there.

1          Q   Were these different high-level reports

2     that you just described, are these -- I understand

3     that they're not customizable; is that correct?

4          A   That's correct.

5          Q   So what is the time period in which the

6     trends, these reports are generated?  Is it --

7     what's the frequency?

8          A   Week to week.

9          Q   Is that for all of the different

10    categories of reports that you just explained?

11         A   That's right.

12         Q   And is there a way to determine whether or

13    not Steadfast as a business uses this feature?

14         A   No, there is no way to determine.

15         Q   Do you know whether or not Steadfast has

16    used the feature?

17         A   No, I don't.

18         Q   Is -- the trends, is that standard for all

19    of Zira software, or is this something that

20    Steadfast specifically requested?

21         A   It's standard.

22         Q   And the last column -- the last item there

23    is "pay."  What is that?

24         A   So that's the timesheet.  If -- if you

25    were using Zira for time and attendance, if you

1    had your users clock in and clock out -- remember

2    there is a way to put in their hourly pay rates.

3    So if you did use us for time and attendance and

4    if you did put hourly pay rates, it's a timesheet

5    for how many hours each particular user had

6    clocked into.

7         Q  And for Steadfast, this business has not

8    integrated its payroll system with Zira; is that

9    correct?

10        A  That's correct.

11        Q  And so for Steadfast, this pay, it's like

12   -- is it a click?  Is that the way it works?  How

13   -- how does it work?

14        A  So it's a click, and then you can select

15   any time period.  So it's like a --

16        Q  Okay.

17        A  -- date page clicker, and you can be like,

18   this is the time period, and it will spit out all

19   of your users and how many hours they clocked in.

20        Q  And for the settings, what's -- what sort

21   of settings are able to be viewed and/or modified

22   there?

23        A  So settings would have your name.  You can

24   put in the name of the business in there.  You see

25   it on the top left they put in Steadfast Staffing

1    Agency, so you can change that.  You can put in

2    things like the -- remember I said start day of

3    the week.  So when you are viewing your schedule,

4    you know what day to day.  Like, some businesses

5    are Sunday to Saturday or some are Monday to

6    Sunday, so that.  There is a bunch of things.

7              There is add -- there is who do you want

8    access to this.  So you can have multiple folks

9    have access to it.  And it's usually the -- the

10   business -- people in the business, so it's the

11   call centers in Steadfast's case, and -- and you

12   put in their email addresses, and then you have --

13   you have all of the account level settings in

14   there.  You can log out from there.

15             I can -- I'm happy to walk through

16   everything, but this is at the top of my mind, but

17   there are a few more things in that.

18        Q   Okay.  For that "show rate," what is that?

19        A   So if you were using us for time and

20   attendance, then you would see your show-up rate

21   there.  So if you're scheduled a shift and you

22   clocked into that shift, you would be a hundred

23   percent show-up rate, if you clocked into your

24   only shift that you were scheduled.  If you were

25   scheduled for all your shifts and you did not

1    clock in, it would be zero percent.

2         And, like I said, since Steadfast is not

3    using us for time and -- we probably did have,

4    like, some people just try it out, that feature --

5    and they use us, but they're not really using us

6    for time and attendance, and that's why you see

7    all the show-up rates as zero.

8         Q  And when you say not using for time and

9    attendance, is it as you testified before; they're

10   just using for scheduling?

11        A  That's right.

12        Q  Okay.  Level, there's -- what is "level"?

13   What is that description for?

14        A  So this is just, like, an -- like, to help

15   you organize your roles.  That's the reason why we

16   added this feature.  No one really uses it that

17   much, we've learned.

18        But let's say -- the idea was -- let's say

19   you're a restaurant and you have a chef and a cook

20   and a dishwasher.  Sometimes you might want to put

21   them as, like, back of the house level, and then

22   you have front of the house, so -- stuff like

23   that.  So that's why we added that feature, but we

24   are seeing not a lot of folks use it.  So we just

25   put, like, a level name and it applies to nearly

1    everyone.

2        Q   Is that level name customizable?

3        A   Yes.

4        Q   And who selected that name of staff?

5        A   It's -- I don't remember.  It -- it's

6    either Steadfast or we put in a place for that one

7    while onboarding them.  It's either one of the

8    two.

9        Q   But Steadfast -- does Steadfast have the

10   ability to change that descriptor?

11       A   Yes.

12       Q   And then the last column, it's "mobile,"

13   and I see some have days and other has the words

14   "not activated."  What is that?

15       A   So that is -- remember in my earlier I had

16   said that we have a last use column?  This is that

17   last use column.

18       Q   Okay.  So the column -- so the title of

19   the last use column is mobile?

20       A   That's right.

21       Q   Okay.  Directing your attention now to

22   what we'll mark as Exhibit 3, which will be Zira 2

23   --

24           MS. DOTY:  Ryma, can you just confirm the

25   Bates stamps of that exhibit that we just looked

1    at?

2            MS. LEWIS:  Yes.  That was Steadfast 6th

3    087520, which was marked as Exhibit 2.

4            MS. DOTY:  Thank you.

5            MS. LEWIS:  The next one has been marked

6    as Exhibit 3, and that's Steadfast 6th 087521.

7            (Exhibit 3 was marked for identification

8    and is attached to the transcript.)

9    BY MS. LEWIS:

10       Q  Can you explain to me, what is this

11   document?

12       A  So this is the dashboard page.  So your --

13   you have zoomed into one of the facilities, and

14   you're seeing the dashboard where you see today's

15   coverage of all the shifts that have been

16   published for that day and that facility.

17       Q  And this is again for the business side,

18   not the user; correct?

19       A  That's right.

20       Q  Is this a standard page for businesses, or

21   is this something that Steadfast specifically

22   requested?

23       A  It's a standard page.  I will add these

24   are all standard pages on Zira.

25       Q  Okay.  I didn't ask this question about

1  the next one, and if you need to see it, who did

2  you provide that screenshot to?  Or let me take a

3  step back.  Did you provide that screenshot to

4  someone?

5      A  To the best of my knowledge, I haven't

6  taken these screenshots.

7      Q  Okay.  And that goes for the first one and

8  the next one; correct?

9      A  That's right.

10     Q  "Next one" being Exhibit 3.

11     A  Yep.  Yes.

12     Q  This one has some -- some different column

13  headers.  I see that there's two times.  What are

14  those times reflected in those columns?  If you

15  could just describe what those are.

16     A  The schedule -- the shift's scheduled

17  start time and end time.

18     Q  Okay.  And "breaks" column is presumably

19  self-explanatory?  It's breaks that that

20  individual may or may not have taken?

21     A  That's right.

22     Q  Who would input breaks?

23     A  So you can, as -- again, if you're using

24  us for time and attendance, then you can add in

25  breaks when you create shifts.  You can create a

1   shift, like, hey -- again, we're a platform;

2   right?  So you can be like, hey, this is 7 a.m. to

3   7 p.m.  I want to add two breaks for my staff:

4   one lunch break and one tea break.  But as you

5   see, Steadfast doesn't use us for time and

6   attendance, at least to my knowledge, so it's just

7   putting in the scheduled start and end times.

8       Q  Okay.  And so would it be the user and the

9   business that could input breaks, or is it just

10  one or the other?

11      A  The business inputs the breaks.

12      Q  Okay.  And the last column, "status," what

13  is that?

14      A  So that would be, again, if you use us for

15  time and attendance, if you clock in, it would say

16  clocked in or working.  If you do not clock in, it

17  would -- and the time has passed, it would say

18  late.

19      Q  Okay.  For the status, I see two of them

20  say late.  What does that description mean?

21      A  So that means that that particular user

22  has not clocked in.  So all of our users who are

23  using us for scheduling only and not for time and

24  attendance, it will always say late because

25  they're not using us to clock in.

1      Q  What's the difference between the late

2   designation and the not started designation?

3      A  Not started means the shift has not even

4   started.  Because if you see there, it's 7 p.m. --

5      Q  Yes.  Okay.

6      A  -- and this screenshot is somewhere

7   between 7 a.m. and 7 p.m.

8      Q  And there's a final column, but it just

9   has an ellipsis, "..."  What is that?

10     A  Those are click actions.  So you can click

11  under that and you can -- you can see -- there are

12  things like I want to view this user's page or

13  like -- they're just click actions.

14     Q  Okay.  And so if you were to click on that

15  click action to view that user's page, what sort

16  of information would be on the other side of the

17  page?

18     A  The same information that you would see

19  when you add that user in the first place, so

20  what's their name, what's their mobile number,

21  what's their role -- all of that.

22     Q  And above it, I see "all coverage."  What

23  is that -- can you explain to me, what does that

24  mean?

25     A  If I remember correctly -- so it

1  definitely is a filter.  So it's, like, you're

2  seeing all.  But if I remember correctly, there

3  are different options there.  Show me only -- show

4  me only -- don't show me upcoming coverage, you

5  know, where you see "upcoming."  So don't show me

6  past coverage.  Like, I think you can filter down.

7      Q  Okay.  So it -- is it a descriptive of

8  what shifts filled, unfilled, and available for a

9  particular facility that you can sort of narrow

10  and tailor that view for?  Is that what it --

11      A  Not really.  So it -- you know, right now,

12  you are seeing all the coverage, shifts that are

13  active right now and you're seeing future shifts;

14  right?  If there were, let's say, shifts that are

15  completed, you would see that too because the

16  filter you selected is all.  If you could narrow

17  it down to only show me current shifts -- I don't

18  want to see those three not started shifts -- so

19  you could just filter your view here.  That's all

20  it is.

21      Q  Okay.  And at the top, I see "current,"

22  "show rate," "hours," and "labor cost."  Can you

23  please explain to me what each of those mean?

24      A  Yeah.  Those are just high-level stats

25  that aggregate the information that you see below.

1    So, currently, zero out of two shifts have been

2    clocked into.

3         Show-up rate is zero percent.  You'll

4    mostly see zero percent show-up rate on this

5    account because of no time -- of no time and

6    attendance usage -- and same with hours and labor

7    cost.  You'll mostly see zero -- unless in those,

8    you know, few cases where they haven't -- haven't

9    started the pay rate, so it's zero hours worked.

10   Because, again, since Zira does not have the

11   information about clock in/clock out, to us, it's

12   zero.

13        And then zero out of zero dollars, which

14   is -- the first zero there is, like, how many

15   hours I worked into the pay rate, and the second

16   zero there -- there is how many hours are

17   scheduled into the pay rate.  And, again, since

18   the pay rate is not entered, your hours, the shift

19   clock, and it's all zero.

20        Q   Okay.  So for the zero out of 60, where

21   did that 60 come from?

22        A   That's a 60-hour schedule.  So it's 12 --

23   it's five 12-hour shifts; right?  So it's 5 into

24   12, 60.

25        Q   And all of these stats at the top of the

1   page, are those then utilized somehow within the

2   trends?

3        A   No, no.  I would say most -- some of them,

4   yeah.  So your show-up rate for trends would be

5   that.  Your -- yeah, I -- I guess that's a fair

6   estimation at a high level.

7        Q   Okay.  And I see "switch locations."  What

8   is that button at the top of the page on the right

9   side -- "switch locations"?

10       A   So you remember I said they are using

11  facilities as locations, so that's why we --

12       Q   Okay.

13       A   -- called it locations, but it's basically

14  just going to another facility.

15       Q   Okay.  And "time clock," is that if

16  they're using it for time and attendance as well?

17       A   If they're using it for time and

18  attendance.  We also have, like, a web version of

19  a time clock that not a lot of people use, but

20  definitely not Steadfast since they are -- since

21  that would -- yeah.  It would just be a time clock

22  for folks to clock into.

23            MS. LEWIS:  Moving on to what will be

24  marked as Exhibit 4, Zira Screenshots_3, which is

25  Bates as Steadfast 6th 087522.

1        REMOTE TECHNICIAN:  Exhibit 4 is on-screen

2   and ready.

3        (Exhibit 4 was marked for identification

4   and is attached to the transcript.)

5   BY MS. LEWIS:

6        Q  Can you please describe, what is this a

7   screenshot of?

8        A  So this is the schedule page, and it's

9   empty.  So here is where you put in shifts.

10       Q  Okay.

11       A  So you can click into that empty area and

12  be like, on Wednesday, I need two -- I need two,

13  you know, folks to come in from seven to seven, so

14  you can click there and add shifts.

15       Q  Getting a bit more information, I think I

16  want to focus on the right side.  Let's go from

17  the right side of the page, starting with

18  "contractor requests."  What would be there?

19       A  Remember I had said that if -- if you put

20  -- if you publish open shifts, people can claim

21  them.  And then --

22       Q  Okay.

23       A  -- how Steadfast has it is that you --

24  someone has to go in and approve it -- either the

25  facility or Steadfast -- that's where all the

1    claim requests live.

2        Q  Can Steadfast block or prohibit certain

3    users from accepting shifts?

4        A  Not really.  So if -- if -- let me think

5    about it.  I'll tell you how accepting shifts

6    work.

7            So when you assign a role to a particular

8    user -- let's say you assign a dishwasher role.

9    If you create a shift that is off the role

10   dishwasher, it will be sent to all the dishwashers

11   that, hey, there is a shift available.  So, well,

12   indirectly, you can by just not giving that person

13   any roles, and then they would -- you know, they

14   would not be matched, but, yeah, so that -- so

15   that would be the way.

16       Q  For the users that Steadfast has -- I'm

17   not sure if this is the right, sort of,

18   terminology, but -- sent invitations to be users

19   on the platform, the software, have there been any

20   users in which they haven't assigned roles?

21       A  Not that I know of.

22       Q  Is Steadfast able to limit the number of

23   assignments a user can see?

24       A  No.  By assignments, you mean the number

25   --

1    Q   Yes.

2    A   -- of open shifts?

3    Q   Yes, shifts.  Um-hmm.

4    A   No.

5    Q   Okay.  The only way to do so would be as

6    you described a moment ago about not assigning

7    them a role; is that correct?

8    A   That's right.

9    Q   "My schedules," what is that?

10   A   So this is a use case.  And, remember,

11   this is a platform that's used by many customers.

12   So in some cases, you have templates.  So let's

13   say you're a restaurant.  Like, week over week,

14   you have a very similar, set schedule of people

15   coming in and out.  So you can save those

16   templates in there.

17        Another thing that people do often is they

18   duplicate from a previous week.  So if you're

19   running, like, you know, (indiscernible) style,

20   like, you know, this is my set schedule.  I just

21   want to duplicate last week's schedule to this

22   week.  So those are quick actions for you to

23   create a schedule.

24   Q   Okay.  And what is "smart assign"?

25   A   So smart assign is if you have your users

1    put in their time preferences, Zira will suggest

2    to you that -- let's say there are five people,

3    and they all have put in their different time

4    preferences, and you've created five shifts.  Zira

5    will suggest to you, hey, you know, put this

6    person in this shift, this person in this, this

7    person -- that way you will have maximum coverage.

8    So Zira helps you schedule, basically.

9         Q  "Shift qualifications," is that where you

10   would put designations with respect to -- as in

11   this case for Steadfast -- LPN, RN, and CNA?

12        A  That's right.

13        Q  What is "user availability"?

14        A  That's the time preferences.

15        Q  Oh, okay.  The time preferences of the

16   user?

17        A  Right.  So on the mobile app, they can --

18   you know when I had said during onboarding they

19   can put in, like, when I'm -- you know, when I --

20   when I'm available to work, when I prefer to work.

21        Q  So was this something that can then be

22   filtered by Steadfast to say I'm looking for an

23   LPN that can work the seven to eleven shift.  They

24   would select that "user availability," and then

25   could do smart assign.  Is that sort of the

1  functionality of it?

2         A   Not really.

3             MS. DOTY:  Sorry.  Objection.  Calls for

4  speculation and it's incomplete hypothetical.

5         A   So not --

6             MS. LEWIS:  Martha, you were -- I'm not

7  sure if the court reporter got it.  You were -- it

8  was choppy.

9             THE REPORTER:  You broke up there, ma'am.

10  If you could repeat your objection.  Thank you.

11             MS. DOTY:  Objection.  Incomplete

12  hypothetical, calls for speculation.

13             MS. LEWIS:  Still pretty bad, but I heard

14  it that time.  Did you get it, Saul?

15             THE REPORTER:  I got it.  It's breaking up

16  though, so it's --

17             MS. LEWIS:  Yeah.  I don't know.

18             THE REPORTER:  -- it's not real clear.

19             MS. LEWIS:  Something with your bandwidth.

20             REMOTE TECHNICIAN:  Yeah, that's what I'm

21  thinking as well.

22             MS. LEWIS:  Okay.

23             THE WITNESS:  So the way --

24             MS. LEWIS:  Go ahead.

25             THE WITNESS:  Can you repeat that question

1    again?

2    BY MS. LEWIS:

3        Q   Sure.  No problem.  So I see this -- this

4    list of shift qualifications, user availability,

5    overlapping shifts -- are these areas that

6    Steadfast, the business, can select to see which

7    users have particular availability?

8        A   Yeah.  So you can put in, you know, the --

9    the parameters here in terms of, like -- when you

10   -- this is how it works.  When you create a new

11   shift, when you click on it, when you want to

12   assign that shift to someone -- let's say that's

13   how you are, you know, using Zira.  You want to go

14   in and assign each shift.

15            We use their availability, their

16   qualifications, things like that to sort the

17   people in there.  So we'll show you everyone, all

18   of your users, but we'll tell you that, you know,

19   user A is available at this time, so we will put

20   that person at the top, and then, you know, we

21   sort it that way.

22       Q   Okay.  What is this "daily overtime" and

23   "weekly overtime" columns?

24       A   So that's -- similarly, if you -- if you

25   put into Zira -- and, again, it's a platform.  You

1    can put in -- you can even turn these off, by the

2    way.  And I think this is -- yeah, you can turn

3    these off.

4            So you can -- you can put in, like, hey,

5    you know, my daily overtime is after eight hours

6    and be clear what time is after 40 hours.  So Zira

7    will again sort it in such a way that we show you

8    the -- the -- the qualified people for that role

9    that matched the rules that you put in here, but

10   we also show you the others, but we just put it in

11   -- in -- in the sorted order.

12       Q  Has Steadfast turned this feature on or

13   off?

14       A  My understanding is for all of their

15   facilities, they've turned these features off.

16       Q  And that was a business selection?

17       A  Yes.  But what do mean by that?  Sorry.

18       Q  Meaning that that was Steadfast's choice.

19   It's not something which Zira influenced one way

20   or another.

21       A  Yes.  So by turning it off, what would

22   happen is we would not be recommending users for

23   the shifts.  That's all it does.  It's like, okay,

24   we are not recommending the people based on these

25   criterias.  Because these are, like, criterias

1    that we are taking from the business.  Like, hey,

2    do you want to make sure, like, there's at least a

3    ten-hour break between shifts?  Like, you can put

4    in that data in there, and we will try to

5    recommend the right people for the shifts.

6          Now you can still schedule whoever you

7    want, but we will just help you, tell you that,

8    you know, these criterias are being met or not.

9    So when -- when Steadfast turns it off, what it

10   means is that I don't want any criterias for

11   scheduling my shifts.

12      Q  So is this -- I had asked about this

13   earlier.  I asked about Zira's built-in compliance

14   program.  Is indeed this what that is then?

15      A  So it's -- it -- it is -- the way we call

16   it is we call it scheduling rules.  So you can put

17   in your scheduling rules, whatever your scheduling

18   rules are, and these are the options that you

19   have.

20      Q  So what is the built-in compliance

21   program?  It's something that's marketed on your

22   website.  What is the built-in compliance program?

23      A  So --

24         MS. DOTY:  Asked and answered.

25      A  So it's -- we don't call it a built-in

1   compliance program.  Maybe we do somewhere in the

2   marketing.  But what it -- what we allow you to do

3   in terms of the compliance is we allow you to set

4   overtime rules and break rules.

5          So you can put in that, hey, if a shift is

6   eight hour or more, add a break for 30 minutes in

7   there.  You can put in if a user clocks in for

8   more than eight hours a day, after that, increase

9   their period to 1.5 X.  If -- and you can

10  completely customize this, by the way.  You can

11  put in any numbers in there, and you can put in

12  how many hours you want.  It's just a platform

13  that allows you to automate this.  And then you

14  can put in for the weekly as well.

15         Now this -- all this only matters if

16  you're using us for time and attendance.

17     Q  So with Steadfast's use of your

18  technology, they indeed have access to all of

19  these things.  They just have chosen to deactivate

20  it on their platform.  Is that correct?

21     A  That's right.

22     Q  And when you all were talking and demoing

23  all of the great functionality that Zira has to

24  offer, do you recall whether this was a topic of

25  discussion?

1      A   From what I recall, the main pinpoint was

2   scheduling.  The fact that scheduling is done on

3   pen and paper, it's too cumbersome, it's too much,

4   and can we have a system where we can digitize the

5   scheduling.

6      Q   Did you all explain to them how -- as you

7   said, allows you to set overtime rules and break

8   rules when you all were -- and I understand this

9   is a newer relationship -- but explaining the

10  onboarding process, how encompassing your

11  technology is and can be used more broader than

12  just scheduling?

13     A   It's tough to say what we did, but our

14  playbook is that we would've said that.  Since

15  it's our features, we always promote them.  But I

16  -- I -- I don't remember now if in that particular

17  demo -- because we also customize our demos to

18  what the user's pinpoints are.  So we may have

19  spoken mainly about scheduling.  We may have

20  mentioned these as well.  Yeah.  I don't know for

21  sure.

22     Q   Were these features with respect to

23  establishing break rules and overtime rules

24  incorporated into the technology based upon any --

25  for any particular reason?

1         MS. DOTY:  Objection.  Vague.

2     A  I -- I don't understand the question.  Can

3  you give more specificity?

4     Q  Sure.  What is Zira's familiarity with the

5  FLSA?

6     A  So our --

7         MS. DOTY:  Objection.  I'm sorry, Arjun.

8  Objection.  Calls for a legal conclusion, vague.

9  You can answer if you understand.

10    A  I may not be answering the exact question.

11 I can give you --

12    Q  You can answer the question as you

13 understand it, and then I'll follow up if you

14 don't -- if you're not -- if you're not answering.

15        MS. DOTY:  I only want you to answer the

16 exact question.

17    A  Okay.  Can you ask it in a different way,

18 if you don't mind?

19    Q  Sure.  Do you know what -- do you -- when

20 I say "you," I'm referring to Zira -- do you know

21 what the Fair Labor Standards Act is?

22    A  So I can't speak for all of Zira.  I can

23 speak for myself.  I personally will have to look

24 into it for the details to make sure if I know it

25 or not.

1          REMOTE TECHNICIAN:  Is it possible to have

2   Ms. Doty reconnect to the Zoom call?  That should

3   fix the issue she's having with her audio.

4          MS. DOTY:  Yeah.  Can we go off the record

5   for the two or three minutes it'll take me to do

6   that?

7          MS. LEWIS:  Of course.  Of course.

8          THE REPORTER:  Off the record, 5:01.

9          (Pause in proceedings.)

10          THE REPORTER:  Back on the record at 5:03.

11          MS. LEWIS:  May you please repeat the last

12   question that I asked, Mr. --

13          THE REPORTER:  Stand by.

14          (The Reporter played the audio as follows:

15   Do you know what -- do you -- when I say "you,"

16   I'm referring to Zira -- do you know what the Fair

17   Labor Standards Act is?)

18          MS. DOTY:  I'm just going to object.  It

19   calls -- to the extent it calls for a legal

20   conclusion.  Also, we're really running far afield

21   since he's testified Steadfast doesn't use it for

22   this purpose, but you can answer.

23          THE WITNESS:  I -- like, I think I had

24   said, I can just answer for myself, and I would

25   have to look into the details.  We -- I might.  I

1  may not know all the details, I may know some, so

2  I just will have to look into it and review it

3  before I can answer.  And I can only answer for

4  myself.

5  BY MS. LEWIS:

6      Q  So when choosing that title of "overtime,"

7  who determines what overtime means for a user?

8      A  The business.

9          MS. LEWIS:  Going to the next exhibit -- I

10 think we're on -- this is 4 or 5.  It will be Zira

11 Screenshot_4, Bates Steadfast 6th 087523.

12         THE REPORTER:  Exhibit 5 is on-screen and

13 ready.

14         (Exhibit 5 was marked for identification

15 and is attached to the transcript.)

16     Q  We talked about this before, and I just

17 want to make sure I'm clear.  This is the sky view

18 that's viewable from the Zira Manager platform; is

19 that right?

20     A  That's right.

21     Q  And it just is a snapshot of how many

22 particular hours a user has worked in a period of

23 time, rate of pay, so on and so forth, as

24 described by the column headers; is that right?

25     A  So the difference between the previous one

1   and this one is this is the view of all of your

2   locations, and you can click --

3        Q  Oh, okay.

4        A  -- once you click into, let's say -- you

5   see the "view" button on the right of "Accordius

6   Charlotte"?

7        Q  Yes.

8        A  Then you would see the zoomed-in version

9   of what we saw for just that facility.  So this is

10  that high-level view where you can see a list of

11  all of your facilities.

12       MS. LEWIS:  Okay.  Moving on to Zira

13  Screenshot_5, which will be Exhibit 6.

14       REMOTE TECHNICIAN:  Exhibit 6 is on-screen

15  and ready.

16       (Exhibit 6 was marked for identification

17  and is attached to the transcript.)

18       Q  Can you please describe what this is a

19  screenshot of?

20       A  So this is what we saw similar, so it's a

21  schedule page for one of the facilities that

22  you'll see on the top left there.

23       Q  Okay.  I see for this particular

24  screenshot under the "smart assign," there's a

25  checkmark, green box with the word "match."  What

1   does that mean?

2        A   So that means --

3            MS. DOTY:  I'm sorry, but where is that?

4            MS. LEWIS:  On the right side, "smart

5   assign," says "81 percent shift assigned."  You

6   see it?

7            MS. DOTY:  No, but I think it's because

8   the way my -- the boxes from the Zoom are.  Can

9   you -- can the tech move --

10           MS. LEWIS:  I don't have control --

11           MS. DOTY:  -- control with the arrow?

12           MS. LEWIS:  -- over the --

13           MS. DOTY:  I don't see it.  I'm sorry.

14           MS. LEWIS:  Does the tech see it?

15           REMOTE TECHNICIAN:  Are -- let's see.  You

16   said it was in the top left?

17           MS. LEWIS:  No, on the right.  Scroll your

18   arrow all the way down, says "smart assign,"

19   "smart" -- keep going.  Right there where you're

20   --

21           REMOTE TECHNICIAN:  Oh, right there.

22   Yeah.

23           MS. DOTY:  Okay.  I -- the way my Zoom

24   boxes are set up, I can't see it, but --

25           REMOTE TECHNICIAN:  You can -- if you

1    hover over the Zoom box, you should be able to

2    click, like, a button that will, like, minimize

3    it, or you can just drag it and move it wherever

4    you need to move it.

5          MS. DOTY:  Okay.  I see "smart assign."  I

6    don't see a green box though.

7          MS. LEWIS:  No.  I -- I said it has the

8    descriptions we just went over -- the daily

9    overtime, weekly overtime -- and then to the right

10   of that, there's a checkmark, the word "match,"

11   and it's green.

12         MS. DOTY:  Okay.

13         MS. LEWIS:  You see it now?

14         MS. DOTY:  Yeah, I do.

15         MS. LEWIS:  All right.

16   BY MS. LEWIS:

17      Q  Arjun, what is -- can you explain to me,

18   what is that?  What does the word match mean

19   there?

20      A  So let's take overlapping shifts.  So

21   you're -- as a business, you've put in a rule that

22   I don't want our -- let me know -- this is what

23   you put in -- let me know if one person has more

24   than one shift at the same time.  Then it would --

25   it would not show "match" in the overlapping shift

1    if there was a person with more than one shift.

2            So what we are telling you, that, hey,

3    these things that you have checked off -- now you

4    can, by the way, still do whatever you want.  You

5    can still publish those shifts.  But think about

6    Zira as -- think about this as just, like, letting

7    you know of -- of things on your schedule.  It's

8    letting you know what's going on with your

9    schedule.  So if there were overlapping shifts, it

10   would not say the word match.  It would say two

11   shifts are overlapping.  That's -- that's what it

12   does.

13       Q  Okay.  So the word match means you've

14   established rules and all of the rules have been

15   applied.  They match based upon the criteria you

16   set.  Is that an accurate restatement?

17       A  It's -- it's -- maybe not the word -- not

18   -- maybe just the word that was inaccurate was

19   applied.  Just like -- we are just looking at your

20   schedule and telling you which rules is it

21   matching.  So it's just giving --

22       Q  Okay.

23       A  -- it's just giving an explanation of what

24   -- what is on your schedule.  What you already see

25   on your schedule, it's just summarizing it for

1    you.

2       Q  Understood.  So before we had talked about

3    this daily overtime and weekly overtime, and I

4    believe it was your testimony -- and correct me if

5    I'm wrong -- you said Steadfast wasn't using that

6    criteria.  So it's checked off as matched here.

7    Can you help me to reconcile that previous

8    statement with what I see here in this screenshot?

9       A  So, to the best of my knowledge, when -- I

10    don't know when this screenshot was taken.  Like I

11    said, I did not take it.  By default, we have all

12    of those criteria show up.  A business can go in

13    and remove them over time.  So the -- to the -- to

14    the best of my knowledge, when I checked last, it

15    was not there.  It seems there was a time period

16    when it was there, so that's -- that's -- does

17    that help?

18       Q  It does.  That answers -- that's -- that's

19    helpful.

20         MS. LEWIS:  All right.  Moving on to --

21    we'll mark this as Exhibit 7.  It's the email

22    training video for facilities.

23         (Exhibit 7 was marked for identification

24    and is attached to the transcript.)

25         REMOTE TECHNICIAN:  And just let me know

1  when to hit play.

2          MS. LEWIS:  Is that -- you can hit play

3  now.

4          (Video playback begins.)

5          MS. LEWIS:  The video is playing.  It's a

6  minute and 44 seconds.  We are observing the video

7  right now.

8          (Video playback ends.)

9  BY MS. LEWIS:

10      Q  Do you recognize that video?

11      A  Yes.

12      Q  And what -- did you create that video?

13      A  Yes.

14      Q  And when did you create that video?

15      A  Month or -- month or so ago.

16      Q  Who requested that you create that video?

17      A  Steadfast.

18      Q  Did they tell you why they wanted that

19  video created?

20      A  To train the facilities.

21      Q  Did you provide it to the facilities or

22  directly to Steadfast?

23      A  To Steadfast.

24      Q  And who at Steadfast was that video sent

25  to?

1       A   To Lisa Pitts.  To the best of my

2  knowledge, it was Lisa Pitts.  I may have sent it

3  -- so -- may have sent it to Christine as well.

4  It's one of them, sent it to one of them.

5           MS. LEWIS:  Just -- we'll go off the

6  record for a moment.

7           (Pause in proceedings.)

8           THE REPORTER:  Back on the record at 5:23

9           (Exhibit 8 was marked for identification

10  and is attached to the transcript.)

11           MS. LEWIS:  This next exhibit has been

12  marked as Exhibit 7 [sic].  They are excerpts from

13  the documents that Zira produced in response to

14  subpoena duces tecum.

15           This first document, it's kind of blurry.

16  Can you all see it?

17           REMOTE TECHNICIAN:  One moment.

18           MS. LEWIS:  Let's try that again.

19           REMOTE TECHNICIAN:  Yeah, one moment.  I

20  have to re-share it.

21           MS. LEWIS:  All right.  There we go.

22  BY MS. LEWIS:

23       Q   This is a list of contractors, subject is

24  "list of contractors who have not activated."

25  What was this email?

1       A   So do you remember we mentioned the last

2    column tells you when you last used the app and it

3    tells you not activated?  So we -- I think Lisa

4    here wanted to know how many people, like --

5    basically, the plan -- or at least I presume the

6    plan is to make sure everyone gets onboarded.  So

7    she wanted to know how many people does she need

8    to reach out to with her users for those who have

9    not activated.

10          So what I did is I literally, like, copy,

11   pasted that whole team page that you saw with all

12   the users --

13      Q   Okay.

14      A   -- and I sent it over to her.  And I just

15   sorted the status column -- not the status -- you

16   know, the mobile column, I just sorted it on

17   Google Sheets.  So I was like, look, the top

18   people here -- or I think -- top people here are

19   activated, the bottom are not, and from that's --

20   that's where from I remember the 50 percent, 60

21   percent are activated or not.  It was about a

22   month ago.

23      Q   Okay.  And is that information that Lisa

24   has access to on her own platform, or is that

25   something only Zira could've created for her?

1      A  So it's the same thing that Lisa has.  The

2   thing that we have not added on our platform is

3   the ability to sort by column.  So you know that

4   mobile column?  You would have to -- have to,

5   like, count all of them.  So all I did is, like --

6   again, she could've done it.  She could've copy,

7   pasted it onto a Google sheet and just -- and just

8   sorted it on Google Sheet, but we -- we -- we

9   provide customer support, so we were like, you

10  know, we'll do it for you.

11     Q  So it was just a matter of providing

12  customer support rather than her not having access

13  to it on her own?

14     A  That's exactly right.

15     Q  What is this next page, if you could

16  scroll down to page 2 of 7?  What was this

17  communication regarding?

18     A  So she had sent me, I -- from what I

19  remember, if I remember correctly, she had sent me

20  a list of facility addresses.  So you know when

21  you have -- you know when a shift shows up on the

22  user's mobile phone, if you have the address

23  entered, you can click on navigate so that way

24  they know exactly where those addresses are.

25          So a lot of a -- like, actually, all of

1  this is stuff that you can do on your own, but she

2  used to just reach out to customer support and be

3  like, hey, can you do this?  So I think we had

4  gone in and updated the addresses so that they

5  show up.

6         Second one there, "print in visual

7  format," was -- you saw the schedule page.  She

8  was curious if you could print that in visual

9  format, just print it.  And it was -- it was just

10  us responding, saying that, hey, you can go to the

11  toggle and hit the "print schedule" button.

12      Q  And then the comment that she made, "Take

13  off over time we do not pay over time," was that

14  in response to an inquiry or was that just

15  relative to the columns that we were discussing

16  before about the smart assign?

17      A  It was the smart --

18         MS. DOTY:  Objection.  Calls for

19  speculation, but you can answer if you know.

20      A  If -- so from what I understood it to be,

21  it was the -- the -- in the smart assign, take out

22  overtime.  So remember that's when I said that

23  from my knowledge we had taken out all of those

24  rules for her.

25      Q  And so was this as a result of a

1  conversation you were having, or was this just an

2  unsolicited email from her?

3      A  I -- it -- it was -- it could have been

4  discussed before.  I -- I think she had told us

5  that, hey, in those columns, I don't want to see

6  anything.  And maybe in one of her facilities

7  overtime was still there -- like, while

8  onboarding, we did not take it off.  So I think it

9  was like, hey, you forgot to take it off.  Like,

10  please take it off.

11      Q  Okay.

12      A  And, remember, she too can click on it and

13  do edit rules and take it off herself.  This is

14  just customer support.

15      Q  The next page, page 3 of 7, is this what

16  you were -- we had discussed earlier with respect

17  to what setup from the business side, user side,

18  and facility side, just directions?

19      A  That's right.  That's right.  So this is

20  onboarding customizations that -- that Steadfast

21  wanted.

22      Q  And that would be pages 3 through 5 of the

23  PDF?  If you could scroll --

24          MS. DOTY:  Ryma, can you refer to the

25  Bates numbers since you've pulled out pages from

1    their production just so I -- I know exactly what

2    you're referencing to?

3         MS. LEWIS:  Bates No. 0104 through Bates

4    No. -- I don't -- it's -- the Bates numbers seem

5    to be duplicate, so I'm not sure if that's a

6    duplicate Bates number or a duplicate page.  I'd

7    need to go back, but I have page Zira 0104, Zira

8    0105, and again Zira 0104.

9    BY MS. LEWIS:

10        Q  Directing your attention to PDF page 6 of

11   7, Bates Zira -- Zira 0007, what is this email?

12        A  So this is the email that Software Advice

13   sends us whenever there is a new lead.  Remember I

14   had mentioned that they go -- they go to Software

15   Advice and then Software Advice sends it to us

16   that, hey, you have a new lead?

17        Q  And who inputs the contact information?

18        A  All of this information here is inputted

19   by Software Advice.

20        Q  Okay.  Where does Software Advice get this

21   information from?

22        MS. DOTY:  Objection.  Calls for

23   speculation.

24        A  I don't know.

25        Q  When you being Zira receive this

1    information, when you have an initial meeting with

2    the company -- in this case Steadfast -- do you

3    review this information with the company in terms

4    -- to verify the accuracy of this information?

5         A   We look at it at a high level.  For us,

6    it's a lead, so the response time is important.

7    So we quickly get on the phone, and we are like,

8    hey, do you want to -- it seems you're interested

9    in a scheduling software.  Do you want to talk?

10        Q   And when you all spoke with Steadfast to

11   interact with them based upon this lead, was this

12   information that you all used to assess sort of

13   the -- whether or not it'd be a good fit for

14   Steadfast and yourself?

15        MS. DOTY:  Objection.  It's vague.  You

16   can answer if you understand.

17        A   To a certain extent, I think I understand.

18   So Software Advice just -- just doesn't send us,

19   like, random leads.  We have checked off, like,

20   employee scheduling related, send it to us.  Now

21   very -- sometimes there are, like, you know, very

22   unique use cases, and sometimes they -- so this is

23   us doing a discovery call, like, hey, we need to

24   know if -- you know, what they need.

25        Q   This line here that says "number of

1  employees," it says 251 to 500 employees, 300

2  contracted employees, what does that mean?

3       A  That was called up --

4          MS. DOTY:  Objection.  Objection.  Hang

5  on, Arjun.  I'm sorry.  First of all, I can't see

6  that on the document.  Maybe you could --

7          MS. LEWIS:  If you could scroll.

8          MS. DOTY:  -- tech can scroll down.  Thank

9  you.

10          Objection.  Calls for speculation.

11       A  So the thing though is that everything

12  that you see on the left, these columns, they're

13  fixed.  Every lead comes to us like this.  So it's

14  not that we write this down or I don't know what

15  it is, but these are fixed columns that Software

16  Advice sends us.

17       Q  Do you all verify through any means the

18  reported annual revenue of a company?

19       A  No.

20       Q  No further questions on this exhibit.  In

21  one of the documents that were produced by you all

22  -- it is -- this is the last question, I believe

23  -- Zira Bates No. 0077.  Steadfast said that

24  there's a nurse, Brandy Plumber, that I don't want

25  having access.  Do you know why they told you,

1    Arjun, that they didn't want Brandy Plumber to

2    have access?  Do you recall the conversation?

3            MS. DOTY:  Objection.  It'd be nice to

4    show the witness the document.

5            MS. LEWIS:  Well, I'm asking a question.

6    So if he knows -- if you --

7        A  I don't recall, but maybe I will recollect

8    if -- if --

9        Q  Okay.  It would help to refresh your

10   recollection to see the document.  Certainly.  I'm

11   just going to go ahead and share my screen.  Can

12   you see it?

13       A  I see it.

14       Q  Okay.  Do you recall having a conversation

15   with Christine Kim about this particular user?

16       A  No.  To me, it seems -- no, I don't.  I do

17   not --

18       Q  No, that's fine.  And did you follow the

19   instructions not to allow that user to have

20   access?

21       A  I don't remember.  I will say one thing

22   though.  This is customer support stuff, so it's

23   very easy for -- or it's possible for a business

24   themselves to go in -- and remember I had said you

25   can archive a user or you can delete a user?  It

1  seems -- now that I saw the date, that this was

2  early on, so maybe they didn't know that they can

3  do that.

4         And I don't remember how we replied, but

5  we may have either shown them how to do it or just

6  gone in and done it, but it's an access that

7  everyone has.  They can archive and -- archive the

8  users or delete the users.

9         MS. LEWIS:  Okay.  Let's just -- let me

10  just take one minute, and then I think we're done.

11         (Pause in proceedings.)

12         MS. LEWIS:  Okay.  I don't have any

13  further questions.  Thank you so much for your

14  time, Arjun, today.  It was a pleasure meeting

15  you.

16         As indicated, I believe you're going to

17  read and sign.

18         Ms. Doty, I don't believe you have been

19  pro hac'd in Virginia.  Do you intend to appear at

20  trial?

21         MS. DOTY:  No.

22         MS. LEWIS:  All right.  I have no further

23  questions, and this shall conclude the deposition

24  today.

25         MS. RUST:  Sorry, Ryma.  I just wanted to

1   make sure we authenticated the other two Zira

2   videos that were produced, which would be, I

3   think, Defendant 77 and Defendant 76, really

4   quick.  I can share my screen.  I do have them up.

5   If you want to put them up and I can ask questions

6   just to authenticate them.

7          MS. LEWIS:  Julia, I didn't ask questions

8   about those.  So what is the purpose of -- you're

9   calling him as a witness at trial; right?  I don't

10  have questions about them.

11         MS. RUST:  They're on your subject list.

12  I don't see why we can't just get it out of the

13  way.

14         MS. LEWIS:  Because I don't have questions

15  about it, and it's my deposition.

16         MS. RUST:  Yes, I know.  But as a matter

17  of just being practical and efficient, I don't see

18  what the issue is.

19         MS. LEWIS:  Practical and efficient for

20  what purpose?  Are -- do you not intend to call

21  Arjun and Zira at trial?

22         MS. RUST:  Well, I'd like to authenticate

23  them just to cross T's.  You guys didn't object to

24  authenticity, so I don't think we're going to have

25  an issue with it at trial anyway, but I thought it

1    would just be easier this way so we can knock it

2    out.

3            MS. LEWIS:  Yeah.  I mean, it's outside of

4    the scope of what I asked about, so I'm not going

5    to allow it during my deposition.  Have to use

6    them at trial for you.  You're certainly well

7    within, but then we're just going to -- I would

8    have to have an opportunity to cross on them, and

9    I don't intend to do so today.

10           MS. DOTY:  If I could interject here.  I

11   don't know how anyone's calling this witness at

12   trial.  He's in California.

13           MS. LEWIS:  We didn't hear you.  Your

14   bandwidth -- you -- you stopped.

15           MS. DOTY:  All right.  My -- my statement

16   was I don't have any understanding of how this --

17   anyone intends to call this witness at trial.

18           MS. LEWIS:  Well, Ms. Rust.  He's your

19   witness.  We didn't identify them as our witness.

20   I mean, that was the whole purpose of us having

21   this deposition today.

22           So, you know, they identified them as a

23   witness.  The Court issued an order with respect

24   to sort of our ability to conduct discovery and to

25   an untimely disclosed witness.  So if Ms. Rust

1    intends to call as a witness, that's -- they're on

2    their expect list, and we've all gone through this

3    exercise for the past several hours.  So I'm not

4    sure if that's something we want to continue to

5    discuss today or that's just something that you

6    and Ms. Rust should have offline.

7         MS. RUST:  No, I'm not worried about it.

8    Honestly, if you're going to -- like I said, you

9    guys never submitted any authentication objection,

10   so I don't see why we need Zira to appear at trial

11   anyway.

12        MS. LEWIS:  I'm sorry?

13        MS. RUST:  I said I don't see why we're

14   going to need Zira to appear at trial at this

15   point anyway because you guys didn't object to

16   authentication.  That was the scope of what we

17   disclosed them for anyway.

18        MS. LEWIS:  So we just had this deposition

19   today, spending the Secretary's and Zira's time,

20   and you all don't intend to call them at trial?

21   Is that what I'm to understand?

22        MS. RUST:  Oh, this is -- this is -- I

23   would appreciate if you don't spin it that way.

24   The sole --

25        MS. LEWIS:  I'm just trying to understand

1  why we had a deposition today for the past --

2          MS. RUST:  I would like to understand that

3  too.

4          MS. LEWIS:  -- (inaudible) spend the

5  attorney time when it was represented to the Court

6  that you all intended to call them out to trial --

7  at trial as your witness, not for the sole purpose

8  of authenticating.  And we now have spent so much

9  time and energy on both sides.

10          MS. RUST:  Ryma, we --

11          MS. LEWIS:  Zira had to retain counsel,

12  I've spent my day two weeks before trial, so I

13  need to get clarification as to why we're doing

14  this.

15          MS. RUST:  Ryma, we disclosed them, and we

16  disclosed the purpose of their testimony, which

17  was to authenticate the specific exhibits listed.

18  This is not news to you.

19          You guys brought it up to the Judge that

20  you thought that you needed to depose this witness

21  in case there was some nefarious way that

22  Steadfast was using this platform to work all

23  kinds of black magic.  We did not raise that

24  issue; you guys did.  So that's why we're having

25  the deposition.  It has nothing to do with the

1   scope of our testimony.

2          MS. LEWIS:  Okay.  Well, you'll need to

3   call him to authenticate it at trial, those

4   additional exhibits, if you do intend to use them,

5   but I'm going to state on the record that was not

6   the representation during the final pretrial

7   conference.  Because certainly the Secretary would

8   not have wasted everybody's time today if that was

9   the only reason represented during the final

10  pretrial conference.

11         MS. RUST:  I disagree.

12         MS. LEWIS:  I have nothing further to say

13  to that end, and we'll take it up with the Court

14  if need be.

15         MS. RUST:  All right.  Well, our position

16  is you guys waived any objections to authenticity.

17  It wasn't in the pretrial order.

18         MS. LEWIS:  We have not waived any

19  objections to authenticity.  We reserve the right

20  to make additional and appropriate objections at

21  trial, the same way you all do as well.

22         But that's -- Ms. -- I don't want to

23  continue to waste -- expend time on third parties

24  who, frankly, don't need to be a part of this

25  conversation.

1            So thank you for your time today, Ms.

2    Doty.

3            Thank you for your time today, Arjun.

4            I have nothing further.

5            MS. RUST:  Thanks, guys.

6            THE WITNESS:  Can I drop off or --

7            MS. DOTY:  The reporter may have questions

8    for you about spellings.

9            THE REPORTER:  No, I need orders for the

10   record if we can get those now, please.

11           MS. LEWIS:  I don't -- I'm not a

12   contracting officer.  I don't have the authority

13   to do so.

14           THE REPORTER:  Okay.

15           MS. LEWIS:  Carl Goodwin [phonetic] will

16   follow up with you.

17           THE REPORTER:  Okay.  Fair enough.

18           Ms. Rust.

19           MS. RUST:  I don't expect we'll be making

20   an order --

21           THE REPORTER:  No --

22           MS. RUST:  -- but I can email you if we

23   do.

24           THE REPORTER:  Okay.  Sounds good.

25           Ms. Doty.

1          MS. DOTY:  I'm not even sure what you're
2    talking about, to be honest.
3          THE REPORTER:  Orders for transcripts.
4          MS. DOTY:  Oh.  Well, probably not.  I
5    sent you my contact information.  Would you send
6    me -- would you send me yours?  And we'll decide
7    -- we'll decide, I guess after I get your contact
8    information.
9          THE REPORTER:  Okay.  Yep.  I'll put it in
10   the chat.  Do you have it handy, Josh?
11         REMOTE TECHNICIAN:  Her contact
12   information?
13         THE REPORTER:  Yeah.  Well, the Planet
14   Depos' info.
15         REMOTE TECHNICIAN:  I do not.
16         MS. DOTY:  Can we email the person who
17   sent us the Zoom link?
18         REMOTE TECHNICIAN:  Potentially.  I --
19   what I would do is I would call the Planet Depos'
20   office and see who they would direct you to for
21   that.  That would be my -- my first guess.
22   Because there are a lot of different departments,
23   and I wouldn't exactly know where to send you for
24   that.
25         MS. DOTY:  Okay.  Okay.

1          REMOTE TECHNICIAN:  Yeah.  I would -- I

2     would go ahead and I can give you the phone number

3     too if that'll make things easier, but I would --

4          MS. DOTY:  Sure.

5          REMOTE TECHNICIAN:  -- I would call them

6     and ask your question.

7          MS. DOTY:  Sure.  What's the number?

8          REMOTE TECHNICIAN:  Let me pull it up

9     here.  888-433-3767.

10          MS. DOTY:  Thank you.

11          REMOTE TECHNICIAN:  And just in case --

12     actually, no -- no, you should be fine.

13          MS. DOTY:  That's it?

14          REMOTE TECHNICIAN:  Yep, that's good.

15          THE REPORTER:  Okay.  Off the record at

16     5:45.

17          (Off the record at 5:45 p.m.)

18

19

20

21

22

23

24

25

1      CERTIFICATE OF COURT REPORTER - E-NOTARY PUBLIC

2          I, Saul Gan, the officer before whom the

3      foregoing deposition was taken, do hereby certify

4      that said proceedings were electronically recorded

5      by me; and that I am neither counsel for, related

6      to, nor employed by any of the parties to this

7      case and have no interest, financial or otherwise,

8      in its outcome.

9          IN WITNESS WHEREOF, I have hereunto set

10     my hand and affixed my notarial seal this 27th day

11     of July, 2021.

12

13     Notary Registration No.:  7859115

14     My Commission Expires:  6/30/2024

15

16     _____

17     Saul Gan, E-Notary Public

18     in and for the District of Columbia

19

20

21

22

23

24

25

```
 1                CERTIFICATE OF TRANSCRIBER

 2        I, Megan Wunsch, do hereby certify that

 3   the foregoing transcript is a true and correct

 4   record of the recorded proceedings; that said

 5   proceedings were transcribed to the best of my

 6   ability from the audio recording and supporting

 7   information; and that I am neither counsel for,

 8   related to, nor employed by any of the parties to

 9   this case and have no interest, financial or

10   otherwise, in its outcome.

11

12

13

14

15   _____

16   Megan Wunsch, AAERT CET

17   July 27, 2021

18

19

20

21

22

23

24

25
```

## A

**a-r-j-u-n**
7:21, 25:7
**aaert**
1:25, 165:16
**abide**
65:10
**abides**
65:10
**abilities**
57:3
**ability**
24:18, 25:13,
56:23, 73:16,
79:2, 99:15,
99:17, 100:3,
119:10, 148:3,
157:24, 165:6
**able**
13:12, 13:19,
14:9, 14:13,
15:13, 15:19,
15:23, 15:24,
16:18, 17:24,
23:10, 23:21,
24:6, 25:16,
50:13, 53:25,
57:23, 60:12,
60:13, 60:24,
65:20, 69:14,
80:17, 96:9,
97:13, 99:21,
116:21, 128:22,
142:1
**above**
14:21, 15:2,
18:16, 123:22
**absent**
12:8
**absolutely**
15:3, 20:5,
20:17, 20:18,
36:13, 80:23
**accepting**
84:12, 128:3,
128:5
**accepts**
99:20

**access**
58:18, 58:19,
58:21, 62:19,
65:20, 66:22,
67:22, 69:17,
73:2, 77:10,
85:22, 87:16,
103:20, 103:22,
104:2, 105:1,
112:3, 117:8,
117:9, 135:18,
147:24, 148:12,
153:25, 154:2,
154:20, 155:6
**accessing**
73:14
**accordius**
140:5
**account**
16:23, 18:25,
46:10, 55:6,
64:17, 72:6,
72:7, 73:12,
75:12, 76:24,
77:16, 78:2,
81:17, 82:20,
82:22, 83:11,
91:21, 91:22,
91:23, 95:19,
105:4, 106:9,
107:2, 113:11,
117:13, 125:5
**accounting**
100:16
**accounts**
16:22, 41:2,
114:15
**accuracy**
152:4
**accurate**
50:2, 50:3,
59:9, 63:2,
75:7, 78:15,
143:16
**accurately**
25:14
**accuweather**
89:10

**acknowledgements**
65:6
**act**
25:1, 110:8,
137:21, 138:17
**acting**
1:6
**action**
1:9, 25:1,
25:2, 123:15
**actions**
109:7, 123:10,
123:13, 129:22
**activated**
81:3, 81:16,
81:20, 82:8,
83:7, 83:8,
83:9, 83:19,
83:22, 83:24,
84:6, 119:14,
146:24, 147:3,
147:9, 147:19,
147:21
**activates**
84:2
**active**
84:11, 124:13
**actively**
94:20, 94:23
**actual**
43:1, 61:8
**actually**
35:6, 37:10,
47:2, 50:7,
52:18, 63:6,
63:17, 68:21,
69:25, 72:2,
80:25, 83:10,
84:10, 86:15,
89:12, 91:9,
91:12, 93:23,
96:13, 98:9,
98:24, 100:6,
105:16, 106:21,
108:10, 111:2,
114:13, 114:23,
148:25, 163:12
**add**
52:1, 53:9,

65:18, 67:5,
70:9, 70:11,
72:14, 73:24,
89:14, 90:22,
91:7, 104:14,
111:7, 117:7,
120:23, 121:24,
122:3, 123:19,
127:14, 135:6
**added**
57:11, 60:19,
64:20, 66:5,
66:12, 69:16,
69:19, 81:3,
118:16, 118:23,
148:2
**additional**
31:3, 31:6,
71:10, 89:25,
160:4, 160:20
**additionally**
12:19
**address**
41:18, 41:22,
52:22, 148:22
**addressed**
10:25
**addresses**
117:12, 148:20,
148:24, 149:4
**adds**
82:11
**admin**
16:11
**ads**
43:10
**advice**
43:12, 43:16,
43:21, 43:22,
44:5, 45:8,
45:13, 45:23,
151:12, 151:15,
151:19, 151:20,
152:18, 153:16
**advises**
43:17
**affect**
25:13

**affirmed**
5:6
**affixed**
164:10
**afield**
138:20
**after**
44:10, 46:7,
46:17, 47:8,
48:21, 55:5,
92:22, 98:12,
133:5, 133:6,
135:8, 162:7
**again**
6:12, 9:12,
14:11, 14:12,
14:15, 15:21,
16:9, 16:20,
17:23, 40:5,
41:5, 45:18,
48:9, 48:24,
52:15, 57:17,
63:9, 64:16,
72:15, 74:13,
77:15, 80:8,
80:13, 82:9,
90:3, 94:8,
100:1, 103:12,
107:1, 120:17,
121:23, 122:1,
122:14, 125:10,
125:17, 132:1,
132:25, 133:7,
146:18, 148:6,
151:8
**against**
25:2, 109:8
**agency**
117:1
**agents**
55:19
**aggregate**
124:25
**ago**
65:2, 83:13,
83:17, 94:15,
107:10, 107:11,
107:18, 129:6,

145:15, 147:22
**agree**
110:20, 112:8
**agreed**
6:18, 6:21
**agreement**
2:9
**ahead**
23:17, 42:6,
74:9, 74:24,
112:2, 112:8,
131:24, 154:11,
163:2
**al**
1:5, 1:12
**aliases**
25:10
**allow**
20:6, 30:11,
135:2, 135:3,
154:19, 157:5
**allows**
54:18, 63:7,
89:13, 135:13,
136:7
**along**
95:9
**already**
30:15, 88:12,
143:24
**also**
3:25, 6:25,
8:16, 8:17,
16:3, 18:23,
18:24, 24:10,
28:6, 49:9,
52:25, 63:7,
64:3, 66:11,
68:7, 75:9,
76:15, 81:15,
82:5, 85:16,
90:20, 95:10,
98:9, 106:23,
126:18, 133:10,
136:17, 138:20
**alston**
3:21
**alternate**
24:14

**always**
53:3, 87:25,
98:3, 108:21,
122:24, 136:15
**america**
1:11, 25:2,
38:9, 38:19
**amount**
83:16
**android**
73:8, 105:17
**angeles**
3:23
**ann**
28:21, 28:23,
31:11
**annual**
108:9, 153:18
**another**
12:9, 59:25,
80:25, 84:8,
97:18, 99:18,
126:14, 129:17,
133:20
**answered**
30:15, 134:24
**answering**
26:24, 36:11,
74:8, 137:10,
137:14
**answers**
58:5, 144:18
**anticipate**
92:21
**any**
11:22, 12:24,
13:11, 13:18,
14:8, 14:12,
14:23, 15:12,
15:18, 16:17,
18:21, 19:8,
21:9, 23:15,
23:20, 24:5,
25:9, 25:12,
25:16, 26:23,
31:3, 31:6,
33:13, 34:4,
35:17, 40:17,

40:19, 46:18,
47:18, 47:22,
48:4, 50:1,
53:6, 53:16,
53:21, 53:22,
56:23, 58:12,
65:5, 70:2,
70:19, 73:6,
73:13, 77:6,
77:19, 77:23,
80:1, 84:19,
85:10, 87:16,
92:12, 93:8,
93:10, 94:3,
94:25, 96:1,
97:11, 97:16,
100:19, 103:4,
103:7, 104:15,
105:16, 106:16,
108:18, 108:19,
109:11, 110:6,
116:15, 128:13,
128:19, 134:10,
135:11, 136:24,
136:25, 153:17,
155:12, 157:16,
158:9, 160:16,
160:18, 164:6,
165:8
**anybody**
12:24
**anymore**
75:18
**anyone**
18:14, 26:20,
39:24, 40:3,
64:8, 77:16,
80:5, 96:4,
97:19, 157:17
**anyone's**
157:11
**anything**
5:10, 24:18,
25:12, 27:15,
27:20, 27:23,
28:9, 28:12,
34:5, 50:9,
52:8, 54:5,

78:3, 98:15,
111:4, 150:6
**anything's**
99:9
**anyway**
156:25, 158:11,
158:15, 158:17
**anywhere**
60:4
**apologies**
74:10
**apologize**
23:1, 82:5
**apology**
23:3
**app**
57:11, 58:12,
65:22, 66:7,
66:15, 66:18,
66:21, 67:13,
67:18, 67:19,
68:20, 69:7,
69:14, 71:22,
77:20, 77:24,
78:6, 78:14,
78:19, 79:1,
80:15, 81:6,
82:13, 82:14,
82:15, 82:16,
83:19, 84:10,
84:11, 84:16,
84:18, 84:20,
86:3, 86:4,
86:7, 86:10,
88:1, 88:23,
89:20, 92:9,
98:1, 105:7,
105:16, 105:18,
105:24, 106:22,
107:7, 107:8,
110:7, 113:23,
130:17, 147:2
**appear**
155:19, 158:10,
158:14
**applied**
143:15, 143:19
**applies**
118:25

**appreciate**
158:23
**appropriate**
10:13, 29:7,
160:20
**approval**
67:18, 68:4,
86:20, 86:25,
87:4, 88:9,
99:22
**approval's**
88:17
**approval-denial**
99:16
**approve**
85:25, 86:4,
86:25, 87:2,
87:15, 95:6,
127:24
**approved**
86:21, 88:14,
88:20, 88:22,
89:22
**approves**
88:18
**approximately**
31:20, 31:21,
31:25, 32:3,
64:23, 65:1,
94:12, 94:18
**apps**
100:5
**arbor**
28:21, 28:24,
31:11
**archive**
76:16, 76:19,
76:20, 77:17,
78:11, 78:14,
154:25, 155:7
**archived**
76:5, 77:15,
77:19, 77:23,
78:6
**archives**
78:20
**area**
33:23, 127:11

**areas**
132:5
**aren't**
41:8, 50:13,
94:8
**arjun**
1:18, 2:3, 4:2,
5:5, 6:10, 7:21,
7:23, 11:3,
11:14, 11:23,
13:7, 14:2,
19:10, 22:17,
24:23, 25:7,
26:8, 27:14,
35:3, 37:8,
42:8, 44:19,
44:21, 51:7,
51:12, 61:18,
70:15, 74:6,
110:13, 111:10,
111:19, 113:6,
137:7, 142:17,
153:5, 154:1,
155:14, 156:21,
161:3
**arlington**
3:9
**around**
24:20, 31:19,
33:5, 48:14,
64:21, 81:5,
82:1
**arrived**
89:9
**arrow**
141:11, 141:18
**art**
58:8
**asked**
10:24, 22:9,
42:9, 70:3,
71:7, 100:10,
109:18, 109:25,
111:15, 111:25,
134:12, 134:13,
134:24, 138:12,
157:4
**asking**
11:12, 17:22,

22:22, 30:8,
35:18, 35:19,
44:22, 74:21,
100:13, 154:5
**asks**
42:10, 67:21
**assert**
11:8
**asserting**
21:20
**assess**
152:12
**assign**
63:12, 100:4,
128:7, 128:8,
129:24, 129:25,
130:25, 132:12,
132:14, 140:24,
141:5, 141:18,
142:5, 149:16,
149:21
**assigned**
128:20, 141:5
**assigning**
129:6
**assignments**
128:23, 128:24
**assist**
81:19
**association**
5:25
**attach**
64:5
**attached**
4:10, 7:15,
64:3, 113:3,
120:8, 127:4,
139:15, 140:17,
144:24, 146:10
**attachment**
7:5
**attend**
28:20
**attendance**
93:23, 93:25,
94:6, 94:10,
114:10, 115:25,
116:3, 117:20,

118:6, 118:9,
121:24, 122:6,
122:15, 122:24,
125:6, 126:16,
126:18, 135:16
**attended**
28:22
**attention**
7:24, 9:19,
10:18, 13:14,
13:21, 14:17,
23:11, 23:23,
119:21, 151:10
**attorney**
22:21, 26:4,
26:5, 26:10,
26:16, 27:2,
27:8, 37:20,
159:5
**attorneys**
108:16, 108:18
**audio**
138:3, 138:14,
165:6
**august**
32:3
**authenticate**
156:6, 156:22,
159:17, 160:3
**authenticated**
156:1
**authenticating**
159:8
**authentication**
158:9, 158:16
**authenticity**
156:24, 160:16,
160:19
**authority**
161:12
**automate**
135:13
**automatically**
67:17
**automation**
55:15
**automations**
113:24, 113:25,

114:5
**availability**
80:19, 130:13,
130:24, 132:4,
132:7, 132:15
**available**
63:21, 96:3,
96:5, 100:2,
100:8, 100:11,
100:12, 105:1,
106:4, 113:20,
124:8, 128:11,
130:20, 132:19
**average**
41:25, 42:15
**aware**
8:5, 21:1,
109:6

**B**

**b) (6**
19:20
**b2b**
32:20, 36:22,
43:19
**bachelor**
31:12
**back**
5:15, 13:6,
24:12, 24:20,
37:6, 40:8,
43:4, 47:11,
51:11, 51:16,
51:17, 65:17,
86:15, 88:11,
88:23, 92:22,
96:14, 99:16,
112:13, 112:15,
118:21, 121:3,
138:10, 146:8,
151:7
**background**
30:2
**bad**
61:21, 61:24,
84:15, 131:13
**ballpark**
82:1

**bandwidth**
131:19, 157:14
**barely**
64:7
**based**
19:21, 30:8,
57:4, 106:9,
108:23, 133:24,
136:24, 143:15,
152:11
**basic**
11:25, 30:8,
46:9, 46:14,
95:15, 107:6,
107:23
**basically**
39:14, 55:3,
63:25, 65:10,
81:5, 88:16,
104:6, 105:6,
111:8, 126:13,
130:8, 147:5
**basics**
107:1
**basis**
19:19, 86:22,
92:13
**baskin**
75:13, 101:15
**bates**
119:25, 126:25,
139:11, 150:25,
151:3, 151:4,
151:6, 151:11,
153:23
**bay**
33:23
**bear**
12:9
**became**
38:13
**because**
10:13, 12:16,
12:20, 17:23,
19:1, 20:8,
21:10, 22:8,
34:7, 35:14,
39:4, 47:4,

48:25, 51:14,
51:15, 54:10,
59:20, 61:4,
62:17, 75:2,
75:21, 77:17,
85:6, 85:7,
90:17, 91:1,
94:19, 98:3,
107:3, 111:20,
122:24, 123:4,
124:15, 125:5,
125:10, 133:25,
136:17, 141:7,
156:14, 158:15,
160:7, 162:22
**been**
10:3, 21:17,
31:16, 31:21,
33:5, 39:1,
40:3, 40:9,
40:19, 41:16,
41:25, 42:15,
52:3, 56:6,
64:18, 68:10,
69:19, 72:13,
76:3, 81:20,
83:17, 83:19,
83:20, 88:10,
88:14, 90:4,
92:19, 93:24,
94:13, 94:16,
104:4, 104:6,
104:23, 105:9,
106:16, 107:14,
113:6, 120:5,
120:15, 125:1,
128:19, 143:14,
146:11, 150:3,
155:18
**before**
2:9, 5:22,
6:11, 6:13, 8:1,
8:10, 11:25,
12:21, 17:15,
23:1, 24:11,
25:20, 31:12,
33:24, 65:19,
67:19, 109:25,

112:19, 118:9,
139:3, 139:16,
144:2, 149:16,
150:4, 159:12,
164:2
**began**
45:9
**beginning**
92:11
**beginnings**
91:17
**begins**
145:4
**behalf**
3:3, 3:12,
3:19, 5:18, 6:2,
8:15, 8:18,
43:4, 108:15
**being**
5:6, 9:13,
10:24, 36:5,
37:10, 37:11,
37:25, 48:22,
53:19, 62:11,
64:25, 66:11,
91:15, 92:11,
96:8, 109:5,
109:6, 121:10,
134:8, 151:25,
156:17
**believe**
10:13, 49:18,
144:4, 153:22,
155:16, 155:18
**believes**
63:16
**belong**
98:18
**below**
124:25
**benefit**
102:5
**besides**
26:20, 39:25,
40:4, 81:12,
81:14, 96:2
**best**
23:14, 23:16,

23:18, 35:6,
44:12, 44:22,
48:13, 52:15,
57:9, 72:1,
72:16, 73:7,
77:8, 77:25,
81:21, 84:22,
86:24, 87:22,
94:9, 96:15,
97:7, 98:2,
98:6, 98:14,
111:3, 121:5,
144:9, 144:14,
146:1, 165:5
**better**
23:10
**between**
9:23, 36:1,
37:17, 37:22,
37:25, 38:3,
38:6, 39:2,
47:16, 47:21,
48:4, 48:17,
56:18, 61:6,
64:24, 70:20,
76:19, 83:16,
95:25, 97:10,
98:20, 107:21,
123:1, 123:7,
134:3, 139:25
**bird**
3:21
**bit**
9:20, 28:17,
39:7, 39:12,
42:4, 55:23,
56:13, 64:15,
69:22, 83:18,
92:16, 92:20,
127:15
**black**
159:23
**blah**
66:6, 66:7
**blank**
79:6
**block**
128:2

**blurry**
146:15
**boilerplate**
70:18, 70:19,
71:1, 71:6,
71:15, 71:24,
72:19
**both**
29:20, 47:19,
51:12, 86:18,
87:23, 100:12,
103:22, 113:20,
159:9
**bottom**
147:19
**box**
72:15, 79:6,
79:13, 140:25,
142:1, 142:6
**boxes**
141:8, 141:24
**brandy**
153:24, 154:1
**break**
86:15, 92:18,
92:22, 108:11,
112:3, 112:9,
122:4, 134:3,
135:4, 135:6,
136:7, 136:23
**breakdown**
81:8
**breaking**
131:15
**breaks**
121:18, 121:19,
121:22, 121:25,
122:3, 122:9,
122:11
**brings**
84:8
**broad**
9:22, 28:3
**broadcast**
96:20
**broader**
136:11
**broadly**
48:25

**broke**
131:9
**brought**
28:9, 159:19
**browser**
68:21, 68:23,
73:11, 73:13,
79:21
**bucket**
77:18
**build**
32:13, 80:4,
80:12, 81:1
**building**
33:9, 46:23
**built**
55:25, 100:7
**built-in**
102:13, 102:16,
134:13, 134:20,
134:22, 134:25
**bunch**
18:24, 117:6
**business**
5:20, 25:3,
34:4, 35:10,
36:14, 36:16,
36:17, 36:21,
37:4, 38:1,
38:9, 38:20,
53:12, 59:13,
59:18, 61:8,
61:9, 62:8,
62:11, 62:16,
63:18, 64:12,
66:17, 66:20,
67:15, 67:18,
67:20, 69:3,
69:7, 69:11,
70:21, 73:23,
74:18, 75:17,
76:11, 78:13,
78:19, 78:22,
78:23, 78:24,
79:1, 82:8,
82:11, 85:21,
87:13, 92:6,
94:14, 96:8,

96:16, 98:19,
101:13, 101:15,
102:6, 104:24,
113:21, 113:22,
115:13, 116:7,
116:24, 117:10,
120:17, 122:9,
122:11, 132:6,
133:16, 134:1,
139:8, 142:21,
144:12, 150:17,
154:23
**business-to-business**
32:19, 33:25
**businesses**
32:21, 75:6,
86:23, 93:12,
102:23, 117:4,
120:20
**button**
55:4, 57:25,
63:23, 68:5,
69:25, 78:8,
90:14, 95:5,
95:21, 99:23,
126:8, 140:5,
142:2, 149:11
**buttons**
55:5, 55:9,
78:9

**C**

**calendar**
58:24, 105:6
**california**
3:23, 157:12
**call**
30:10, 41:17,
44:1, 54:10,
54:16, 54:22,
55:23, 62:8,
62:10, 64:24,
91:21, 91:22,
91:23, 91:24,
91:25, 92:3,
92:4, 92:7,
97:15, 104:11,

108:9, 117:11,
134:15, 134:16,
134:25, 138:2,
152:23, 156:20,
157:17, 158:1,
158:20, 159:6,
160:3, 162:19,
163:5
**called**
32:20, 44:8,
46:13, 54:9,
54:11, 81:3,
92:3, 100:6,
126:13, 153:3
**calling**
156:9, 157:11
**calls**
8:16, 19:8,
26:3, 26:16,
27:2, 27:7,
45:11, 54:13,
55:20, 86:1,
98:22, 99:7,
110:18, 131:3,
131:12, 137:8,
138:19, 149:18,
151:22, 153:10
**came**
44:5, 47:11,
71:2
**can't**
22:21, 42:21,
59:16, 71:13,
78:5, 84:23,
137:22, 141:24,
153:5, 156:12
**cancel**
99:21
**cannot**
5:10, 57:1,
57:2, 65:22,
67:1, 67:23,
76:12, 79:4
**care**
92:18
**carl**
161:15
**case**
20:5, 20:9,

20:19, 27:4,
28:14, 33:14,
35:25, 53:13,
61:10, 63:19,
69:13, 76:1,
84:17, 88:8,
88:16, 90:5,
93:15, 102:6,
104:22, 117:11,
129:10, 130:11,
152:2, 159:21,
163:11, 164:7,
165:9
**cases**
68:13, 90:6,
125:8, 129:12,
152:22
**categories**
8:2, 8:9, 9:1,
115:10
**categorize**
9:22
**category**
20:17
**caution**
27:19
**cell**
73:4, 77:4
**cells**
52:21
**center**
91:22, 91:24,
91:25, 92:1,
92:4, 92:7
**centers**
91:21, 91:23,
117:11
**cents**
109:1
**certain**
8:20, 12:3,
24:10, 79:18,
128:2, 152:17
**certainly**
154:10, 157:6,
160:7
**certificate**
164:1, 165:1

**certifications**
31:4, 31:6
**certify**
164:3, 165:2
**cet**
1:25, 165:16
**chance**
51:14
**change**
53:21, 55:17,
58:22, 59:16,
60:1, 111:7,
114:2, 117:1,
119:10
**changed**
90:7
**changes**
53:23, 53:24,
99:21
**changing**
11:11
**characterization**
30:9
**charge**
108:11
**charging**
108:14
**charlotte**
140:6
**chat**
55:24, 64:11,
64:14, 96:3,
96:4, 96:5,
96:7, 96:9,
96:19, 96:23,
97:25, 162:10
**chats**
96:17, 97:25,
98:16, 99:3
**check**
31:24, 40:21,
41:22, 55:22,
55:25, 65:8,
65:11, 66:8,
73:17, 73:18,
73:20, 74:25,
75:4, 75:22,
76:6, 76:7,

77:13, 77:18,
80:18, 82:16,
87:9, 87:21,
89:16, 95:23,
98:11
**checked**
143:3, 144:6,
144:14, 152:19
**checkmark**
140:25, 142:10
**chef**
118:19
**chief**
32:5
**choice**
133:18
**choosing**
139:6
**choppy**
131:8
**chosen**
135:19
**christine**
146:3, 154:15
**circumstances**
51:1
**civil**
1:9, 6:16
**claim**
57:24, 58:1,
63:22, 63:23,
67:11, 86:21,
88:10, 88:20,
95:7, 127:20,
128:1
**claimed**
87:14
**claims**
87:8
**clarification**
37:9, 159:13
**clarified**
85:6, 85:18
**clarify**
14:4, 18:4,
51:10, 63:5,
65:2, 66:18,
86:6, 86:11

**clarifying**
101:16
**clear**
10:23, 12:7,
12:23, 16:3,
16:4, 30:19,
35:20, 74:14,
131:18, 133:6,
139:17
**click**
49:21, 51:22,
55:3, 55:4,
55:9, 57:25,
65:5, 65:18,
66:7, 69:23,
79:20, 86:8,
86:13, 88:15,
93:14, 95:4,
95:20, 100:25,
101:18, 101:22,
102:11, 105:6,
106:9, 107:3,
116:12, 116:14,
123:10, 123:13,
123:14, 123:15,
127:11, 127:14,
132:11, 140:2,
140:4, 142:2,
148:23, 150:12
**clicker**
116:17
**client**
21:17, 22:21,
26:5, 26:17,
34:21, 37:20,
41:2
**clients**
11:22, 34:17,
35:24, 37:18,
37:25
**clock**
105:19, 105:21,
116:1, 118:1,
122:15, 122:16,
122:25, 125:11,
125:19, 126:15,
126:19, 126:21,
126:22

**clock-in**
105:15
**clocked**
116:6, 116:19,
117:22, 117:23,
122:16, 122:22,
125:2
**clocking**
93:23, 93:24,
114:18
**clocks**
135:7
**close**
109:1
**cloud**
34:3, 76:25,
77:3, 77:5
**cloud-based**
68:22, 68:23,
68:25, 69:3,
69:4, 69:7,
69:17
**cna**
130:11
**co-counsel**
6:1, 103:17
**coaching**
22:23
**code**
82:23, 83:1
**coffee**
28:15
**colleague**
20:14, 103:16
**college**
29:24
**columbia**
2:10, 164:18
**column**
81:2, 81:4,
83:23, 84:1,
84:3, 115:22,
119:12, 119:16,
119:17, 119:18,
119:19, 121:12,
121:18, 122:12,
123:8, 139:24,
147:2, 147:15,

147:16, 148:3,
148:4
**columns**
121:14, 132:23,
149:15, 150:5,
153:12, 153:15
**come**
24:20, 25:21,
40:6, 63:15,
67:8, 67:9,
87:25, 88:11,
100:23, 104:16,
105:18, 109:1,
125:21, 127:13
**comes**
91:3, 153:13
**coming**
13:6, 37:6,
51:11, 51:17,
92:22, 99:16,
129:15
**comment**
149:12
**commission**
164:14
**common**
51:2, 51:5
**communicate**
96:1
**communicated**
54:22
**communication**
45:8, 148:17
**communications**
39:19, 49:23,
55:21, 98:17,
99:2
**companies**
35:9, 35:10,
35:13, 43:19
**company**
32:4, 32:17,
33:6, 38:8,
38:23, 41:4,
42:1, 43:5,
43:11, 43:13,
49:25, 152:2,
152:3, 153:18

complete
12:5
completed
124:15
completely
135:10
compliance
102:13, 102:16,
109:12, 109:21,
110:7, 134:13,
134:20, 134:22,
135:1, 135:3
compound
8:16, 9:13,
72:24
computer
73:13
concern
15:21, 16:20
concerns
13:11, 13:18,
14:8, 14:12,
14:23, 15:12,
15:18, 16:17,
23:20, 24:5
conclude
155:23
conclusion
98:23, 110:19,
137:8, 138:20
conduct
30:20, 157:24
conducted
1:19, 2:3
conference
160:7, 160:10
confidential
107:4
confirm
57:13, 119:24
confirmation
78:10
confirmed
86:17, 89:22
confusion
37:6
consider
90:16

considered
53:2
constant
56:4
construct
57:4
consumers
34:2, 34:16,
50:21
contact
39:1, 39:20,
40:3, 41:3,
41:13, 42:15,
44:11, 45:17,
47:8, 53:6,
53:8, 56:7,
151:17, 162:5,
162:7, 162:11
contacts
95:19
continue
11:5, 12:1,
29:11, 30:11,
30:22, 158:4,
160:23
continued
46:21, 46:23
contract
34:22, 36:15,
36:20, 37:3,
38:1, 39:5,
48:22, 49:3,
56:18, 62:2,
64:25, 69:11,
98:19, 107:20,
107:23, 107:25,
108:9, 108:11,
108:15, 108:20,
109:9, 110:5,
110:10
contracted
153:2
contracting
161:12
contractor
54:17, 61:2,
61:11, 61:13,
97:18, 97:19,

127:18
contractors
54:16, 62:9,
66:20, 67:10,
104:22, 111:8,
146:23, 146:24
contractual
20:1, 38:2,
38:6, 110:17
control
141:10, 141:11
conversation
90:24, 97:16,
150:1, 154:2,
154:14, 160:25
conversations
26:9, 47:17
cook
118:19
cool
63:11
cooperatively
71:10
copy
59:23, 147:10,
148:6
corporate
8:6
correct
7:11, 35:23,
47:6, 47:25,
56:20, 69:1,
69:8, 89:8,
108:7, 115:3,
115:4, 116:9,
116:10, 120:18,
121:8, 129:7,
135:20, 144:4,
165:3
correctly
7:20, 17:8,
21:24, 37:12,
46:6, 49:6,
70:12, 107:12,
109:3, 123:25,
124:2, 148:19
cost
108:5, 124:22,

125:7
could
5:23, 7:24,
9:20, 12:21,
25:5, 26:8,
32:1, 33:3,
40:1, 52:8,
65:18, 73:24,
78:16, 97:11,
114:21, 121:15,
122:9, 124:16,
124:19, 130:25,
131:10, 148:15,
149:8, 150:3,
150:23, 153:6,
153:7, 157:10
could've
27:23, 49:25,
72:14, 147:25,
148:6
counsel
6:4, 6:7, 6:9,
7:17, 8:22,
8:25, 9:5, 9:6,
9:7, 12:2,
12:20, 25:22,
25:24, 30:20,
51:12, 103:18,
159:11, 164:5,
165:7
count
36:18, 148:5
couple
50:16, 50:17,
52:21, 52:22,
58:6, 65:2,
78:9, 112:20,
114:19, 114:25
course
138:7
court
1:1, 11:7,
12:12, 12:20,
29:12, 30:7,
30:10, 30:23,
112:22, 131:7,
157:23, 159:5,
160:13, 164:1

cover
16:5
coverage
63:14, 120:15,
123:22, 124:4,
124:6, 124:12,
130:7
create
46:10, 49:21,
53:4, 69:18,
69:23, 70:1,
81:17, 87:18,
93:12, 93:13,
94:3, 94:5,
95:4, 95:15,
105:3, 106:19,
121:25, 128:9,
129:23, 132:10,
145:12, 145:14,
145:16
created
59:8, 87:17,
93:8, 105:9,
106:16, 106:23,
106:25, 130:4,
145:19, 147:25
criteria
143:15, 144:6,
144:12
criterias
133:25, 134:8,
134:10
cross
156:23, 157:8
cumbersome
34:7, 136:3
curious
149:8
current
124:17, 124:21
currently
31:14, 125:1
custody
24:24
custom
80:4, 87:17,
87:18, 93:13
customer
19:8, 44:18,

46:2, 47:16,
49:3, 49:10,
49:11, 53:22,
59:25, 67:21,
68:12, 75:10,
75:14, 80:25,
90:17, 91:12,
103:24, 148:9,
148:12, 149:2,
150:14, 154:22
customers
37:18, 37:23,
37:24, 40:5,
43:19, 44:16,
46:23, 48:10,
49:17, 53:21,
54:10, 54:13,
56:5, 58:23,
59:5, 80:10,
82:13, 86:20,
87:20, 91:2,
105:20, 110:21,
129:11
customizability
65:23, 111:6
customizable
48:12, 53:20,
54:21, 56:3,
56:24, 59:8,
65:16, 65:25,
66:1, 89:1,
114:13, 115:3,
119:2
customizations
56:11, 59:11,
59:12, 59:15,
150:20
customize
54:5, 54:7,
54:8, 65:22,
66:2, 135:10,
136:17

**D**

daily
132:22, 133:5,
142:8, 144:3
dashboard
17:21, 58:25,

102:8, 120:12,
120:14
data
16:11, 18:9,
19:4, 79:14,
93:16, 93:19,
94:23, 104:17,
104:19, 106:9,
107:3, 107:5,
134:4
date
56:12, 80:7,
116:17, 155:1
daughter
28:5
day
43:25, 46:22,
54:2, 55:16,
59:14, 83:10,
117:2, 117:4,
120:16, 135:8,
159:12, 164:10
days
119:13
deactivate
135:19
december
38:16, 38:24,
39:3, 41:24,
42:3, 42:16,
44:4, 47:6,
47:7, 47:8,
47:13, 47:21,
48:4, 48:17,
56:7
decide
162:6, 162:7
decided
78:13
decides
61:9
default
144:11
defendant
8:18, 156:3
defendants
1:13, 3:12, 6:8
define
52:6

defined
34:24
definitely
17:25, 124:1,
126:20
definition
36:25
degree
31:4, 31:7,
31:9
delete
73:15, 73:21,
75:23, 76:10,
76:12, 76:14,
76:17, 76:19,
76:21, 76:22,
77:1, 98:13,
154:25, 155:8
deleted
76:4, 77:6,
77:12, 98:10,
98:15
deleting
73:19, 77:18,
98:8
deliberating
47:1
delivering
35:15
demo
46:5, 46:6,
46:8, 46:9,
46:10, 46:13,
46:14, 47:5,
107:2, 107:7,
136:17
democratize
63:8, 63:10
democratizing
63:17
demoed
46:17, 48:6
demographic
52:12
demoing
135:22
demos
46:22, 136:17

denied
88:22
department
1:7, 3:6, 5:18,
6:1, 6:3, 24:19,
30:4, 93:1,
109:7, 112:5
departments
33:17, 41:8,
162:22
depending
86:22
depends
17:22, 49:9
depo
4:12
deponent
19:20
depos
7:3, 7:5, 33:2,
162:14, 162:19
depose
159:20
deposition
1:16, 2:1,
5:19, 5:23,
6:12, 6:13,
6:15, 6:22, 7:4,
7:10, 8:1, 9:4,
10:14, 11:25,
12:2, 12:25,
21:2, 21:5,
21:8, 24:12,
24:22, 25:19,
26:2, 26:11,
26:21, 28:10,
29:8, 30:4,
30:11, 30:13,
30:21, 50:20,
112:16, 155:23,
156:15, 157:5,
157:21, 158:18,
159:1, 159:25,
164:3
depositions
27:24
describe
33:10, 36:7,

37:16, 37:21,
58:17, 61:7,
110:17, 121:15,
127:6, 140:18
described
115:2, 129:6,
139:24
description
10:3, 118:13,
122:20
descriptions
142:8
descriptive
124:7
descriptor
119:10
design
32:14, 34:14
designated
1:17, 2:2, 5:4,
8:5
designation
123:2
designations
130:10
desktop
66:18, 66:19,
66:22, 68:19,
68:20, 69:3,
69:4
detail
16:10, 81:11
detailed
83:13
details
17:21, 17:22,
23:7, 46:14,
50:16, 64:16,
83:2, 104:14,
106:12, 137:24,
138:25, 139:1
determine
72:5, 79:24,
84:19, 85:11,
87:3, 92:5,
115:12, 115:14
determines
139:7

develop
104:10, 104:11
developed
43:5, 71:9
development
32:12, 43:7,
46:18
device
105:15
difference
76:15, 123:1,
139:25
different
11:11, 40:22,
41:12, 49:2,
49:10, 51:3,
51:5, 53:4,
54:4, 56:10,
59:19, 59:24,
61:5, 71:16,
75:24, 85:19,
87:20, 103:14,
114:12, 115:1,
115:9, 121:12,
124:3, 130:3,
137:17, 162:22
differentiator
81:15
difficult
12:16
digit
82:23
digital
32:23, 34:12
digitize
33:1, 136:4
digitized
111:1
digitizing
64:1
direct
10:12, 79:19,
162:20
directed
23:5
directing
7:3, 7:23,
9:19, 10:18,

12:4, 13:14,
13:21, 14:17,
23:11, 23:23,
119:21, 151:10
directions
150:18
directly
41:19, 41:20,
96:2, 145:22
disagree
11:13, 160:11
disappears
76:25, 77:3
disclosed
157:25, 158:17,
159:15, 159:16
discovery
20:13, 152:23,
157:24
discuss
70:19, 158:5
discussed
16:21, 27:20,
150:4, 150:16
discussing
149:15
discussion
135:25
dishwasher
118:20, 128:8,
128:10
dishwashers
128:10
disregards
52:23
disseminated
69:25
district
1:1, 1:2, 2:10,
164:18
division
1:3, 40:25
doc
38:16, 47:14
docs
98:25
document
4:19, 7:4,

108:1, 112:23,
113:5, 113:7,
120:11, 146:15,
153:6, 154:4,
154:10
**documents**
9:2, 24:11,
26:23, 27:9,
92:24, 112:4,
112:16, 112:20,
146:13, 153:21
**doing**
5:20, 25:2,
32:23, 34:8,
34:13, 34:15,
38:9, 38:20,
49:5, 56:25,
59:11, 85:21,
91:3, 98:25,
152:23, 159:13
**dollars**
125:13
**done**
23:1, 27:23,
28:8, 33:2,
56:25, 99:8,
111:18, 111:23,
136:2, 148:6,
155:6, 155:10
**double**
65:8, 65:11
**down**
12:13, 30:1,
56:14, 109:1,
124:6, 124:17,
141:18, 148:16,
153:8, 153:14
**download**
57:11, 66:7,
71:22, 79:14,
79:15, 79:17,
82:13, 82:15,
105:17
**drag**
142:3
**drift**
95:8
**drivers**
54:10, 54:14,

97:3
**drop**
161:6
**dropbox**
24:18, 93:1
**dropdown**
102:9, 102:10
**duces**
146:14
**duly**
5:6
**duplicate**
129:18, 129:21,
151:5, 151:6
**during**
9:24, 30:21,
56:13, 130:18,
157:5, 160:6,
160:9
**duties**
32:6
**dx**
11:1

---

**E**

**e**
7:2
**e-notary**
164:1, 164:17
**each**
8:13, 9:11,
9:15, 9:17,
10:1, 16:5,
19:2, 79:2,
91:24, 92:6,
116:5, 124:23,
132:14
**earlier**
85:18, 119:15,
134:13, 150:16
**early**
33:8, 56:17,
60:22, 155:2
**easier**
157:1, 163:3
**eastern**
1:2
**easy**
66:24, 154:23

**edit**
150:13
**education**
28:18
**efficient**
156:17, 156:19
**effort**
34:10, 80:12,
99:10
**eight**
31:23, 133:5,
135:6, 135:8
**either**
87:1, 87:2,
87:12, 100:14,
119:6, 119:7,
127:24, 155:5
**electronically**
164:4
**eleven**
130:23
**ellipsis**
123:9
**else**
25:13, 26:20,
27:23, 39:24,
40:3, 72:13,
97:17, 98:20,
98:21
**email**
41:15, 41:16,
41:17, 41:18,
41:19, 41:21,
44:5, 48:20,
52:17, 52:18,
55:20, 55:23,
69:13, 69:17,
69:20, 70:9,
71:18, 88:22,
89:15, 95:2,
95:8, 117:12,
144:21, 146:25,
150:2, 151:11,
151:12, 161:22,
162:16
**emails**
9:7, 41:20
**employed**
31:14, 164:6,

165:8
**employee**
91:24, 105:23,
106:1, 152:20
**employees**
18:7, 33:21,
153:1, 153:2
**empty**
28:13, 127:9,
127:11
**encompassing**
136:10
**end**
17:6, 33:7,
35:12, 36:1,
38:4, 46:21,
46:25, 56:7,
108:12, 121:17,
122:7, 160:13
**ends**
145:8
**energy**
159:9
**enforcement**
24:25, 25:1,
109:7
**engagement**
84:11
**engineer**
85:1, 85:8
**engineering**
31:12, 77:13,
80:2, 85:3
**engineers**
41:11, 85:2,
98:12
**english**
37:1
**enough**
161:17
**entail**
49:8
**entails**
49:9
**enter**
83:1
**entered**
68:11, 89:16,

90:4, 90:6,
90:8, 107:20,
109:8, 110:4,
125:18, 148:23
**entering**
39:5, 48:6,
110:9
**enters**
86:9
**entire**
96:20
**entitled**
7:4
**entity**
76:14
**especially**
35:9
**esquire**
3:4, 3:5, 3:13,
3:20
**established**
39:3, 143:14
**establishing**
90:1, 136:23
**estimate**
31:24, 42:19,
42:22, 42:24,
43:2, 64:9,
64:21, 68:14,
81:25, 82:5,
90:5
**estimated**
83:15
**estimating**
81:22
**estimation**
126:6
**et**
1:12, 1:21
**etcetera**
92:7, 106:1
**even**
32:25, 34:5,
49:12, 52:18,
54:8, 55:24,
62:4, 63:12,
67:5, 67:22,
69:21, 79:25,

81:16, 88:13,
91:13, 95:6,
96:9, 97:17,
123:3, 133:1,
162:1
**event**
97:24
**ever**
20:14, 25:19,
38:17, 99:8
**every**
16:7, 35:11,
47:16, 51:24,
54:6, 65:9,
78:2, 79:20,
91:4, 91:5,
98:12, 108:6,
153:13
**everybody**
51:13
**everybody's**
160:8
**everyone**
5:23, 40:16,
54:7, 69:16,
84:2, 84:7,
87:14, 97:5,
104:13, 104:18,
105:1, 107:24,
119:1, 132:17,
147:6, 155:7
**everyone's**
41:9
**everything**
12:13, 49:5,
52:23, 54:1,
55:23, 61:8,
65:24, 91:1,
99:1, 117:16,
153:11
**everything's**
90:15, 107:14
**evidence**
27:11
**evolvement**
46:19
**exact**
137:10, 137:16

**exactly**
20:10, 40:21,
48:8, 49:1,
91:20, 97:6,
148:14, 148:24,
151:1, 162:23
**exaggerated**
102:9
**examination**
4:2, 7:17
**examined**
5:8
**example**
16:11, 75:15,
76:3, 81:9, 86:7
**excel**
34:9
**except**
6:17, 6:23
**excerpt**
113:16
**excerpts**
4:19, 146:12
**exchange**
8:21, 8:25,
9:3, 9:6, 9:7,
48:20
**exchanged**
27:21
**exclusively**
36:2, 74:17,
103:21
**excuse**
47:10, 65:15
**exercise**
158:3
**exhibit**
4:12, 4:13,
4:14, 4:15,
4:16, 4:17,
4:18, 4:19, 7:7,
7:12, 7:14,
10:3, 10:15,
10:19, 33:3,
112:25, 113:2,
113:6, 119:22,
119:25, 120:3,
120:6, 120:7,

121:10, 126:24,
127:1, 127:3,
139:9, 139:12,
139:14, 140:13,
140:14, 140:16,
144:21, 144:23,
146:9, 146:11,
146:12, 153:20
**exhibits**
4:11, 11:1,
27:17, 112:20,
159:17, 160:4
**exist**
75:18
**expect**
158:2, 161:19
**expectations**
30:20
**expend**
160:23
**expires**
164:14
**explain**
78:19, 120:10,
123:23, 124:23,
136:6, 142:17
**explained**
20:15, 90:9,
101:14, 115:10
**explaining**
136:9
**explanation**
10:14, 78:7,
143:23
**extent**
11:20, 18:14,
19:8, 138:19,
152:17

**F**

**facebook**
79:15
**faced**
99:13
**facetious**
28:4
**facilities**
4:18, 37:25,

51:25, 52:2,
53:1, 53:3,
53:5, 53:8,
53:10, 53:14,
66:11, 66:13,
66:15, 66:16,
66:20, 66:23,
67:1, 67:12,
67:23, 68:2,
68:15, 68:16,
68:18, 68:25,
69:6, 69:10,
69:12, 69:22,
70:3, 70:21,
71:16, 72:18,
72:21, 73:9,
73:10, 73:14,
73:18, 74:16,
75:1, 75:6,
75:9, 75:21,
75:22, 75:23,
76:2, 85:10,
85:12, 85:13,
85:14, 85:17,
85:24, 86:9,
86:10, 90:10,
91:15, 94:2,
94:13, 95:1,
95:22, 95:25,
100:23, 100:25,
101:21, 102:3,
102:4, 102:9,
105:12, 106:24,
107:13, 107:18,
111:7, 120:13,
126:11, 133:15,
140:11, 140:21,
144:22, 145:20,
145:21, 150:6
**facility**
53:15, 66:25,
67:7, 67:21,
68:9, 87:1,
87:12, 87:23,
91:5, 94:22,
95:18, 96:7,
96:17, 97:10,
98:21, 102:4,

104:24, 120:16,
124:9, 126:14,
127:25, 140:9,
148:20, 150:18
**fact**
27:5, 84:17,
136:2
**fair**
25:1, 36:19,
41:5, 80:6,
110:8, 126:5,
137:21, 138:16,
161:17
**fake**
107:1
**familiar**
38:8, 38:12,
38:13
**familiarity**
137:4
**far**
91:4, 138:20
**feature**
52:1, 63:11,
64:11, 64:14,
75:2, 75:22,
79:13, 79:16,
79:25, 80:8,
80:25, 85:19,
96:3, 96:5,
97:25, 102:12,
115:13, 115:16,
118:4, 118:16,
118:23, 133:12
**features**
79:11, 106:11,
133:15, 136:15,
136:22
**federal**
6:16, 6:22
**fernandez**
24:13
**few**
31:18, 46:22,
55:5, 81:24,
83:21, 94:15,
98:12, 107:17,
107:18, 117:17,

125:8
**field**
79:5
**fields**
52:22, 52:24,
79:17
**figure**
50:13, 92:24
**file**
21:12
**filed**
8:15, 8:17,
21:12, 21:14,
21:17
**filled**
124:8
**filter**
124:1, 124:6,
124:16, 124:19
**filtered**
130:22
**final**
123:8, 160:6,
160:9
**financial**
164:7, 165:9
**find**
24:3, 24:23,
29:9
**fine**
29:14, 103:10,
108:13, 154:18,
163:12
**finish**
27:6, 29:15,
51:9, 51:13,
61:18, 61:20,
110:15
**firmly**
10:10
**first**
5:6, 8:15,
35:14, 38:15,
38:17, 38:23,
45:10, 47:8,
47:14, 52:15,
52:16, 64:24,
87:11, 112:22,

121:7, 123:19,
125:14, 146:15,
153:5, 162:21
**first-come-first-
-serve**
86:22
**fit**
47:20, 152:13
**five**
43:20, 43:24,
52:24, 60:14,
63:15, 63:22,
67:8, 67:9,
75:13, 81:10,
92:1, 92:17,
92:19, 125:23,
130:2, 130:4
**fix**
138:3
**fixed**
59:4, 59:6,
59:7, 114:14,
153:13, 153:15
**floor**
3:22
**flow**
58:2, 64:1
**flsa**
109:12, 109:21,
137:5
**focus**
127:16
**focused**
94:1
**focusing**
50:22
**folks**
39:8, 39:13,
39:16, 40:10,
40:11, 49:18,
91:6, 114:16,
117:8, 118:24,
126:22, 127:13
**follow**
42:12, 137:13,
154:18, 161:16
**follow-ups**
58:6

**follows**
5:8, 138:14
**foregoing**
164:3, 165:3
**forgot**
150:9
**forgotten**
92:2, 94:22
**form**
6:17, 6:24,
43:17, 54:21
**forma**
21:6, 21:7
**formality**
12:10
**format**
149:7, 149:9
**forth**
10:2, 139:23
**forward**
12:1
**foundation**
13:25, 14:20,
15:1, 15:6,
16:2, 17:6,
17:14, 18:7,
18:23, 19:9,
102:15, 110:19
**four**
82:22
**four-digit**
83:1
**frankly**
22:25, 29:9,
160:24
**frequency**
18:9, 80:14,
81:13, 85:11,
92:6, 115:7
**front**
28:12, 59:25,
118:22
**fsla**
111:2
**fully**
25:17, 90:19
**functionality**
131:1, 135:23

**funding**
33:6, 33:7
**further**
37:9, 81:8,
106:13, 153:20,
155:13, 155:22,
160:12, 161:4
**future**
124:13

**G**

**game**
29:21
**gan**
2:9, 12:12,
164:2, 164:17
**gave**
70:7
**general**
28:16, 41:18,
41:21, 91:23
**generally**
33:11
**generate**
79:12
**generated**
114:12, 115:6
**generic**
36:7, 61:1,
106:6
**generically**
61:7, 70:10
**getting**
29:12, 127:15
**ghost**
97:12, 97:15
**give**
12:14, 16:10,
29:25, 42:3,
42:8, 52:8,
52:10, 82:22,
87:9, 137:3,
137:11, 163:2
**given**
69:10, 81:12
**giving**
23:7, 75:15,
110:3, 128:12,

143:21, 143:23
**glad**
85:6
**go**
5:13, 9:9,
9:16, 11:24,
12:1, 14:6,
14:7, 17:16,
20:21, 23:17,
24:15, 30:1,
42:6, 43:17,
47:3, 49:13,
50:16, 51:15,
51:16, 55:18,
55:19, 57:12,
63:22, 65:4,
67:16, 67:24,
68:2, 74:9,
74:24, 80:23,
82:14, 83:3,
86:15, 87:13,
87:15, 88:12,
89:20, 93:18,
103:25, 106:4,
112:2, 112:8,
112:23, 127:16,
127:24, 131:24,
132:13, 138:4,
144:12, 146:5,
146:21, 149:10,
151:7, 151:14,
154:11, 154:24,
163:2
**goal**
50:9
**goes**
56:19, 77:16,
121:7
**going**
10:16, 10:22,
11:5, 11:9,
12:13, 18:6,
19:17, 19:24,
20:6, 20:20,
21:10, 22:25,
24:13, 27:1,
29:2, 29:15,
30:10, 33:14,

35:1, 35:22,
37:2, 44:12,
45:16, 48:24,
51:9, 51:15,
51:16, 55:5,
74:19, 76:9,
78:2, 91:4,
92:20, 92:25,
101:10, 102:8,
112:3, 112:19,
112:23, 126:14,
138:18, 139:9,
141:19, 143:8,
154:11, 155:16,
156:24, 157:4,
157:7, 158:8,
158:14, 160:5
**gone**
25:9, 64:7,
98:4, 149:4,
155:6, 158:2
**good**
5:17, 43:20,
47:20, 73:19,
76:6, 86:18,
88:25, 96:14,
105:13, 152:13,
161:24, 163:14
**goodwin**
161:15
**google**
43:14, 147:17,
148:7, 148:8
**gotten**
40:22, 91:10
**graduate**
28:25, 31:1
**great**
135:23
**green**
140:25, 142:6,
142:11
**ground**
11:25, 12:25
**group**
53:14, 97:5
**groups**
96:18

**guess**
5:25, 16:20,
17:7, 42:18,
61:2, 62:23,
69:13, 70:16,
70:17, 98:17,
100:11, 103:12,
108:22, 126:5,
162:7, 162:21
**guessing**
43:2, 70:13,
72:2, 92:15
**guides**
105:2
**guys**
156:23, 158:9,
158:15, 159:19,
159:24, 160:16,
161:5

**H**

**hac'd**
155:19
**half**
92:20, 104:7,
107:15
**hand**
164:10
**handbook**
104:20, 105:25,
106:2
**handy**
162:10
**hang**
153:4
**happen**
63:19, 75:4,
133:22
**happened**
44:11, 44:23,
45:2, 45:5,
45:21, 46:18,
46:25, 48:23,
49:1, 50:1
**happens**
45:14, 77:1,
87:19, 88:6,
99:25

**happy**
37:13, 117:15
**harassing**
29:4, 29:18,
29:22, 30:9
**hats**
41:9, 41:12
**headers**
121:13, 139:24
**hear**
5:10, 8:23,
71:13, 157:13
**heard**
10:15, 38:17,
131:13
**help**
26:20, 104:1,
105:2, 118:14,
134:7, 144:7,
144:17, 154:9
**helpful**
42:6, 144:19
**helping**
32:25, 34:12
**helps**
63:17, 130:8
**here**
5:19, 6:2,
14:8, 18:24,
19:25, 20:12,
23:2, 28:6,
29:23, 30:3,
58:14, 66:7,
69:20, 70:14,
74:14, 81:23,
81:24, 105:3,
106:9, 124:19,
127:9, 132:9,
133:9, 144:6,
144:8, 147:4,
147:18, 151:18,
152:25, 157:10,
163:9
**hereby**
164:3, 165:2
**hereunto**
164:9
**herself**
150:13

**hey**
44:1, 44:6,
45:15, 45:25,
46:4, 47:18,
55:15, 57:13,
57:17, 57:19,
58:1, 59:2,
59:13, 60:13,
63:13, 63:20,
66:4, 67:6,
67:7, 67:24,
69:18, 69:23,
71:21, 75:18,
76:21, 82:17,
88:9, 89:14,
89:15, 94:21,
95:3, 95:10,
95:13, 95:19,
97:1, 97:2,
101:22, 102:10,
104:16, 106:8,
107:2, 108:3,
108:13, 108:25,
110:25, 111:6,
114:20, 122:1,
122:2, 128:11,
130:5, 133:4,
134:1, 135:5,
143:2, 149:3,
149:10, 150:5,
150:9, 151:16,
152:8, 152:23
**high**
62:20, 107:1,
114:12, 126:6,
152:5
**high-level**
114:8, 114:24,
115:1, 124:24,
140:10
**highest**
28:18
**hire**
110:17
**hired**
109:13, 110:2,
110:4, 110:21
**hiring**
110:10

**history**
79:15
**hit**
63:23, 68:4,
69:24, 79:20,
95:5, 95:20,
99:23, 145:1,
145:2, 149:11
**hmm**
58:20
**holder**
103:8
**home**
58:25
**honest**
37:10, 162:2
**honestly**
56:4, 60:22,
158:8
**hope**
3:22, 99:1
**hour**
92:20, 104:7,
125:22, 125:23,
135:6
**hourly**
60:11, 60:15,
60:16, 116:2,
116:4
**hours**
116:5, 116:19,
124:22, 125:6,
125:9, 125:15,
125:16, 125:18,
133:5, 133:6,
135:8, 135:12,
139:22, 158:3
**house**
118:21, 118:22
**hover**
142:1
**however**
24:14
**hundred**
91:19, 117:22
**hung**
36:24, 37:11
**hypothetical**
99:6, 131:4,

131:12

**I**

**icon**
105:6
**idea**
56:8, 118:18
**identification**
7:14, 113:2,
120:7, 127:3,
139:14, 140:16,
144:23, 146:9
**identified**
11:19, 25:4,
157:22
**identify**
157:19
**import**
51:23, 52:23
**important**
12:14, 152:6
**imported**
51:22, 52:5
**improper**
19:22, 22:23
**inaccurate**
143:18
**inappropriate**
29:19, 30:12,
111:17
**inc**
1:16, 2:1, 5:3,
5:20
**include**
72:12
**included**
90:10, 114:7
**includes**
41:17
**including**
9:24, 12:19
**incomplete**
99:6, 131:4,
131:11
**incorporated**
136:24
**incorrect**
35:23

**increase**
135:8
**incredibly**
42:5
**indeed**
134:14, 135:18
**independent**
67:15
**indicate**
39:24
**indicated**
21:11, 33:24,
49:24, 52:25,
90:21, 113:17,
155:16
**indicating**
24:13
**indicator**
98:4
**indirectly**
128:12
**individual**
54:8, 121:20
**industry**
49:18
**influenced**
133:19
**info**
162:14
**information**
20:15, 24:23,
26:4, 27:7,
28:16, 50:5,
50:12, 50:23,
51:19, 52:10,
52:13, 70:11,
71:2, 76:2,
76:20, 76:23,
77:11, 78:12,
78:18, 79:7,
81:12, 91:6,
97:14, 103:4,
103:7, 103:20,
103:22, 103:23,
104:2, 114:6,
123:16, 123:18,
124:25, 125:11,
127:15, 147:23,

151:17, 151:18,
151:21, 152:1,
152:3, 152:4,
152:12, 162:5,
162:8, 162:12,
165:7
**initial**
44:10, 51:11,
152:1
**initiated**
44:7
**input**
60:25, 62:12,
63:1, 76:3,
79:17, 85:15,
85:16, 121:22,
122:9
**inputs**
85:23, 122:11,
151:17
**inputted**
151:18
**inquires**
48:16
**inquiry**
149:14
**instead**
102:8
**instruct**
19:17, 20:20,
26:6, 26:17,
33:15
**instructed**
21:10
**instructing**
19:20, 20:23,
21:2, 21:17
**instructions**
154:19
**insult**
50:25
**integrate**
100:19
**integrated**
100:15, 116:8
**intend**
90:22, 90:24,
155:19, 156:20,

157:9, 158:20,
160:4
**intended**
91:8, 159:6
**intends**
157:17, 158:1
**interact**
152:11
**interaction**
18:9
**interest**
9:12, 164:7,
165:9
**interested**
45:3, 45:6,
45:20, 47:11,
101:19, 152:8
**interface**
53:18, 54:20,
56:3, 56:24,
57:1, 57:4,
58:7, 58:16,
59:4, 59:6,
59:7, 59:17,
60:1, 66:14
**interject**
157:10
**interjecting**
11:11
**interrupt**
11:6, 30:11,
44:21, 111:16
**interrupted**
30:17, 61:23,
111:21
**interrupting**
12:21
**introduce**
5:24
**invasive**
20:18
**invitations**
128:18
**involved**
49:22
**ios**
73:8
**irrelevant**
17:6, 19:17,

29:3, 29:25,
96:23
**irrespective**
87:24, 89:19
**issue**
23:5, 138:3,
156:18, 156:25,
159:24
**issued**
157:23
**issues**
103:25
**it'd**
152:13, 154:3
**it'll**
60:15, 64:5,
92:21, 99:24,
138:5
**item**
85:19, 115:22
**itself**
54:24

---
**J**
---

**january**
47:15, 47:22,
48:5, 48:17,
48:21, 65:1,
90:17, 110:5
**job**
1:23, 32:6,
44:3
**jones**
103:17
**josh**
162:10
**joshua**
3:25
**judge**
159:19
**julia**
3:13, 6:7,
112:7, 156:7
**julia's**
112:6
**july**
164:11, 165:17

---
**K**
---

**keep**
37:6, 56:10,

79:8, 141:19
**key**
83:5
**kim**
154:15
**kind**
19:4, 34:4,
36:24, 41:9,
56:14, 58:2,
67:4, 78:23,
83:5, 146:15
**kinds**
28:7, 159:23
**knock**
157:1
**knowledge**
10:25, 21:3,
23:16, 23:18,
24:24, 35:6,
48:14, 52:16,
71:5, 73:7,
77:8, 77:25,
84:23, 86:24,
87:23, 94:10,
96:15, 97:7,
98:3, 98:7,
98:14, 111:4,
121:5, 122:6,
144:9, 144:14,
146:2, 149:23
**knows**
154:6

---
**L**
---

**labor**
1:6, 1:8, 3:6,
5:18, 6:1, 6:3,
6:25, 25:1,
109:7, 110:8,
124:22, 125:6,
137:21, 138:17
**labor's**
30:4, 93:1,
112:6
**lacks**
13:24, 14:20,
15:1, 15:6,
16:2, 17:5,

17:13, 18:7,
18:23, 19:9,
102:15, 110:19
**language**
23:4, 71:11,
71:15, 71:24,
72:11, 72:19,
89:23
**last**
8:24, 25:7,
28:23, 39:10,
52:16, 62:23,
64:6, 64:17,
68:11, 81:2,
81:3, 81:4,
81:6, 81:7,
81:12, 81:14,
81:21, 82:2,
83:21, 83:23,
83:25, 84:3,
84:5, 84:9,
84:12, 107:14,
115:22, 119:12,
119:16, 119:17,
119:19, 122:12,
129:21, 138:11,
144:14, 147:1,
147:2, 153:22
**late**
122:18, 122:20,
122:24, 123:1
**lately**
94:16
**later**
47:10
**latter**
38:5
**laughter**
102:21
**law**
27:4
**layperson**
98:23
**lead**
32:8, 32:9,
32:12, 32:14,
43:23, 45:17,
45:25, 80:9,

151:13, 151:16,
152:6, 152:11,
153:13
**leads**
43:10, 43:25,
152:19
**learn**
38:23, 56:9
**learned**
118:17
**least**
74:22, 94:9,
122:6, 134:2,
147:5
**leaves**
12:17
**leeway**
29:25
**left**
116:25, 140:22,
141:16, 153:12
**legal**
70:23, 70:24,
98:22, 98:25,
110:18, 137:8,
138:19
**less**
64:9, 68:13
**let's**
22:3, 29:20,
30:3, 30:10,
36:12, 56:7,
62:3, 89:21,
92:16, 96:6,
96:19, 97:19,
99:15, 112:2,
112:8, 118:18,
124:14, 127:16,
128:8, 129:12,
130:2, 132:12,
140:4, 141:15,
142:20, 146:18,
155:9
**letter**
70:1
**letting**
88:19, 143:6,
143:8

**level**
28:18, 51:3,
58:18, 58:21,
81:11, 100:21,
101:8, 101:25,
102:1, 102:3,
102:5, 107:1,
117:13, 118:12,
118:21, 118:25,
119:2, 126:6,
152:5
**levels**
49:10, 114:12
**life**
28:22
**likely**
40:23, 66:9
**likewise**
53:2, 79:16
**limit**
128:22
**limited**
9:25, 59:16,
60:20, 64:18,
65:23, 66:17,
66:23, 74:17,
98:2
**line**
11:7, 29:13,
30:7, 30:23,
74:14, 152:25
**lines**
4:6, 4:7, 66:5,
81:5
**lingo**
70:24, 77:4
**link**
24:11, 82:14,
82:21, 162:17
**lisa**
39:4, 39:18,
39:19, 40:4,
40:20, 42:15,
43:4, 43:7,
43:21, 44:23,
45:19, 45:22,
46:4, 46:17,
47:11, 47:22,

**48**:4, 67:25,
91:21, 92:7,
146:1, 146:2,
147:3, 147:23,
148:1
**list**
9:8, 52:9,
80:11, 100:24,
101:23, 113:15,
132:4, 140:10,
146:23, 146:24,
148:20, 156:11,
158:2
**listed**
159:17
**listening**
6:3, 103:18
**lists**
8:1
**literacy**
49:10
**literally**
147:10
**literate**
49:11, 49:16,
49:19, 50:8,
50:25, 51:19
**little**
28:17, 39:7,
39:12, 42:4,
48:25, 55:22,
56:13, 64:15,
69:22, 92:16,
92:20, 98:5,
106:12
**live**
128:1
**llc**
1:12
**llp**
3:21
**location**
53:13, 75:18,
75:21, 76:1,
85:19, 101:5,
101:7
**locations**
53:4, 53:9,

**53**:11, 53:12,
75:10, 75:13,
85:20, 126:7,
126:9, 126:11,
126:13, 140:2
**log**
87:11, 88:4,
88:23, 95:14,
101:20, 117:14
**logged**
80:18, 81:10
**logging**
84:10
**logs**
101:13
**long**
30:1, 31:16,
33:5, 97:22,
97:25
**longer**
51:15, 83:18,
92:22
**look**
42:2, 43:1,
59:24, 60:17,
64:16, 70:25,
72:4, 72:6,
93:18, 98:24,
99:9, 137:23,
138:25, 139:2,
147:17, 152:5
**looked**
27:12, 27:13,
81:22, 82:3,
83:18, 119:25
**looking**
37:13, 37:14,
43:13, 44:2,
44:6, 50:19,
62:4, 130:22,
143:19
**looks**
44:1, 58:2,
59:17, 113:18
**los**
3:23
**lot**
12:17, 34:10,

**49**:17, 49:18,
55:2, 59:10,
63:16, 80:10,
80:12, 85:3,
90:24, 91:6,
99:10, 118:24,
126:19, 148:25,
162:22
**lpn**
130:11, 130:23
**lunch**
122:4

M

**ma'am**
131:9
**made**
48:16, 53:23,
53:24, 59:8,
109:11, 109:20,
149:12
**magic**
159:23
**main**
3:15, 110:24,
136:1
**mainly**
60:21, 93:22,
94:1, 136:19
**maintained**
20:16
**make**
12:3, 16:3,
17:24, 24:1,
30:22, 33:3,
35:15, 35:20,
47:5, 47:18,
49:5, 50:10,
51:9, 51:15,
53:16, 54:20,
55:12, 55:16,
58:10, 66:12,
70:8, 79:2,
83:6, 106:9,
110:6, 134:2,
137:24, 139:17,
147:6, 156:1,
160:20, 163:3

making
29:10, 30:19,
39:5, 47:19,
56:2, 161:19
manager
41:2, 88:8,
102:22, 102:23,
102:24, 103:2,
103:5, 103:6,
103:9, 103:21,
104:3, 104:10,
104:19, 139:18
managers
106:5
manner
10:12, 29:12
manual
63:25, 110:25
manually
87:15
many
29:9, 33:21,
41:9, 42:24,
43:10, 53:9,
53:12, 64:19,
79:25, 81:20,
83:18, 94:12,
116:5, 116:19,
125:14, 125:16,
129:11, 135:12,
139:21, 147:4,
147:7
march
1:20, 81:10,
90:18
mark
7:8, 33:16,
33:20, 119:22,
144:21
marked
4:5, 7:7, 7:14,
10:4, 113:2,
113:6, 120:3,
120:5, 120:7,
126:24, 127:3,
139:14, 140:16,
144:23, 146:9,
146:12

marketed
134:21
marketing
101:24, 135:2
martha
3:20, 6:9,
25:24, 26:7,
26:13, 26:19,
27:11, 42:4,
74:4, 93:2,
131:6
master
28:19, 29:1,
31:9
match
140:25, 142:10,
142:18, 142:25,
143:10, 143:13,
143:15
matched
128:14, 133:9,
144:6
matching
143:21
material
19:12, 39:14
materials
27:2
matter
5:25, 112:22,
148:11, 156:16
matters
135:15
maximum
130:7
maybe
31:23, 44:3,
46:22, 60:19,
79:21, 82:4,
91:9, 92:2,
95:18, 96:13,
107:11, 135:1,
143:17, 143:18,
150:6, 153:6,
154:7, 155:2
mccoy
3:14
mean
16:7, 16:22,

28:3, 31:5,
32:11, 32:16,
34:18, 36:4,
72:2, 72:25,
83:8, 83:20,
84:9, 84:10,
85:1, 104:22,
109:6, 122:20,
123:24, 124:23,
128:24, 133:17,
141:1, 142:18,
153:2, 157:3,
157:20
meaning
16:9, 36:5,
38:13, 67:24,
77:15, 92:3,
100:8, 133:18
means
14:3, 16:12,
16:22, 17:21,
24:14, 31:8,
41:15, 52:6,
81:16, 84:15,
84:17, 102:19,
122:21, 123:3,
134:10, 139:7,
141:2, 143:13,
153:17
meant
69:4
medical
1:11, 25:2,
25:3, 38:8,
38:18
medication
25:12
medium
61:7
meet
95:17
meeting
47:14, 47:21,
47:22, 95:11,
106:10, 152:1,
155:14
megan
1:25, 165:2,

165:16
members
40:16, 40:17,
40:19
mentioned
111:3, 114:21,
136:20, 147:1,
151:14
merely
42:19
message
5:12, 66:3,
71:19, 71:21,
71:24, 96:21,
97:4, 97:7
messages
97:10, 97:20,
98:8
met
108:18, 134:8
method
32:25
michigan
28:21, 28:23,
29:1, 31:11
might
14:4, 19:1,
36:16, 44:17,
59:24, 75:12,
77:5, 80:3,
118:20, 138:25
milton
1:5
mind
12:9, 79:8,
99:21, 117:16,
137:18
minimize
142:2
minimum
73:6, 89:5,
89:12, 89:17
minus
81:24
minute
92:18, 112:3,
145:6, 155:10
minutes
92:19, 135:6,

138:5
**misrepresentation**
110:13, 110:16
**misstates**
63:4, 109:15,
109:19
**misstating**
51:8
**mistaken**
78:4
**mixing**
61:4
**mobile**
65:22, 66:21,
82:23, 113:23,
119:12, 119:19,
123:20, 130:17,
147:16, 148:4,
148:22
**mode**
16:11, 58:16,
97:12, 97:15,
97:21
**model**
73:6, 78:10
**modifications**
53:17
**modified**
116:21
**modify**
56:23, 57:1,
57:2
**mohamed**
3:5, 6:2
**moment**
7:6, 7:9,
24:15, 65:15,
83:13, 129:6,
146:6, 146:17,
146:19
**monday**
54:2, 117:5
**mondays**
57:19
**monitor**
80:14
**month**
17:21, 31:25,

32:2, 35:11,
35:12, 35:23,
47:1, 47:10,
82:4, 82:6,
83:17, 107:10,
107:11, 107:25,
108:6, 108:7,
108:8, 108:10,
108:12, 109:4,
145:15, 147:22
**month-to-month**
35:7, 36:15
**months**
31:18, 31:19,
31:20, 31:21,
31:24, 56:8,
65:2, 98:13,
107:15
**more**
9:21, 16:10,
23:7, 31:18,
36:17, 40:23,
46:22, 52:3,
52:21, 52:22,
53:7, 56:13,
82:4, 88:13,
91:9, 92:23,
95:11, 114:25,
117:17, 127:15,
135:6, 135:8,
136:11, 137:3,
142:23, 143:1
**morning**
5:17
**most**
35:8, 36:7,
44:16, 59:12,
59:17, 59:25,
60:18, 79:10,
88:25, 91:2,
126:3
**mostly**
41:10, 66:6,
114:8, 125:4,
125:7
**move**
20:7, 34:12,
111:1, 141:9,

142:3, 142:4
**moving**
126:23, 140:12,
144:20
**much**
26:14, 60:2,
60:5, 92:22,
93:16, 93:19,
96:23, 118:17,
136:3, 155:13,
159:8
**multilayer**
84:22
**multiple**
28:22, 63:7,
117:8
**murky**
44:17
**muted**
7:19, 103:15
**myself**
30:19, 137:23,
138:24, 139:4

**N**

**name**
5:24, 7:20,
25:5, 25:8,
38:21, 52:15,
52:16, 53:13,
57:14, 58:14,
59:18, 59:21,
61:6, 61:10,
81:1, 92:3,
116:23, 116:24,
118:25, 119:2,
119:4, 123:20
**names**
25:9, 52:11
**nanny**
28:5
**narrative**
8:17, 42:8
**narrow**
22:14, 124:9,
124:16
**natural**
74:12, 74:13

**nature**
9:23
**navigate**
148:23
**nearly**
90:6, 118:25
**necessarily**
53:10, 58:21
**necessary**
23:3, 23:8
**need**
24:15, 24:20,
32:22, 34:8,
37:9, 50:5,
51:19, 52:18,
52:20, 52:24,
63:14, 67:8,
67:14, 68:4,
72:4, 82:22,
103:9, 121:1,
127:12, 142:4,
147:7, 151:7,
152:23, 152:24,
158:10, 158:14,
159:13, 160:2,
160:14, 160:24,
161:9
**needed**
159:20
**needs**
52:17, 52:18,
52:19
**nefarious**
159:21
**negotiated**
108:15, 108:19,
108:21
**neither**
20:11, 102:20,
164:5, 165:7
**never**
23:1, 99:13,
110:20, 158:9
**new**
90:17, 91:11,
132:10, 151:13,
151:16
**newer**
136:9

news
159:18
next
14:7, 44:11,
44:23, 45:5,
45:21, 46:18,
48:23, 59:1,
88:6, 120:5,
121:1, 121:8,
121:10, 139:9,
146:11, 148:15,
150:15
nice
67:7, 154:3
nine
31:18, 60:14,
63:15, 63:21
non-objectionable
16:8
nora
24:13
norfolk
1:3, 3:16
notarial
164:10
notary
2:10, 164:13
note
24:9, 24:17
notes
28:14, 79:3,
79:5
nothing
5:7, 16:10,
20:5, 20:18,
26:12, 33:14,
72:16, 75:3,
159:25, 160:12,
161:4
notice
4:12, 7:10,
7:24, 8:1, 21:5,
21:8
noticed
21:19
notification
63:20, 87:19,
87:25, 88:18,

88:21, 89:6,
89:13, 89:17,
89:19
notifications
87:17, 87:21,
89:10, 101:17,
114:3
notified
87:7, 87:24
nowadays
35:9
nuanced
96:18
nuh-uh
12:15
number
52:17, 67:20,
82:18, 82:20,
82:24, 83:5,
84:7, 108:3,
108:23, 123:20,
128:22, 128:24,
151:6, 152:25,
163:2, 163:7
numbers
9:25, 52:11,
62:20, 135:11,
150:25, 151:4
nurse
153:24

## O

object
10:22, 16:4,
18:6, 27:1,
29:3, 33:15,
35:1, 37:2,
74:19, 101:10,
110:11, 138:18,
156:23, 158:15
objected
20:17
objection
8:14, 8:16,
9:13, 9:16,
10:16, 11:20,
12:6, 12:22,
13:24, 14:20,

15:1, 15:6,
16:2, 17:2,
17:5, 17:13,
18:3, 18:13,
18:20, 19:7,
19:16, 19:22,
21:23, 22:8,
26:3, 26:16,
27:6, 27:7,
27:25, 29:8,
29:15, 29:20,
33:13, 33:19,
37:7, 38:10,
40:2, 45:11,
51:10, 57:6,
63:4, 72:24,
74:1, 74:4,
74:5, 86:1,
98:22, 99:4,
102:15, 109:15,
110:9, 110:16,
110:18, 131:3,
131:10, 131:11,
137:1, 137:7,
137:8, 149:18,
151:22, 152:15,
153:4, 153:10,
154:3, 158:9
objections
6:17, 6:23,
8:15, 8:17,
8:21, 9:1, 9:8,
9:10, 11:9,
12:3, 21:12,
21:13, 21:16,
29:10, 30:12,
30:22, 160:16,
160:19, 160:20
objects
54:9
observing
145:6
obstructionist
29:11
obtain
31:3
obtained
31:4

obviously
59:19
occasionally
53:1
offer
135:24
offering
96:2
office
3:7, 103:17,
162:20
officer
32:5, 161:12,
164:2
offline
158:6
often
19:2, 41:24,
42:14, 42:25,
53:7, 129:17
oftentimes
40:6, 53:14,
106:7
oh
14:3, 47:7,
54:15, 55:14,
57:24, 69:4,
82:19, 83:2,
101:19, 130:15,
140:3, 141:21,
158:22, 162:4
on-location
105:15
on-screen
113:1, 127:1,
139:12, 140:14
on-time
114:17
onboard
36:16, 49:2,
49:6, 50:8,
51:20
onboarded
147:6
onboarding
36:20, 39:8,
39:13, 49:7,
49:8, 49:24,

50:4, 56:14,
56:17, 56:20,
57:12, 60:23,
66:3, 79:10,
81:19, 83:11,
83:12, 90:12,
104:5, 106:10,
119:7, 130:18,
136:10, 150:8,
150:20

**onboardings**
90:12

**once**
16:5, 42:3,
49:3, 56:14,
57:3, 68:2,
69:14, 94:21,
140:4

**one**
7:6, 7:9, 9:10,
9:17, 12:20,
16:23, 18:25,
28:23, 36:14,
39:16, 39:19,
40:7, 40:11,
40:19, 41:22,
43:15, 45:3,
45:6, 45:7,
48:9, 52:3,
54:13, 54:18,
55:18, 56:19,
59:24, 60:8,
64:9, 67:20,
68:13, 78:4,
87:2, 87:9,
92:23, 93:14,
95:3, 95:12,
95:18, 97:10,
100:25, 101:18,
101:19, 101:22,
102:10, 106:1,
106:18, 106:19,
106:25, 112:22,
118:16, 119:6,
119:7, 120:5,
120:13, 121:1,
121:7, 121:8,
121:10, 121:12,

122:4, 122:10,
133:19, 139:25,
140:1, 140:21,
142:23, 142:24,
143:1, 146:4,
146:17, 146:19,
149:6, 150:6,
153:21, 154:21,
155:10

**one-on**
97:9

**one-on-one**
97:6, 97:16,
97:18

**online**
43:10, 106:3

**only**
15:21, 16:20,
26:12, 35:6,
42:9, 50:22,
60:25, 62:14,
62:16, 66:19,
66:21, 66:25,
67:20, 68:6,
68:8, 68:19,
69:7, 76:13,
90:3, 91:15,
92:11, 97:7,
111:12, 111:24,
113:23, 114:9,
117:24, 122:23,
124:3, 124:4,
124:17, 129:5,
135:15, 137:15,
139:3, 147:25,
160:9

**ooh**
76:6

**open**
24:18, 63:12,
64:2, 67:9,
67:13, 100:1,
127:20, 129:2

**opened**
81:6, 84:15,
84:18

**opportunities**
85:16, 85:24,

85:25

**opportunity**
86:17, 87:7,
88:5, 88:6,
112:18, 157:8

**opposed**
12:15, 32:23

**options**
56:24, 86:19,
124:3, 134:18

**order**
87:14, 112:23,
133:11, 157:23,
160:17, 161:20

**orders**
161:9, 162:3

**ordinary**
37:1

**organization**
75:12

**organizational**
33:11, 41:6

**organize**
118:15

**organized**
20:4

**otd**
82:16, 105:4

**other**
11:22, 17:6,
18:14, 18:21,
19:9, 25:9,
33:23, 40:9,
40:10, 41:15,
43:19, 44:17,
46:23, 52:24,
53:7, 67:1,
67:16, 71:9,
100:5, 103:8,
111:5, 119:13,
122:10, 123:16,
156:1

**others**
114:19, 133:10

**otherwise**
13:1, 43:2,
164:7, 165:10

**ought**
10:8, 10:10,

20:8

**ourselves**
53:19

**out**
24:23, 28:5,
38:15, 41:1,
43:20, 46:3,
46:4, 50:13,
63:11, 64:2,
67:25, 72:15,
92:24, 93:24,
95:13, 96:19,
96:25, 97:2,
104:1, 105:22,
116:1, 116:18,
117:14, 118:4,
125:1, 125:11,
125:13, 125:20,
129:15, 147:8,
149:2, 149:21,
149:23, 150:25,
156:12, 157:2,
159:6

**outcome**
164:8, 165:10

**outset**
20:16, 25:4

**outside**
86:4, 157:3

**over**
11:24, 27:11,
92:20, 129:13,
141:12, 142:1,
142:8, 144:13,
147:14, 149:13

**overbroad**
18:13, 18:20,
19:7, 19:16,
22:8

**overlapping**
132:5, 142:20,
142:25, 143:9,
143:11

**overtime**
132:22, 132:23,
133:5, 135:4,
136:7, 136:23,
139:6, 139:7,

142:9, 144:3,
149:22, 150:7

**own**
60:25, 147:24,
148:13, 149:1

**owners**
20:4

**P**

**page**
4:2, 4:6, 4:7,
4:11, 7:25,
9:19, 30:14,
58:25, 68:10,
80:24, 101:18,
113:10, 113:12,
113:13, 113:14,
113:18, 116:17,
120:12, 120:20,
120:23, 123:12,
123:15, 123:17,
126:1, 126:8,
127:8, 127:17,
140:21, 147:11,
148:15, 148:16,
149:7, 150:15,
151:6, 151:7,
151:10

**pages**
1:24, 120:24,
150:22, 150:25

**paid**
60:5

**paper**
28:13, 32:24,
33:1, 34:9,
63:25, 111:1,
136:3

**parameters**
132:9

**part**
8:24, 36:19,
39:10, 50:4,
59:17, 60:8,
60:18, 86:12,
96:10, 160:24

**particular**
19:1, 63:14,

68:9, 79:3,
80:18, 82:11,
97:2, 116:5,
122:21, 124:9,
128:7, 132:7,
136:16, 136:25,
139:22, 140:23,
154:15

**parties**
6:14, 6:21,
12:19, 47:19,
160:23, 164:6,
165:8

**partnership**
34:23, 37:17

**party**
12:21, 38:7

**passed**
122:17

**password**
69:18, 69:20

**past**
104:6, 124:6,
158:3, 159:1

**pasted**
147:11, 148:7

**path**
30:1

**pause**
5:14, 112:12,
138:9, 146:7,
155:11

**pay**
35:10, 60:5,
62:13, 62:17,
62:19, 63:1,
64:3, 64:4,
64:8, 64:10,
68:7, 68:8,
68:10, 68:16,
108:6, 108:10,
115:23, 116:2,
116:4, 116:11,
125:9, 125:15,
125:17, 125:18,
139:23, 149:13

**payable**
41:2

**payroll**
100:16, 100:20,
116:8

**pdf**
7:25, 150:23,
151:10

**pen**
28:13, 32:24,
33:1, 34:8,
63:24, 110:25,
136:3

**pending**
24:25, 109:6

**people**
34:8, 34:10,
36:17, 41:8,
41:11, 41:19,
41:20, 52:7,
52:9, 52:11,
66:6, 78:5,
93:23, 95:6,
97:8, 100:2,
117:10, 118:4,
126:19, 127:20,
129:14, 129:17,
130:2, 132:17,
133:8, 133:24,
134:5, 147:4,
147:7, 147:18

**percent**
64:9, 68:13,
81:23, 81:24,
83:17, 83:24,
83:25, 91:19,
117:23, 118:1,
125:3, 125:4,
141:5, 147:20,
147:21

**period**
9:24, 110:4,
115:5, 116:15,
116:18, 135:9,
139:22, 144:15

**peripherally**
19:2

**permissions**
67:14

**permitted**
30:5

**person**
44:1, 53:15,
64:4, 68:9,
128:12, 130:6,
130:7, 132:20,
142:23, 143:1,
162:16

**person's**
60:11

**personal**
30:1, 95:12

**personalized**
106:8

**personally**
137:23

**personnel**
42:16

**pertain**
15:3, 24:3

**pertains**
15:7, 23:4

**phone**
41:14, 41:16,
41:17, 52:11,
52:16, 54:21,
55:20, 55:23,
57:23, 73:4,
82:17, 82:18,
82:19, 82:23,
83:4, 148:22,
152:7, 163:2

**phonetic**
161:15

**physically**
88:23

**pick**
100:2

**picking**
99:17

**picture**
57:14, 57:15,
58:14

**pierce**
3:14

**pinpoint**
136:1

**pinpoints**
136:18

**pitts**
39:4, 39:18,
39:19, 40:4,
40:20, 41:13,
41:25, 42:15,
43:4, 43:7,
47:22, 108:16,
108:17, 146:1,
146:2
**place**
119:6, 123:19
**placeholder**
107:5
**places**
75:9
**plain**
23:4
**plaintiff**
1:9, 3:3, 6:25,
7:17
**plan**
147:5, 147:6
**planet**
7:3, 7:5, 33:2,
162:13, 162:19
**platform**
48:11, 48:15,
50:10, 54:17,
58:19, 65:15,
75:8, 75:11,
103:1, 104:10,
112:4, 112:6,
122:1, 128:19,
129:11, 132:25,
135:12, 135:20,
139:18, 147:24,
148:2, 159:22
**platformized**
53:20
**play**
29:21, 145:1,
145:2
**playback**
145:4, 145:8
**playbook**
44:15, 44:18,
45:18, 46:3,
48:10, 111:9,

**played**
138:14
**playing**
145:5
**please**
5:23, 7:24,
9:21, 12:5,
25:5, 26:7,
26:8, 26:19,
28:17, 33:16,
33:20, 51:13,
52:6, 61:19,
69:19, 69:24,
95:10, 111:14,
124:23, 127:6,
138:11, 140:18,
150:10, 161:10
**pleasure**
155:14
**plenty**
27:4
**plumber**
153:24, 154:1
**plus**
81:24
**point**
39:1, 49:3,
53:5, 53:8,
62:22, 92:15,
92:21, 95:18,
98:14, 111:19,
111:22, 158:15
**pointing**
77:4
**pop-up**
88:21, 89:6
**pops**
62:25
**populated**
67:17, 67:19
**portal**
105:11, 105:13,
106:1
**position**
21:6, 31:17,
32:4, 32:6,
160:15

**possession**
24:24
**possibilities**
85:3
**possible**
138:1, 154:23
**post**
69:15
**potential**
46:2
**potentially**
162:18
**pplc**
3:14
**practical**
156:17, 156:19
**predominant**
32:25
**prefer**
130:20
**preferences**
34:11, 57:16,
57:21, 58:15,
114:22, 114:23,
130:1, 130:4,
130:14, 130:15
**preferred**
34:11, 114:24
**preparation**
26:13, 26:24,
28:4, 28:7
**prepare**
26:1, 26:10,
26:21, 27:24
**prepared**
8:12, 8:19,
9:14, 10:5,
10:19, 10:24,
11:18, 13:8,
13:15, 13:22,
14:18, 14:24,
15:4, 15:9,
15:15, 15:25,
16:6, 16:14,
17:3, 17:11,
17:18, 18:1,
18:5, 18:11,
18:18, 19:5,

19:14, 21:4,
21:18, 22:1,
22:12, 23:12,
23:24
**preparing**
26:15
**present**
3:25, 5:23
**presently**
7:19
**press**
95:15
**presumably**
121:18
**presume**
48:19, 147:5
**pretrial**
160:6, 160:10,
160:17
**pretty**
36:21, 59:16,
63:10, 112:7,
131:13
**previous**
129:18, 139:25,
144:7
**previously**
26:25
**price**
108:21
**pride**
53:19
**primarily**
35:5, 85:20
**primary**
33:3, 39:1
**print**
149:6, 149:8,
149:9, 149:11
**priority**
80:11
**private**
97:12
**privilege**
6:17, 6:24,
11:9, 19:21,
21:20, 26:17,
27:8

**privileges**
26:5
**privy**
97:13
**pro**
21:5, 21:7,
155:19
**probably**
46:6, 92:23,
92:25, 118:3,
162:4
**problem**
29:12, 132:3
**procedure**
6:16, 6:23
**proceedings**
5:14, 112:12,
138:9, 146:7,
155:11, 164:4,
165:4, 165:5
**process**
50:4, 56:4,
56:20, 88:4,
99:16, 136:10
**produced**
4:19, 112:17,
146:13, 153:21,
156:2
**product**
26:5, 27:2,
27:8, 32:5,
32:8, 32:9,
32:12, 32:14,
33:9, 34:12,
35:14, 36:6,
39:6, 40:25,
41:11, 45:20,
46:14, 46:17,
47:12, 49:6,
49:13, 54:19,
55:25, 56:15,
66:19, 68:19,
68:20, 80:9,
96:24, 101:24,
102:24, 105:14,
110:23
**production**
24:10, 151:1

**products**
45:3, 45:6,
45:7, 45:16
**profile**
43:18, 58:9,
58:16, 58:23,
62:15, 65:3,
65:20, 68:10
**profiles**
91:24, 92:7
**program**
102:14, 102:17,
104:13, 134:14,
134:21, 134:22,
135:1
**prohibit**
128:2
**promote**
136:15
**pronounced**
7:21
**pronouncing**
7:20
**prop**
89:4, 110:24,
111:5
**property**
98:17, 98:20
**props**
54:19
**protected**
26:4, 27:7,
27:9
**provide**
32:19, 42:21,
42:23, 46:8,
50:5, 50:9,
50:12, 51:3,
51:20, 72:19,
99:3, 107:6,
121:2, 121:3,
145:21, 148:9
**provided**
10:14, 34:2,
51:21, 51:23,
51:24, 52:13,
52:21, 53:1,
56:22, 58:19,

**products**
72:20, 81:19,
94:25, 104:21,
107:22, 112:21
**provides**
33:24
**providing**
148:11
**public**
2:10, 105:1,
164:1, 164:17
**publish**
68:2, 68:5,
69:25, 95:5,
95:21, 127:20,
143:5
**published**
57:22, 68:6,
91:16, 92:12,
120:16
**pull**
70:7, 163:8
**pulled**
150:25
**purpose**
24:22, 138:22,
156:8, 156:20,
157:20, 159:7,
159:16
**pursuant**
2:9, 6:15,
6:22, 7:2
**push**
89:5, 89:17,
90:14
**put**
35:13, 43:18,
47:14, 49:13,
49:16, 49:20,
53:13, 54:14,
54:17, 57:14,
57:15, 57:16,
57:20, 58:14,
58:15, 59:20,
59:21, 60:10,
60:11, 60:16,
60:18, 61:13,
62:17, 62:18,
62:19, 66:9,

66:16, 67:22,
68:1, 68:15,
68:17, 71:7,
71:10, 82:18,
104:17, 104:18,
114:21, 116:2,
116:4, 116:24,
116:25, 117:1,
117:12, 118:20,
118:25, 119:6,
127:9, 127:19,
130:1, 130:3,
130:5, 130:10,
130:19, 132:8,
132:19, 132:25,
133:1, 133:4,
133:9, 133:10,
134:3, 134:16,
135:5, 135:7,
135:11, 135:14,
142:21, 142:23,
156:5, 162:9
**puts**
67:21
**putting**
91:5, 122:7

**Q**

**qualification**
97:23
**qualifications**
130:9, 132:4,
132:16
**qualified**
133:8
**quality**
114:20
**quantify**
92:12
**query**
40:11, 79:24
**question**
4:5, 9:14,
11:5, 11:11,
11:14, 12:17,
14:9, 16:7,
19:21, 21:18,
22:1, 22:7,

22:9, 22:11,
22:15, 22:18,
22:23, 23:5,
27:3, 28:2,
34:1, 34:19,
35:18, 37:12,
39:10, 42:8,
42:14, 48:3,
58:5, 61:22,
71:3, 72:10,
73:1, 74:13,
76:6, 84:8,
84:21, 86:6,
86:11, 86:18,
88:25, 96:15,
99:13, 103:6,
105:13, 109:17,
109:18, 109:22,
109:25, 110:14,
111:24, 120:25,
131:25, 137:2,
137:10, 137:12,
137:16, 138:12,
153:22, 154:5,
163:6
**questions**
8:3, 8:7, 8:12,
8:20, 9:15,
10:6, 10:12,
10:17, 10:20,
11:6, 11:10,
11:18, 12:3,
12:15, 12:24,
13:2, 13:3,
13:4, 13:8,
13:12, 13:15,
13:19, 13:22,
14:5, 14:7,
14:13, 14:15,
14:18, 14:24,
15:5, 15:10,
15:13, 15:16,
15:19, 15:21,
16:1, 16:5,
16:15, 16:18,
17:3, 17:8,
17:9, 17:12,
17:19, 17:24,

18:2, 18:5,
18:12, 18:19,
19:6, 19:15,
19:24, 20:22,
20:24, 21:4,
21:9, 21:19,
22:12, 23:9,
23:12, 23:21,
23:24, 24:1,
24:2, 24:6,
25:14, 25:17,
26:24, 29:3,
30:6, 30:8,
30:16, 42:10,
47:18, 47:23,
48:3, 48:9,
48:11, 48:14,
76:9, 84:25,
111:12, 153:20,
155:13, 155:23,
156:5, 156:7,
156:10, 156:14,
161:7
**quick**
129:22, 156:4
**quickly**
152:7
**quiet**
111:11
**quote**
108:23

**R**

**raise**
159:23
**raised**
15:22
**raising**
12:22
**ramping**
94:17
**random**
152:19
**rate**
60:4, 60:11,
60:12, 60:15,
60:25, 61:15,
62:13, 63:1,

64:3, 64:5,
64:10, 68:7,
68:8, 68:10,
68:16, 89:25,
90:1, 90:2,
90:4, 114:16,
114:17, 117:18,
117:20, 117:23,
124:22, 125:3,
125:4, 125:9,
125:15, 125:17,
125:18, 126:4,
139:23
**rates**
60:16, 62:17,
62:19, 64:8,
90:10, 90:22,
116:2, 116:4,
118:7
**rather**
82:8, 148:12
**re-share**
146:20
**reach**
41:1, 43:19,
46:3, 67:25,
96:19, 96:25,
97:2, 147:8,
149:2
**reached**
38:15, 46:4,
72:15, 95:13
**read**
8:9, 10:8,
155:17
**ready**
7:13, 113:1,
127:2, 139:13,
140:15
**real**
108:23, 131:18
**realize**
106:11
**really**
15:22, 19:3,
49:16, 59:10,
70:13, 70:25,
90:8, 93:24,

94:9, 118:5,
118:16, 124:11,
128:4, 131:2,
138:20, 156:3
**realm**
85:2
**reason**
25:16, 96:8,
118:15, 136:25,
160:9
**reassign**
99:18
**recall**
135:24, 136:1,
154:2, 154:7,
154:14
**receive**
71:17, 114:2,
151:25
**received**
24:12, 33:6,
33:7, 71:25,
112:16
**receiving**
101:17
**recently**
60:19
**recognize**
113:7, 145:10
**recollect**
48:8, 52:4,
53:25, 55:2,
70:24, 75:24,
100:13, 107:12,
154:7
**recollecting**
44:17
**recollection**
44:13, 64:17,
68:12, 72:1,
72:16, 81:21,
154:10
**recommend**
134:5
**recommending**
133:22, 133:24
**reconcile**
144:7

reconnect
138:2
record
5:13, 5:15,
10:9, 12:6,
24:15, 25:6,
112:11, 112:13,
112:15, 138:4,
138:8, 138:10,
146:6, 146:8,
160:5, 161:10,
163:15, 163:17,
165:4
recorded
11:2, 164:4,
165:4
recording
165:6
redirect
11:6
refer
10:1, 37:3,
47:24, 58:9,
61:1, 62:5,
62:6, 150:24
referencing
151:2
referred
47:24
referring
10:15, 137:20,
138:16
reflected
121:14
refresh
154:9
regarding
8:22, 9:1, 9:7,
21:19, 109:12,
109:16, 148:17
regional
3:7
register
69:14
registration
164:13
regularly
92:13

relate
18:25
related
16:22, 152:20,
164:5, 165:8
relates
24:25
relationship
20:1, 34:22,
34:23, 35:25,
36:2, 36:4,
36:5, 36:8,
36:18, 36:23,
36:25, 37:16,
37:19, 37:21,
37:24, 38:2,
38:3, 38:6,
39:2, 39:21,
43:6, 43:7,
46:19, 48:7,
70:20, 109:16,
110:18, 136:9
relationships
9:23, 34:17,
50:21
relative
62:7, 149:15
release
99:23, 99:24
relevance
20:15
relevancy
29:5, 29:17,
30:13, 30:23
relevant
9:24, 14:22,
20:9
remain
76:23
remains
76:21
remember
41:21, 46:6,
49:1, 50:19,
69:24, 70:12,
78:3, 95:24,
98:5, 98:7,
107:10, 109:2,

109:3, 114:1,
116:1, 117:2,
119:5, 119:15,
123:25, 124:2,
126:10, 127:19,
129:10, 136:16,
147:1, 147:20,
148:19, 149:22,
150:12, 151:13,
154:21, 154:24,
155:4
reminds
88:11
remote
3:25, 5:11,
7:6, 7:9, 7:12,
112:25, 127:1,
131:20, 138:1,
140:14, 141:15,
141:21, 141:25,
144:25, 146:17,
146:19, 162:11,
162:15, 162:18,
163:1, 163:5,
163:8, 163:11,
163:14
remove
73:24, 74:16,
75:1, 75:5,
75:6, 75:19,
75:20, 144:13
removed
76:2
repeat
32:1, 40:1,
77:22, 78:16,
131:10, 131:25,
138:11
rephrase
35:19, 36:10
replied
155:4
reported
153:18
reporter
5:13, 5:15,
12:12, 12:20,
112:11, 112:13,

112:22, 131:7,
131:9, 131:15,
131:18, 138:8,
138:10, 138:13,
138:14, 139:12,
146:8, 161:7,
161:9, 161:14,
161:17, 161:21,
161:24, 162:3,
162:9, 162:13,
163:15, 164:1
reports
92:17, 93:7,
93:8, 93:10,
93:13, 93:15,
93:17, 93:20,
93:21, 93:22,
93:25, 94:3,
94:6, 94:8,
114:8, 114:12,
114:24, 115:1,
115:6, 115:10
representation
160:6
representations
109:19, 109:20,
110:6
representative
1:17, 2:3, 5:4,
8:6
represented
10:19, 25:22,
159:5, 160:9
request
40:8, 64:6,
88:10, 88:13,
88:20
requested
24:10, 80:5,
80:7, 80:25,
88:12, 93:8,
99:2, 105:5,
115:20, 120:22,
145:16
requesting
7:1
requests
40:6, 40:14,

40:23, 53:16,
127:18, 128:1
**require**
11:21, 67:18
**required**
42:8, 42:18,
42:19, 73:3,
73:6
**requirements**
72:22, 72:23,
73:10
**requires**
18:14, 34:9
**reserve**
160:19
**reserved**
6:18, 6:24
**reserving**
16:4
**reset**
69:19
**resolve**
24:16
**resolving**
24:21
**respect**
9:13, 11:17,
11:23, 13:7,
22:11, 30:19,
30:22, 34:16,
50:22, 65:6,
78:13, 90:1,
130:10, 136:22,
150:16, 157:23
**respond**
12:5, 12:6,
12:8, 40:13
**responded**
40:10
**responding**
12:7, 149:10
**response**
11:24, 12:18,
24:12, 112:17,
146:13, 149:14,
152:6
**responses**
12:14

**responsibilities**
32:7
**responsive**
22:9
**rest**
20:22
**restate**
35:22
**restatement**
143:16
**restating**
47:4
**restaurant**
118:19, 129:13
**result**
149:25
**retain**
159:11
**revenue**
153:18
**review**
7:1, 21:5,
26:23, 27:9,
27:17, 62:23,
112:18, 139:2,
152:3
**reviewed**
26:25
**reviewing**
21:1
**reviews**
43:21
**right**
5:11, 9:21,
11:7, 16:4,
20:25, 23:17,
24:8, 31:23,
43:14, 44:14,
45:24, 46:1,
46:16, 47:12,
48:1, 54:23,
60:9, 60:20,
61:5, 61:21,
62:10, 66:25,
75:16, 78:21,
78:25, 79:8,
83:13, 87:8,
90:17, 90:18,

91:1, 97:24,
98:14, 99:11,
101:18, 104:14,
104:15, 112:15,
115:11, 118:11,
119:20, 120:19,
121:9, 121:21,
122:2, 124:11,
124:13, 124:14,
125:23, 126:8,
127:16, 127:17,
128:17, 129:8,
130:12, 130:17,
134:5, 135:21,
139:19, 139:20,
139:24, 140:5,
141:4, 141:17,
141:19, 141:21,
142:9, 142:15,
144:20, 145:7,
146:21, 148:14,
150:19, 155:22,
156:9, 157:15,
160:15, 160:19
**rn**
130:11
**robbins**
75:13, 101:15
**role**
52:18, 52:19,
52:20, 63:15,
81:2, 97:2,
123:21, 128:7,
128:8, 128:9,
129:7, 133:8
**roles**
54:5, 59:21,
65:24, 97:4,
118:15, 128:13,
128:20
**rollout**
92:9
**room**
12:11
**rough**
81:25
**rule**
7:2, 51:12,

142:21
**rules**
6:16, 6:23,
11:25, 12:25,
23:2, 133:9,
134:16, 134:17,
134:18, 135:4,
136:7, 136:8,
136:23, 143:14,
143:20, 149:24,
150:13
**run**
79:24
**running**
53:11, 129:19,
138:20
**rust**
3:13, 6:6, 6:7,
6:19, 13:2,
155:25, 156:11,
156:16, 156:22,
157:18, 157:25,
158:6, 158:7,
158:13, 158:22,
159:2, 159:10,
159:15, 160:11,
160:15, 161:5,
161:18, 161:19,
161:22
**ryma**
3:4, 5:17,
83:2, 119:24,
150:24, 155:25,
159:10, 159:15

**S**

**saas**
32:20
**said**
7:9, 8:24,
21:25, 24:2,
31:20, 39:17,
45:20, 47:11,
50:7, 50:25,
51:6, 52:5,
54:6, 61:9,
62:22, 65:22,
66:2, 67:12,

68:11, 68:18,
74:5, 78:1,
83:16, 86:12,
97:6, 109:18,
110:1, 113:22,
117:2, 118:2,
119:16, 126:10,
127:19, 130:18,
136:7, 136:14,
138:24, 141:16,
142:7, 144:5,
144:11, 149:22,
153:23, 154:24,
158:8, 158:13,
164:4, 165:4
**sales**
43:25
**same**
12:10, 12:11,
14:21, 15:2,
15:7, 17:7,
17:15, 18:8,
18:16, 18:20,
30:14, 33:19,
73:25, 74:3,
74:8, 75:11,
82:19, 83:7,
86:7, 104:13,
110:9, 110:10,
123:18, 125:6,
142:24, 148:1,
160:21
**saturday**
117:5
**saul**
2:9, 12:12,
131:14, 164:2,
164:17
**save**
129:15
**savvy**
50:12
**saw**
45:6, 140:9,
140:20, 147:11,
149:7, 155:1
**say**
12:14, 21:14,

22:20, 22:22,
22:25, 27:5,
27:14, 29:16,
36:23, 42:2,
42:24, 42:25,
56:8, 56:16,
59:2, 63:9,
64:8, 65:19,
66:4, 66:6,
66:16, 74:13,
77:2, 78:5,
78:23, 80:6,
81:15, 83:9,
84:6, 88:9,
89:21, 90:3,
93:19, 94:15,
94:19, 95:5,
96:6, 96:19,
97:16, 97:19,
102:7, 110:21,
111:4, 118:8,
118:18, 122:15,
122:17, 122:20,
122:24, 124:14,
126:3, 128:8,
129:13, 130:2,
130:22, 132:12,
136:13, 137:20,
138:15, 140:4,
143:10, 154:21,
160:12
**saying**
51:18, 63:20,
65:14, 71:21,
75:14, 86:14,
114:1, 149:10
**says**
81:4, 114:20,
141:5, 141:18,
152:25, 153:1
**schedule**
32:22, 34:5,
49:21, 60:9,
62:25, 67:5,
95:11, 114:19,
117:3, 121:16,
125:22, 127:8,
129:14, 129:20,

129:21, 129:23,
130:8, 134:6,
140:21, 143:7,
143:9, 143:20,
143:24, 143:25,
149:7, 149:11
**scheduled**
52:20, 117:21,
117:24, 117:25,
121:16, 122:7,
125:17
**schedules**
53:5, 76:4,
85:15, 90:10,
129:9
**scheduling**
34:6, 34:7,
36:2, 44:2,
44:6, 52:7,
52:9, 57:18,
60:9, 60:21,
62:24, 63:7,
63:8, 63:10,
63:17, 67:13,
69:15, 80:18,
84:11, 85:16,
85:23, 85:25,
86:9, 86:16,
87:6, 88:5,
93:21, 94:7,
118:10, 122:23,
134:11, 134:16,
134:17, 136:2,
136:5, 136:12,
136:19, 152:9,
152:20
**school**
28:20
**schools**
28:22
**science**
28:19, 29:1,
31:9
**scope**
9:22, 11:12,
157:4, 158:16,
160:1
**screen**
7:12, 46:11,

101:23, 154:11,
156:4
**screens**
65:12, 65:25
**screenshot**
4:13, 4:14,
4:15, 4:16,
4:17, 79:22,
113:18, 121:2,
121:3, 123:6,
127:7, 140:19,
140:24, 144:8,
144:10
**screenshot_4**
139:11
**screenshot_5**
140:13
**screenshots**
112:20, 121:6
**screenshots_1**
112:24, 113:5
**screenshots_3**
126:24
**scroll**
7:25, 9:20,
141:17, 148:16,
150:23, 153:7,
153:8
**seal**
164:10
**search**
43:14
**searches**
43:15
**seat**
108:5
**seats**
108:3
**second**
87:9, 89:18,
125:15, 149:6
**seconds**
145:6
**secretary**
1:6, 6:25,
24:9, 112:21,
160:7
**secretary's**
158:19

**section**
11:21, 87:13,
88:2
**see**
10:3, 20:8,
20:22, 45:7,
57:23, 58:24,
60:13, 66:25,
67:1, 67:5,
75:19, 79:4,
80:17, 80:24,
81:1, 83:11,
87:14, 87:15,
88:1, 88:5,
88:13, 89:1,
89:20, 93:14,
96:9, 97:5,
97:8, 97:20,
98:3, 100:23,
101:21, 102:4,
114:16, 114:17,
116:24, 117:20,
118:6, 119:13,
120:14, 121:1,
121:13, 122:5,
122:19, 123:4,
123:11, 123:18,
123:22, 124:5,
124:15, 124:18,
124:21, 124:25,
125:4, 125:7,
126:7, 128:23,
132:3, 132:6,
140:5, 140:8,
140:10, 140:22,
140:23, 141:6,
141:13, 141:14,
141:15, 141:24,
142:5, 142:6,
142:13, 143:24,
144:8, 146:16,
150:5, 153:5,
153:12, 154:10,
154:12, 154:13,
156:12, 156:17,
158:10, 158:13,
162:20
**seeing**
78:3, 118:24,

120:14, 124:2,
124:12, 124:13
**seem**
36:23, 151:4
**seemed**
45:2
**seems**
144:15, 152:8,
154:16, 155:1
**seen**
7:25, 8:4,
94:10
**seifeldein**
3:5, 5:10, 6:2,
6:5
**select**
88:5, 116:14,
130:24, 132:6
**selected**
119:4, 124:16
**selection**
27:9, 133:16
**selections**
55:12
**selects**
86:16, 87:6,
88:3
**self-explanatory**
121:19
**self-onboarding**
49:12
**sell**
54:19
**send**
5:12, 24:14,
43:23, 45:16,
50:17, 63:11,
64:19, 66:5,
69:21, 70:4,
87:19, 89:14,
89:15, 92:25,
95:2, 95:7,
97:6, 112:5,
152:18, 152:20,
162:5, 162:6,
162:23
**sends**
45:25, 64:2,

151:13, 151:15,
153:16
**sense**
17:24, 37:1,
83:7
**sent**
19:13, 24:11,
27:11, 27:16,
70:2, 72:9,
72:11, 82:23,
88:10, 106:20,
108:1, 112:4,
128:10, 128:18,
145:24, 146:2,
146:3, 146:4,
147:14, 148:18,
148:19, 162:5,
162:17
**separate**
43:13, 91:24,
105:25
**served**
21:15
**service**
110:23
**services**
34:2
**set**
50:6, 56:23,
57:3, 65:17,
66:15, 86:23,
87:22, 89:4,
94:13, 106:5,
129:14, 129:20,
135:3, 136:7,
141:24, 143:16,
164:9
**setting**
61:8, 65:3,
104:5
**settings**
116:20, 116:21,
116:23, 117:13
**setup**
67:4, 92:6,
150:17
**seven**
127:13, 130:23

**several**
49:24, 158:3
**shall**
155:23
**share**
46:11, 154:11,
156:4
**she'll**
42:12
**sheet**
148:7, 148:8
**sheets**
147:17
**shift**
58:1, 59:1,
59:2, 59:3,
60:13, 60:14,
63:21, 70:2,
87:8, 88:3,
88:11, 88:12,
89:21, 89:22,
89:25, 95:16,
99:18, 99:20,
99:25, 117:21,
117:22, 117:24,
122:1, 123:3,
125:18, 128:9,
128:11, 130:6,
130:9, 130:23,
132:4, 132:11,
132:12, 132:14,
135:5, 141:5,
142:24, 142:25,
143:1, 148:21
**shift's**
121:16
**shifted**
39:7
**shifts**
57:22, 57:23,
57:25, 58:24,
60:9, 63:12,
64:3, 67:6,
67:10, 67:13,
67:16, 68:3,
68:7, 69:24,
87:14, 88:13,
88:14, 91:15,

92:11, 94:19,
95:4, 95:7,
96:2, 99:17,
100:4, 104:18,
105:5, 114:22,
117:25, 120:15,
121:25, 124:8,
124:12, 124:13,
124:14, 124:17,
124:18, 125:1,
125:23, 127:9,
127:14, 127:20,
128:3, 128:5,
129:2, 129:3,
130:4, 132:5,
133:23, 134:3,
134:5, 134:11,
142:20, 143:5,
143:9, 143:11

**shortly**
24:11

**should**
58:9, 138:2,
142:1, 158:6,
163:12

**show**
50:14, 60:15,
68:8, 89:24,
117:18, 124:3,
124:4, 124:5,
124:17, 124:22,
132:17, 133:7,
133:10, 142:25,
144:12, 149:5,
154:4

**show-up**
114:16, 114:17,
117:20, 117:23,
118:7, 125:3,
125:4, 126:4

**showed**
39:6, 47:5

**shown**
155:5

**shows**
58:25, 59:19,
59:20, 59:22,
101:23, 148:21

**sic**
111:2, 146:12

**side**
58:7, 58:8,
59:13, 59:15,
60:1, 60:12,
60:24, 78:22,
78:23, 79:1,
79:4, 79:13,
101:5, 101:7,
101:8, 120:17,
123:16, 126:9,
127:16, 127:17,
141:4, 150:17,
150:18

**sides**
159:9

**sign**
7:1, 58:13,
69:14, 155:17

**signature-mig2k**
164:15

**signature-p1kal**
165:14

**signed**
47:15, 48:22,
49:4, 64:25

**similar**
75:25, 76:9,
79:14, 129:14,
140:20

**similarly**
76:13, 101:20,
132:24

**simple**
21:18, 36:21,
51:22, 57:13,
65:21, 66:8,
72:15, 75:3,
87:11, 95:3,
106:22, 112:7

**simplicity**
102:12

**simply**
21:1, 66:16

**since**
10:2, 28:4,
34:21, 39:2,

41:24, 42:16,
56:18, 60:14,
67:13, 69:13,
77:7, 77:19,
77:23, 92:9,
118:2, 125:10,
125:17, 126:20,
136:14, 138:21,
150:25

**single**
79:20, 91:5

**sir**
25:6

**sitting**
12:11, 28:11

**six**
33:22, 40:16,
40:17, 40:19,
41:7, 92:2

**sky**
100:21, 101:8,
101:24, 102:1,
102:3, 102:5,
139:17

**slightly**
82:4

**slow**
90:12

**slowly**
94:17

**small**
40:15, 49:25

**smart**
129:24, 129:25,
130:25, 140:24,
141:4, 141:18,
141:19, 142:5,
149:16, 149:17,
149:21

**smartphone**
73:5

**sms**
57:11, 82:12,
82:14, 89:14

**snapshot**
139:21

**snippet**
70:8

**software**
20:3, 32:13,
32:19, 32:20,
32:21, 33:1,
33:25, 34:3,
35:9, 35:10,
39:15, 43:9,
43:12, 43:14,
43:15, 43:16,
43:17, 43:21,
43:22, 44:2,
44:5, 44:7,
45:7, 45:13,
45:22, 45:23,
47:23, 47:24,
48:1, 48:6,
53:17, 54:20,
54:23, 65:16,
65:18, 66:14,
66:19, 72:22,
73:14, 74:15,
76:19, 77:7,
86:19, 104:15,
108:4, 115:19,
128:19, 151:12,
151:14, 151:15,
151:19, 151:20,
152:9, 152:18,
153:15

**softwares**
108:4

**sole**
73:16, 158:24,
159:7

**solicitor**
3:7

**some**
11:25, 14:4,
24:3, 28:16,
29:25, 41:15,
44:17, 75:9,
75:10, 86:20,
90:19, 91:7,
91:15, 92:11,
92:18, 92:19,
94:11, 94:19,
98:3, 98:13,
100:5, 105:20,

117:4, 117:5,
118:4, 119:13,
121:12, 126:3,
129:12, 139:1,
159:21
**somehow**
126:1
**someone**
63:14, 72:13,
73:24, 86:25,
88:18, 97:16,
121:4, 127:24,
132:12
**something**
23:6, 24:19,
42:25, 62:14,
66:9, 73:22,
74:17, 79:22,
80:5, 80:7,
81:5, 83:25,
84:2, 97:4,
100:9, 105:8,
109:2, 115:19,
120:21, 130:21,
131:19, 133:19,
134:21, 147:25,
158:4, 158:5
**sometime**
47:6, 47:7
**sometimes**
43:11, 74:11,
103:25, 108:8,
108:25, 118:20,
152:21, 152:22
**somewhere**
76:5, 83:16,
108:2, 123:6,
135:1
**soon**
46:7, 57:10,
86:21, 88:17
**sorry**
8:23, 11:23,
22:20, 23:15,
31:5, 32:1,
39:10, 40:1,
40:18, 44:21,
54:12, 55:11,

58:10, 61:22,
71:3, 72:3,
72:10, 74:25,
78:16, 84:15,
96:14, 100:18,
101:6, 103:11,
107:9, 111:11,
113:12, 131:3,
133:17, 137:7,
141:3, 141:13,
153:5, 155:25,
158:12
**sort**
14:6, 14:7,
24:20, 33:11,
46:14, 51:1,
61:1, 62:6,
62:23, 65:25,
66:13, 74:14,
85:4, 93:1,
93:10, 94:3,
96:2, 97:12,
103:14, 111:4,
113:16, 114:11,
116:20, 123:15,
124:9, 128:17,
130:25, 132:16,
132:21, 133:7,
148:3, 152:12,
157:24
**sorted**
133:11, 147:15,
147:16, 148:8
**sounds**
161:24
**sources**
43:10
**south**
3:8, 3:22
**speak**
12:21, 51:14,
137:22, 137:23
**speakers**
33:4
**speaking**
26:9, 51:12,
80:13, 111:17,
111:18

**specific**
23:6, 29:24,
53:16, 56:12,
97:21, 159:17
**specifically**
19:13, 37:13,
37:14, 65:12,
65:14, 68:1,
105:9, 115:20,
120:21
**specificity**
137:3
**specify**
60:4, 62:13
**speculation**
45:12, 86:2,
99:7, 131:4,
131:12, 149:19,
151:23, 153:10
**spell**
25:5
**spelled**
5:20, 7:22
**spellings**
161:8
**spend**
26:14, 159:4
**spending**
158:19
**spent**
159:8, 159:12
**spin**
158:23
**spit**
116:18
**spoke**
43:21, 43:22,
45:14, 152:10
**spoken**
108:18, 136:19
**spreadsheet**
51:23
**spreadsheets**
34:9
**staff**
34:4, 36:17,
54:11, 54:13,
119:4, 122:3

**staffing**
1:11, 25:2,
38:9, 38:19,
116:25
**stamps**
119:25
**stand**
84:14, 112:25,
138:13
**standard**
108:20, 108:22,
108:23, 115:18,
115:21, 120:20,
120:23, 120:24
**standards**
25:1, 110:8,
137:21, 138:17
**stands**
85:4
**start**
5:25, 22:5,
30:3, 54:2,
55:16, 59:14,
62:3, 112:19,
117:2, 121:17,
122:7
**start-up**
33:22, 33:23,
41:7, 49:25,
99:9
**start-ups**
41:10
**started**
5:22, 6:12,
6:13, 33:8,
39:4, 39:17,
39:18, 49:7,
123:2, 123:3,
123:4, 124:18,
125:9
**starting**
9:20, 127:17
**starts**
56:15
**state**
9:10, 65:10,
160:5
**statement**
144:8, 157:15

**states**
1:1, 1:7
**static**
114:14
**stats**
124:24, 125:25
**status**
122:12, 122:19,
147:15
**stay**
97:25
**steadfast's**
11:1, 20:2,
37:25, 57:4,
61:10, 65:14,
65:16, 66:14,
68:12, 72:8,
88:8, 90:5,
93:15, 99:22,
100:16, 103:1,
104:2, 106:17,
117:11, 133:18,
135:17
**steadfast-notice**
7:4
**step**
65:17, 121:3
**steps**
43:6, 83:11,
83:12, 90:1,
95:3
**stewart**
1:5
**stick**
62:11
**still**
12:10, 16:4,
36:9, 56:16,
60:22, 76:20,
77:5, 79:9,
91:13, 92:10,
108:10, 131:13,
134:6, 143:4,
143:5, 150:7
**stipulate**
6:15
**stop**
35:12, 73:19,

108:14
**stopped**
157:14
**store**
18:8, 19:3,
82:15
**straight**
90:13
**straightforward**
9:14
**streamlining**
62:6
**street**
3:8, 3:15, 3:22
**strike**
48:2
**structure**
33:12, 41:6
**structured**
34:17
**structuring**
39:21
**students**
34:6
**stuff**
41:9, 59:14,
66:7, 70:18,
70:19, 70:23,
89:1, 95:14,
95:15, 118:22,
149:1, 154:22
**style**
129:19
**sub**
9:25
**subaccounts**
16:23
**subject**
10:6, 146:23,
156:11
**subjects**
10:25
**submitted**
158:9
**subpoena**
112:17, 146:14
**subscriber**
36:6

**subscribing**
110:22
**subscription**
32:21, 35:7,
35:13, 35:24,
110:23
**subscription-bas-
ed**
107:24
**subset**
91:14
**sufficiently**
22:14
**suggest**
130:1, 130:5
**suggesting**
22:19
**suite**
3:8, 3:15
**summarizing**
143:25
**sunday**
54:3, 63:15,
63:21, 67:9,
117:5, 117:6
**super**
34:7
**support**
5:9, 27:4,
40:6, 40:8,
40:14, 40:20,
40:22, 41:1,
51:4, 55:19,
55:24, 64:6,
67:22, 68:12,
78:1, 103:24,
148:9, 148:12,
149:2, 150:14,
154:22
**supporting**
165:6
**sure**
16:13, 17:10,
24:4, 35:15,
39:6, 47:5,
47:18, 47:19,
47:23, 49:5,
50:10, 55:16,

58:10, 60:19,
62:4, 66:12,
70:8, 72:17,
76:22, 77:9,
78:5, 78:10,
78:18, 83:6,
89:20, 91:19,
98:11, 103:9,
103:13, 106:9,
110:12, 111:20,
128:17, 131:7,
132:3, 134:2,
136:21, 137:4,
137:19, 137:24,
139:17, 147:6,
151:5, 156:1,
158:4, 162:1,
163:4, 163:7
**surprisingly**
32:24
**swapping**
100:6
**switch**
126:7, 126:9
**switched**
39:12
**sworn**
5:6
**system**
64:20, 72:23,
90:4, 90:19,
100:16, 100:20,
116:8, 136:4

**T**

**t's**
156:23
**table**
28:11
**tablet**
105:16, 105:17
**tabs**
93:14
**tailor**
124:10
**take**
28:14, 43:4,
90:12, 90:15,

90:18, 91:7,
92:17, 92:18,
92:23, 96:14,
112:2, 112:8,
121:2, 138:5,
142:20, 144:11,
149:12, 149:21,
150:8, 150:9,
150:10, 150:13,
155:10, 160:13
**taken**
6:15, 6:22,
25:12, 25:19,
121:6, 121:20,
144:10, 149:23,
164:3
**takes**
82:15, 91:3,
91:4, 91:7
**taking**
12:13, 99:9,
134:1
**talk**
84:9, 92:16,
152:9
**talked**
66:11, 139:16,
144:2
**talking**
34:21, 74:3,
104:4, 104:6,
104:23, 135:22,
162:2
**tapers**
56:14
**tea**
122:4
**teachers**
34:6, 54:6
**team**
39:9, 39:13,
40:7, 40:10,
40:15, 72:13,
77:14, 80:23,
85:2, 112:7,
113:10, 113:13,
113:14, 147:11
**tech**
33:23, 41:10,

49:11, 49:16,
49:19, 50:7,
50:11, 50:24,
51:19, 77:3,
141:9, 141:14,
153:8
**technical**
5:9
**technically**
75:5
**technician**
3:25, 5:11,
7:6, 7:9, 7:12,
112:25, 127:1,
131:20, 138:1,
140:14, 141:15,
141:21, 141:25,
144:25, 146:17,
146:19, 162:11,
162:15, 162:18,
163:1, 163:5,
163:8, 163:11,
163:14
**technologies**
1:16, 2:1, 5:3,
5:19, 6:10,
31:15, 48:5,
73:3
**technology**
30:5, 32:13,
32:15, 33:18,
33:21, 65:7,
94:3, 98:1,
100:9, 100:13,
107:21, 135:18,
136:11, 136:24
**tecum**
146:14
**tell**
22:22, 28:17,
32:15, 32:17,
32:21, 42:22,
45:15, 60:7,
95:10, 96:24,
128:5, 132:18,
134:7, 145:18
**telling**
12:8, 69:18,

143:2, 143:20
**tells**
81:6, 147:2,
147:3
**templates**
129:12, 129:16
**ten**
31:19, 31:20,
31:21, 60:15,
94:18, 94:19
**ten-hour**
134:3
**tend**
35:14
**term**
18:7, 36:7,
58:8, 58:17,
61:1, 61:3,
62:5, 102:24,
110:1, 110:17
**terminology**
47:25, 101:11,
128:18
**terms**
5:9, 12:7,
19:12, 36:20,
46:18, 49:23,
65:5, 65:9,
65:11, 65:12,
70:2, 70:6,
73:23, 80:2,
81:13, 86:14,
108:19, 132:9,
135:3, 152:3
**testified**
5:8, 118:9,
138:21
**testify**
5:6, 10:24,
11:21, 16:6,
19:25, 22:2,
27:15, 27:20,
29:23
**testimony**
18:14, 19:8,
27:17, 51:8,
63:5, 109:16,
144:4, 159:16,

160:1
**text**
41:17, 55:24,
66:3, 66:5,
71:19, 71:21,
71:24, 72:15,
79:6, 79:13,
79:17
**th**
3:8, 3:22,
38:16, 44:4,
47:13, 47:15,
47:21, 47:22,
48:4, 48:5,
48:17, 48:21,
81:10, 164:10
**thank**
6:5, 6:11,
111:25, 120:4,
131:10, 153:8,
155:13, 161:1,
161:3, 163:10
**thanks**
161:5
**themselves**
5:24, 30:21,
50:13, 55:1,
61:10, 67:23,
68:3, 72:14,
73:15, 73:20,
73:21, 73:24,
74:16, 75:1,
76:11, 76:12,
154:24
**therein**
11:19
**thing**
12:9, 16:21,
67:7, 76:14,
81:3, 89:18,
129:17, 148:1,
148:2, 153:11,
154:21
**things**
50:17, 52:3,
54:1, 55:3,
56:10, 57:13,
59:17, 59:23,

59:24, 64:9,
80:11, 90:7,
92:19, 117:2,
117:6, 117:17,
123:12, 132:16,
135:19, 143:3,
143:7, 163:3
**think**
10:8, 10:9,
20:8, 23:8,
23:9, 23:22,
24:8, 29:22,
33:8, 33:22,
38:16, 41:20,
45:1, 46:25,
52:20, 55:23,
56:11, 57:18,
59:17, 61:1,
61:19, 62:18,
63:24, 64:15,
64:25, 75:11,
78:1, 79:21,
81:4, 84:23,
87:9, 89:23,
90:23, 91:25,
92:1, 92:25,
95:12, 95:17,
95:18, 96:13,
96:16, 97:17,
97:19, 98:4,
98:10, 99:10,
101:11, 102:7,
104:15, 106:18,
106:19, 106:24,
107:11, 107:25,
108:8, 110:1,
111:18, 112:7,
124:6, 127:15,
128:4, 133:2,
138:23, 139:10,
141:7, 143:5,
143:6, 147:3,
147:18, 149:3,
150:4, 150:8,
152:17, 155:10,
156:3, 156:24
**thinking**
85:4, 131:21

**third**
16:21, 38:7,
105:13, 160:23
**third-party**
38:3, 43:11
**thought**
51:13, 156:25,
159:20
**three**
40:24, 45:15,
56:8, 82:6,
94:16, 124:18,
138:5
**through**
1:17, 2:2, 5:4,
8:9, 9:9, 9:16,
11:1, 14:7,
17:16, 20:21,
25:21, 36:12,
41:14, 46:12,
56:20, 57:12,
64:7, 65:4,
65:5, 65:18,
80:22, 83:10,
86:8, 88:1,
88:4, 93:4,
95:14, 102:8,
102:9, 103:10,
105:3, 105:7,
106:12, 108:3,
117:15, 150:22,
151:3, 153:17,
158:2
**throughout**
12:2, 90:23
**time**
9:12, 12:21,
26:14, 31:19,
34:10, 35:17,
38:17, 39:5,
56:12, 57:16,
57:20, 58:15,
74:4, 74:9,
81:22, 82:2,
84:5, 87:16,
89:11, 90:13,
90:15, 90:19,
91:4, 91:7,

91:13, 93:22,
93:25, 94:6,
94:10, 99:10,
104:4, 110:3,
114:9, 114:18,
114:21, 114:23,
115:5, 115:25,
116:3, 116:15,
116:18, 117:19,
118:3, 118:6,
118:8, 121:17,
121:24, 122:5,
122:15, 122:17,
122:23, 125:5,
126:15, 126:16,
126:17, 126:19,
126:21, 130:1,
130:3, 130:14,
130:15, 131:14,
132:19, 133:6,
135:16, 139:23,
142:24, 144:13,
144:15, 149:13,
152:6, 155:14,
158:19, 159:5,
159:9, 160:8,
160:23, 161:1,
161:3
**timeline**
42:4, 47:13
**times**
34:11, 40:9,
40:22, 42:24,
49:2, 49:24,
81:10, 121:13,
121:14, 122:7
**timesheet**
115:24, 116:4
**title**
113:17, 119:18,
139:6
**to-month**
35:24
**today**
8:3, 8:10,
8:13, 9:15,
10:20, 12:12,
13:9, 13:16,

14:19, 14:25,
15:5, 15:10,
15:16, 16:15,
17:4, 19:6,
19:15, 19:25,
20:12, 21:4,
21:20, 22:4,
22:13, 23:13,
23:25, 24:7,
24:22, 25:13,
25:17, 25:22,
26:2, 26:11,
26:21, 27:24,
28:5, 29:23,
30:4, 32:25,
34:7, 94:17,
109:1, 155:14,
155:24, 157:9,
157:21, 158:5,
158:19, 159:1,
160:8, 161:1,
161:3
**today's**
9:4, 120:14
**together**
28:11, 47:15
**toggle**
149:11
**told**
19:23, 20:6,
44:8, 46:4,
150:4, 153:25
**tomorrow**
59:2, 59:3,
60:14
**took**
47:1
**tool**
32:23, 57:18
**top**
43:15, 43:20,
51:16, 51:17,
62:3, 89:13,
116:25, 117:16,
124:21, 125:25,
126:8, 132:20,
140:22, 141:16,
147:17, 147:18

**topic**
8:13, 9:11,
9:15, 9:22,
10:1, 10:5,
10:18, 10:20,
11:17, 13:6,
13:7, 13:8,
13:12, 13:14,
13:16, 13:19,
13:21, 13:22,
13:24, 14:14,
14:17, 14:19,
14:23, 14:25,
15:4, 15:5,
15:9, 15:10,
15:13, 15:15,
15:16, 15:20,
15:25, 16:1,
16:14, 16:15,
16:19, 17:1,
17:4, 17:11,
17:12, 17:18,
17:19, 18:1,
18:2, 18:4,
18:5, 18:11,
18:12, 18:18,
18:19, 19:5,
19:6, 19:14,
19:15, 21:4,
21:19, 22:11,
22:13, 23:11,
23:13, 23:23,
23:25, 24:6,
135:24
**topics**
8:20, 9:2, 9:8,
9:9, 11:18,
14:9, 16:5,
16:7, 21:2,
26:24, 29:24
**touch**
40:20, 41:25,
45:19, 45:22
**tough**
19:1, 42:2,
42:23, 46:24,
48:8, 48:25,
70:13, 77:2,

84:21, 92:14,
94:18, 136:13
**tracking**
84:16
**train**
36:16, 39:14,
145:20
**training**
4:18, 19:12,
36:19, 39:14,
69:22, 95:9,
95:12, 106:16,
106:23, 106:25,
107:4, 144:22
**trainings**
94:25
**transcribe**
12:16
**transcribed**
1:25, 165:5
**transcriber**
165:1
**transcript**
4:10, 7:2,
7:15, 12:22,
113:3, 120:8,
127:4, 139:15,
140:17, 144:24,
146:10, 165:3
**transcripts**
162:3
**treated**
53:6
**trends**
114:6, 114:7,
114:8, 115:6,
115:18, 126:2,
126:4
**trial**
155:20, 156:9,
156:21, 156:25,
157:6, 157:12,
157:17, 158:10,
158:14, 158:20,
159:6, 159:7,
159:12, 160:3,
160:21
**trigger**
87:19

**true**
165:3
**truly**
90:16
**truth**
5:7, 5:8
**truthfully**
25:14, 25:17
**try**
24:14, 35:19,
92:23, 112:3,
118:4, 134:4,
146:18
**trying**
41:3, 61:1,
158:25
**tubbs**
3:25
**tuesday**
1:20, 54:3
**tuesdays**
57:20
**turn**
55:15, 86:19,
133:1, 133:2
**turned**
86:25, 88:9,
88:17, 133:12,
133:15
**turning**
133:21
**turns**
134:9
**two**
30:8, 39:16,
40:23, 52:3,
78:4, 82:6,
95:3, 95:4,
95:12, 95:18,
97:8, 107:14,
119:8, 121:13,
122:3, 122:19,
125:1, 127:12,
138:5, 143:10,
156:1, 159:12
**two-part**
65:21
**type**
34:1, 41:3,

61:5, 79:7,
84:19

**U**

**uber's**
89:7
**uh-huh**
12:15
**ui**
75:23, 100:22,
102:11
**um-hmm**
129:3
**under**
10:1, 123:11,
140:24
**understand**
14:3, 14:15,
14:21, 15:22,
17:9, 17:16,
23:10, 27:16,
28:1, 34:18,
35:3, 35:5,
35:19, 37:5,
37:8, 38:11,
41:3, 47:5,
51:8, 51:18,
56:18, 57:7,
57:8, 58:10,
58:13, 62:21,
66:24, 72:25,
74:7, 74:21,
74:25, 83:22,
84:25, 85:14,
91:11, 92:10,
97:22, 101:12,
110:14, 115:2,
136:8, 137:2,
137:9, 137:13,
152:16, 152:17,
158:21, 158:25,
159:2
**understanding**
9:16, 37:12,
44:23, 50:24,
64:6, 66:13,
133:14, 157:16
**understood**
57:9, 144:2,

149:20
**unfilled**
124:8
**unintelligible**
28:1
**unique**
152:22
**united**
1:1, 1:7
**university**
28:21, 28:23,
28:25, 31:11
**unless**
19:21, 90:7,
125:7
**unsolicited**
150:2
**untimely**
157:25
**upcoming**
59:3, 124:4,
124:5
**updated**
149:4
**upgrading**
56:11
**upload**
52:13
**uploaded**
7:3
**url**
68:24
**usage**
60:20, 65:6,
85:11, 85:19,
98:2, 125:6
**use**
18:7, 19:2,
20:2, 32:23,
35:11, 36:7,
39:15, 49:5,
56:9, 58:17,
60:21, 61:4,
62:6, 64:12,
64:14, 65:5,
65:9, 65:11,
65:12, 66:13,
70:2, 70:6,

72:22, 73:4,
73:10, 75:3,
75:10, 76:4,
79:10, 80:14,
81:12, 81:13,
81:14, 83:23,
83:25, 84:3,
84:9, 84:12,
84:20, 85:11,
87:20, 90:19,
90:25, 92:6,
92:11, 92:13,
94:21, 95:3,
96:22, 98:9,
102:23, 104:15,
105:12, 105:14,
105:20, 105:21,
110:16, 116:3,
118:5, 118:24,
119:16, 119:17,
119:19, 122:5,
122:14, 126:19,
129:10, 132:15,
135:17, 138:21,
152:22, 157:5,
160:4
**useful**
80:9
**user**
53:7, 57:10,
58:1, 58:2,
58:7, 58:8,
58:16, 59:4,
59:6, 59:15,
60:1, 60:12,
60:24, 61:5,
61:17, 62:25,
63:20, 65:9,
65:20, 78:6,
78:14, 78:20,
78:24, 79:2,
79:4, 79:13,
79:20, 80:18,
81:10, 82:11,
86:12, 86:16,
87:6, 87:8,
88:3, 88:4,
88:7, 88:22,

89:24, 91:5,
96:6, 97:10,
98:20, 99:18,
99:20, 100:3,
100:4, 101:7,
104:20, 107:25,
109:3, 113:20,
116:5, 120:18,
122:8, 122:21,
123:19, 128:8,
128:23, 130:13,
130:16, 130:24,
132:4, 132:19,
135:7, 139:7,
139:22, 150:17,
154:15, 154:19,
154:25
**user's**
58:9, 62:15,
80:14, 85:20,
105:24, 106:3,
123:12, 123:15,
136:18, 148:22
**users**
17:6, 18:21,
19:2, 36:1,
38:4, 49:14,
49:16, 49:20,
51:21, 52:5,
52:6, 52:14,
53:2, 56:22,
57:1, 57:2,
57:3, 57:10,
58:18, 58:22,
59:8, 60:3,
60:16, 60:24,
61:13, 62:7,
62:9, 62:11,
62:13, 62:18,
63:18, 64:12,
64:19, 65:3,
65:19, 66:4,
66:21, 67:9,
69:7, 69:12,
70:21, 71:16,
71:18, 71:25,
72:12, 72:21,
73:2, 76:10,

76:12, 76:14,
76:15, 76:16,
77:6, 77:12,
77:19, 77:23,
79:18, 80:1,
80:13, 80:24,
81:18, 81:20,
82:7, 83:19,
86:7, 94:5,
95:25, 96:20,
97:1, 99:15,
99:17, 102:1,
104:17, 104:21,
104:23, 104:25,
105:11, 106:17,
106:19, 107:7,
107:19, 108:24,
113:15, 113:22,
116:1, 116:19,
122:22, 128:3,
128:16, 128:18,
128:20, 129:25,
132:7, 132:18,
133:22, 147:8,
147:12, 155:8
**uses**
36:1, 115:13,
118:16
**using**
34:20, 36:25,
47:12, 50:10,
73:19, 74:16,
75:25, 76:3,
77:7, 77:20,
77:24, 81:9,
83:6, 83:7,
83:19, 83:20,
91:12, 91:14,
91:17, 91:18,
91:20, 93:24,
94:3, 94:9,
94:20, 94:23,
97:23, 114:9,
115:25, 117:19,
118:3, 118:5,
118:8, 118:10,
121:23, 122:23,
122:25, 126:10,

126:16, 126:17,
132:13, 135:16,
144:5, 159:22
**usually**
41:22, 45:14,
48:10, 56:13,
117:9
**utilized**
126:1

**V**

**v-o-r-a**
25:8
**vague**
17:2, 17:5,
35:2, 37:7,
38:10, 40:2,
57:6, 74:1,
74:5, 74:20,
75:15, 101:11,
101:12, 137:1,
137:8, 152:15
**valuable**
114:9
**value**
35:16, 54:18,
89:4, 110:24,
111:5
**varies**
73:22
**various**
8:2
**verbal**
12:14
**verify**
152:4, 153:17
**version**
73:6, 93:2,
126:18, 140:8
**via**
66:3, 112:4
**video**
4:18, 106:23,
106:25, 107:8,
144:22, 145:4,
145:5, 145:6,
145:8, 145:10,
145:12, 145:14,

145:16, 145:19,
145:24
**videos**
106:5, 106:6,
106:8, 106:16,
107:5, 156:2
**view**
33:3, 66:17,
66:23, 97:17,
100:21, 100:22,
100:24, 101:8,
101:25, 102:1,
102:3, 102:5,
123:12, 123:15,
124:10, 124:19,
139:17, 140:1,
140:5, 140:10
**viewable**
139:18
**viewed**
116:21
**viewing**
117:3
**virginia**
1:2, 3:9, 3:16,
155:19
**virtually**
1:19, 2:3
**visible**
79:3
**visual**
149:6, 149:8
**vora**
1:18, 2:3, 4:2,
4:11, 5:5, 6:10,
7:19, 25:8,
27:10, 31:1

**W**

**wait**
12:5, 88:16,
96:13, 96:16
**waived**
160:16, 160:18
**walk**
46:12, 80:21,
88:4, 95:13,
103:10, 106:12,

117:15
**walking**
105:7
**walks**
105:2, 108:2
**walkthrough**
106:22
**want**
16:3, 20:7,
20:21, 27:14,
27:15, 28:14,
30:1, 35:15,
37:5, 42:25,
43:15, 46:5,
47:2, 47:4,
50:18, 56:15,
57:14, 57:19,
58:1, 58:10,
63:22, 66:12,
67:17, 67:24,
70:15, 70:16,
75:19, 76:22,
78:11, 79:8,
83:6, 86:23,
91:2, 94:21,
95:11, 101:22,
102:10, 104:16,
104:17, 104:18,
106:12, 112:19,
114:2, 117:7,
118:20, 122:3,
123:12, 124:18,
127:16, 129:21,
132:11, 132:13,
134:2, 134:7,
134:10, 135:12,
137:15, 139:17,
142:22, 143:4,
150:5, 152:8,
152:9, 153:24,
154:1, 156:5,
158:4, 160:22
**wanted**
6:14, 34:5,
54:10, 54:16,
61:23, 97:9,
145:18, 147:4,
147:7, 150:21,

155:25
**waste**
160:23
**wasted**
160:8
**water**
92:18
**way**
10:16, 42:3,
48:3, 49:17,
52:12, 62:21,
75:20, 77:10,
79:12, 79:19,
79:24, 80:14,
82:9, 82:10,
84:19, 84:23,
85:8, 85:11,
86:7, 87:3,
90:13, 92:5,
92:12, 94:2,
94:5, 96:1,
96:22, 97:11,
101:15, 103:6,
103:14, 115:12,
115:14, 116:2,
116:12, 128:15,
129:5, 130:7,
131:23, 132:21,
133:2, 133:7,
133:19, 134:15,
135:10, 137:17,
141:8, 141:18,
141:23, 143:4,
148:23, 156:13,
157:1, 158:23,
159:21, 160:21
**ways**
63:7, 87:20
**we'll**
5:13, 7:8,
24:20, 62:10,
62:11, 92:23,
108:13, 119:22,
132:17, 132:18,
144:21, 146:5,
148:10, 160:13,
161:19, 162:6,
162:7

**we're**
5:18, 12:11,
20:12, 21:1,
33:2, 33:22,
34:13, 34:21,
35:15, 37:5,
40:15, 41:5,
41:7, 44:1,
45:16, 50:21,
82:17, 82:19,
98:25, 99:9,
101:24, 112:23,
122:1, 138:20,
139:10, 155:10,
156:24, 157:7,
158:13, 159:13,
159:24
**we've**
20:16, 40:22,
56:6, 64:6,
92:19, 98:4,
99:13, 104:4,
104:6, 104:23,
118:17, 158:2
**wearing**
41:9, 41:12
**web**
88:1, 126:18
**website**
65:9, 105:2,
134:22
**wednesday**
127:12
**week**
54:2, 55:16,
59:14, 81:8,
81:9, 115:8,
117:3, 129:13,
129:18, 129:22
**week's**
129:21
**weekly**
92:13, 132:23,
135:14, 142:9,
144:3
**weeks**
83:21, 94:15,
107:18, 159:12

**welcome**
66:6, 69:12,
70:1, 70:9,
71:16, 72:12
**went**
29:24, 53:23,
83:10, 142:8
**weren't**
49:15, 50:24,
96:10
**west**
3:15
**whatever**
15:23, 15:24,
16:13, 18:9,
18:16, 18:17,
19:12, 27:11,
30:6, 34:6,
57:20, 59:20,
59:21, 96:7,
97:3, 97:4,
134:17, 143:4
**whenever**
151:13
**whereof**
164:9
**whereupon**
5:2
**wherever**
142:3
**whether**
6:14, 10:24,
21:3, 22:1,
73:23, 77:11,
90:21, 110:7,
115:12, 115:15,
135:24, 152:13
**whoever**
134:6
**whole**
5:7, 104:4,
147:11, 157:20
**wholly**
30:12, 111:17
**whomever**
62:12, 98:20,
98:21
**wife**
28:5

**win-win**
63:18
**wish**
90:20
**within**
16:7, 24:24,
40:25, 59:6,
64:11, 65:4,
65:14, 67:19,
71:5, 74:15,
76:19, 78:6,
78:14, 78:18,
84:20, 85:2,
86:3, 86:6,
86:10, 97:25,
107:20, 126:1,
157:7
**without**
96:17, 99:22
**witness**
3:19, 6:10,
7:1, 8:18, 8:19,
10:23, 11:15,
11:21, 13:4,
19:18, 22:19,
22:23, 26:6,
26:17, 27:18,
27:22, 29:6,
29:23, 33:15,
42:11, 42:13,
42:17, 42:20,
42:23, 44:20,
44:24, 45:1,
61:21, 61:24,
63:5, 70:17,
74:10, 109:23,
110:20, 111:11,
111:23, 112:1,
131:23, 131:25,
138:23, 154:4,
156:9, 157:11,
157:17, 157:19,
157:23, 157:25,
158:1, 159:7,
159:20, 161:6,
164:9
**wonderful**
34:14

**word**
36:23, 37:1,
48:1, 63:9,
83:7, 83:8,
111:8, 140:25,
142:10, 142:18,
143:10, 143:13,
143:17, 143:18
**worded**
17:8
**words**
67:16, 71:9,
103:8, 119:13
**work**
24:19, 26:5,
27:2, 27:8,
35:9, 36:12,
43:25, 46:22,
51:25, 53:1,
57:19, 73:7,
80:4, 80:21,
85:1, 88:24,
93:4, 112:5,
116:13, 128:6,
130:20, 130:23,
159:22
**worked**
125:9, 125:15,
139:22
**workforce**
32:22
**working**
28:6, 49:7,
56:15, 122:16
**works**
48:15, 53:21,
82:9, 82:10,
82:12, 83:4,
96:24, 97:21,
104:9, 105:15,
116:12, 132:10
**world**
43:9
**worried**
75:2, 158:7
**would've**
136:14
**wouldn't**
14:13, 15:19,

77:15, 77:16,
91:19, 93:19,
97:13, 97:15,
104:11, 162:23
**write**
153:14
**writing**
48:18, 48:19
**wrong**
42:25, 144:5
**wunsch**
1:25, 165:2,
165:16

---
**Y**
---
**yeah**
10:7, 16:9,
16:16, 16:25,
17:21, 17:23,
18:16, 18:24,
19:11, 24:1,
31:13, 32:17,
33:8, 34:14,
35:4, 36:12,
37:10, 39:22,
39:23, 40:21,
42:5, 44:25,
45:13, 47:7,
47:19, 48:1,
50:19, 55:4,
55:14, 57:5,
57:8, 68:3,
74:5, 78:9,
79:21, 80:8,
82:6, 84:6,
84:22, 84:23,
85:7, 92:14,
94:4, 98:9,
98:10, 99:1,
99:11, 99:23,
101:1, 101:13,
103:15, 103:16,
106:15, 106:25,
107:11, 107:14,
107:17, 108:12,
108:17, 109:19,
109:24, 110:3,
124:24, 126:4,

126:5, 126:21,
128:14, 131:17,
131:20, 132:8,
133:2, 136:20,
138:4, 141:22,
142:14, 146:19,
157:3, 162:13,
163:1
**year**
31:25, 32:2
**years**
98:13
**yep**
104:25, 121:11,
162:9, 163:14
**yourself**
25:4, 39:25,
40:4, 50:8,
75:5, 152:14

---
**Z**
---
**z-i-r-a**
5:21
**zero**
118:1, 118:7,
125:1, 125:3,
125:4, 125:7,
125:9, 125:12,
125:13, 125:14,
125:16, 125:19,
125:20
**zira's**
19:25, 58:23,
60:8, 63:25,
74:15, 75:8,
88:25, 102:13,
134:13, 137:4,
158:19
**zoom**
101:1, 138:2,
141:8, 141:23,
142:1, 162:17
**zoomed**
120:13
**zoomed-in**
140:8

---
**$**
---
**$3**
108:22

---
**0**
---
**0007**
151:11
**0077**
153:23
**01**
138:8
**0104**
151:3, 151:7,
151:8
**0105**
151:8
**0226**
3:17
**03**
138:10
**087520**
4:13, 120:3
**087521**
4:14, 120:6
**087522**
4:15, 126:25
**087523**
4:16, 139:11
**087524**
4:17
**09**
1:21

---
**1**
---
**1**
1:21, 1:24,
5:15, 24:12
**1(a**
10:2, 10:6,
10:18
**1(b**
10:2, 11:17,
11:21
**1(c**
10:2, 13:6,
13:7, 13:12
**1(d**
13:14, 13:19
**1(e**
13:21, 13:23,
13:24, 14:10,

14:11, 14:12
**1(f**
14:17
**1(g**
14:23
**1(h**
15:4
**1(i**
15:9, 15:13
**1(j**
15:15, 15:16
**1(k**
15:25
**1(l**
16:14
**1(m**
17:1
**1(n**
17:11
**1(o**
17:18
**1(p**
18:1
**1(p) (a**
18:4
**1(p) (b**
18:11
**1(p) (c**
18:18
**1(q**
19:5
**1(r**
19:14, 22:12
**1(s**
23:11
**1(t**
23:23, 24:7
**1.5**
135:9
**10**
4:6
**1000**
3:24
**101**
3:15
**113**
4:13
**12**
3:8, 4:6,

125:22, 125:23,
125:24
**120**
4:14
**127**
4:15
**139**
4:16
**140**
4:17
**144**
4:18
**146**
4:19
**15**
5:15, 112:2
**16**
3:22, 38:16,
44:4, 47:8,
47:13, 47:21,
48:4, 48:17
**165**
1:24
**17**
4:7
**18**
1:10, 4:7
**19**
1:11, 7:5,
24:12

**2**

**2.75**
109:3
**20**
39:3, 47:15,
47:22, 48:5,
48:17, 48:21
**201**
3:8
**2011**
31:2
**2019**
33:7
**202**
3:10
**2020**
32:3, 33:8,

38:17, 38:24,
41:24, 42:16
**2021**
1:20, 65:1,
110:5, 164:11,
165:17
**2024**
164:14
**21**
7:5
**213**
3:24
**216**
3:17
**22209**
3:9
**2247**
3:9
**226**
1:10
**23**
146:8
**23510**
3:16
**25**
109:1
**251**
153:1
**27**
164:10, 165:17
**28**
81:10
**2:-cv**
1:10, 1:11

**3**

**3**
112:11
**3-**
7:5
**30**
1:20, 7:2,
19:20, 112:13,
135:6, 164:14
**300**
153:1
**33**
4:6, 4:7

**333**
3:22
**34**
112:11
**3767**
163:9
**386079**
1:23

**4**

**4**
112:13
**40**
133:6
**401**
3:8
**433**
163:9
**44**
145:6
**45**
163:16, 163:17
**475**
1:11

**5**

**5**
138:8, 138:10,
146:8, 163:16,
163:17
**50**
81:23, 83:16,
83:23, 83:24,
147:20
**500**
153:1
**576**
3:24

**6**

**60**
81:23, 83:16,
83:24, 83:25,
125:20, 125:21,
125:22, 125:24,
147:20
**692**
3:10

**6th**
4:13, 4:14,
4:15, 4:16,
4:17, 120:2,
120:6, 126:25,
139:11

**7**

**75**
11:1, 27:12
**757**
3:17
**76**
156:3
**77**
156:3
**78**
11:1, 27:12
**7859115**
164:13

**8**

**81**
141:5
**888**
163:9

**9**

**900**
64:22, 81:18
**90071**
3:23
**9369**
3:10