STEADFAST MEDICAL STAFFING, LLC
5750 Chesapeake Boulevard
Norfolk, Virginia 23513
Phone: (757) 215 5716

This agreement is made and entered this day Feb 8th, 2019 by and between SteadFast Medical Staffing, LLC. and Novant Hornsbury.

Whereas, SteadFast Medical Staffing, LLC and (Facility) wish to enter into an agreement wherein SteadFast Medical Staffing, LLC. will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

This agreement shall begin on the date first written above. Either party can terminate the agreement with or without cause, upon thirty days' written notice to the other party. The agreement may be amended at any time and from time to time by written agreement of the parties.

SteadFast Medical Staffing, LLC responsibilities.

A. Upon request by facility, SteadFast Medical Staffing, LLC. shall assign such contractors as are available for such assignment. At no time does SteadFast Medical Staffing, LLC. guarantee that all requests will be filled.

B. SteadFast Medical Staffing, LLC. shall maintain a worker file on each of its contractors, containing the following: SteadFast Medical Staffing, LLC. will provide copies of the following (except "a") to the facility.

    c. A completed application, which includes education, training, skills, specialties and preferences.

    b. Documentation of education and training

    c. Skills inventory checklist

    d. Two recent work references

    e. TB test and evidence of satisfactory health status

    f. Current CPR

    g. Performance evaluation

    h. Copy of current license, registration, or certification

    i. Negative urine drug screen

    j. Background check

    k. Flu shots

    l. Negative urine drug screen

STEADFAST 000469

C. SteadFast Medical Staffing, LLC. will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.

D. Contractors will be requested to report to the designated supervisor before he/she begins working.

E. SteadFast Medical Staffing, LLC. shall give the Facility a two hours' notice regarding Contractors, which SteadFast Medical Staffing, LLC. cannot provide.

F. SteadFast Medical Staffing, LLC. will not actively solicit Facility employees as Contractors.

G. Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for SteadFast Medical Staffing, LLC.

H. SteadFast Medical Staffing, LLC. shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I. SteadFast Medical Staffing, LLC. is in compliance with all state and federal laws applicable to the contracting of the Contractors assigned Facility.

J. SteadFast Medical Staffing, LLC. will comply with Facility standards for the use of supplemental medical services.

K. SteadFast Medical Staffing, LLC. agrees not to discriminate in the assignment of its Contractors on the basis of race, creed, color, national origin, sex, age, disability, citizenship status, or veteran status.

[Section] Duties/Responsibilities:

A. [Facility] understands all Contractors provided by SteadFast Medical Staffing, LLC. for the term of this Agreement are contracted through SteadFast Medical Staffing, LLC.

B. Facility will take no steps to recruit as its own employees those Contractors provided by SteadFast Medical Staffing, LLC. during the term of this agreement. Facility understands SteadFast Medical Staffing, LLC. is not an employment agency and that its Contractors are assigned to the Facility to render temporary service and are not assigned to become employed by the Facility. The Facility may not hire SteadFast Medical Staffing, LLC. The manner Contractors unless it is first arranged with SteadFast Medical Staffing, LLC. The manner by which SteadFast Medical Staffing, LLC. is to be compensated for its expense in recruiting said Contractor.

C. Facility shall provide sufficient information about its specific needs to SteadFast Medical Staffing LLC. so that SteadFast Medical Staffing, LLC. can match the skills and experience of its Contractors to those needs.

D. Facility shall utilize assigned Contractors only for the specific need requested, unless Facility, SteadFast Medical Staffing, LLC. and Contractor agree to a change in duties.

E. Facility agrees that SteadFast Medical Staffing, LLC. duty to fill assignments is subject to availability of qualified Contractors.

F. Facility will orient Contractors to the Facility and its rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G. Facility staffing supervisors will assist SteadFast Medical Staffing, LLC. on a continuing basis, with evaluation of SteadFast Medical Staffing, LLC. Contractors by providing performance information.

H. Facility shall allow SteadFast Medical Staffing, LLC. Contractors (on their own time) to attend appropriate facility staff development programs.

STEADFAST 000470

PX-10.002

3

I.   Facility will immediately notify SteadFast Medical Staffing, LLC. of any problems regarding SteadFast Medical Staffing, LLC. Contractors.

J.   Facility will make available to SteadFast Medical Staffing LLC. copies of all documentation concerning problems or incidents in which SteadFast Medical Staffing, LLC. Contractors are involved.

K.   If in the sole discretion of the Facility, any person assigned by SteadFast Medical Staffing LLC. is incompetent, negligent, or has has engaged in misconduct, Facility may require such person to leave its premises and shall inform SteadFast Medical Staffing, LLC. of this action immediately. Facility's obligation to compensate SteadFast Medical Staffing for said services shall be limited to the hours actually worked by such person and Facility shall have no further obligation with respect to such assignment.

L.   If Facility changes or cancels an order less than two (2) hours before reporting time, Facility shall be billed for two (2) hours at the hourly rate for the personnel involved.

M.   Facility agrees not to discriminate in the assignment of SteadFast Medical Staffing, LLC. on the basis of race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

Billing Procedures :

A.   SteadFast Medical Staffing, LLC. will invoice Facility Bi-weekly for its services. The rates for its services are shown on Exhibit "A." The rates for services established in Exhibit "A" can be amended prospectively by SteadFast Medical Staffing, LLC. at any time upon forty-five (45) days written notice to Facility.

B.   Facility shall pay SteadFast Medical Staffing, LLC. invoice within 15 business days from date of invoice. Invoices not paid within 15 days are considered past due and will be charged a finance charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. Facility agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

Insurance :

A.   SteadFast Medical Staffing, LLC. maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B.   SteadFast Medical Staffing, LLC. will provide upon request, Certification of Insurance or other evidence of coverage and it will notify facility of any cancellation or modification of its liability insurance.

Indemnification :

Each party agrees to indemnify and hold the other including directors, officers, agents and workers, harmless from all claims, suits, judgments and demands arising from the indemnified party's negligent and/or intentional acts and omissions in the performance of the duties prescribed by this Agreement.

STEADFAST 000471

PX-10.003

4

Notices:

All notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

SteadFast Medical Staffing, LLC                               Facility:
5705 Chesapeake Blvd Suite 101
Norfolk, VA 23513-0502
Attn: Jon A. Pinit

Access to Records:

The parties hereto agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents, and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be granted to the Contracts, books, and records providing the services here under and any obligation related to such parties.

Social Security Act

SteadFast Medical Staffing, LLC. warrants that to the best of SteadFast Medical Staffing LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of SteadFast Medical Staffing LLC. has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be binding upon the parties hereto and their respective successors and assigns.

This Agreement shall be constructed, enforced and interpreted under the laws of the State of Virginia.

Executed on the date and year first above written.
SteadFast Medical Staffing, LLC.

By: _____   Title: _____

Facility: Avante Harrisonburg
By: _____   Title: _____

STEADFAST 000472

PX-10.004

Addendum

2/23/17

At any time that the client where services are provided buy our independent contractors
('Steadfast Medical Staffing) wishes to buyout any of our contract there will be a charge of 20%
of independent contractors annual gross salary.

Facility Administrator _____

Steadfast Medical Staffing
Administrator _____

STEADFAST 000473

PX-10.005

STEADFAST MEDICAL STAFFING LLC

Pay Rates Weekdays/Weekends

RN- $60/HR

LPN-$50/HR

CNA- $25/HR

HOLIDAYS

Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

The Holidays billing rate is one and one-half times the regular billing rate for each hour worked.

STEADFAST 000474

PX-10.006

2/22/17

Addendum

Facility will take no steps to recruit as its own employees those Contractors provided by Steadfast Medical Staffing, LLC, during the term of this agreement, and after one year upon termination of agreement. Facility understands Steadfast Medical Staffing, LLC is not an employment agency, and that its Contractors are assigned to the Facility to render temporary services and are not assigned to become employed by the Facility. The facility my not hire Steadfast Medical Staffing ,LLC Contractors unless it is first arranged with Steadfast Medial Staffing LLC, at the manner by which Steadfast Medical Staffing, LLC is to be Compensated for its expense in recruiting said Contractor.

Facility Avante Harrisonburg

Administrator

Steadfast Medical Staffing, LLC

Administrator

STEADFAST 000475

PX-10.007

1

STEADFAST MEDICAL STAFFING, LLC
5750 Chesapeake Boulevard
Norfolk, Virginia 23513
Phone: (757) 215 5716

This agreement is made and entered this day _3/.19/17_, by and between SteadFast
Medical Staffing, LLC. and; _Avante at Roanke._

Whereas, SteadFast Medical Staffing, LLC and (Facility) wish to enter into an agreement
wherein SteadFast Medical Staffing, LLC. will provide temporary medical contractors to the
facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby
covenant and agree as follows:

**TERM:**

This agreement shall begin on the date first written above. Either party can terminate the
agreement with or without cause, upon thirty days' written notice to the other party. The
agreement may be amended at any time and from time to time by written agreement of the
parties.

SteadFast Medical Staffing, LLC. responsibilities:

A. Upon request by facility, SteadFast Medical Staffing, LLC. shall assign such contractors
as are available for such assignment. At no time does SteadFast Medical Staffing, LLC.
guarantee that all requests will be filled.

B. SteadFast Medical Staffing, LLC. shall maintain a worker file on each of its contractors,
containing the following: SteadFast Medical Staffing, LLC.: will provide copies of the
following (except "a") to the facility.

   a. A completed application, which includes education, training, skills, specialties
      and preferences.
   b. Documentation of education and training
   c. Skills inventory checklist
   d. Two recent work references
   e. TB test and evidence of satisfactory health status
   f. Current CPR
   g. Performance evaluation
   h. Copy of current license, registration, or certification
   i. Negative urine drug screen
   j. Background check
   k. Flu shots
   l. Negative urine drug screen

STEADFAST 000495

PX-10.008

2

C. SteadFast Medical Staffing, LLC. will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.
D. Contractors will be requested to report to the designated supervisor before he/she begins working.
E. SteadFast Medical Staffing, LLC. shall give the Facility a two hours' notice regarding Contractors, which SteadFast Medical Staffing, LLC. cannot provide.
F. SteadFast Medical Staffing, LLC. will not actively solicit Facility employees as Contractors.
G. Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for SteadFast Medical Staffing, LLC.
H. SteadFast Medical Staffing, LLC. shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.
I. SteadFast Medical Staffing, LLC. is in compliance with all state and federal laws applicable to the contacting of the Contractors assigned Facility.
J. SteadFast Medical Staffing, LLC. will comply with Facility standards for the use of supplemental medical services.
K. SteadFast Medical Staffing, LLC. agrees not to discriminate in the assignment of its Contractors on the basis of race, creed, color, national origin, sex, age, disability, citizenship status, or veteran status.

**(Facility) Centre Responsibilities:**

A. (Facility) understands all Contractors provided by SteadFast Medical Staffing, LLC. for the term of this Agreement are contracted through SteadFast Medical Staffing, LLC.
B. Facility will take no steps to recruit as its own employees those Contractors provided by SteadFast Medical Staffing, LLC. during the term of this agreement. Facility understands SteadFast Medical Staffing, LLC. is not an employment agency and that its Contractors are assigned to the Facility to render temporary service and are not assigned to become employed by the Facility. The Facility may not hire SteadFast Medical Staffing, LLC. Contractors unless it is first arranged with SteadFast Medical Staffing, LLC. The manner by which SteadFast Medical Staffing, LLC. is to be compensated for its expense in recruiting said Contractor.
C. Facility shall provide sufficient information about its specific needs to SteadFast Medical Staffing LLC. so that SteadFast Medical Staffing, LLC. can match the skills and experience of its Contractors to those needs.
D. Facility shall utilize assigned Contractors only for the specific need requested, unless Facility, SteadFast Medical Staffing, LLC. and Contractor agree to a change in duties.
E. Facility agrees that SteadFast Medical Staffing, LLC. duty to fill assignments is subject to availability of qualified Contractors.
F. Facility will orient Contractors to the Facility and its rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.
G. Facility staffing supervisors will assist SteadFast Medical Staffing, LLC. on a continuing basis, with evaluation of SteadFast Medical Staffing, LLC. Contractors by providing performance information.
H. Facility shall allow SteadFast Medical Staffing, LLC. Contractors (on their own time) to attend appropriate facility staff development programs.

**PX-10.009**

3

    I.  Facility will immediately notify SteadFast Medical Staffing, LLC. of any problems regarding SteadFast Medical Staffing, LLC. Contractors.

    J.  Facility will make available to SteadFast Medical Staffing LLC. copies of all documentation concerning problems or incidents in which SteadFast Medical Staffing, LLC. Contractors are involved.

    K.  If in the sole discretion of the Facility, any person assigned by SteadFast Medical Staffing LLC. is incompetent, negligent, or has has engaged in misconduct, Facility may require such person to leave its premises and shall inform SteadFast Medical Staffing, LLC. of this action immediately. Facility's obligation to compensate SteadFast Medical Staffing for said services shall be limited to the hours actually worked by such person and Facility shall have no further obligation with respect to such assignment.

    L.  If Facility changes or cancels an order less than two (2) hours before reporting time, Facility shall be billed for two (2) hours at the hourly rate for the personnel involved.

    M.  Facility agrees not to discriminate in the assignment of SteadFast Medical Staffing, LLC. on the basis of race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

    A.  SteadFast Medical Staffing, LLC. will invoice Facility Bi-weekly for its services. The rates for its services are shown on Exhibit "A." The rates for services established in Exhibit "A" can be amended prospectively by SteadFast Medical Staffing, LLC. at any time upon forty-five (45) days written notice to Facility.

    B.  Facility shall pay SteadFast Medical Staffing, LLC. invoice within 15 business days from date of invoice. Invoices not paid within 15 days are considered past due and will be charged a finance charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. Facility agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

    A.  SteadFast Medical Staffing, LLC. maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

    B.  SteadFast Medical Staffing, LLC. will provide upon request, Certification of Insurance or order evidence of coverage and it will notify facility of any cancellation or modification of its liability insurance.

**Indemnification:**

    Each party agrees to indemnify and hold the other including directors, officers, agents and workers, harmless from all claims, suits, judgments and demands arising from the indemnified party's negligent and/or intentional acts and omissions in the performance of the duties prescribed by this Agreement.

STEADFAST 000497

**PX-10.010**

4

**Notices:**

    All notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

**Steadfast Medical Staffing LLC.**                    **Facility:**
**5750 Chesapeake Blvd Suit 103**
**Norfolk, VA 23513-5325**
**ATTN: Lisa A. Pitts**

**Access to Records:**

    The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents, and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be granted to the Contracts, books, and records providing the services here under and any obligation related to such parties.

**Social Security Act:**

    SteadFast Medical Staffing, LLC. warrants that to the best of SteadFast Medical Staffing LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of SteadFast Medical Staffing LLC. has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

    This Agreement shall insure to the benefit of and shall be binding upon the parties hereto and their respective successors and assigns.

    This Agreement shall be constructed, enforced and interpreted under the laws of the State of Virginia.

    Executed on the date and year first above written.
    SteadFast Medical Staffing, LLC.

    By: _Amy M Bender_ Title: _Administrator_

    Facility: _Avante at Roanoke_

    By: _[signature]_ Title: _CEO_

STEADFAST 000498

PX-10.011

2/22/17

Addendum

Facility will take no steps to recruit as its own employees those Contractors provided by Steadfast Medical Staffing, LLC, during the term of this agreement, and after one year upon termination of agreement. Facility understands Steadfast Medical Staffing, LLC is not an employment agency, and that its Contractors are assigned to the Facility to render temporary services and are not assigned to become employed by the Facility. The facility my not hire Steadfast Medical Staffing ,LLC Contractors unless it is first arranged with Steadfast Medial Staffing LLC, at the manner by which Steadfast Medical Staffing, LLC is to be Compensated for its expense in recruiting said Contractor.

Facility *Avante at Roanoke*

Administrator *Amy M. Bender*

Steadfast Medical Staffing, LLC
Administrator

STEADFAST 000499

PX-10.012

## STEADFAST MEDICAL STAFFING LLC

Pay Rates Weekdays/Weekends

RN- $60/HR

LPN-$50/HR

CNA- $25/HR

### HOLIDAYS

Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

The Holidays billing rate is one and one-half times the regular billing rate for each hour worked.

STEADFAST 000500

**PX-10.013**

MEDICAL STAFFING OF AMERICA
TA/ STEADFAST MEDICAL STAFFING, LLC
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
(M) 757-321-0777   (F) 757-857-6003   (C) 757-215-5716

This agreement is made and entered this day, *Feb 9th 2018* by and between Steadfast Medical Staffing, LLC., and *Bayside of Robinson*.

Whereas, Steadfast Medical Staffing, LLC., and (Facility) wish to enter into an agreement wherein Steadfast Medical Staffing, LLC., will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

TERMS:
This agreement shall begin on the date first written above. Either party can terminate the agreement with or without cause, upon thirty days' written notice to the other party. The agreement may be amended at any time and from time to time by written agreement to the parties.

STEADFAST MEDICAL STAFFING, LLC., responsibilities:

A. Upon request by facility, Steadfast Medical Staffing, LLC., shall assign such contractors as available for such assignment. At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.

B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the facility upon request)

    a. A completed application, which includes education, training, skills, specialties and preference
    b. Documentation of education and training
    c. Skills inventory checklist
    d. Two recent work references
    e. TB test and evidence of satisfactory health status
    f. Current CPR
    g. Performance evaluation
    h. Copy of current license, registration, or certification
    i. Negative urine drug screen
    j. Background check
    k. Flu shots

C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.

D. Contractors will be requested to report to the designated supervisor before he/she begins work.

E. Steadfast Medical Staffing, LLC., shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

F. Steadfast Medical Staffing, LLC., will not actively solicit Facility employees as Contractors.

1 | Page

STEADFAST 000513

PX-10.014

G. Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H. Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I. Steadfast Medical Staffing. LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J. Steadfast Medical Staffing, LLC., will comply with Facility standards for the use of supplemental medical services.

K. Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

## "FACILITY" responsibilities:

A. "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B. "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000: LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C. "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D. "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E. "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F. "Facility" will orientate Contractors to its' Facility rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G. "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

H. "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate facility staff development programs.

I. "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J. "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K. If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L. If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

M. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

STEADFAST 000514

**PX-10.015**

**Billing Procedures:**

A.  Steadfast Medical Staffing, LLC., will invoice Facility weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC. at any time upon forty-five (45) days written notice to "Facility".

B.  "Facility" shall pay Steadfast Medical Staffing, LLC., Invoice within 35 days from date of Invoice. Invoices not paid within 35 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

A.  Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B.  Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Notices:**

All Notices shall be in writing and shall be addressed to the parties as set forth below.  Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

| |
|---|
| MEDICAL STAFFING OF AMERICA      "Facility": _Bayside of Donalson_ <br> T/A STEADFAST MEDICAL STAFFING, LLC   _1 Vantage Drive_ <br> 5750 CHESAPEAKE BOULEVARD, STE 301   _Donalson, VA 23962_ <br> NORFOLK, VIRGINIA 23513          _757-868-9960_ <br> ATTN: Lisa A. Pitts <br> (M) 757-321-0777 <br> (F) 757-857-6003 <br> (C) 757-215-5716 |

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services; all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

3 | P a g e

STEADFAST 000515

**PX-10.016**

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | | "Facility": Bayside of Poquoson | |
|---|---|---|---|
| By | Title: CEO | By: | Title: Administrator |

**Steadfast Medical Staffing, LLC  Pay Rates – Weekdays/Weekends:**

RN, $55/HR
LPN, $42/HR
CNA, $25/HR

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**

Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Administrator:



# STEADFAST MEDICAL STAFFING

5750 CHESAPEAKE BLVD, NORFOLK, VA 23513
(757) 271-0777 office x (757) 864-1005 fax

## Business Credit Application

**Name/Address**

Bayside of Poquoson

1. Vantage Drive

Poquoson    VA    23662-1400    757-788-9760

Tax ID Number 32-0309603

**Company Information**

Long term Care

Trustworthy, etc - see attached letter of credit

**Bank References**

**Trade Reference #1**

**Trade Reference #2**

PX-10.018



To:  Credit Department

SUBJECT:  *Trio-Healthcare, LLC*

In responses to frequent requests for Credit Applications, Trio Healthcare, LLC has compiled pertinent credit information.  Trio-Healthcare, LLC believes the information on this form is sufficient for credit approval purposes; however, if there is need for further information please send your request to the attention of Mary Spinella, Director of Purchasing.

**DIRECTORS AND OFFICERS:**
President and Chief Executive Officer..........................................David Rubenstein
Chief Financial Officer ..................................................................... Boyd Gentry
Chief Clinical Officer.................................................................Melissa Green

**TYPE OF BUSINESS:**
**Health Care** – Skilled Nursing facilities, Assisted Living facilities, specific consulting services and long-term care management.

**AUTHORIZED BUYERS:**
Mary Spinella, Director of Purchasing

Estimated monthly credit requested:  **AS NEEDED**

Trio-Healthcare, LLC's primary purchases are not tax exempt and will be for the needs of its subsidiaries.

**REFERENCES:**
BANK NAME:       Wells Fargo
BANK ADDRESS:   1021 E. Cary St.
                 James Center #2
                 7th Floor
CITY, STATE, ZIP:  Richmond, VA  23219

**SUPPLIERS:**

| | | |
|---|---|---|
| TwinMed | Healthcare Services Group | Accelerated Care Plus Leasing |
| Werner Nischt | Jim Carlson | Theresa Guzman |
| 330.618.5868 | 317.437.2484 | 775-336-1809 |
| wnischt@twinmed.com | jcarlson@hcsgcorp.com | tguzman@hanger.com |

*Trio-Healthcare, LLC*

Signature  _____          Date:  2-9-2018
                President and Chief Executive Officer

STEADFAST 000518

**PX-10.019**

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
(O) 757-321-0777  (F) 757-857-6003  (C) 757-215-5716

This agreement is made and entered this day, ~~September 7, 2018~~ by and between Medical Staffing of America T/A Steadfast Medical Staffing., and ~~BSC Windsor Brian Operating Company LLC~~ ~~Brian Center Health and Rehabilitation/Windsor~~

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and (Facility) wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERMS:**
This agreement shall begin on the date first written above. Either party can terminate the agreement with or without cause, upon thirty days' written notice to the other party. The agreement may be amended at any time and from time to time by written agreement to the parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING., responsibilities:**

A. Upon request by facility, Steadfast Medical Staffing, LLC., shall assign such contractors as available for such assignment. At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.

B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the facility upon request)

    a. A completed application, which includes education, training, skills, specialties and preference
    b. Documentation of education and training
    c. Skills inventory checklist
    d. Two recent work references
    e. TB test and evidence of satisfactory health status
    f. Current CPR
    g. Performance evaluation
    h. Copy of current license, registration, or certification
    i. Negative urine drug screen
    j. Background check
    k. Flu shots

C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.
D. Contractors will be requested to report to the designated supervisor before he/she begins work.
E. Steadfast Medical Staffing, LLC., shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

1 | P a g e

STEADFAST 000519

PX-10.020

F. Steadfast Medical Staffing, LLC., will not actively solicit Facility employees as Contractors.

G. Contractors assigned to Facility pursuant to this agreement shall be considered Contractors for Steadfast Medical Staffing, LLC. for the purpose of this Agreement, be

H. Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I. Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J. Steadfast Medical Staffing, LLC., will comply with Facility standards for the use of supplemental medical services.

K. Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"FACILITY" responsibilities:**

A. "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B. "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C. "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D. "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E. "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F. "Facility" will orientate Contractors to its' Facility rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G. "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance feedback.

H. "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate facility staff development programs.

I. "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J. "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K. If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L. If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

2 | P a g e

STEADFAST 000520

PX-10.021

M. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC., will invoice Facility weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC., at any time upon forty-five (45) days written notice to "Facility".

B. "Facility" shall pay Steadfast Medical Staffing, LLC., Invoice within 35 days from date of Invoice. Invoices not paid within 35 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

A. Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $4,000,000 aggregate.

B. Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Notices:**

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

| | |
|---|---|
| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br>ATTN: Lisa A. Pitts<br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility": _SSC Windsor Brian Ohinth LLC_<br>_Brian Centre Healthand Rehabilitation_<br>_Windsor_<br>_1306 South King Street_<br>_Windsor, NC 27983_ |

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

3 | P a g e

STEADFAST 000521

PX-10.022

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | "Facility": Brian Heathward Rehabilitation/under |
|---|---|
| By: _____ Title: 9-7-18 | By: Pamela Harvey  Title: Administrate |

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends:**

RN,   $55.50/HR
LPN, $42.50/HR
CNA, $25.50/HR

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**

Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Administrator:

Pamela Harvey C. Administ

4 | P a g e

STEADFAST 000522

PX-10.023

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
(O) 757-321-0777   (F) 757-857-6003   (C) 757-215-5716

This agreement is made and entered this day, March 7,2018 by and between Medical Staffing of America T/A Steadfast Medical Staffing., and *Concordia Transitional Care and Rehab Bay Pointe*

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and (Facility) wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

TERMS:

This agreement shall begin on the date first written above. Either party can terminate the agreement with or without cause, upon thirty days' written notice to the other party. The agreement may be amended at any time and from time to time by written agreement to the parties.

MEDICAL STAFFING OF AMERICA
T/A STEADFAST MEDICAL STAFFING., responsibilities:

A. Upon request by facility, Steadfast Medical Staffing, LLC., shall assign such contractors as available for such assignment. At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.
B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the facility upon request)
   a. A completed application, which includes education, training, skills, specialties and preference
   b. Documentation of education and training
   c. Skills inventory checklist
   d. Two recent work references
   e. TB test and evidence of satisfactory health status
   f. Current CPR
   g. Performance evaluation
   h. Copy of current license, registration, or certification
   i. Negative urine drug screen
   j. Background check
   k. Flu shots

C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.
D. Contractors will be requested to report to the designated supervisor before he/she begins work.
E. Steadfast Medical Staffing, LLC., shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

1 | P a g e

STEADFAST 000528

PX-10.024

F. Steadfast Medical Staffing, LLC., will not actively solicit Facility employees as Contractors.

G. Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H. Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I. Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J. Steadfast Medical Staffing, LLC., will comply with Facility standards for the use of supplemental medical services.

K. Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

"FACILITY" responsibilities:

A. "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B. "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C. "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D. "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E. "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F. "Facility" will orientate Contractors to its' Facility rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G. "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

H. "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate facility staff development programs.

I. "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J. "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K. If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L. If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

2 | P a g e

STEADFAST 000529

PX-10.025

2018-03-07 17:59     case management        2143552070 >>      7578576003  P 3/4

M. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC., will invoice Facility weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC., at any time upon forty-five (45) days written notice to "Facility".

B. "Facility" shall pay Steadfast Medical Staffing, LLC., Invoice within 35 days from date of Invoice. Invoices not paid within 35 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

A. Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B. Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Notices:**

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

| MEDICAL STAFFING OF AMERICA T/A STEADFAST MEDICAL STAFFING 5750 CHESAPEAKE BOULEVARD, STE 301 NORFOLK, VIRGINIA 23513 ATTN: Lisa A. Pitts (M) 757-321-0777 (F) 757-857-6003 (C) 757-215-5716 | "Facility": _Concordia Day Trinite_ _1148 First Colonial Road_ _Virginia Beach, VA 23454_ _att. Linda Silling_ _757-481-3321   (f) 757-481-5896_ |
|---|---|

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

3 | P a g e

STEADFAST 000530

PX-10.026

2018-03-07 18:00     case management        2143552070 >>       7578576003   P 4/4

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bonding upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | | "Facility": _Alexandria Bay Pointe_ | |
|---|---|---|---|
| By: _____ | Title: 3-7-18 | By: _____ | Title: _Executive Director_ |

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends: Flat rates!!!!**

RN  $55/HR
LPN, $40/HR
CNA, $25/HR

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**

Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Administrator:

_____ 3/7/18

4 | Page

STEADFAST 000531

PX-10.027

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
(O) 757-321-0777   (F) 757-857-6003   (C) 757-215-5716

This Agreement ("Agreement") is made and entered into this 18th day, of July, 2018 by and between Medical Staffing of America T/A Steadfast Medical Staffing, and Newport News Facility Operations, LLC d/b/a Newport News Nursing and Rehabilitation Center ("Facility").

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and Facility wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors ("Contractors") to the Facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties hereto do hereby covenant and agree as follows:

**TERM:**
This Agreement shall begin on the date first written above. Either party can terminate the Agreement with or without cause, upon thirty (30) days' written notice to the other party. The Agreement may be amended at any time and from time to time by written agreement signed by both parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING, responsibilities:**

   A.  Upon request by Facility, Steadfast Medical Staffing, LLC, shall assign such Contractors as are available for such assignment. At no time does Steadfast Medical Staffing, LLC, guarantee that all requests will be filled.

   B.  Steadfast Medical Staffing, LLC, shall maintain a worker file on each of its Contractors, containing the following: (Steadfast Medical Staffing, LLC, will provide copies of the following, except "a", to the Facility upon request)

      a.  A completed application, which includes education, training, skills, specialties and preference
      b.  Documentation of education and training
      c.  Skills inventory checklist
      d.  Two recent work references
      e.  TB test and evidence of satisfactory health status
      f.  Current CPR
      g.  Performance evaluation
      h.  Copy of current license, registration, or certification
      i.  Negative urine drug screen
      j.  Background check
      k.  Flu shots

   C.  Steadfast Medical Staffing, LLC, will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.

   D.  Contractors will be requested to report to the designated supervisor before he/she begins work.

   E.  Steadfast Medical Staffing, LLC, shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC, cannot provide.

1 | P a g e

STEADFAST 000537

**PX-10.028**

F.  Steadfast Medical Staffing, LLC, will not actively solicit Facility employees as Contractors.

G.  Contractors assigned to Facility pursuant to this Agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H.  Steadfast Medical Staffing, LLC, shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I.  Steadfast Medical Staffing, LLC, will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J.  Steadfast Medical Staffing, LLC, will comply with Facility standards for the use of supplemental medical services.

K.  Steadfast Medical Staffing, LLC, agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

## "FACILITY" responsibilities:

A.  "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC, for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B.  "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC, without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.

"Facility" understands Steadfast Medical Staffing, LLC, is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C.  "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC, so that Steadfast Medical Staffing, LLC, can match the skills and experience of its Contractors to those needs.

D.  "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC, and Contractor agree to a change in duties.

E.  "Facility" agrees that Steadfast Medical Staffing, LLC, duty to fill assignments is subject to availability of qualified Contractors.

F.  "Facility" will orientate Contractors to its rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G.  "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC, on a continual basis, with evaluation of Steadfast Medical Staffing, LLC, Contractors by providing performance information.

H.  "Facility" shall allow Steadfast Medical Staffing, LLC, Contractors (on their own time) to attend appropriate facility staff development programs.

I.  "Facility" will immediately notify Steadfast Medical Staffing, LLC, of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J.  "Facility" will make available to Steadfast Medical Staffing, LLC, copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC, Contractors are involved.

K.  If in the sole discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC, is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC, of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC, for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L.  If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for two (2) hours at the hourly rate for the personnel involved.

2 | Page

STEADFAST 000538

PX-10.029

M. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC, based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC, will invoice Facility weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC, at any time upon forty-five (45) days written notice to "Facility".

B. Facility shall pay Steadfast Medical Staffing, LLC., Invoice within 35 days from date of Invoice. Invoices not paid within 35 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

A. Steadfast Medical Staffing, LLC, shall maintain during the term of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for itself and the Contractors assigned at Facility to cover all acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B. Steadfast Medical Staffing, LLC, will provide upon request Certification of Insurance or other evidence of coverage and it will notify Facility of any cancellation or modification of its liability insurance.

**Notices:**

All notices or other communications hereunder shall be in writing and shall be deemed given (a) one (1) business day after being sent to the recipient by reputable overnight courier service (charges prepaid), or (b) three (3) days after being mailed to the recipient by certified or registered mail, return receipt requested and postage prepaid, to the respective address set forth below.

| | |
|---|---|
| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br>ATTN: Lisa A. Pitts<br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility":<br>Newport News Nursing and Rehabilitation Center<br>12997 Nettles Dr., Newport News, VA 23602<br>ATT: Executive Director<br><br>With a copy to: Consulate Health Care<br>800 Concourse Parkway S.<br>Maitland, FL 32751<br>ATTN: Legal Department |

**Access to Records:**

In accordance with 42 C.F.R. § 420.302(b), if Steadfast Medical Staffing, LLC provides services under this Agreement the cost or value of which is $10,000 or more over a 12-month period, including contracts for both goods and services in which the service component is worth $10,000 or more over a 12-month period, then Steadfast Medical Staffing, LLC shall allow the Comptroller General of the United States, HHS, and their duly authorized representatives access to this Agreement and to Steadfast Medical Staffing, LLC's books, documents, and records as may be necessary to verify the nature, extent, and costs of the services provided under this Agreement until the expiration of four years after the

3 | P a g e

STEADFAST 000539

PX-10.030

services are furnished under the terms of this Agreement. Steadfast Medical Staffing, LLC shall also allow similar access by the Comptroller General of the United States, HHS, and their duly authorized representatives to contracts of a similar nature between Steadfast Medical Staffing, LLC and related organizations, and to relevant books, documents, and records.

**Social Security Act:**

Steadfast Medical Staffing, LLC, warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person whose ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC, has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

**Representations and Warranties:**

Steadfast Medical Staffing, LLC hereby represents and warrants to Facility that each and every Contractor assigned to work at the Facility are (i) experienced and qualified in their line of work and licensed, certified and properly credentialed to perform the services required by Facility, and (ii) have evidence of satisfactory health status and free of any communicable diseases, free of any illegal drug use and abuse, and have no criminal records, in accordance with state/commonwealth and/or federal regulations, that would debar them from performing the services to the residents or patients of the Facility.

**Elder Justice Act:**

Steadfast Medical Staffing, LLC and its Contractors assigned to the Facility agree to comply with Section 1150B of the Social Security Act, as established by Section 6703(b)(3) of the Patient Protection and Affordable Care Act, and all requirements imposed by or pursuant to the regulation of the Department of Health and Human Services issued pursuant to that Title, to the end that, Steadfast Medical Staffing, LLC agrees to report reasonable suspicions of a crime to the Facility's Executive Director and self-report the suspicion of a crime to the appropriate governing body and local law enforcement. Neither Steadfast Medical Staffing, LLC nor its Contractors will be retaliated against for reporting suspicion of a crime. Reports must be made immediately, but no later than two (2) hours after forming the suspicion, if the event that caused the reasonable suspicion results in serious bodily injury; and in all other cases, no later than 24 hours after forming the suspicion. Serious bodily injury means an injury that involves extreme physical pain, substantial risk of death, protracted loss or impairment of the function of a bodily member, organ, or mental faculty, or an injury requiring medical intervention such as surgery, hospitalization, or physical rehabilitation. Steadfast Medical Staffing, LLC is solely responsible for ensuring that a suspicion of a crime is reported to the Executive Director. Further, Steadfast Medical Staffing, LLC indemnifies and holds harmless the Facility against all claims, losses and damages arising from or relating to the failure to report a suspicion of a crime pursuant to Section 1150B of the Social Security Act.

**Federally Funded Health Care Program Compliance:**

Steadfast Medical Staffing, LLC hereby represents and warrants that neither Steadfast Medical Staffing, LLC nor any of Steadfast Medical Staffing, LLC's Contractor providing services under this Agreement currently is, or at any time during the term of this Agreement will be, excluded from participation in any federally funded health care program, including Medicare and Medicaid. Steadfast Medical Staffing, LLC agrees to immediately notify the Facility, in writing, in the event of any threatened, proposed or actual exclusion from any federally funded health care program, including Medicare and Medicaid. Steadfast Medical Staffing, LLC shall perform periodic run searches against OIG's List of Excluded Individuals and Entities (not less than twice a year) to ensure continued compliance. Steadfast Medical Staffing, LLC agrees that it will reimburse to Facility an amount equal to any loss (e.g., fine or mandatory reimbursement) incurred by Facility as a result of the exclusion of Steadfast Medical Staffing, LLC or Steadfast Medical Staffing, LLC's Contractors that provided services under this Agreement. Should any evidence

4 | Page

STEADFAST 000540

PX-10.031

reveal that Steadfast Medical Staffing, LLC or any of Steadfast Medical Staffing, LLC's Contractors providing services under this Agreement, at any time during the term of this Agreement, become excluded or debarred from participation, Facility may, in its sole discretion, terminate this Agreement immediately as of the date of such exclusion or debarment.

**Indemnification:**

Steadfast Medical Staffing, LLC agrees to indemnify and hold Facility harmless against all claims, demands, fines, penalties, costs, expenses, liabilities, causes of action, losses, suits and damages (including, but not limited to reasonable attorneys' fees) which are asserted or may result against the Facility as a consequence of any malfeasance, neglect, fraud, negligence, medical malpractice, or intentional acts or omissions arising out of the Steadfast Medical Staffing, LLC's performance of the services or undertaking of its responsibilities under the Agreement to the extent caused by the Steadfast Medical Staffing, LLC, its officers and directors, shareholders, employees, agents, consultants, subcontractors, or representatives. This indemnification provision shall survive the termination or cancellation of the Agreement.

**Confidential Information; HIPAA:**

Steadfast Medical Staffing, LLC and any Contractor shall not, at any time during the term of this Agreement and thereafter, except with the written consent of Facility, disclose any confidential patient information or confidential information relating to Facility's operations to any person. Both parties agree to comply with the provisions of The Health Insurance Portability and Accountability Act of 1996 ("HIPAA") as well as comply with the HIPAA Security and Privacy regulations pursuant to Subtitle D of the Health Information Technology for Economic and Clinical Health Act (HITECH), including Sections 164.308, 164.310, 164.312 and 164.316 of Title 45 of the Code of Federal Regulations if, and to the extent applicable. The parties acknowledge that from time to time, HIPAA or other regulations may require an amendment or modification to the Agreement for compliance purposes, and agree that they will work to promptly effectuate any such required amendment or modification.

**Timekeeping:**

Steadfast Medical Staffing, LLC shall ensure that all Contractors provided by Steadfast Medical Staffing, LLC abide by all Facility policies and procedures related to timekeeping, and Steadfast Medical Staffing, LLC shall be responsible for taking any necessary disciplinary action against its Contractors who fail to comply with such policies and procedures. All Steadfast Medical Staffing, LLC Contractors must record all hours worked by clocking in and out at the Facility, including clocking in and out for meal periods. Steadfast Medical Staffing, LLC Contractors must clock in no more than seven (7) minutes before a shift begins, and must clock out no more than seven (7) minutes after a shift ends. Steadfast Medical Staffing, LLC will not be compensated by Facility for any hours that its Contractors work but fail to clock in, and any such nonpayment shall not impact Steadfast Medical Staffing, LLC's obligation to compensate its Contractors.

**Entire Agreement:**

This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes any and all other agreements, either oral or written, between the parties with respect to the subject matter hereof.

This Agreement shall inure to the benefit of and shall be binding upon the parties hereto and their respective successors and assigns.

This Agreement shall be constructed, enforced, and interpreted under the laws of the Commonwealth of Virginia.

5 | P a g e

Executed on the date and year first above written, 1/8/18

| Steadfast Medical Staffing, LLC | "Facility": Newport News Facility Operations, LLC |
| By: _____ Title: Admin | By: Karen Pohl _____ Title: Ex Director |

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends: Flat rates!!!!**

RN $56.35/HR
LPN, $40.65/HR
CNA, $25.75/HR

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**
Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Administrator:

_____

STEADFAST 000542

PX-10.033

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
(O) 757-321-0777   (F) 757-857-6003   (C) 757-215-5716

This agreement is made and entered this day, ~~May 29,2018~~ June 1, 2018 by and between Medical Staffing of America T/A Steadfast Medical Staffing., and Curis Lynchburg .

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and (Facility) wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERMS:**

This agreement shall begin on the date first written above.  Either party can terminate the agreement with or without cause, upon thirty days' written notice to the other party.  The agreement may be amended at any time and from time to time by written agreement to the parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING., responsibilities:**

A. Upon request by facility, Steadfast Medical Staffing, LLC., shall assign such contractors as available for such assignment.  At no time does Steadfast Medical Staffing. LLC., guarantee that all requests will be filled.

B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the facility upon request)

   a. A completed application, which includes education, training, skills, specialties and preference
   b. Documentation of education and training
   c. Skills inventory checklist
   d. Two recent work references
   e. TB test and evidence of satisfactory health status
   f. Current CPR
   g. Performance evaluation
   h. Copy of current license, registration, or certification
   i. Negative urine drug screen
   j. Background check
   k. Flu shots

C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.

D. Contractors will be requested to report to the designated supervisor before he/she begins work.

E. Steadfast Medical Staffing, LLC., shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

1 | P a g e

STEADFAST 000570

PX-10.034

F.  Steadfast Medical Staffing, LLC., will not actively solicit Facility employees as Contractors.

G.  Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H.  Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I.  Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J.  Steadfast Medical Staffing, LLC., will comply with Facility standards for the use of supplemental medical services.

K.  Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"FACILITY" responsibilities:**

A.  "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B.  "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C.  "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D.  "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E.  "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F.  "Facility" will orientate Contractors to its' Facility rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G.  "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

H.  "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate facility staff development programs.

I.  "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J.  "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K.  If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L.  If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

2 | Page

STEADFAST 000571

PX-10.035

M. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC., will invoice Facility weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC., at any time upon forty-five (45) days written notice to "Facility".

B. "Facility" shall pay Steadfast Medical Staffing, LLC., Invoice within 35 days from date of Invoice. Invoices not paid within 35 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

A. Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B. Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Notices:**

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br>ATTN: Lisa A. Pitts<br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility":<br>Curis Lynchburg<br>2081 Langhorne Road<br>Lynchburg, VA 24501<br><br>434 - 846 - 8437 |

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under any obligation related to such parties.

3 | P a g e

STEADFAST 000572

PX-10.036

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | "Facility": Curtis Lynchburg |
|---|---|
| By: _____ Title: CEO | By: What Smith, DO Title: Direct & Oper |

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends: Flat rates!!!!**

RN  $60/HR
LPN, $50HR
CNA, $26/HR

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**
Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Administrator:

_____

4 | Page

STEADFAST 000573

**PX-10.037**

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
**(O)** 757-321-0777   **(F)** 757-857-6003   **(C)** 757-215-5716

This Agreement is made and entered this day, _____, 2020 by and between Steadfast Medical Staffing, LLC and Accordius Health at Bay Pointe 1148 First Colonial Rd, Virginia Beach, VA "Facility".

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and ("Facility") wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERMS**:
This agreement shall begin on the date first written above. Either party can terminate the agreement with or without cause, upon thirty days' written notice to the other party. The agreement may be amended at any time and from time to time by written agreement to the parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING., responsibilities:**

   A. Upon request by facility, Steadfast Medical Staffing, LLC., shall assign such contractors as available for such assignment. At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.
   B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the facility upon request)
      a. A completed application, which includes education, training, skills, specialties and preference
      b. Documentation of education and training
      c. Skills inventory checklist
      d. Two recent work references
      e. TB test and evidence of satisfactory health status
      f. Current CPR
      g. Performance evaluation
      h. Copy of current license, registration, or certification
      i. Negative urine drug screen
      j. Background check
      k. Flu shots

   C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.
   D. Contractors will be requested to report to the designated supervisor before he/she begins work.

1 | P a g e

Steadfast 6th 087562

PX-10.038

E. Steadfast Medical Staffing, LLC., shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

F. Steadfast Medical Staffing, LLC., will not actively solicit Facility employees as Contractors.

G. Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H. Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them. All Contractors are considered Independent Contractors in Steadfast Medical Staffing, LLC's Registry and not of Facilities for all purposes, including, without limitation all federal and state tax withhold, and overtime pay requirements.

I. Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J. Steadfast Medical Staffing, LLC., will comply with Facility standards for the use of supplemental medical services.

K. Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"FACILITY" responsibilities:**

A. "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B. During the term of this Agreement, "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C. "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D. "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E. "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F. "Facility" will orientate Contractors to its' Facility rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G. "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

H. "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate facility staff development programs.

I. "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J. "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K. If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the

Steadfast 6th 087563

PX-10.039

actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L.  If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

M.  "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A.  Steadfast Medical Staffing, LLC., will invoice Facility weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC., at any time upon forty-five (45) days written notice to "Facility".

B.  In order to receive timely payment, all invoices must be submitted via email to invoices@accordiushealth.com. If Steadfast Medical Staffing, LLC cannot submit an invoice via email, please send to Facility's accounts payable office located at 200 Boulevard of the Americas, Suite E, Lakewood, NJ 08701. Please allow three (3) additional days for processing for all invoices submitted via mail. "Facility" shall pay Steadfast Medical Staffing, LLC., Invoice within 35 days from date of Invoice. Invoices not paid within 35 days are considered Past Due and may be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance**:

A.  Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B.  Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Indemnification**:

A.  Steadfast Medical Staffing, LLC shall indemnify defend and hold harmless Facility from and against any and all claims, demands, actions, causes of action, suits, judgments, damages, losses, liabilities, fines, penalties, costs and expenses (including, without limitation, reasonable attorneys' fees and disbursements) arising for or relating to the acts or omissions of any contractor provided by Steadfast Medical Staffing, LLC., pursuant to this Agreement and any acts of omissions by Steadfast Medical Staffing, LLC and its affiliates, including without limitations, with respect to Steadfast Medical Staffing, LLC's failure to comply any applicable labor laws.

3 | P a g e

Steadfast 6th 087564

**PX-10.040**

**Notices**:

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be in writing and sent by national overnight delivery service or by United States certified mail, return receipt requested, postage prepaid, and shall be deemed to have been given, if sent by national overnight delivery service as of the first weekday upon which delivery is first attempted and if sent by United States Certified Mail as of the third (3rd) business day following deposit in the United States mail. Notices shall be addressed as follows.

| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br>ATTN: Lisa A. Pitts<br><br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility": _____<br>_____<br>_____<br>_____<br><br><br>ATTN: ADMINISTRATOR |

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

4 | P a g e

Steadfast 6th 087565

**PX-10.041**

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends:**

**RN, $51.50/HR**
**LPN, $40.50/HR**
**CNA, $25.50/HR**

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**
Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Contractor's may not incur Overtime Hours without the express written consent of the Administrator if such contractor works at an affiliate Facility.
Each Contractor must take at least (1) one-30-minute lunch break following the 5.5-hour mark of assignment.

*Executed on the date and year first above written,*

Steadfast Medical Staffing, LLC.

By: _____ Title: _____
Signature: _____

"Facility": _____

By: _____ Title: _____
Signature: _____

5 | P a g e

Steadfast 6th 087566

**PX-10.042**

## AGREEMENT FOR SUPPLEMENTAL

## STAFFING SERVICES

This Agreement is entered into as of March 6 , 2018 (the "Effective Date") by and between Bon Secours Health System Inc. ("Bon Secours"), which is comprised of multiple facilities that are geographically diverse and listed in Attachment I (the "Facilities"), and [Insert Agency Name] ("Agency"), a [Insert state] corporation. Medical Staffing of AmericaTA/ Steadfast Medical Staffing VA

### RECITALS

WHEREAS, each of the Facilities owns and operates a health care organization (also referred to herein as the "Facilities") that provides a wide range of inpatient and/or outpatient services, in Florida, Kentucky, Maryland, New York, South Carolina and Virginia.

WHEREAS, Agency is a staffing agency that provides temporary, supplemental personnel to Bon Secours entities or "Facilities" to support their provision of services to patients/residents;

WHEREAS, due to prevailing staffing shortages and to occasional short-term absences of the Facilities' permanent staff members, each Facility from time to time experiences difficulty in ensuring appropriate staff is available to support its day-to-day operations;

WHEREAS, the Facilities desire to engage Agency on an independent contractor basis to provide staffing services and to assign its employed personnel from time to time to each Facility and Agency desires to provide such services on the terms and conditions set forth herein.

NOW THEREFORE, for and in consideration of the mutual covenants and agreements set forth herein and for other good and valid consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

### AGREEMENT

## 1.  ENGAGEMENT OF AGENCY

1.1.  Appointment.  The Facilities hereby appoint Agency as their independent contractor to provide staffing services (the "Services") to the Facilities and to assist the Facilities in locating and retaining qualified personnel to fill temporary staffing shortages at the Facilities.  Upon receipt of a specific request from a Facility for personnel to fill a particular position, Agency shall use its best efforts to assign temporary, supplemental personnel (hereinafter "Staff") to such Facility in full compliance with all the provisions of this Agreement.  This Agreement does not constitute an exclusive engagement of Agency's services by the Facilities, or a promise by the Facilities to meet all of their supplemental staffing needs through Agency.

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5                    1

Steadfast 6th 085804

PX-10.043

2.    **OBLIGATIONS OF AGENCY.**

2.1.    Staff Qualifications.   During the Term (as is defined in Section 8.1 hereof) of this Agreement, Agency shall ensure that all Staff assigned to any Facility by Agency is (i) duly licensed and qualified to provide nursing services or other health care related services, as applicable, in the State which the Facility resides, and (ii) certified to participate in Medicare, Medicaid, Tricare and other state and federal health programs, as applicable.   Agency further agrees that all Staff provided to the Facilities shall have at least one (1) year of prior work experience in a United States facility in the specialty area to which they would be assigned at a Facility.

2.1.1.   Screening.   Agency shall carefully screen Staff to determine their qualifications and competence prior to referring Staff to any Facility. This screening by Agency shall include, but not be limited to, obtaining all pertinent information concerning past employment, licensure, certifications, education and professional skills of Staff. OIG excluded provider list, criminal background checks and legal qualifications to work in the United States. Please refer to Attachment III for detailed listing of documentation that must be available to the Facilities by Agency, or Agency must provide, for all Staff.

2.1.2.   Criminal Background Checks.   Agency employees assigned to a Facility for any position will have undergone a criminal background check.   Agency will ensure such background check has been completed within the six (6) month period preceding the assignment, or for the period defined by such Facility.   Agency will maintain documentation of criminal background checks and will make that documentation available to the Facilities upon request. Agency will also be responsible for completing such other background checks as may be required by any Facility. Agency will be responsible for asking and verifying standard Bon Secours criminal background check questions found on the Standard Application of Employment shown below. Except for Agency employees at Bon Secours facilities in New York State, Agency will apply Bon Secours most up-to-date Background Check Manual, and, pursuant to that manual, will not assign to any Facility Staff with criminal convictions in the last seven years for acts of violence, drugs, or involving moral turpitude or felony convictions within the last 10 years. For Agency employees at Bon Secours facilities in New York, Agency must apply the background check procedures stated in New York Correction Law 23-A.

- Have you ever been convicted of or pleaded guilty or no contest to committing ANY CRIME? (Note: You may omit speeding tickets or non-moving violations; however, you must report any "under the influence" convictions or pending cases (e.g. DUI, DWI). You may omit any conviction that has been annulled, expunged, or sealed by a court.)
- Do you have any unresolved arrests, warrants or pending criminal charges against you?
- Regarding civil lawsuits or administrative complaints alleging child abuse, spouse abuse, elder abuse, patient abuse, harassment and/or dishonest, violent, or discriminatory conduct (such as fraud, embezzlement, theft, assault, battery, etc.), have you ever been found liable (i.e., judgment was

Steadfast 6th 085805

PX-10.044

rendered against you) in any such matter, or is any such matter currently pending against you?

- Have you ever been the subject of any exclusion, suspension or debarment action by the General Services Administration (GSA), Office of Inspector General (OIG) or any other federal health care program, including but not limited to Medicare, Medicaid, or Tricare?

2.1.3.   Other Requirements.   Staff must be free from any symptoms of infectious disease, be able to perform assigned job responsibilities and be free of any impairment from drugs, alcohol, or other impairing substance or condition. Artificial nails are not permitted at any Facility for any direct health care provider. Staff with known infectious disease (whether or not symptomatic) shall not be sent by Agency to positions expected to involve performance of exposure prone procedures. Bon Secours campuses are tobacco-free; therefore, Agency employees will adhere to the tobacco-free policies set forth by Bon Secours Health System Inc. and the Facility

2.2.   Staffing Services.   Upon receipt of a request from a Facility, Agency shall provide Facility with Staff to fill short-term staffing needs ("Per Diem Staffing") or long-term needs ("Long Term Staffing").   Agency agrees to have Staff available for the Facilities twenty-four (24) hours per day, seven (7) days per week, three hundred sixty five (365) days a year. Agency's obligation to provide requested Staff is limited by the availability to Agency of Staff who are ready, willing and able to accept a Facility assignment and who meet the requirements of Section 2.1 hereof.

2.3.   Facility Designated Contacts.   Facility shall designate in writing those employees who are authorized to make requests for assignments of Staff from Agency (the "Designated Contacts"). Agency agrees to contact only such Designated Contacts for all matters pertaining to Staff performance, contracting, invoicing and billing. Any requests for Staff by anyone other than the Designated Contacts shall not be honored and Facility will not be liable for payment for any Staff so requested. Agency shall report any unauthorized requests to a Designated Contact within twenty-four (24) hours or by 10:00 a.m. Monday morning if such a request is received on a weekend.

2.4.   Documentation.   Agency will ensure that all Staff assigned to the Facilities timely prepare appropriate clinical and administrative records, including medical record entries concerning all examinations, procedures and other services performed by the Staff while providing the services contemplated hereunder. Staff will maintain such records, and prepare or assist in the preparation of such reports, as may be necessary in order to comply with the requirements of any governmental agency, accrediting body, funding source, or similar entity. Prior to starting with the Facility, staff will complete required orientation and regulatory requirements modules.

2.5.   Compliance with Law and Regulations.   Agency shall ensure that the clinical services to be provided by Staff hereunder shall be provided in compliance with (i) the Ethical and Religious Directives for Catholic Health Care Services promulgated by the United States Conference of Catholic Bishops, as interpreted by Bon Secours Ministries (the "Directives"),

Steadfast 6th 085806

PX-10.045

available online at http://www.usccb.org/about/doctrine/ethical-and-religious-directives ; (ii) the standards of The Joint Commission ("TJC"); (iii) all applicable federal and state laws, regulations and rules governing the services, including without limitation OSHA regulations and standards and other professional standards, laws, rules and regulations relating to patient care and work environment; and (iv) applicable administrative and ethical policies of the Facilities, including the Facilities' dress code requirements and those policies and procedures that address provisions for the care of patients/residents.

2.6.  Medicare Participation.  Agency hereby represents and warrants that neither Agency nor Agency's principals (if applicable), employees and/or contractors, including without limitation, the Staff, are presently debarred, suspended, proposed for debarment, declared ineligible, or excluded from participation in any federally funded health care program, including Medicare. Agency agrees to check any Staff, prior to referral to any Facility, against the Office of the Inspector General's List of Excluded Individuals and Entities and the General Services Administration's System for Award Management. Proof of the completion of such checks will be made available to the Facilities upon request. Agency further agrees to immediately notify the Facilities of any threatened, proposed, or actual debarment, suspension, or exclusion from any federally funded health care program, including Medicare. In the event that Agency or Agency's principals (if applicable), employees and/or contractors are debarred, suspended, proposed for debarment, declared ineligible, or excluded from participation in any federally funded health care program during the term of this Agreement, or if at any time after the effective date of this Agreement it is determined that Agency is in breach of this Section, this Agreement shall, as of the effective date of such action or breach, automatically terminate.

2.7.  Corporate Responsibility Program.  Agency acknowledges and agrees that it has received a copy of the Bon Secours Health System Code of Conduct (the "Code"), available online at http://www.bshsi.org/assets/BSHSI_Code_of_Conduct.pdf that it has reviewed the Code and has had the opportunity to ask questions regarding the Code, and that during the Term of this Agreement, Agency and any employees, including without limitation the Staff, will abide by the terms of the Code and Facilities' Corporate Responsibility Programs. Agency employees will be required to acknowledge and sign the BSHSI Code of Conduct and Confidentiality/Security Agreement.

2.8.  Equal Employment Opportunity.  In keeping with federal, state and local laws, Bon Secours policy forbids employees and associates to discriminate against anyone based on race, religion, color, gender, age, marital status, national origin, sexual orientation, gender identity, genetic information, veteran status, disability or any other characteristic protected by law. Bon Secours is committed to establishing and maintaining a workplace free of discrimination. Bon Secours is fully committed to equal employment opportunity. Bon Secours will not tolerate unlawful discrimination in the recruitment, hiring, termination, promotion, salary treatment or any other condition of employment or career development. Furthermore, Bon Secours will not tolerate the use of discriminatory slurs, or other remarks, jokes or conduct, that in the judgment of Bon Secours, encourage or permit an offensive or hostile work environment. Bon Secours also provides reasonable accommodations to disabled employees and applicants as required by law.

2.9.  Patients/Residents Served.  Each party represents and warrants that it and

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5          4

Steadfast 6th 085807

its employees provide services to all patients/residents regardless of a patient's race, sex, sexual orientation, religion, disability, national origin, age, third-party payer coverage or ability to pay.

## 3.   ASSIGNMENTS, TRAINING AND POLICIES AND PROCEDURES.

3.1.   Assignments.   Each Facility has and retains the sole discretion to assign duties, shifts, units, assignments, etc. to Staff assigned to such Facility by Agency during Staff's  hours worked at the Facility, subject to Staff's professional qualifications and Facility's float policy. If Staff refuses an assignment and Staff has not commenced work, Facility shall not owe Agency any amounts in connection with said Staff. If Staff refuses an assignment after commencing work, the Facility shall owe Agency amounts only for actual hours worked by Staff and shall not owe any penalties or other fees as a result of any termination of Staff's assignment.

3.1.1.   Per Diem Staffing.   The Facilities shall use their best efforts to request Staff to fill a Per Diem Staffing need at least two (2) hours prior to the applicable reporting time. If a Facility requests a particular person, Agency shall assign that person to such Facility if the person is available, satisfies the requirements of Section 2.1, and is ready, willing and able to work.

3.1.2.   Long-Term Staff and Scheduling. In the case of Long Term Staffing, the Facilities will place the Staff on a unit schedule for an agreed upon number of shifts per pay period as described in Attachment II (B), Item 6.  The length of the long-term assignment, the assigned unit, the shift(s) and long term compensation shall be in accordance with Attachment II(B), Item 6.

3.2.   Removal of Staff.  If a Facility concludes, in its sole discretion, that Staff assigned to Facility by Agency are not performing their duties in a satisfactory manner or that Staff otherwise fails to satisfy the requirements of Section 2.1 hereof, said Staff shall not be permitted to continue working at such Facility.  Under such circumstances, the Facility may immediately terminate Staff's assignment and ask Staff to leave Facility property. Facility shall immediately inform Agency of any such action and shall not owe any penalties or other fees as a result of such termination.

3.3.   Orientation.   Each Facility shall provide written information to Agency for the purpose of orienting Staff prior to their first assignment at such Facility.    This information shall be provided to Staff by Agency and shall address relevant Facility policies and methods of delivering patient care.   When Staff first commences work at a Facility, such Facility shall provide Staff with information about the location of emergency exits, how to call an emergency, the location of the emergency carts and other information which the Facility requires Staff to know.

3.4.   Evaluations. Facility will evaluate Agency Staff at the conclusion of each Staff assignment (or extension or renewal thereof) and shall provide such evaluations to Agency within thirty (30) days following completion of an assignment. Copies of such evaluations may be provided to Staff by Agency.

DRAFT 04292013
Adapted from 42055 010087 HW_US 25285612v5

5

Steadfast 6th 085808

3.5.   Protection of Information.   Each Facility agrees that it will use reasonable security measures to protect Agency's proprietary information and Staff's personal information from unauthorized access, destruction, use, modification, or disclosures.

## 4.   NON-DISCLOSURE

4.1.   Agency's Obligations.   Agency, during the course of its engagement pursuant to this Agreement, will acquire information concerning the Facilities' finances, business practices, long-term and strategic plans, physical and patient information, confidential employee data, and similar matters (collectively, the "Confidential Information"). The Confidential Information is and shall remain the sole and exclusive property of the relevant Facility. Agency may not at any time during the term of this Agreement or after the termination of this Agreement, for any reason whatsoever, with or without cause, directly or indirectly, use for any purpose or disclose or distribute to any person, corporation, partnership, sole proprietorship, governmental agency, organization, joint venture or other entity any of the Facilities' Confidential Information.

4.1.1.   Agency shall not disclose the contents of this Agreement to any third party, except as may be reasonably required for Agency to obtain the services of Agency's professional advisors or as may be required or expressly permitted by law. Agency shall notify its professional advisors of the nondisclosure requirements of this Agreement.

4.2.   HIPAA and Privacy Compliance.   The parties agree to provide all services contemplated by this Agreement in full compliance with all applicable federal and state laws, regulations, and rules governing the services and the Staff to be provided by Agency. Each party shall ensure its compliance with all applicable obligations under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and implementing regulations, particularly the regulations related to the protection of certain individually identifiable protected health information. 45 CFR Parts 160 and 164 (the "HIPAA Privacy Rule"), as well as all other state and federal laws and the Facilities' applicable policies and procedures relating to Confidential Information.

## 5.   STATUS OF AGENCY, STAFF

5.1.   The parties acknowledge that Agency and the Staff assigned by Agency to the Facilities under this Agreement are independent contractors of the Facilities. In no event will Agency or any Staff assigned to a Facility be deemed a joint venture, partner, employee or agent of any Facility by virtue of this Agreement. The Facilities has no control over the manner or method by which Agency meets its obligations under this agreement; provided that Agency's and Staff's services will be performed in a competent and efficient manner in accordance with current professional standards and in compliance with the various private and governmental entities identified in Section 2.5 hereof.

5.2.   Agency has, retains and will continue to bear sole, exclusive and total legal responsibility as the employer of Staff. This responsibility shall include, but not be limited to, the obligation to ensure full compliance with and satisfaction of 1) all state and federal payroll, income and unemployment tax requirements, 2) all state and federal wage and hour requirements, 3) all workers' compensation insurance requirements, and 4) all other applicable state and federal employment law requirements arising from Agency's

Steadfast 6th 085809

PX-10.048

employment of Staff, the assignment of Staff to a Facility and/or the actual work of Staff at a Facility. The Facilities will not withhold any sums for income tax, Social Security, unemployment insurance, or any other employee withholding, nor will Facility offer Agency or the Staff any employee benefits including, without limitation, pension benefits, worker's compensation coverage, or death and disability insurance. The Facilities shall have no responsibility for locating, paying for, reimbursing for, or providing housing for Staff assigned to a Facility by Agency under this Agreement.

## 6. FEES AND INVOICING.

6.1. <u>Hourly Rates</u>. Hourly rates charged to the Facilities for each category of Staff are listed in Attachment 11 (A) and (B). The schedule of rates appended to this Agreement as Attachment II(A) shall be the only schedule of rates charged to the Facilities for Per Diem Staffing and the schedule of rates appended to this Agreement as Attachment II(B) shall be the only schedule of rates charged to the Facilities for Long Term Staffing services; provided, however, that the rates reflected in Attachments II(A) and (B) may be renegotiated by the parties at the end of each year of the Term. Except as otherwise provided herein, Agency will only be paid for actual hours worked by Staff.

6.1.1. When a Facility cancels a request for Per Diem Staff less than two (2) hours before the scheduled start of a shift or assignment, and Staff cannot be contacted by Agency prior to reporting to the Facility for work, the Facility will pay Agency for two (2) hours in accordance with the applicable rate structure.

6.1.2. If Staff is no longer needed by a Facility after reporting for work and beginning his or her assignment, Staff may be cancelled by such Facility. If Staff is cancelled by a Facility, Agency shall be paid for the actual hours worked by Staff or two (2) hours, whichever is greater, in accordance with the applicable rate structure. Agency shall be solely responsible for satisfying any reporting time pay obligations due Staff under state or federal wage and hour laws.

6.2 <u>Temp to Hire</u>. If Facility would like to employ Agency Staff who have provided services under this Agreement, Facility shall use its best efforts to make its offer of employment within thirty (30) days of the most recently completed assignment. If Facility has paid all applicable outstanding invoices under this Agreement, Facility may hire Agency Staff upon payment of the applicable Conversion Fee set forth below:

Agency Staff has provided 0-173 hours of service to Facility prior to conversion = 15% Conversion Fee

Agency Staff has provided 174-449 hours of service to Facility prior to conversion = 10% Conversion Fee

Agency Staff has provided over 450 hours of service to Facility prior to conversion = No Conversion Fee

In the event that Agency Staff is hired after working a "Pro Re Nata" (PRN) assignment, Facility will pay no conversion fee to Agency.

6.3. <u>Cancellation by Agency</u>. When Agency cancels a confirmed assignment for Per Diem Staff less than two (2) hours prior to the scheduled start of a shift or assignment, and Agency cannot replace that Staff with a substitute acceptable to Facility per

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5          7

Steadfast 6th 085810

the terms of this Agreement, Agency shall pay the Facility a late cancellation fee equal to two (2) hours multiplied by such Staffs hourly rate.

6.4. Invoices.

6.4.1. Facilities shall use the ShiftWise Vendor Management System ("VMS") to assign agency staff. Agency shall submit invoices using the VMS within ninety (90) days after the date Services were rendered.

6.4.2. Bon Secours shall make payment to an escrow agent designated by Shiftwise within thirty (30) days of receiving an invoice; provided, however, that Bon Secours shall only be obligated to make payment if it receives the invoice within ninety (90) days after the date Services were rendered.

6.4.3 The escrow agent will pay Agency according to the terms of the agreement between Agency and ShiftWise.

6.4.4. With respect to any invoice, a Facility may, without triggering any default or penalty hereunder or otherwise being in breach of this Agreement, withhold from any payment otherwise due to Agency an amount that has been incorrectly or inappropriately invoiced (the "Disputed Amount"), provided that such Facility informs Agency in writing within thirty (30) days of receipt of the invoice of the Disputed Amount and the basis for Facility's objection. No Facility shall be charged any penalties, interest, late fees, etc. on amounts deducted in good faith from any invoice. Notwithstanding the foregoing or any provision hereof to the contrary, each Facility shall be individually responsible for the prompt payment of all invoices with respect to services provided by Staff at such Facility and no Facility will withhold payment on an invoice in connection with any payment dispute at another Facility.

7.    INSURANCE.

7.1.   Obligations of Agency.

7.1.1. Professional Liability. At all times during the Term of this Agreement, Agency will maintain, at its sole expense, professional liability insurance coverage (or an appropriate combination of professional liability insurance and umbrella insurance coverage) covering it and its employees for professional liability claims made during and after termination of this Agreement based on conduct or events having occurred during the Term of this Agreement with policy limits of not less than $2,100,000 per occurrence or claim and $6,300.00 annual aggregate, or such amounts per occurrence or claim as shall equal the maximum recovery for medical malpractice actions under the State law in which the facility resides (the "Malpractice Cap") and three times the Malpractice Cap in the annual aggregate. Agency shall name the Facilities as additional certificate holders on all such policy or policies. Agency shall provide the Facilities with certificates of all coverage required under this Agreement, and shall immediately notify the Facilities of any lapse, change, or cancellation in such coverage.

> a) Extended Reporting Obligation. In the event Agency purchases insurance on a claims-made basis, Agency agrees that it will purchase a prior acts insurance policy or an extended reporting endorsement or "tail,"

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5        8

Steadfast 6th 085811

so that there will, at all times through the applicable statute of limitations, be insurance coverage for all acts and omissions of Agency, regardless of whether a claim is made during this Agreement or after it is terminated. Agency shall provide the Facilities with a certificate or policy showing that such insurance coverage has been purchased.

7.1.2.  Workers Compensation and General Liability Insurance.  Throughout the Term, Agency shall further obtain and maintain at Agency's expense with commercial carriers, through self-insurance or some combination thereof, appropriate workers' compensation coverage for the Staff provided to the Facilities pursuant to this Agreement, and professional, casualty and comprehensive general liability insurance covering Agency and the Staff in amounts no less than $1,000,000 per occurrence or claim and $3,000,000 in the annual aggregate, on such basis and upon such terms and conditions as the Facilities deem appropriate.

7.1.3.  Carriers and Documentation.  All policies shall be with carriers that are deemed acceptable by the Facilities.  The Facilities retain the right to revoke its approval of a carrier previously deemed acceptable. All insurance certificates shall provide for at least ten (10) days notification from insurer to the Facilities before coverage is canceled or materially changed. Agency agrees to provide the Facilities with written documentation of such insurance policies as described above prior to the Effective Date of the Agreement.  Agency will promptly notify Facilities in the event such insurance policies are canceled or otherwise not renewed for any reason.  Failure of Agency to notify the Facilities of cancellation or non-renewal will not, in any way, limit Agency's general liability responsibility based on conduct or events having occurred during the term of the Agreement.

7.2.  Risk Management.  Each party shall cooperate with the other party's reasonable risk management and quality assurance activities.   Should either party become aware of an incident or claim which may give rise under the other party's professional or general liability insurance policies, such party agrees to promptly notify the other party of the nature of the claim and report all necessary information related to the claim.  Agency shall make available to the Facilities, upon a Facility's reasonable request, any formal risk management protocol maintained by Agency.

7.3.  Survival.  The provisions of this Section 7 will survive the termination or expiration of this Agreement.

8.  TERM AND TERMINATION

8.1.  Term.  This Agreement shall be effective for a term of two (2) years from the date of execution and shall automatically renew thereafter for additional one (1) year terms unless otherwise terminated in accordance with this Article 8. The initial term and any renewal terms hereof shall be known collectively as the "Term."

8.2.  Termination.  This Agreement may be terminated by either party, at any time, for any reason, with or without cause upon thirty (30) days written notice to the other party.

8.3.  Termination By Law.  The parties intend that this Agreement comply at all times with all existing and future applicable laws, including but not limited to, state and federal anti-kickback laws, the restrictions on the Facilities by virtue of their tax-exempt status, the federal

DRAFT 04292013

Adapted from 42055.010087 HW_US 25285612v5          9

Steadfast 6th 085812

law relating to physician referrals, as well as state laws relating to physician referrals. If at any time, any Facility or Agency receives advice of counsel that there is a substantial risk that this Agreement does not comply with an applicable law, or that this Agreement jeopardizes the exempt status of the Facilities or its bonds, or that a Facility would be legally precluded (as a result of this Agreement) from billing a third-party payer for services, then the parties will use good faith efforts to reform this Agreement in such a manner so that it complies with applicable law or does not preclude the Facilities from billing a third-party payer, as applicable. If, after the exercise of such good faith efforts for a period of at least thirty (30) days, the parties have not agreed on amendment(s) to this Agreement that resolve the legal issues referred to above, either party may terminate this Agreement immediately.

8.4.   Termination Related to Independent Contractor Status.   Either party may terminate this Agreement upon thirty (30) days prior written notice to the non-terminating party if the Internal Revenue Service ("IRS") issues a final determination concluding that Agency or the Staff as to the Facilities do not have independent contractor status. The notice shall contain a copy of the final determination.

8.5.   Effects of Termination.   Upon proper termination of this Agreement, for any reason, no party shall have any further obligation hereunder except for (i) obligations accruing prior to the date of termination, and (ii) obligations, promises or covenants contained herein which are expressly made to extend beyond the Term of this Agreement, including, without limitation, indemnities, professional liability coverage and confidentiality of information.

8.6.   Modifications to Existing Agreement.   Bon Secours may find it necessary to add, delete or otherwise modify certain terms and conditions ("Changes") contained in the Shiftwise Staffing Agreement. In such circumstances, Bon Secours and/or its designated representative, shall provide written notice of such changes to current Agency signatories of the agreement. The changes shall become effective and incorporated into the existing agreement between the parties on the date(s) set forth in the notice upon the Agency's acceptance of a new assignment subsequent to the date of mailing of notice. The parties agree that such written notice shall obviate the need for an executed supplemental addendum.

9.   **INDEMNIFICATION**

9.1.   Agency agrees to indemnify, defend and hold harmless the Facilities and their parents, officers, directors, members, stockholders, subsidiaries, affiliates, and agents from and against any liability, claim, action, loss, cost, damage or expense incurred or suffered by any Facility, directly or indirectly, arising out of a breach of the Agreement or the acts or omissions of Agency or any of its employees or agents arising under or relating to the Agreement, including but not limited to acts or omissions of Agency arising under or related to: (i) any inappropriate release or misuse of the Facilities' Confidential Information by Agency, its employees, agents or subcontractors; (ii) any breach of the confidentiality provisions contained in this Agreement by Agency, its employees, agents or subcontractors; or (iii) any violation by Agency, its employees, agents or subcontractors of any state or federal law or regulation governing the protection of protected health information.

9.2.   Each Facility hereby agrees to indemnify, defend and hold harmless Agency and

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5          10

Steadfast 6th 085813

PX-10.052

its parents, officers, directors, members, stockholders, subsidiaries, affiliates, and agents from and against any liability, claim, action, loss, cost, damage or expense incurred or suffered by Agency directly or indirectly, arising out of a breach of the Agreement or the acts and omissions of such Facility arising under or relating to the Agreement.

9.3.     The provisions of indemnification will survive the termination or expiration of this Agreement.

## 10.    MISCELLANEOUS

10.1.   Survival of Certain Obligations.  Termination of this Agreement shall not affect any obligation of either party which has accrued prior to such termination.

10.2.   Non-Solicitation.  No Facility will personally solicit Staff for employment with Facility during the period of assignment. This will not preclude a Facility from hiring Staff who, on their own initiative, seek employment with the Facility.

10.3.   Access to Books And Records.  At any time during or after the term of this Agreement, all books, documents and records of Agency relating to its performance under this Agreement, including without limitation all federal, state and local tax withholding and other filings and records related to workers' compensation, shall be available for reasonable inspection at any time during Agency's normal business hours upon reasonable notice.

10.4.   Integration.  This document contains the entire Agreement between the parties hereto and supersedes any and all prior negotiations, commitments, agreements and understandings between the parties.   No supplement, amendment or modification to this Agreement shall be of any force or effect unless in writing and signed by both parties.

10.5.   Governing Law.  The validity, performance, construction and interpretation of this Agreement shall be governed by State law in which the Facility resides.

10.6.   Notices.  Any notice to be made in connection with this Agreement shall be in writing and shall be deemed effectively given when delivered in person or sent by registered or certified mail, telegram or telex by one party to the other party, as follows:

Bon Secours:  Bon Secours Health System, Inc.
1505 Marriottsville Road
Marriottsville, MD 21104
Attn: SVP/Chief Administrative Officer

Agency:     [Insert Agency Name]  Medical Staffing of America TA/Steadfast Medical Staffing
[Insert Street Address Line 1] 5750 Chesapeake Blvd, Suite 301
[Insert Street Address Line 2] Norfolk, VA 23513
Attn:  [Insert Title]          Attn: Lisa Pitts, CEO

or such other addresses as any party may specify by written notice to the other.

10.7.   Assignment.  Neither party may assign any rights nor delegate any duties hereunder without the express prior written consent of the other.  However, any Facility, in its

DRAFT 04292013
Adapted from 42055.010087 HW US 25285612v5              11

Steadfast 6th 085814

sole discretion, may assign any rights and delegate any of its duties under this Agreement to its parent organization, or to any of its subsidiaries or affiliated organizations.

10.8.   Severability.   If any part of this Agreement is held by a court of competent jurisdiction of the State in which the Facility resides or federal law to be invalid, void or unenforceable, the remaining provisions will nevertheless continue in full force and effect.

10.9.   Relationship of the Parties.   Agency and the Staff are performing the services and duties hereunder as an independent contractor and not as employees, agents, partners of or joint venturers with the Facilities.   Nothing in this Agreement shall be interpreted or construed as creating or establishing the relationship of employer and employee between Facilities and Agency or any agent or subcontractor of Agency, including without limitation, Staff.   As Agency and Staff are not Facilities' employees, Agency is responsible for paying all required state and federal taxes.

10.10.   Medicare Access to Books and Records.   During the term of this Agreement and for a period of four years after the termination hereof, Agency shall grant access to the following documents to the Secretary of the U.S. Department of Health and Human Services ("Secretary"), the U.S. Comptroller-General and their authorized representatives:   this Agreement, and all books, documents and records necessary to verify the nature and costs of services provided hereunder.   If Agency carries out the duties of this Agreement through a subcontract worth $10,000 or more over a twelve (12) month period with a related organization, this subcontract shall also contain a clause permitting access by the Secretary, Comptroller-General and their authorized representatives to the related organization's books, documents and records.

*[Remainder of page intentionally left blank.]*

DRAFT 04292013
Adapted from 42055.010087 HW_US 252R5612v5          12

Steadfast 6th 085815

**PX-10.054**

IN WITNESS HEREOF, the undersigned have executed this Agreement as of the date first above written.

Bon Secours

By:     Tim Davis
Title:  EVP/Chief Administrative Officer
Date:   9/12/17

[Insert Agency Name] Medical Staffing of AmericaTA/
                     Steadfast Medical Staffing

By:     Lisa Pitts
Title:  CEO
Date:   March 6, 2018

DRAFT 04292013
Adapted from 42055.010087 HW  US 25285612v5          13

Steadfast 6th 085816

PX-10.055

## ATTACHMENT I
### Bon Secours Facilities List

| Bon Secours Facilities | Address |
| --- | --- |
| Bellefonte Physician Services, Inc. | St. Christopher Drive, Ashland, KY 41101 |
| Bon Secours Baltimore | 2000 West Baltimore Street, Baltimore, MD 21223 |
| Bon Secours Community Hospital | 160 East Main Street, P.O. Box 1014, Port Jervis, NY 12771 |
| Bon Secours Hampton Roads Health System - Physician Group | 7007A Harbor View Boulevard, Suite 108, Suffolk, VA 23435 |
| Bon Secours Health System Office | 1505 Marriottsville Road, Marriottsville, MD 21104 |
| Bon Secours Health System Office - Richmond | 8555 Magellan Parkway, Richmond, VA 23227 |
| Bon Secours Maria Manor | 10401 Roosevelt Blvd. North, St. Petersburg, FL 33716 |
| Bon Secours New York Health System | 2995 Independence Avenue, Bronx, NY 10463 |
| Bon Secours Place | 11001 Roosevelt Blvd., Suite 1000, St. Petersburg, FL 33716 |
| Bon Secours Richmond Home Care LLC | 8580 Magellan Parkway, Richmond, VA 23227 |
| Bon Secours Richmond Medical Group | 7229 Forest Avenue, Suite 203, Richmond VA 23226 |
| Bon Secours St. Petersburg Home Care Services | 11001 Roosevelt Blvd N #1000, St Petersburg, FL 33716 |
| Bon Secours Virginia Outpatient Infusion Center | 5801 Bremo Road, Richmond, VA 23226 |
| BSCHS Medical Group, PC | 255 Lafayette Avenue, Suffern, NY 10901 |
| BSHR - Shared Services | 5818 Harbour View Blvd, Suite A1, Suffolk, VA 23435 |
| DePaul Medical Center | 150 Kingsley Lane, Norfolk, VA 23605 |
| Good Samaritan Hospital | 255 Lafayette Avenue, Suffern, NY 10901 |
| GSH Medical Care PC | 15 Jersey Avenue, Port Jervis, NY 12771 |
| Mary Immaculate Hospital | 2 Bernadine Drive, Newport News, VA 23602 |
| Maryview Medical Center | 3636 High Street, Portsmouth, VA 23707 |
| Maryview Nursing Care Center | 4775 Bridge Road, Suffolk, VA 23435 |
| McCall Hospice House of Greenville | 1836 West Georgia Road, Simpsonville, SC 29680 |
| Memorial Regional Medical Center | 8260 Atlee Road, Mechanicsville, VA 23116 |
| Mount Alverno Center | 20 Grand Street, Warwick, NY 10990 |
| Our Lady of Bellefonte Hospital | 1000 St. Christopher Drive, Ashland, KY 41101 |
| Province Place of DePaul | 6403 Granby Street, Norfolk, VA 23505 |
| Province Place of Maryview | One Bon Secours Way, Portsmouth, VA 23703 |
| RHS - Shared Services | 8580 Magellan Parkway, Richmond, VA 23227 |
| Richmond Community Hospital | 1500 N. 28th Street, Richmond, VA 23223 |
| Schervier Pavilion | 22 Van Duzer Pl, Warwick, NY 10990 |
| St. Anthony Community Hospital | 15 Maple Avenue, Warwick, NY 10990 |
| St. Francis Eastside | 125 Commonwealth Dr., Greenville, SC |
| St. Francis Hospital | 1 St. Francis Drive, Greenville, SC 29601 |
| St. Francis Medical Center | 13710 St. Francis Blvd., Midlothian, VA 23114 |
| St. Francis Nursing Care | 4 Ridgewood Parkway, Newport News, VA 23602 |
| St. Francis Physician Services | 10 Enterprise Boulevard, Suite 109, Greenville, SC 29615 |
| St. Mary's Hospital | 5801 Bremo Road, Richmond, VA 23226 |
| Summerhill at Stony Point | 9250 Forest Hill Avenue, Richmond, VA 23235 |
| Virginia Healthsource | 7229 Forest Avenue, Suite 208, Richmond, VA 23226 |

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5

14

Steadfast 6th 085817

## ATTACHMENT 11
### Rate Plans

Florida

| Staff Type | Per Diem Base | Long Term Base | On Call | Call Back | Overtime | Holiday |
|---|---|---|---|---|---|---|
| Accounts Payable Clerk | $18.66 | $18.66 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Admin Assistant | $21.01 | $21.01 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A | $16.88 | $16.88 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A - Skilled Nursing Facility | $17.07 | $25.65 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Certified Surgical Assistant | $25.65 | $50.50 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Data Entry Clerk | $19.44 | $19.44 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| LPN | $31.35 | $37.83 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Med Lab Tech | $35.00 | $45.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Medical Assistant | $18.50 | $19.76 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Occupational Therapist | $64.71 | $67.50 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Patient Services Representative | $17.28 | $17.28 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Phlebotomist | $22.00 | $17.28 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Physical Therapist | $61.50 | $55.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Respiratory Therapist | $48.00 | $52.60 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Non Specialty | $43.00 | $50.75 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Specialty | $47.15 | $56.45 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Social Worker | $52.00 | $39.91 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Sterile Processing Tech | $39.91 | $39.91 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Surgical Tech | $42.29 | $46.24 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Ultrasound Tech | $36.30 | $42.33 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Unit Secretary | $22.39 | $21.62 | $6.00 | Std + $10 | Std + $10 | Std + $10 |

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5

Steadfast 6th 085818

PX-10.057

Kentucky

| Staff Type | Per Diem Base | Long Term Base | On Call | Call Back | Overtime | Holiday |
|---|---|---|---|---|---|---|
| Accounts Payable Clerk | $19.03 | $20.48 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Admin Assistant | $21.34 | $21.58 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A | $24.08 | $24.94 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A - Skilled Nursing Facility | $27.14 | $27.91 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Certified Surgical Assistant | $51.50 | $50.50 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Data Entry Clerk | $18.35 | $18.07 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| LPN | $38.24 | $41.39 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Med Lab Tech | $47.35 | $53.94 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Medical Assistant | $24.81 | $25.08 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Occupational Therapist | $61.55 | $65.55 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Patient Services Representative | $18.55 | $20.12 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Phlebotomist | $29.08 | $33.36 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Physical Therapist | $62.95 | $66.95 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Respiratory Therapist | $52.05 | $54.05 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Non Specialty | $51.00 | $54.75 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Specialty | $52.00 | $56.13 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Social Worker | $43.99 | $42.30 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Sterile Processing Tech | $35.40 | $43.66 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Surgical Tech | $40.75 | $47.25 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Ultrasound Tech | $68.13 | $73.13 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Unit Secretary | $20.24 | $20.53 | $6.00 | Std + $10 | Std + $10 | Std + $10 |

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5

16

Steadfast 6th 085819

Maryland

| Staff Type | Per Diem Base | Long Term Base | On Call | Call Back | Overtime | Holiday |
|---|---|---|---|---|---|---|
| Accounts Payable Clerk | $20.33 | $21.30 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Admin Assistant | $21.48 | $21.30 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A | $25.45 | $21.30 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A - Skilled Nursing Facility | $28.16 | $29.22 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Certified Surgical Assistant | $52.17 | $50.50 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Data Entry Clerk | $18.23 | $18.04 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| LPN | $47.32 | $47.32 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Med Lab Tech | $43.28 | $63.57 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Medical Assistant | $24.79 | $25.10 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Occupational Therapist | $66.08 | $66.62 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Patient Services Representative | $20.14 | $20.86 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Phlebotomist | $34.40 | $49.56 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Physical Therapist | $67.53 | $67.53 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Respiratory Therapist | $55.19 | $56.42 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Non Specialty | $60.41 | $60.28 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Specialty | $63.15 | $62.97 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Social Worker | $43.16 | $41.08 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Sterile Processing Tech | $36.05 | $45.72 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Surgical Tech | $49.29 | $49.08 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Ultrasound Tech | $73.73 | $73.72 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Unit Secretary | $20.40 | $20.74 | $6.00 | Std + $10 | Std + $10 | Std + $10 |

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5

17

Steadfast 6th 085820

PX-10.059

New York - Metro

| Staff Type | Per Diem Base | Long Term Base | On Call | Call Back | Overtime | Holiday |
|---|---|---|---|---|---|---|
| Accounts Payable Clerk | $19.06 | $17.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Admin Assistant | $21.22 | $25.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A | $23.00 | $26.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A - Skilled Nursing Facility | $24.50 | $20.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Certified Surgical Assistant | $50.38 | $50.40 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Data Entry Clerk | $18.01 | $18.20 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| LPN | $55.50 | $60.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Med Lab Tech | $46.00 | $62.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Medical Assistant | $24.38 | $24.81 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Occupational Therapist | $68.00 | $73.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Patient Services Representative | $18.29 | $19.53 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Phlebotomist | $26.00 | $34.09 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Physical Therapist | $68.00 | $73.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Respiratory Therapist | $58.00 | $62.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Non Specialty | $62.50 | $69.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Specialty | $68.63 | $71.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Social Worker | $59.00 | $59.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Sterile Processing Tech | $45.00 | $57.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Surgical Tech | $54.00 | $57.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Ultrasound Tech | $69.88 | $79.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Unit Secretary | $20.75 | $21.18 | $6.00 | Std + $10 | Std + $10 | Std + $10 |

Steadfast 6th 085821

PX-10.060

New York – Non- Metro

| Staff Type | Per Diem Base | Long Term Base | On Call | Call Back | Overtime | Holiday |
|---|---|---|---|---|---|---|
| Accounts Payable Clerk | $20.33 | $21.30 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Admin Assistant | $21.48 | $21.30 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A | $25.45 | $21.30 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A - Skilled Nursing Facility | $28.16 | $29.22 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Certified Surgical Assistant | $52.17 | $50.50 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Data Entry Clerk | $18.23 | $18.04 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| LPN | $55.80 | $55.80 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Med Lab Tech | $43.28 | $63.57 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Medical Assistant | $24.79 | $25.10 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Occupational Therapist | $66.08 | $69.08 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Patient Services Representative | $20.14 | $20.86 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Phlebotomist | $49.56 | $49.56 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Physical Therapist | $70.83 | $67.53 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Respiratory Therapist | $59.63 | $58.57 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Non Specialty | $66.41 | $66.41 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Specialty | $70.23 | $70.23 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Social Worker | $43.16 | $41.08 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Sterile Processing Tech | $36.05 | $45.72 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Surgical Tech | $51.44 | $52.17 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Ultrasound Tech | $78.63 | $74.25 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Unit Secretary | $20.40 | $20.74 | $6.00 | Std + $10 | Std + $10 | Std + $10 |

Steadfast 6th 085822

PX-10.061

South Carolina

| Staff Type | Per Diem Base | Long Term Base | On Call | Call Back | Overtime | Holiday |
|---|---|---|---|---|---|---|
| Accounts Payable Clerk | $13.35 | $20.51 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Admin Assistant | $14.37 | $21.44 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A | $18.00 | $24.06 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A - Skilled Nursing Facility | $25.65 | $26.93 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Certified Surgical Assistant | $50.38 | $50.50 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Data Entry Clerk | $12.33 | $18.08 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| LPN | $42.50 | $45.98 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Med Lab Tech | $65.00 | $65.50 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Medical Assistant | $24.38 | $24.81 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Occupational Therapist | $70.00 | $68.50 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Patient Services Representative | $10.96 | $19.53 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Phlebotomist | $45.00 | $51.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Physical Therapist | $70.00 | $68.50 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Respiratory Therapist | $60.00 | $56.67 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Non Specialty | $54.50 | $57.98 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| RN Specialty | $62.00 | $65.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Social Worker | $45.61 | $45.87 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Sterile Processing Tech | $45.00 | $45.98 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Surgical Tech | $49.00 | $47.98 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Ultrasound Tech | $72.00 | $71.00 | $6.00 | Std +$20 | Std +$20 | Std +$20 |
| Unit Secretary | $20.75 | $20.75 | $6.00 | Std + $10 | Std + $10 | Std + $10 |

DRAFT 04292013
Adapted from 42055.010087 IIW_US 25285612v5

20

Steadfast 6th 085823

Hampton Roads

| Staff Type | Per Diem Base | Long Term Base | On Call | Call Back | Overtime | Holiday |
|---|---|---|---|---|---|---|
| Accounts Payable Clerk | $20.00 | $26.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Admin Assistant | $20.00 | $26.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A | $20.50 | $27.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A - Skilled Nursing Facility | $20.50 | $27.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Certified Surgical Assistant | $46.00 | $53.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Data Entry Clerk | $18.00 | $24.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| LPN | $37.00 | $45.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Med Lab Tech | $37.00 | $45.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Medical Assistant | $24.00 | $30.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Occupational Therapist | $65.00 | $70.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Patient Services Representative | $20.00 | $26.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Phlebotomist | $24.00 | $30.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Physical Therapist | $65.00 | $70.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Respiratory Therapist | $45.00 | $54.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| RN Non Specialty | $46.00 | $53.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| RN Specialty | $50.00 | $60.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Social Worker | $48.50 | $55.50 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Sterile Processing Tech | $35.00 | $45.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Surgical Tech | $38.00 | $48.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Ultrasound Tech | $51.00 | $62.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Unit Secretary | $18.00 | $24.00 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Certified Professional Coder | $63.88 | $63.88 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Echocardiographer | $65.00 | $70.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| PTA | $45.00 | $55.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Medical Technologist | $46.00 | $53.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| MRI Tech | $51.00 | $62.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Nuclear Med Tech | $54.00 | $64.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| OR Tech | $50.25 | $48.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Pharmacist | $85.00 | $97.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Speech Therapist | $60.00 | $65.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Vascular Sonographer | $65.00 | $70.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |

DRAFT 04292013
Adapted from 42055.010087 ITW_US 252R5612v5

Steadfast 6th 085824

PX-10.063

Richmond

| Staff Type | Per Diem Base | Long Term Base | On Call | Call Back | Overtime | Holiday |
|---|---|---|---|---|---|---|
| Accounts Payable Clerk | $21.00 | $27.30 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Admin Assistant | $21.00 | $27.30 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A | $21.53 | $28.35 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| C.N.A - Skilled Nursing Facility | $21.53 | $28.35 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Certified Surgical Assistant | $48.30 | $55.65 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Data Entry Clerk | $18.90 | $25.20 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| LPN | $38.85 | $47.25 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Med Lab Tech | $38.85 | $47.25 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Medical Assistant | $25.20 | $31.50 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Occupational Therapist | $68.25 | $73.50 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Patient Services Representative | $21.00 | $27.30 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Phlebotomist | $25.20 | $31.50 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Physical Therapist | $68.25 | $73.50 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Respiratory Therapist | $47.25 | $56.70 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| RN Non Specialty | $46.00 | $56.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| RN Specialty | $50.00 | $58.00 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Social Worker | $50.93 | $58.28 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Sterile Processing Tech | $36.75 | $47.25 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Surgical Tech | $39.90 | $50.40 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Ultrasound Tech | $53.55 | $65.10 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Unit Secretary | $18.90 | $25.20 | $6.00 | Std + $10 | Std + $10 | Std + $10 |
| Certified Professional Coder | $67.07 | $67.07 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Echocardiographer | $68.25 | $73.50 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| PTA | $47.25 | $56.70 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Medical Technologist | $48.30 | $55.65 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| MRI Tech | $53.55 | $65.10 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Nuclear Med Tech | $56.70 | $67.20 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| OR Tech | $52.76 | $51.66 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Pharmacist | $89.25 | $101.85 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Speech Therapist | $63.00 | $68.25 | $6.00 | Std + $20 | Std + $20 | Std + $20 |
| Vascular Sonographer | $68.25 | $73.50 | $6.00 | Std + $20 | Std + $20 | Std + $20 |

Steadfast 6th 085825

PX-10.064

## ATTACHMENT II (A)

### Rate Plan Modifiers (Clinical Staff)

1. Staff shall receive at least 16 hours of orientation from the Facility to which such Staff is assigned. The Facilities shall not be charged for the first eight (8) hours of orientation.

2. All Overtime hours require prior written approval by the Facility to which the relevant Staff is assigned.

3. Holiday Rates shall be applicable for the following holidays only. Holiday rates will be paid for all hours worked according to the schedule below:

| | | |
|---|---|---|
| New Year's Day | 12 AM through 12AM of the holiday | 24 hours |
| Christmas Day | 12 AM through 12AM of the holiday | 24 hours |
| Thanksgiving Day | 12 AM through 12AM of the holiday | 24 hours |
| Memorial Day | 12 AM through 12AM of the holiday | 24 hours |
| July 4th | 12 AM through 12AM of the holiday | 24 hours |
| Labor Day | 12 AM through 12AM of the holiday | 24 hours |

4. Nursing Specialty billing rates shall be applied to the following departments: Emergency Room, ICU, Telemetry, Cath Lab, Operating Room, PACU, PICU, and Psych.

5. Nursing Non-Specialty rates will be applied to the following departments: Med/Surg, Nursery, and Pediatrics.

6. Facilities guarantee that each Staff with a Long-Term Staffing assignment will be given 36 hours per week of work; provided, however, that a Facility is allowed to cancel three (3) shifts per 13 week assignment without charge. For any cancellation of assignment without "cause", the Facilities agree to provide 2-weeks notice. If a Facility is unable to provide 2-weeks notice, Agency may charge Facility for 72 hours of work at the applicable bill rate.

7. Agency Staff will be expected to float between the Facilities as per hospital policy and in accordance with JCAHO standards and Staffs skill sets.

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5          23

Steadfast 6th 085826

## ATTACHMENT III

### REGISTRY PERSONNEL-FILE REQUIREMENTS

All such screening information shall be made immediately available to a Facility by Agency upon request.

#### Application

> Resume / Experience (1 year current and relevant experience in file, Within 2 years assignment to a facility)
> Reference Checks – at least two from recent employment
> Criminal Background Check (including criminal history; and involvement in malpractice claims; convictions for felonies and misdemeanors)
> OIG excluded provider list (Within 12 months preceding each placement)
> SAM (System for Awards Management) Search
> I-9 documentation
> Copy of Social Security card
> Photo ID

#### License Verification (current and unrestricted) On Hire

> Copy of Current License
> Primary Source Verification of licensure and appropriate certification in the State in which the Facility resides.

#### Orientation

> History of the Facility
> Spiritual Care
> Service Excellence Pledge Code of Conduct
> Confidentiality Statement
> Photo ID Form
> Absenteeism Policy
> Harassment form and pamphlet
> Successful completion of competency exam(s)

#### Regulatory Requirements (Required for all Clinical Agency employees)

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5          24

Steadfast 6th 085827

Staff must be able to speak, write and read the English language sufficiently to communicate with patients/residents and staff and to complete required documentation.

Cultural Diversity

Utilities Management

Fire/Life and Electrical Safety

Infection Control, Standard Precautions and Exposure Control Plan for TB Exposure Control Plan for Blood borne Pathogens, MSDS, Hazardous Materials Waste Management and Emergency Preparedness

Radiation Safety

Body Mechanics

Security in Hospitals and Facilities

Violence in the Workplace (Emergency Department, OB/Women's Health, Psych) Privacy and Confidentiality: HIPPA

Age Specific Related Care

Advance Directives

Patient Rights

Child/Dependent Abuse, Elder Abuse, and Domestic Violence Reporting

National Patient Safety Goals: JCAHO

Pain Assessment/5th Vital Sign and Pain Management

End of Life Care

Organ Donation

## Annual Update

- General Safety
- Life Safety
- Hazardous Materials (MSDS)
- Emergency Preparedness
- Pain Management

- Infection
- Body Mechanics
- Age Specific
- Restraints

## Continuing Education Credits

## Evaluation

First work shift in each Facility

Annual (from Facility)

Annual Summary (given by agency)

## DNS Documentation

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5          25

Steadfast 6th 085828

PX-10.067

# CLINICAL STAFF REQUIREMENTS

## Current Certification (As applicable. 2 year renewals, unless otherwise stated)

BCLS (adult, infant and child) *Travelers/Long term placement must have American/Canadian Heart Association Health Care Provider Card or Red Cross Professional Healthcare Provider CPR.
AHA    ACLS    AHA
PALS NRP
Fetal Monitoring (every 3 years)
Advanced Fetal Update
MAB's (Management Assaultive Behavior)

## Pre-Employment Testing (As applicable)

Pharmacology Medication Test (85%)

## Health Screening: at Time of Hire

Physician Statement of Good Health / Physical within one year of start date
Two-step PPD (2 within 12 months of start date) OR chest x-ray within 4 years if positive. TB screening within 1 year if symptom free.
Hepatitis B, declination, or titer
Rubella vaccine, MMR, or positive titer
Varicella vaccine, positive titer or history
Influenza vaccine
Urine Drug Screening (amphetamines, barbiturates, cocaine, cannabinoid, PCP)
Latex Allergy screening (within 1 year of start date)
3M n95 FIT test certification within 1 year of start date
Ishihara color blindness test
Other infectious diseases (may result in restricted assignments)
Identified physical limitation

## Health Screening Annual

PPD (if past positive PPD, annual survey for TB symptoms with chest x-ray a minimum of every 4 years)

Infectious diseases (may result in restricted assignments)

# NON-CLINICAL STAFF REQUIREMENTS

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5

26

Steadfast 6th 085829

PX-10.068

**Current Certification (As applicable. 2 year renewals, unless otherwise stated)**

**Pre-Employment Testing (As applicable)**

### Health Screening: at Time of Hire

Physician Statement of Good Health / Physical within one year of start date
Two-step PPD (2 within 12 months of start date) OR chest x-ray within 4 years if positive.
   TB screening within 1 year if symptom free.
Influenza vaccine
Urine Drug Screening (amphetamines, barbiturates, cocaine, cannabinoid, PCP)
Identified physical limitation

### Health Screening Annual

PPD (if past positive PPD, annual survey for TB symptoms with chest x-ray a minimum of every 4 years)

### Financial Check (Applicable for the following positions)

- All levels of Finance (Central Accounts Payable, A/R (Business Office Clerks/Supervisors/Managers)
- All levels of Revenue Cycle
- Payroll
- All levels of Internal Audit
- All levels of Foundation
- All levels of Claims Management
- Information Technology ("Security" positions only)
- Materials Management (Buyers and their Supervisors only)
- Cashiers
- All Human Resources
- Admitting Clerks (with the exception of Bon Secours Virginia Medical Group)

DRAFT 04292013
Adapted from 42055.010087 HW_US 25285612v5

Steadfast 6th 085830

**PX-10.069**

Steadfast 6th 085831

PX-10.070

DocuSign Envelope ID: CB7C5C97-2A9A-4A41-A041-9BF3247D1B91

| Benefits | Basic $49/ Month | Plus $99/ Month | Premium $249/ Month |
|---|---|---|---|
| ShiftWise Access | ✓ | ✓ | ✓ |
| Help Desk Support | Email & Phone Support M-F 5a-5p PST | Email & Phone Support M-F 5a-5p PST | Email & Phone Support 24x7x365 |
| Escrow Payment Plan | 10 Business Days Payments | 7 Business Days Payments | 3 Business Days Payments |
| Direct Deposit | Not Included | Included | Included |
| ShiftWise Time Trax | Unlimited | Unlimited | Unlimited |
| Additional Training | Free Weekly Training Classes | Free Weekly Training Classes | Free Weekly Training Classes |
| Supplier Promotion | Hospital Search Page Logo Included | Login Page Logo & Hospital Search Page Logo Included | Login Page Logo & Hospital Search Page Logo Included |
| Staff Uploads | Not Included | One-Time Staff Upload | Unlimited Staff Uploads |
|  | SIGN UP! | SIGN UP! | SIGN UP! |

**IV.    TAXES.** All fees and other amounts payable by SUPPLIER under this Agreement are exclusive of taxes and similar assessments. SUPPLIER is responsible for all sales, use, excise, and SaaS taxes, and any other similar taxes, duties and charges of any kind imposed by any federal, state or local governmental or regulatory authority on any amounts payable by SUPPLIER hereunder, other than any taxes imposed on ShiftWise's income. To the extent permitted by applicable law, ShiftWise has the right to charge, collect, withhold, pay, or transmit to the applicable authorities any taxes owed by SUPPLIER.

**V.    BILLING AND PAYMENT**

A.    All STAFF CHARGES, invoices for STAFF CHARGES, and related timekeeping documents must be submitted by SUPPLIER, processed, and invoiced through the APPLICATION SERVICE. All other requirements, deadlines, and procedures relating to billing and payment of STAFF CHARGES (including submission and review deadlines, and procedures for resolving any billing or payment disputes) are governed by each HDO's policies and procedures, and relationship with SUPPLIER.

B.    HDOs are expected to remit payment for the amount of all approved STAFF CHARGES by depositing this amount into an escrow account designated by ShiftWise. ShiftWise will cause SUPPLIER to be paid the deposited amount, less the SERVICE FEE and PROCESSING FEE, pursuant to the Benefit plan selected by SUPPLIER. ShiftWise will have no obligation to cause any amount to be paid to SUPPLIER unless and until HDO deposits such amount into the escrow account. Any amounts that are deposited by HDO into the escrow account but remain in dispute (according to notice provided by HDO or SUPPLIER) will remain in the escrow account until ShiftWise receives notice from the HDO that the dispute has been resolved by HDO and SUPPLIER.

**VI.    PLACEMENT OBLIGATION.** SUPPLIER agrees to use the APPLICATION SERVICE in connection with any and all placements of STAFF with an HDO. In order to monitor SUPPLIER's usage of the APPLICATION SERVICE and to improve

Steadfast 6th 085832

PX-10.071

DocuSign Envelope ID: CB7C5C97-2A9A-4A41-A041-9BF3247D1B91

utilization of efficiencies of the APPLICATION SERVICE, ShiftWise retains the right to perform periodic "spot checks" of HDOs' records (and other records) to assess compliance with this provision. In the event ShiftWise determines that SUPPLIER has placed STAFF with an HDO other than through the APPLICATION SERVICE, (A) SUPPLIER will pay to ShiftWise a fee of five percent (5%) of the total amounts paid or owed to SUPPLIER by such HDO in connection with such placements; (B) ShiftWise will have the right to terminate this Agreement, and any other Agreement between ShiftWise and SUPPLIER, for breach; and (C) SUPPLIER will be liable to ShiftWise for any and all costs and expenses, including reasonable attorneys' fees, incurred by ShiftWise in order to enforce its rights under this provision.

VII.    **NO SUBCONTRACTING.** SUPPLIER is prohibited from subcontracting with, or otherwise utilizing, a third-party employer or agency to place STAFF with an HDO pursuant to this Agreement.

VIII.   **SUPPORT, MAINTENANCE, AND TRAINING.** During the term of this Agreement, ShiftWise will provide support and maintenance of the APPLICATION SERVICE, and general training with respect to the APPLICATION SERVICE, at no additional cost to the SUPPLIER (i.e., in exchange for the SERVICE FEE), provided that SUPPLIER's use of the APPLICATION SERVICE complies with SUPPLIER's contractual obligations and applicable law. ShiftWise will use commercially reasonable efforts to schedule maintenance during periods outside of SUPPLIER's normal business hours and will provide SUPPLIER with at least forty-eight (48) hours' prior written notice of scheduled maintenance where the system will be unavailable. ShiftWise will provide SUPPLIER with live telephone support in accordance with SUPPLIER's selected SUPPLIER Benefit Plan. ShiftWise will respond within one (1) hour from the time the SUPPLIER notifies ShiftWise with system repair to be made by ShiftWise as soon as commercially practicable. If ShiftWise decides to cease support and maintenance for the APPLICATION SERVICE because it will no longer make the APPLICATION SERVICE commercially available, ShiftWise will provide SUPPLIER with at least thirty (30) days' prior written notice.

IX.     **SYSTEM FAILURE.** System availability will be measured as a percentage of time the APPLICATION SERVICE are available to SUPPLIER. Except for downtime due to scheduled maintenance, ShiftWise warrants that system availability will be ninety-nine percent (99.0%) of available time. Available time will be measured between 12:00AM to 11:59PM CST Monday through Sunday but shall not include any periods of scheduled maintenance.

X.      **TERMINATION**

    A.      <u>Term.</u> This Agreement is terminable upon thirty (30) days' prior written notice from either SUPPLIER or ShiftWise.

    B.      <u>Termination for Breach.</u> Either party may terminate this Agreement for a material breach of its terms provided that the party provides the other party with written notice of the breach and the other party fails to cure the breach within thirty (30) days of its receipt of such notice.

    C.      <u>Bankruptcy.</u> Either party may terminate this Agreement immediately by written notice to the other party if there occurs any assignment of the other party's assets for the benefit of creditors, any dissolution of the other party, any voluntary act of bankruptcy by the other party, or any involuntary filing under any bankruptcy law against the other party which is not dismissed within thirty (30) days of filing.

    D.      <u>Effect.</u> Upon expiration or termination of this Agreement for any reason:

        1.   All licenses and other rights granted to SUPPLIER under this Agreement will become null and void.
        2.   SUPPLIER must destroy any back-up copies of SHIFTWISE PRODUCT(S) in its possession.
        3.   All outstanding obligations or commitments of either party to pay amounts to the other party, if any, will become immediately due and payable.
        4.   Neither party will have any right to receive any compensation, reimbursement or other amounts from the other party solely as a result of such termination.

XI.     **CONFIDENTIAL INFORMATION.**

    A.      <u>Definition.</u> "Confidential Information" means all confidential and proprietary information, regardless of the format in which it is provided, of either party or any third party whether or not marked "confidential" or "proprietary", or specifically identified at the time of the disclosure as confidential or proprietary, including,

Steadfast 6th 085833

DocuSign Envelope ID: CB7C5C97-2A9A-4A41-A041-9BF3247D1B91

without limitation, trade secrets, methodologies, business plans, data, cost and price data, marketing information, software, computer and telecommunications systems, memoranda, papers, letters, e-mail, notes, plans, documentation, records, and all copies thereof, relating to the existing or planned business or technology of the disclosing party, and any software in source code or object code form, processes, specifications, or data developed in connection with this Agreement. In addition, information and data that contains protected health information ("PHI") or which by its nature the receiving party knows or reasonably should know is confidential is "Confidential Information." Information and data, whether written or oral, which is designated by the disclosing party as confidential will be presumed "Confidential Information" by the receiving party. Both ShiftWise and SUPPLIER acknowledge and agree that any information and data that ShiftWise, SUPPLIER, or any third party inputs into the SHIFTWISE PRODUCT(S) or that is generated by the SHIFTWISE PRODUCT(S) is "Confidential Information."

B.      Duties. Each party must use commercially reasonable efforts to hold and safeguard the other party's Confidential Information in confidence. Confidential Information may only be used for exercising rights and fulfilling obligations under this Agreement or for the provision of other professional services by ShiftWise to SUPPLIER. Each party will retain ownership of its Confidential Information. Each party acknowledges that the disclosing party may suffer irreparable damage upon the receiving party's breach of this Section and that such damages may be difficult to quantify. Therefore, each party hereby agrees that the other party will be entitled to file an action of injunctive relief, in addition to any other remedy that it may have.

XII.    HDO-SUPPLIER AGREEMENT AND PASS THROUGH TERMS. Each of SUPPLIER's relationships with an HDO will be governed solely by an HDO-SUPPLIER AGREEMENT. ShiftWise will provide SUPPLIER with notice of any PASS THROUGH TERMS, and SUPPLIER agrees comply with such PASS THROUGH TERMS, which will become part of this Agreement when ShiftWise provides SUPPLIER with notice thereof.

XIII.   WARRANTIES AND DISCLAIMERS

A.      Warranties. Each party warrants to the other that it has all necessary rights, power and authority to enter into this Agreement and to grant the rights granted by such party under this Agreement.

B.      Disclaimer. OTHER THAN THE WARRANTIES SET FORTH IN THIS SECTION, THE SHIFTWISE PRODUCT(S) AND ANY ACCOMPANYING WRITTEN MATERIALS ARE PROVIDED "AS IS" WITHOUT EXPRESS OR IMPLIED WARRANTY OF ANY KIND. SHIFTWISE FURTHER DISCLAIMS ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SHIFTWISE EXPRESSLY DISCLAIMS ANY FITNESS FOR A PARTICULAR PURPOSE OF ANY STAFF. SHIFTWISE DOES NOT WARRANT THAT THE SHIFTWISE PRODUCT(S) WILL BE ERROR FREE OR WILL OPERATE WITHOUT INTERRUPTION.

XIV.    LIMITATION OF LIABILITY. EACH PARTY AGREES TO INDEMNIFY AND HOLD HARMLESS THE OTHER PARTY FROM AND AGAINST ANY AND ALL THIRD PARTY CLAIMS, LOSSES, DAMAGES, COSTS AND EXPENSES (INCLUDING REASONABLE ATTORNEY'S FEES) TO THE EXTENT CAUSED BY SUCH PARTY'S MATERIAL BREACH OF THIS AGREEMENT SUBJECT TO: (A) THE INDEMNIFIED PARTY PROMPTLY PROVIDING THE INDEMNITOR WRITTEN NOTICE OF THE CLAIM; (B) THE INDEMNITOR'S RIGHT TO CONTROL THE DEFENSE AND SETTLEMENT OF THE CLAIM (PROVIDED THAT THE INDEMNITOR MAY NOT SETTLE OR DEFEND ANY CLAIM WITHOUT THE INDEMNIFIED PARTY'S CONSENT, UNLESS IT UNCONDITIONALLY RELEASES THE INDEMNIFIED PARTY FROM ALL LIABILITY); AND (C) THE INDEMNIFIED PARTY PROVIDING REASONABLE ASSISTANCE TO THE INDEMNITOR. THIS OBLIGATION SHALL EXPRESSLY SURVIVE THE EXPIRATION OR TERMINATION, FOR WHATEVER REASON, OF THIS AGREEMENT.

XV.     MISCELLANEOUS

Steadfast 6th 085834

DocuSign Envelope ID: CB7C5C97-2A9A-4A41-A041-9BF3247D1B91

A.     **Conflicts.** In the event of a conflict between any terms of the Agreement and any terms of the EULA incorporated by reference herein, the terms of the EULA shall supersede and control.

B.     **Entire Agreement.** This Agreement, including any exhibits, attachments, or documents incorporated by reference herein, sets forth the parties' entire understanding as to the subject matter hereof and may not be modified, amended, supplemented or waived except in a writing duly signed by both parties.

C.     **Severability.** In the event that any of the provisions of this Agreement are held by a court of competent jurisdiction to be illegal, invalid or unenforceable, such provisions will be limited or eliminated to the minimum extent necessary so that this Agreement will otherwise remain in full force and effect.

D.     **Choice of Law/Venue.** The laws of the State of Oregon shall govern the validity and interpretation of any term(s) or provision(s) of this Agreement or of the rights and duties of the parties without regard to principles of conflict of law. Each party agrees to submit to the jurisdiction of the courts of the State of Oregon with respect to any action arising out of this Agreement.

E.     **Attorneys' Fees.** In any and all actions at law or equity arising out of this Agreement, the prevailing party shall be entitled to reasonable and necessary attorneys' fees and costs in addition to any other relief to which it may be entitled.

F.     **Assignment.** Neither party may assign this Agreement, or delegate any rights or obligations under this Agreement, without the prior written consent of the other party, and such consent shall not be unreasonably withheld, other than in connection with an acquisition of all or substantially all of such party's business, stock or assets by merger, sale or otherwise, and any attempt to do so will be void.

IN WITNESS WHEREOF, the parties executed this Agreement as of the Effective Date.

SUPPLIER:     Stead Fast Medical Staffing          SHIFTWISE, INC.

BY:     *Lisa Pitts*                                BY:     _____
        952028C08930452
NAME.   Lisa Pitts                                  NAME:   _____

TITLE   CEO                                         TITLE:  _____

DATE.   3/6/2018                                    DATE:   9/12/2017

Steadfast 6th 085835

DocuSign Envelope ID: CB7C5C97-2A9A-4A41-A041-9BF3247D1B91

## Attachment A

The SHIFTWISE PRODUCT(S) that SUPPLIER is permitted to use pursuant to this Agreement (the APPLICATION SERVICE) are those signed with the initials of a duly-authorized ShiftWise representative below.



ShiftWise Connect VMS

Standard ShiftWise VMS

ShiftWise Connect Mobile

Staff Time Tracker

TimeTrax

Steadfast 6th 085836

PX-10.075

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

## SUPPLEMENTAL STAFFING AGREEMENT

**THIS AGREEMENT** is made as of this 22nd day of November, 2016 by and between **Medical Facilities of America LXXVI (76) Limited Partnership t/a Charlottesville Health & Rehabilitation Center** located at 505 Rio Road West, Charlottesville, VA 22901 (hereinafter "HEALTHCARE CENTER") and **SteadFast Medical Staffing, LLC**, with an office located at 5750 Chesapeake Boulevard, Suite 103, Norfolk, VA 23513 (hereinafter "SUPPLEMENTAL STAFFING SERVICE").

### WITNESSETH:

**WHEREAS,** HEALTHCARE CENTER operates a long-term care facility, the patients of which require on-site medical treatment and supervision; and

**WHEREAS,** Medical Facilities of America, Inc. (hereinafter "MFA") is the General Partner of Healthcare Center; and

**WHEREAS,** SUPPLEMENTAL STAFFING SERVICE provides qualified and appropriately licensed and credentialed temporary health care personnel ("TEMPORARY PERSONNEL").

**NOW THEREFORE IN CONSIDERATION** of the mutual covenants and agreements herein contained and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto, intending to be legally bound, agree as follows:

1. **Nature of Arrangement.** Upon request of HEALTHCARE CENTER, SUPPLEMENTAL STAFFING SERVICE shall make every effort to promptly provide qualified TEMPORARY PERSONNEL to HEALTHCARE CENTER. SUPPLEMENTAL STAFFING SERVICE shall screen all TEMPORARY PERSONNEL, as set forth in **EXHIBIT A** which is attached hereto, and insure that the TEMPORARY PERSONNEL have the qualifications required by the HEALTHCARE CENTER before such TEMPORARY PERSONNEL are placed at the HEALTHCARE CENTER.

2. **Duties and Obligations of SUPPLEMENTAL STAFFING SERVICE.**

   A. **SUPPLEMENTAL STAFFING SERVICE shall:**

   (1) Provide to the HEALTHCARE CENTER a profile on each TEMPORARY PERSONNEL placed at the HEALTHCARE CENTER which includes work history, references, skills validation, a copy of the TEMPORARY PERSONNEL's state license/credentials and verification of the items listed in **EXHIBIT A**. A copy of such profile must be provided prior to the SUPPLEMENTAL STAFFING SERVICE placing any TEMPORARY PERSONNEL at the HEALTHCARE CENTER or at any other time the HEALTHCARE CENTER requests.

Steadfast 6th 085841

PX-10.076

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

(2)     Assume sole and exclusive responsibility for the payment of wages (including overtime where applicable) to TEMPORARY PERSONNEL for services performed at the HEALTHCARE CENTER to the extent TEMPORARY PERSONNEL are considered to be SUPPLEMENTAL STAFFING SERVICES's employees. SUPPLEMENTAL STAFFING SERVICE shall be responsible for withholding appropriate federal and state taxes, contributing to Federal Social Security taxes, payment of unemployment taxes and workers' compensation insurance coverage as well as any other tax, payment, or obligation required of an employer.

(3)     Assume sole and exclusive responsibility for any injury, accident, or illness suffered by TEMPORARY PERSONNEL and compensable under the applicable workers' compensation laws. SUPPLEMENTAL STAFFING SERVICE further agrees to waive any and all subrogation rights it or its insurer may have against HEALTHCARE CENTER for claims paid to TEMPORARY PERSONNEL.

(4)     Assume sole and exclusive responsibility for the payment of compensation to TEMPORARY PERSONNEL for services performed at the HEALTHCARE CENTER to the extent TEMPORARY PERSONNEL are considered to be independent contractors. SUPPLEMENTAL STAFFING SERVICE shall be responsible for filing the necessary forms, such as 1099's, as well as complying with all requirements for an independent contractor relationship to exist under applicable law.

(5)     Comply with and ensure that TEMPORARY PERSONNEL placed at the HEALTHCARE CENTER comply with the guidelines of OSHA standards.

(6)     Be in compliance with all applicable provisions of federal, state, and local laws, rules and regulations, including, but not limited to patient care guidelines, and monitor the TEMPORARY PERSONNEL placed at the HEALTHCARE CENTER to insure that the TEMPORARY PERSONNEL are in compliance with the same.

(7)     Upon notification or knowledge that a TEMPORARY PERSONNEL has failed to report for an assignment as scheduled or has engaged in any conduct which is in violation of this Agreement or detrimental to the HEALTHCARE CENTER, its residents, or MFA, as determined by the HEALTHCARE CENTER and MFA, make every effort to attempt to find a replacement within a time agreed to by the parties.

(8)     Inform the HEALTHCARE CENTER of any cancellation of TEMPORARY PERSONNEL and find a replacement.

(9)     Warrant that it and, to the best of its knowledge, all TEMPORARY PERSONNEL shall be free at all times from any and all sanctions and/or exclusions of participation by federal or state funded programs, including, but not limited to license sanctions and revocations, and monitor the TEMPORARY PERSONNEL placed at the HEALTHCARE CENTER to insure compliance with the same.

B.     Services to Patients. SUPPLEMENTAL STAFFING SERVICE warrants that all services performed by it and, to the best of its knowledge, the TEMPORARY

Steadfast 6th 085842

PX-10.077

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

PERSONNEL will be done in accordance with and in compliance with recognized professional and ethical medical standards and the terms and conditions of this Agreement as well as all applicable state, federal, and local laws, rules, and regulations. All such services shall also be rendered at all times in accordance with any conditions of participation and/or reimbursement requirements as may, from time to time, be imposed by applicable governmental and other third-party reimbursement sources. SUPPLEMENTAL STAFFING SERVICE may only commence rendering services to HEALTHCARE CENTER'S patients upon the full execution of this Agreement by SUPPLEMENTAL STAFFING SERVICE.

C.    Confidentiality. SUPPLEMENTAL STAFFING SERVICE shall maintain and assure that during the term of this Agreement and after the termination of this Agreement, however caused, it and its TEMPORARY PERSONNEL and all other employees, agents, or subcontractors employed or engaged on its behalf shall maintain strict confidentiality of all medical and other records and information regarding HEALTHCARE CENTER's patients and will comply with all state and federal regulations regarding same.

SUPPLEMENTAL STAFFING SERVICE shall also maintain and assure that during the term of this Agreement and after the termination of this Agreement, however caused, it and its TEMPORARY PERSONNEL and all other employees, agents, or subcontractors employed or engaged on its behalf shall maintain strict confidentiality of all proprietary information regarding HEALTHCARE CENTER or MFA.  For the purposes of the above, the term "proprietary information" means any information which is not generally available to the public, and includes, without limitation, the identity of or other facts relating to the HEALTHCARE CENTER or MFA's residents, customers, accounts, prospects, marketing strategies, financial data, inventory lists, trade secrets, pricing strategies, arrangements with suppliers and customers, or any other information acquired such that if such information were disclosed such disclosure could act to the prejudice of HEALTHCARE CENTER or MFA.

SUPPLEMENTAL STAFFING SERVICE agrees that if it and its TEMPORARY PERSONNEL and all other employees, agents, or subcontractors employed or engaged on its behalf believe they are required by law or otherwise required to reveal any information which is to be maintained in confidence as set forth above, SUPPLEMENTAL STAFFING SERVICE will, and will require its TEMPORARY PERSONNEL and all other employees, agents, or subcontractors employed or engaged on its behalf to first contact MFA's General Counsel prior to disclosing such information, in order that MFA or the HEALTHCARE CENTER can take appropriate steps to safeguard the disclosure of such information.

D.    Health Insurance Portability and Accountability Act of 1996. HEALTHCARE CENTER and SUPPLEMENTAL STAFFING SERVICE agree that they are not Business Associates of one another, as that term is defined in the Health Insurance Portability and Accountability Act of 1996 and its implementing regulations ("HIPAA").  HEALTHCARE CENTER and SUPPLEMENTAL STAFFING SERVICE agree to comply with the provisions of HIPAA if, and to the extent applicable.  The parties acknowledge that from time to time, HIPAA or other regulations may require an amendment or modification to this Agreement for compliance purposes, and agree that they will work to promptly effectuate any such required amendment or modification.

Steadfast 6th 085843

PX-10.078

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

3. **Fee Schedule**. SUPPLEMENTAL STAFFING SERVICE shall bill HEALTHCARE CENTER for its services in accordance with **EXHIBIT B** attached hereto. No change in the fee schedule will be binding without the prior written approval from an authorized representative of HEALTHCARE CENTER.

4. **Duties and Responsibilities of HEALTHCARE CENTER**.

A. HEALTHCARE CENTER shall maintain a current and unrestricted license to operate as a nursing home in the Commonwealth of Virginia. HEALTHCARE CENTER shall provide reasonable access to the HEALTHCARE CENTER and will inform and make available to SUPPLEMENTAL STAFFING SERVICE and TEMPORARY PERSONNEL all HEALTHCARE CENTER policies and procedures, including medication administration, charting and documentation procedures, issues as to patient rights, Infection Control, Fire and Safety, and HIPAA Privacy in order that SUPPLEMENTAL STAFFING SERVICE can ensure those polices and procedures are a condition of its TEMPORARY PERSONNEL performing the services herein contemplated.

B. HEALTHCARE CENTER will put in place appropriate procedures to review the actual time worked by TEMPORARY PERSONNEL before such time is submitted by TEMPORARY PERSONNEL to SUPPLEMENTAL STAFFING SERVICE.

C. HEALTHCARE CENTER has the right to cancel an assignment not less than two (2) hours before the time TEMPORARY PERSONNEL is scheduled to report without incurring liability. It shall be the responsibility of SUPPLEMENTAL STAFFING SERVICE to contact TEMPORARY PERSONNEL.

D. If HEALTHCARE CENTER cancels a TEMPORARY PERSONNEL less than two (2) hours prior to start of assignment, HEALTHCARE CENTER shall be liable for two hours at the applicable rate for the TEMPORARY PERSONNEL involved. HEALTHCARE CENTER has the option to utilize service of TEMPORARY PERSONNEL for those hours should said TEMPORARY PERSONNEL still be available. There will be no liability, however, if the reason for the cancellation by the HEALTHCARE CENTER is due to a breach of this Agreement by SUPPLEMENTAL STAFFING SERVICE or TEMPORARY PERSONNEL.

E. HEALTHCARE CENTER shall submit payment to SUPPLEMENTAL STAFFING SERVICE within forty-five (45) days upon receipt of accurate invoice.

5. **Right to Remove**. If, in the sole discretion of the HEALTHCARE CENTER or MFA, a TEMPORARY PERSONNEL provided by SUPPLEMENTAL STAFFING SERVICE has engaged in any action which is not in the best interests of the HEALTHCARE CENTER or MFA, HEALTHCARE CENTER or MFA may require TEMPORARY PERSONNEL to leave facility and shall inform SUPPLEMENTAL STAFFING SERVICE of this action immediately. There will be no liability to the HEALTHCARE CENTER or MFA for exercising this right of removal. Upon notification of removal, SUPPLEMENTAL STAFFING SERVICE agrees to

Steadfast 6th 085844

PX-10.079

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

find a replacement to be placed at the HEALTHCARE CENTER within a time agreed to by the parties.

6. **Change of Employer.** In the event HEALTHCARE CENTER or other party related to the HEALTHCARE CENTER wishes to permanently employ TEMPORARY PERSONNEL, SUPPLEMENTAL STAFFING SERVICE agrees to release TEMPORARY PERSONNEL upon sixty (60) days written notice. TEMPORARY PERSONNEL remains an employee of SUPPLEMENTAL STAFFING SERVICE during the sixty (60) day period. Subject to meeting the above condition, neither HEALTHCARE CENTER nor TEMPORARY PERSONNEL shall be charged fees or penalties for such permanent change of employer.

7. **Term: Termination.**

    A.    **Term.** The term of this Agreement shall commence as of the date hereof and shall continue in full force and effect for an initial term of one (1) year. Unless any party elects to terminate this Agreement at the end of the initial or any renewal term hereof by giving written notice to the other parties at least thirty (30) days prior to the expiration of the then current term, this Agreement shall be deemed to have automatically renewed for an additional term of one (1) year at the conclusion of each term, upon the same terms and conditions as set forth herein.

    B.    **Termination For Cause.** This Agreement may be immediately terminated by any party hereto upon the material breach of any of the terms and conditions hereof by any other party. Such termination shall be effective immediately upon receipt of notice of claimed breach. This Agreement shall also terminate immediately and automatically, without notice (1) in the event the HEALTHCARE CENTER loses its license to operate as a nursing home, (2) in the event SUPPLEMENTAL STAFFING SERVICE initiates bankruptcy proceedings (or such proceedings are involuntarily instituted against it) or it makes an assignment for the benefit of creditors, (3) in the event SUPPLEMENTAL STAFFING SERVICE is sanctioned or excluded from participating in any federal or state funded program, including, but not limited to, Federal and/or State Medicare and Medicaid programs, (4) in the event the insurance requirements of the following paragraph entitled "Insurance" are not complied with, or (5) in the event that SUPPLEMENTAL STAFFING SERVICE is in violation of any federal, state, or local law or regulation, or does any act which, in the sole judgment of the HEALTHCARE CENTER or MFA, is contrary to the best interests of the HEALTHCARE CENTER or MFA.

    C.    **Termination Without Cause.** This Agreement may be terminated by any party, with or without cause, upon thirty (30) days prior written notice.

    D.    **Survival.** A party's duty to indemnify, as set forth in the following paragraph entitled "Indemnification," will survive any termination of this Agreement as set forth above.

8. **Insurance.** SUPPLEMENTAL STAFFING SERVICE shall maintain throughout any term of this agreement professional malpractice liability insurance covering itself, its TEMPORARY PERSONNEL and any other employees, agents, and assigns in connection with

Steadfast 6th 085845

PX-10.080

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

the performance of services under this Agreement. SUPPLEMENTAL STAFFING SERVICE shall submit to HEALTHCARE CENTER upon execution of this Agreement, and annually thereafter, a certificate of insurance confirming the foregoing coverage in a minimum amount equal to or greater than the limitation on recovery per occurrence specified in Section 8.01-581.15 of the Code of Virginia (and as such section may be hereinafter amended or superceded), and three (3) times of said amount in the annual aggregate.

SUPPLEMENTAL STAFFING SERVICE shall also maintain throughout any term of this Agreement the following insurance coverage covering itself, its TEMPORARY PERSONNEL and any other employees, agents, and assigns in connection with performance of services under this Agreement in the minimum amounts (incident/aggregate) as follows:

i) Commercial General Liability - $1,000,000 and $3,000,000 in the aggregate

ii) Automobile Liability - $1,000,000

iii) Workers' Compensation - Statutory Limits

iv) Employer's Liability - $1,000,000

v) Fidelity Bond - $1,000,000

vi) Umbrella Liability - $1,000,000

vii) Cyber Liability - with limits of not less than $5,000,000.00 for each occurrence, covering claims involving privacy violations, information theft, damage to or destruction of electronic information, intentional and/or unintentional release of private information, alteration of electronic information, extortion and network security

SUPPLEMENTAL STAFFING SERVICE shall add HEALTHCARE CENTER to their policies of insurance as an additional insured. SUPPLEMENTAL STAFFING SERVICE shall submit to HEALTHCARE CENTER upon execution of this Agreement, and annually thereafter, certificates of insurance confirming the foregoing coverages. Liability Insurance shall include coverage for contractual liability and shall name HEALTHCARE CENTER as an additional insured.

Each policy set forth above shall provide that the insurance company may not cancel coverage without providing SUPPLEMENTAL STAFFING SERVICE and HEALTHCARE CENTER thirty (30) days prior notice. SUPPLEMENTAL STAFFING SERVICE shall immediately notify HEALTHCARE CENTER should it receive any notice of cancellation of such insurance. Any such cancellation may constitute grounds for termination for cause as referenced in this Agreement.

9.   **Indemnification.**

A.   **HEALTHCARE CENTER.** HEALTHCARE CENTER shall indemnify and hold SUPPLEMENTAL STAFFING SERVICE harmless of and from all claims, demands, actions, causes of actions, costs, expenses, liabilities and losses (including reasonable attorneys'

Steadfast 6th 085846

PX-10.081

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

fees and court costs) which may result against SUPPLEMENTAL STAFFING SERVICE as a consequence of any alleged negligent or intentional act or omission, malfeasance, neglect or medical malpractice caused or alleged to be caused solely by HEALTHCARE CENTER, its employees, agents or subcontractors.

      **B.**   SUPPLEMENTAL STAFFING SERVICE. SUPPLEMENTAL STAFFING SERVICE shall indemnify and hold HEALTHCARE CENTER and MFA, as well as each of their respective employees, agents, officers, and directors, harmless of and from any and all claims, demands, actions, causes of actions, costs, expenses, liabilities, and losses (including reasonable attorneys' fees and court costs) which may result against the HEALTHCARE CENTER or MFA as a consequence of a violation of any of the terms of this Agreement or any alleged negligent act or omission, malfeasance, neglect, breach of patient confidentiality or professional malpractice caused or alleged to be caused by SUPPLEMENTAL STAFFING SERVICE, its TEMPORARY PERSONNEL, or any of its employees, agents or subcontractors arising out of or occurring in connection with the performance of the terms of this Agreement.

      SUPPLEMENTAL STAFFING SERVICE also shall indemnify and hold HEALTHCARE CENTER and MFA, as well as each of their respective employees, agents, officers, and directors, harmless of and from any and all claims, demands, actions, causes of actions, costs, expenses, liabilities, and losses (including reasonable attorneys' fees, court costs, the payment of back taxes and penalties) which may result against the HEALTHCARE CENTER or MFA should any governmental agency or tribunal find that any of the parties hereto has violated any federal, state or local law or regulation or any finding that any TEMPORARY PERSONNEL placed by SUPPLEMENTAL STAFFING SERVICE was an employee or joint employee of HEALTHCARE CENTER or MFA arising out of or occurring in connection with the performance of the terms of this Agreement.

      **C.**   Limitation. Notwithstanding the above, in no event shall either party be liable for any incidental, consequential, exemplary, special, or punitive damages or expenses, or lost profits (regardless of how characterized, and even if such party has been advised of the possibility of such damages) under or in connection with this Agreement, regardless of the form of action, whether in tort, contract, negligence, strict liability, statutory liability, or otherwise. Moreover, in the event any TEMPORARY PERSONNEL suffers an injury, accident, or illness compensable under applicable workers' compensation laws, such TEMPORARY PERSONNEL's sole remedy shall be workers' compensation. Failure by such TEMPORARY PERSONNEL to exhaust all workers' compensation administrative remedies and appeals, shall preclude any and all recovery from HEALTHCARE CENTER under any theory or breach of contract, tort, statutory liability, or other.

      **10.**   **Independent Contractor Status.** SUPPLEMENTAL STAFFING SERVICE, and any employees, agents, or subcontractors employed or engaged by the SUPPLEMENTAL STAFFING SERVICE shall be and at all times act as independent contractors in performing the services contemplated by this Agreement. It is specifically understood and agreed that TEMPORARY PERSONNEL assigned by SUPPLEMENTAL STAFFING SERVICE to the HEALTHCARE CENTER is the sole employee of SUPPLEMENTAL STAFFING SERVICE and not an employee or joint employee of the HEALTHCARE CENTER or MFA and nothing in

Steadfast 6th 085847

**PX-10.082**

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

this Agreement should be construed to create, either expressly or by implication, an employer/employee relationship inconsistent with the above. SUPPLEMENTAL STAFFING SERVICE will require any TEMPORARY PERSONNEL or other individual performing services under this Agreement to sign a copy of **EXHIBIT C**, attached hereto, and provide copy of same to HEALTHCARE CENTER prior to allowing services to be performed under this Agreement. SUPPLEMENTAL STAFFING SERVICE will also maintain in effect during the term of this Agreement any and all Federal, State and/or local licenses and permits which may be required of employers generally.

At no time shall SUPPLEMENTAL STAFFING SERVICE, its TEMPORARY PERSONNEL, or any employees, agents, or subcontractors employed or engaged by the SUPPLEMENTAL STAFFING SERVICE hold themselves out in any way to be the employees, agents, or subcontractors of HEALTHCARE CENTER or MFA. SUPPLEMENTAL STAFFING SERVICE agrees to provide a list of his/her employees, agents or subcontractors who will have access to patients in the HEALTHCARE CENTER prior to their performing any duties herein. No term of this Agreement shall be construed so as to render any party the employee or agent of any other, nor shall this Agreement be nor be construed as a contract of employment.

11.   **Access to Records.**

A.   **SUPPLEMENTAL STAFFING SERVICE's Records.** Until the expiration of four (4) years after the furnishing of services pursuant to this Agreement, SUPPLEMENTAL STAFFING SERVICE agrees to make available, upon receipt of written request from HEALTHCARE CENTER or MFA or the Secretary of Health and Human Services ("HHS") or the U.S. Comptroller General, or any of their duly authorized representatives, or any duly authorized state agency, this Agreement and the books, documents, and records of SUPPLEMENTAL STAFFING SERVICE that are necessary to certify the extent of costs incurred by HEALTHCARE CENTER under this Agreement as well as the services provided by SUPPLEMENTAL STAFFING SERVICE under this Agreement, including, but not limited to, normal employment records concerning the TEMPORARY PERSONNEL who provided those services at the HEALTHCARE CENTER.

B.   Subcontractors. If SUPPLEMENTAL STAFFING SERVICE carries out any of the duties of this Agreement with a value of Ten Thousand Dollars ($10,000.00) or more over a twelve-month period through a subcontract with a related organization or individual, such subcontract shall contain a clause to the effect that, until after the expiration of four (4) years after the furnishing of services under the subcontract, the related organization shall make available, upon written request from HEALTHCARE CENTER or MFA or the Secretary of HHS, the U.S. Comptroller General, or any of their duly authorized representatives, the subcontract and the books, documents, and records of the related organization that are necessary to verify the nature and extent of costs incurred under the subcontract as well as the services provided under the subcontract, including, but not limited to, normal employment records concerning the individuals who provided those services at the HEALTHCARE CENTER under sub-contract.

Steadfast 6th 085848

PX-10.083

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

12.     **Compliance with Law.** SUPPLEMENTAL STAFFING SERVICE agrees to be in full compliance with all applicable local, federal and state laws and regulations, including, but not limited to, labor and employment laws in the selection and placement of TEMPORARY PERSONNEL and in the performance of services under this Agreement, including, but not limited to, Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Fair Labor Standards Act, the Equal Pay Act and the Family and Medical Leave Act and all requirements imposed by and pursuant to the regulations of the United States Department of HHS or other enforcement authority issued pursuant to that Title, so that no person in the United States of America shall, on the grounds of race, color, handicap or national origin, be excluded from participation in, be denied the benefits, or be otherwise subjected to discrimination under any program or activity provided by SUPPLEMENTAL STAFFING SERVICE.

13.     **Miscellaneous.**

A.     **Indulgences, Etc.** Neither the failure nor any delay on the part of any party to exercise any right, remedy, power or privilege ("Right") under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any Right preclude any other or further exercise of the same or of any other Right, nor shall any waiver of any Right with respect to any occurrence be construed as a waiver of such Right with respect to any other occurrence. No waiver shall be effective unless it is in writing and is signed by the party asserted to have granted such waiver.

B.     **Assignment.** Neither party shall assign the Agreement in whole or in part without the written consent of the other which shall not be unreasonably withheld. Neither party shall assign any monies, obligations, or entitlements due or to become due to it under the Agreement without the prior written consent of the other party. This Agreement shall be binding upon and inure to the benefit of the successors, permitted assigns, heirs and representatives of the Facility and the Company. Any attempted assignment of this Agreement in violation of the provisions of this section is void.

C.     **Controlling Law.** This Agreement and all questions relating to its validity, interpretation, performance and enforcement shall be governed by and construed in accordance with the substantive laws of the Commonwealth of Virginia, notwithstanding any choice-of-laws provisions of Virginia law to the contrary.

D.     **Notices.** All notices, requests, demands and other communications required or permitted under this Agreement shall be in writing and shall be delivered by hand, overnight courier, or by regular United States mail, postage pre-paid, addressed to the party for whom it is intended at the addresses set forth below. Any address for the giving of notice may be changed by giving notice to that effect to the other party. Notices provided by hand shall be deemed to have been received as of the date provided on the notice. Notices provided via regular United States mail or by overnight courier are effective upon deposit with the post office or overnight courier.

Steadfast 6th 085849

PX-10.084

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

If to SUPPLEMENTAL STAFFING SERVICE:

SteadFast Medical Staffing, LLC
ATTN: Lisa Pitts
5750 Chesapeake Boulevard, Suite 103
Norfolk, VA 23513

If to HEALTHCARE CENTER:

Charlottesville Health & Rehabilitation Center
ATTN: Administrator
505 West Rio Road
Charlottesville, VA 22902

With a copy to:

Medical Facilities of America, Inc.
ATTN: Legal Dept.
2917 Penn Forest Blvd.
Roanoke, VA 24018

E.    Schedule. All schedules, exhibits, and addenda attached hereto are hereby incorporated by reference into, and made a part of, this Agreement, provided they are properly dated and initialed by all executing parties.

F.    Financial Obligations. SUPPLEMENTAL STAFFING SERVICE shall not incur, nor will HEALTHCARE CENTER or MFA be responsible for, any financial obligations, contract for the purchase of, or purchase of any goods or services on behalf of the HEALTHCARE CENTER or MFA without the HEALTHCARE CENTER's or MFA's express prior written consent.

G.    Execution. This Agreement is not binding unless executed by the SUPPLEMENTAL STAFFING SERVICE and the Executive Vice President or an authorized officer of HEALTHCARE CENTER.

H.    Benefit. The rights and obligations hereunder shall be binding upon and shall inure to the benefits of the parties hereto and their respective successors and permitted assigns.

I.    Integration. This Agreement constitutes the entire agreement of the parties hereto and shall not be modified except in writing signed by all of the parties hereto.

J.    Referral Disclaimer and Freedom of Choice. The parties acknowledge that the payment or receipt of any remuneration, direct or indirect, to induce the referral of a patient for the purpose of purchasing either goods or services reimbursable under the federal

Steadfast 6th 085850

PX-10.085

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

Medicare or state Medicaid programs is prohibited.  No provision of this Agreement is intended to, nor shall it be construed as requiring any party hereto to refer any patient to any other party hereto nor shall any payment contemplated hereunder be contingent or conditioned upon nor measured by the referral by any party of patients for the purchase of services or goods to any of the other parties hereto; it being expressly provided that no purpose of this Agreement is to induce referrals.

K.      Non-exclusive Agreement. Nothing in this Agreement shall be construed as limiting the rights of either party to affiliate or contract with any other staffing agency or healthcare center on either a limited or general basis while this Agreement is in effect.

L.      Covenants and Warrants. The SUPPLEMENTAL STAFFING SERVICE covenants and warrants that neither it nor any of its employees, agents or subcontractors are under any obligation, restraint or impairment which would prohibit the performance of its duties as set forth in this Agreement.  The SUPPLEMENTAL STAFFING SERVICE also understands and agrees that if it is affiliated with or employed by a practice, hospital, clinic or any other healthcare facility, it is the SUPPLEMENTAL STAFFING SERVICE's duty to notify the practice, hospital, clinic or healthcare facility and obtain any and all necessary approvals from such individuals or entities in order to allow the SUPPLEMENTAL STAFFING SERVICE to perform the services set forth in this Agreement without restraint or impairment.  The SUPPLEMENTAL STAFFING SERVICE understands and agrees that it will indemnify and hold harmless the HEALTHCARE CENTER and MFA, its parent, subsidiaries, and affiliates, as well as each of their respective employees, agents, officers, and directors from any and all demands, losses, causes of action, claims, expenses and liabilities which may be brought by any person, entity, agency or board arising out of a breach of the obligations set forth in this paragraph, including but not limited to costs and reasonable attorney's fees.

M.      Labor. Under no circumstances will SUPPLEMENTAL STAFFING SERVICE enter into any voluntary agreement or understanding with any union organization for the provision of services under this Agreement.

N.      No Presumption against Drafter. The language used in this Agreement is not to be construed in favor or against any party solely because such party or their counsel may have drafted the Agreement.

O.      Severability and Reformation. Each provision of this Agreement shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement shall be adjudged to be invalid under applicable law, the remainder of the Agreement is severable and shall continue in full force and effect.  Should a court of competent jurisdiction declare any of the provisions of this Agreement unenforceable, the parties acknowledge and agree that the court may revise or reconstruct such unenforceable provisions to better effectuate the intent of the parties.

P.      Counterparts. This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute

Steadfast 6th 085851

PX-10.086

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

one and the same instrument. The parties agree that a facsimile or electronic signature may substitute for and have the same effect as the original signature.

Q.   Elder Justice Act of 2009.  In compliance with the provisions of the Elder Justice Act of 2009, 42 USCS Section 1320b-25, et seq., and implementing regulations, as a contractor of HEALTHCARE CENTER, SUPPLEMENTAL STAFFING SERVICE is required to report any reasonable suspicion of a crime against HEALTHCARE CENTER residents to the Administrator of HEALTHCARE CENTER and to ensure that such crime is reported to the Virginia Department of Health Office of Licensure and Certification and to local law enforcement agents.  Such reports must be made within two hours after forming the suspicion if the event results in serious bodily injury, or, if no serious bodily injury, within 24 hours.

WITNESS the following signatures.

STEADFAST MEDICAL STAFFING, LLC

By: _____

Name printed: _____Lisa Pitts_____

Title: _____CEO_____

Date signed: _____11-23-16_____

Federal Employer Identification
Number: _____47-4762890_____


MEDICAL FACILITIES OF AMERICA LXXVI (76)
LIMITED PARTNERSHIP T/A
CHARLOTTESVILLE HEALTH &
REHABILITATION CENTER

By:  Medical Facilities of America, Inc.

Its:  Manager

By: _____Keith F. Helmer_____
        Keith F. Helmer, Executive VP and COO

Date signed: _____11/29/2016_____

Steadfast 6th 085852

**PX-10.087**

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

SteadFast Medical Staffing, LLC

**EXHIBIT A**

## SCREENING PROCEDURES

❖ A completed and signed SteadFast Medical Staffing, LLC employment application.

❖ Completed I-9 with supporting documentation to show legal eligibility to work in U.S.

❖ Valid license/certificate in good standing in the state of practice.

❖ Criminal background and abuse screening (as required by facility and/or state statutes).

❖ Minimum one year experience within the last two years for licensed nurses.

❖ Supportive documentation, such as current CPR, BCLS, ACLS, PALS, etc.

❖ Two professional satisfactory work-related references, in clinical specialty within the last three (3) years, as to clinical competency and reliability.

❖ Completed clinical skills check list: updated annually (clinical skills checklists and testing, as required by facility).

❖ Health clearance shall include Hepatitis B vaccine or declination, and evidence of annual TB test or CXR results.

❖ Federally compliant Hepatitis B vaccine program.

❖ SteadFast Medical Staffing, LLC shall implement a drug and alcohol free policy similar to that of Healthcare Center and shall require its temporary personnel placed with the Healthcare Center to abide by such a drug and alcohol policy while performing services at the Healthcare Center.

❖ Adherence to Standards of Conduct policies such as clinical policies, patient rights policies, drug free work place policies.

❖ Endorsement of **EXHIBIT C** attached hereto.

❖ OSHA approved training:
   Occupational Exposure to blood borne pathogens, including standard precautions.
   Body Mechanics
   Electrical and Fire Safety

|  | Initials | Date |
|---|---|---|
| **Healthcare Center** | KFH | 11/29/2016 |
| **Supplemental Staffing Service** | | 11/23/16 |

Steadfast 6th 085853

**PX-10.088**

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

## EXHIBIT B

**STEADFAST MEDICAL STAFFING LLC**

**Pay Rates Weekdays/Weekends**

LPN   $40/HR

RN   $50/HR

### HOLIDAYS

Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

The Holidays billing rate is one and one-half times the regular billing rate for each hour worked.

|  | Initials | Date |
|---|---|---|
| Healthcare Center | KFH | 11/29/2016 |
| Supplemental Staffing Service | *KP* | 11-23-16 |

Steadfast 6th 085854

PX-10.089

DocuSign Envelope ID: AC216365-757F-4AB4-BD09-678B2A4B1BE6

SteadFast Medical Staffing, LLC

**EXHIBIT C**

## ACKNOWLEDGMENT AND WAIVER

I, the undersigned, acknowledge and agree that I am solely employed by SteadFast Medical Staffing, LLC and that my placement by SteadFast Medical Staffing, LLC to perform services at Charlottesville Health and Rehabilitation Center does not make me an employee of Charlottesville Health and Rehabilitation Center ("HEALTHCARE CENTER"). Consequently, I understand and agree that the terms and conditions of my employment are governed solely by SteadFast Medical Staffing, LLC, including, but not limited to, the payment of wages (including overtime where applicable) to me, the withholding of appropriate taxes, and the availability of leaves and benefits.

As an employee of SteadFast Medical Staffing, LLC I understand and agree that I have no legal right to any benefits which are provided, or in the future may be provided, by HEALTHCARE CENTER to its employees, including, but not limited to, eligibility to participate in HEALTHCARE CENTER's 401k plan, PTO plan, group health insurance plan, dental plan, and Nurse Scholarship program.

I understand and agree that as condition of and in consideration for Charlottesville Health and Rehabilitation Center allowing me to be placed by SteadFast Medical Staffing, LLC to perform services at Charlottesville Health and Rehabilitation Center, I will not make any claim against HEALTHCARE CENTER based on HEALTHCARE CENTER allegedly being my employer or joint employer, including, but not limited to, any claim for wages/overtime payments or any claim for benefits which HEALTHCARE CENTER provides, or in the future may provide, to its employees, and I waive and release HEALTHCARE CENTER from any such claims or causes of action, both in tort and contract.

I further understand and agree that I will not hold myself out to be an employee of HEALTHCARE CENTER and that I cannot bind HEALTHCARE CENTER without the express written authority of the President of HEALTHCARE CENTER.

I understand and agree that this Acknowledgment and Waiver shall be governed by and interpreted in accordance with the laws of the Commonwealth of Virginia. I also understand and agree that if any of the terms or provisions of this Acknowledgment and Waiver are deemed null, void or inoperative for any reason, the remaining terms or provisions are severable and will retain full force and effect.

Signature _____

Name printed: _____

Date Signed: _____

Steadfast 6th 085855

**PX-10.090**

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
**(O)** 757-321-0777   **(F)** 757-857-6003   **(C)** 757-215-5716

This Agreement is made and entered this day, <u>1 August 2019</u> by and between Medical Staffing of America T/A Steadfast Medical Staffing., and <u>The City of Hampton Sheriff's Office</u> ("Facility").

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and ("Facility") wish to enter into an Agreement wherein Steadfast Medical Staffing, will provide temporary medical Contractors ("Contractors") to the "Facility" at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERM:**
This Agreement shall begin on the date first written above. Either party can terminate the Agreement with or without cause, upon thirty (30) days' written notice to the other party. The Agreement may be amended at any time and from time to time by written Agreement to the parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING., responsibilities:**

A. Upon request by "Facility", Steadfast Medical Staffing, LLC., shall assign such Contractors as are available for such assignment. At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.

B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its Contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the "Facility" upon request)

   a. A completed application, which includes education, training, skills, specialties and preference
   b. Documentation of education and training
   c. Skills inventory checklist
   d. Two recent work references
   e. TB test and evidence of satisfactory health status
   f. Current CPR
   g. Performance evaluation
   h. Copy of current license, registration, or certification
   i. Negative urine drug screen
   j. Background check
   k. Flu shots

C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the "Facility".

D. Contractors will be requested to report to the designated supervisor before he/she begins work.

E. Steadfast Medical Staffing, LLC., shall give the "Facility" a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

1 | P a g e

Steadfast 6th 085919

PX-10.091

F.  Steadfast Medical Staffing, LLC., will not actively solicit "Facility" employees as Contractors.

G.  Contractors assigned to "Facility" pursuant to this Agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H.  Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I.  Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned "Facility".

J.  Steadfast Medical Staffing, LLC., will comply with "Facility" standards for the use of supplemental medical services.

K.  Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"Facility" responsibilities:**

A.  "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B.  ""Facility" will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C.  "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D.  "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E.  "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F.  "Facility" will orientate Contractors to its' "Facility" rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G.  "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

H.  "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate "Facility" staff development programs.

I.  "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J.  "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K.  If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. ""Facility"'s" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L.  If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

Steadfast 6th 085920

PX-10.092

M. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC., will invoice "Facility" weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC., at any time upon forty-five (45) days written notice to "Facility".

B. "Facility" shall pay Steadfast Medical Staffing, LLC., Invoice within 45 days from date of Invoice. Invoices not paid within 45 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

A. Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B. Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Notices:**

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br>ATTN: Lisa A. Pitts<br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility": _____ |
|---|---|

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

3 | P a g e

Steadfast 6th 085921

PX-10.093

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | "Facility": Hampton Sheriff Office |
|---|---|
| By: _____ Title: _____ | By: Karen Scarden  Title: Undersheriff |

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends:**

**RN, $45/HR**
**LPN, $35/HR**
**MED ASST/CNA, $24HR**

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**
Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Day
2. Memorial Day
3. Independence Day
4. Labor Day
5. Thanksgiving Day
6. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Administrator Signature: _____

4 | P a g e

Steadfast 6th 085922

PX-10.094

**ADDENDUM TO THE CITY OF HAMPTON SHERIFF'S OFFICE HEALTHCARE STAFFING AGREEMENT**

This addendum number 1 ("Addendum" to The City of Hampton Sheriff's Office Healthcare Staffing Agreement) is entered into by and between Medical Staffing of America T/A Steadfast Medical Staffing "Agency" and The City of Hampton Sheriff's Office ("Facility") and made effective August 2, 2019 ("Addendum Effective Date").

Whereas, Agency and Facility entered into the Agreement, first made effective August 2, 2019.

The parties hereby agree to revise the Agreement as follows:

1. **MEDICAL STAFFING OF AMERICA**
   **T/A STEADFAST MEDICAL STAFFING., responsibilities:**
   A. Steadfast Medical Staffing, LLC., agrees that the Independent Contractors; (Licensed Practical Nurses, Registered Nurses, Medical Assistants) will provide reasonable and necessary medical care to the inmates housed in the Hampton Correctional Facilities – Hampton Community Correctional Center, Hampton Correctional Facility and Hampton Adult Intake and all courthouses when required, in accordance with the recognized clinical pathways as well as the policies and procedures of the Hampton Sheriff's Office per instruction given by the Hampton Sheriff Office.
   B. Steadfast Medical Staffing, LLC., realizes and agrees that the "recognized standard of care of the community" shall be consistent with the recognized standard of care in the Commonwealth of Virginia per guidelines and standards of the Board of Nursing.
   C. Steadfast Medical Staffing, LLC., agrees that all Contractors assigned to provide medical care and medical services to the Sheriff and the Hampton Sheriff's Office shall be the Independent Contractors of Steadfast Medical Staffing and not the Sheriff, the Hampton Sheriff's Office or the City of Hampton.
   D. Steadfast Medical Staffing, LLC., agrees that the Contractors assigned to provide nursing care to inmates incarcerated and detained in the facilities of the Hampton Sheriff's Office shall immediately notify and consult with representatives of the Sheriff's Office in the event that an inmate's medical need, whether physical, psychological, or emotional, surpass the level or care that can or should be provided on-site and medical transport to another medical facility is medically necessary or warranted.

2. **"Facility" responsibilities:**
   A. "Facility" agrees to provide 40 hours of initial orientation training and 16 hours of annual that will include the Prison Rape Elimination Act (PREA) to the Independent Contractors

3. **Billing Procedures:**
   A. Steadfast Medical Staffing, LLC., agrees to provide at least two (2) valid e-mail addresses for the submission on weekly Invoices.
   B. Invoices not paid within forty-five (45) days of date of Invoice shall be in default and finance change of one and a half (1.5%) percent per month of the unpaid balance of the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

1 | P a g e

Steadfast 6th 085923

PX-10.095

C. Steadfast Medical Staffing, LLC., will provide the "Facility" with the Tax Identification Form – W9.

4. The table in Exhibit A, Section 1 of the Agreement shall be modified as follows:
   a. Hourly Rate for Registered Nurse shall be amended to $45.00/HR
   b. Hourly Rate for Licensed Practical Nurse shall be amended to $35.00/HR
   c. Billing Rates (Per Hour and all rates are flat except for the following Holidays:

   1. New Year's Day
   2. Memorial Day
   3. Independence Day
   4. Labor Day
   5. Thanksgiving Day
   6. Christmas Day

IN WITNESS WHEREOF, the parties hereby execute and make effective this Addendum as of the Amendment Effective Date set forth above:

| | |
|---|---|
| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br><br>ATTN: Lisa A. Pitts<br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility": *Hampton Sheriff's Office*<br><br>Signature: *Karen Bowden*<br><br>Name: *Karen Bowden*<br>Title: *Undersheriff* |

2 | P a g e

Steadfast 6th 085924

PX-10.096

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
(O) 757-321-0777   (F) 757-857-6003   (C) 757-215-5716

This Agreement is made and entered this day, July 29 , 2020 by and between Steadfast Medical Staffing, LLC and MEDIKO, Inc c/o Virginia Beach Correctional Center,"Facility".

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and ("Facility") wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERMS**:
This agreement shall begin on the date first written above. Either party can terminate the agreement with or without cause, upon thirty days' written notice to the other party. The agreement may be amended at any time and from time to time by written agreement to the parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING., responsibilities:**

A. Upon request by facility, Steadfast Medical Staffing, LLC., shall assign such contractors as available for such assignment. At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.

B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the facility upon request)

    a. A completed application, which includes education, training, skills, specialties and preference
    b. Documentation of education and training
    c. Skills inventory checklist
    d. Two recent work references
    e. TB test and evidence of satisfactory health status
    f. Current CPR
    g. Performance evaluation
    h. Copy of current license, registration, or certification
    i. Negative urine drug screen
    j. Background check
    k. Flu shots

C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.

D. Contractors will be requested to report to the designated supervisor before he/she begins work.

1 | P a g e

Steadfast 6th 085948

PX-10.097

E. Steadfast Medical Staffing, LLC., shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

F. Steadfast Medical Staffing, LLC., will not actively solicit Facility employees as Contractors.

G. Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H. Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them. All Contractors are considered Independent Contractors in Steadfast Medical Staffing, LLC's Registry and not of Facilities for all purposes, including, without limitation all federal and state tax withhold, and overtime pay requirements.

I. Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J. Steadfast Medical Staffing, LLC., will comply with Facility standards for the use of supplemental medical services.

K. Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"FACILITY" responsibilities:**

A. "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B. During the term of this Agreement, "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C. "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D. "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E. "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F. "Facility" will orientate Contractors to its' Facility rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G. "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

H. "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate facility staff development programs.

I. "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J. "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K. If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the

2 | P a g e

Steadfast 6th 085949

actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L. If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

M. In the event when the "Facility" has any positive cases during any Crisis Outbreak, the "Facility: must inform Steadfast Medical Staffing, LLC., and the Crisis Rates will apply. Refer to Crisis Addendum when and if applicable.

N. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC., will invoice "Facility" weekly for its services. The rate of its services is shown on "Page 5". The rates for services established can be amended prospectively by Steadfast Medical Staffing, LLC., at any time upon forty-five (45) days written notice to "Facility".

B. "Facility" shall pay Steadfast Medical Staffing, LLC., Invoice within 30 days from date of Invoice. Invoices not paid within 35 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per week of the unpaid balance or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

C. "Facility"  Responsible Recipient of Invoices/Accounts Payable Point of Contact:

Name: Lisa Stevens    E-mail Address: accountspayable@medikopc.com

Name: _____   E-mail Address: _____

**Insurance:**

A. Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B. Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Indemnification:**

A. Steadfast Medical Staffing, LLC shall indemnify defend and hold harmless Facility from and against any and all claims, demands, actions, causes of action, suits, judgments, damages, losses, liabilities, fines, penalties, costs and expenses (including, without limitation, reasonable attorneys' fees and disbursements) arising for or relating to the acts or omissions of any contractor provided by Steadfast Medical Staffing, LLC., pursuant to this Agreement and any acts of omissions by Steadfast Medical Staffing, LLC and its affiliates, including without limitations, with respect to Steadfast Medical Staffing, LLC's failure to comply any applicable labor laws.

3 | P a g e

Steadfast 6th 085950

PX-10.099

**Notices:**

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be in writing and sent by national overnight delivery service or by United States certified mail, return receipt requested, postage prepaid, and shall be deemed to have been given, if sent by national overnight delivery service as of the first weekday upon which delivery is first attempted and if sent by United States Certified Mail as of the third (3rd) business day following deposit in the United States mail. Notices shall be addressed as follows.

| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br>ATTN: Lisa A. Pitts<br><br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility": MeDIKO, Inc.<br>AttN: Candice Hansley<br>3900 Westerre Pkwy, Ste 302<br>Richmond, VA 23233<br><br><br>ATTN: ADMINISTRATOR |

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

Steadfast 6th 085951

**PX-10.100**

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends:**

**RN, $50.50/HR**
**LPN, $41.50/HR**
**CNA, $24.50/HR**

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**
Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | "Facility": MEDIKO, Inc. |
|---|---|
| By: _____ Title: _____ | By: Kaveh Ofogh, MD  Title: President & CEO |
| Signature: _____ | Signature: _____ |

5 | P a g e

Steadfast 6th 085952

**PX-10.101**

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
**(O)** 757-321-0777   **(F)** 757-857-6003   **(C)** 757-215-5716

This Agreement is made and entered this day, <u>January 1, 2020</u> by and between Steadfast Medical Staffing, LLC and <u>LIBERTY RD RANDALLSTOWN MD OPCO LLC DBA: Patapsco Health and Rehabilitation.</u> "Facility".

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and ("Facility") wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERMS:**
This agreement shall begin on the date first written above.  Either party can terminate the agreement with or without cause, upon thirty days' written notice to the other party.  The agreement may be amended at any time and from time to time by written agreement to the parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING., responsibilities:**

A. Upon request by facility, Steadfast Medical Staffing, LLC., shall assign such contractors as available for such assignment.  At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.
B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the facility upon request)
   a. A completed application, which includes education, training, skills, specialties and preference
   b. Documentation of education and training
   c. Skills inventory checklist
   d. Two recent work references
   e. TB test and evidence of satisfactory health status
   f. Current CPR
   g. Performance evaluation
   h. Copy of current license, registration, or certification
   i. Negative urine drug screen
   j. Background check
   k. Flu shots

C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.
D. Contractors will be requested to report to the designated supervisor before he/she begins work.

1 | P a g e

Steadfast 6th 085972

**PX-10.102**

E. Steadfast Medical Staffing, LLC., shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

F. Steadfast Medical Staffing, LLC., will not actively solicit Facility employees as Contractors.

G. Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H. Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I. Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J. Steadfast Medical Staffing, LLC., will comply with Facility standards for the use of supplemental medical services.

K. Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"FACILITY" responsibilities:**

A. "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B. During the term of this Agreement, "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C. "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D. "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E. "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F. "Facility" will orientate Contractors to its' Facility rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G. "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

H. "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate facility staff development programs.

I. "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J. "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K. If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

**Steadfast 6th 085973**

**PX-10.103**

L. If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

M. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC., will invoice Facility weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC., at any time upon forty-five (45) days written notice to "Facility".

B. In order to receive timely payment, all invoices must be submitted via email to invoices@accordiushealth.com. If Steadfast Medical Staffing, LLC cannot submit an invoice via email, please send to Facility's accounts payable office located at 200 Boulevard of the Americas, Suite E, Lakewood, NJ 08701. Please allow three (3) additional days for processing for all invoices submitted via mail. "Facility" shall pay Steadfast Medical Staffing, LLC., Invoice within 35 days from date of Invoice. Invoices not paid within 35 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

A. Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B. Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Indemnification:**

A. Steadfast Medical Staffing, LLC shall indemnify defend and hold harmless Facility from and against any and all claims, demands, actions, causes of action, suits, judgments, damages, losses, liabilities, fines, penalties, costs and expenses (including, without limitation, reasonable attorneys' fees and disbursements) arising for or relating to the acts or omissions of any contractor provided by Steadfast Medical Staffing, LLC., pursuant to this Agreement.

Steadfast 6th 085974

**PX-10.104**

**Notices**:

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br>ATTN: Lisa A. Pitts<br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility": _____<br>_____<br>_____<br>_____<br>_____ |
|---|---|

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

Steadfast 6th 085975

PX-10.105

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends:**

**RN, $56.50/HR**
**LPN, $45.50/HR**
**CNA,  $26.50/HR**

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**
Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Contractor's may not incur Overtime Hours without the express written consent of the Administrator if such contractor works at an affiliate Facility.
Each Contractor must take at least (1) one-30-minute lunch break following the 5.5-hour mark of assignment.

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | "Facility": _____ |
|---|---|
| By: _____ Title: _____ | By: _Nakrli 2m2i?{_ Title: _Pres. Au_ |
| Signature: _____ | Signature: _____ |

Steadfast 6th 085976

PX-10.106

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
**(O)** 757-321-0777 **(F)** 757-857-6003 **(C)** 757-215-5716

This Agreement is made and entered this day, _____May 22,   2020 by and between Medical Staffing of America T/A Steadfast Medical Staffing., ____Peak Resources Charlotte_____("Facility").

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and ("Facility") wish to enter into an Agreement wherein Steadfast Medical Staffing, will provide temporary medical Contractors ("Contractors") to the "Facility" at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERM**:
This Agreement shall begin on the date first written above. Either party can terminate the Agreement with or without cause, upon thirty (30) days' written notice to the other party. The Agreement may be amended at any time and from time to time by written Agreement to the parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING., responsibilities:**

- A. Upon request by "Facility", Steadfast Medical Staffing, LLC., shall assign such Contractors as are available for such assignment. At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.
- B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its Contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the "Facility" upon request)
  - a. A completed application, which includes education, training, skills, specialties and preference
  - b. Documentation of education and training
  - c. Skills inventory checklist
  - d. Two recent work references
  - e. TB test and evidence of satisfactory health status
  - f. Current CPR
  - g. Performance evaluation
  - h. Copy of current license, registration, or certification
  - i. Negative urine drug screen
  - j. Background check
  - k. Flu shots

- C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the "Facility".
- D. Contractors will be requested to report to the designated supervisor before he/she begins work.
- E. Steadfast Medical Staffing, LLC., shall give the "Facility" a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.
- F. Steadfast Medical Staffing, LLC., will not actively solicit "Facility" employees as Contractors.

1 | P a g e

Steadfast 6th 085991

**PX-10.107**

G. Contractors assigned to "Facility" pursuant to this Agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H. Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I. Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned "Facility".

J. Steadfast Medical Staffing, LLC., will comply with "Facility" standards for the use of supplemental medical services.

K. Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"Facility" responsibilities:**

A. "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B. During the term of this Agreement "Facility" will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN,$4,000; LPN, $3,000; and CNA, $2,000.  In the event if a Steadfast Medical Staffing Independent Contractor applies for an employment position at the Facility after (1) one year of services provided under Agency, a buy-out clause will not apply.

"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C. "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D. "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E. "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F. "Facility" will orientate Contractors to its' "Facility" rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G. "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

H. "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate "Facility" staff development programs.

I. "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J. "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K. If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L. If "Facility" changes or cancels an order up within the 2-hour courtesy window, the "Facility" will not be held liable. In the event "Facility" neglects to cancel or change upon arrival or after reporting time and the affected Contractor had shown up to the assignment for reporting for work, "Facility" shall be liable and billed for four (4) hours for Contractor involved.

2 | P a g e

Steadfast 6th 085992

**PX-10.108**

L.1 Refer to Crisis Addendum "*Per current CDC and NCDHHS guidelines all who are to enter the facility are to be screened. If Steadfast Medical Staffing Contractor have a fever and or signs/symptoms of respiratory illness, then facility per these guidelines can turn them away. The Facility will not be obligated to pay the 4 hours of services cancellation fee.*"

L.2 Per the request of the "Facility", if any Steadfast Medical Staffing Independent Contractor is feeling ill and/or have a fever, a request from the Contractor to cancel their assignment (4) four hours prior to reporting to the Facility.

M. In the event when the "Facility" has any positive cases during any Crisis Outbreak, the "Facility" must inform Steadfast Medical Staffing, LLC., and the Crisis Rates will apply. Refer to Crisis Addendum.

N. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC., will invoice "Facility" weekly for its services. The rate of its services is shown on "Page 5". The rates for services established can be amended prospectively by Steadfast Medical Staffing, LLC., at any time upon forty-five (45) days written notice to "Facility".

B. To receive timely payment, all invoices must be sent via e-mail to the below addressed destinations. "Facility" shall pay Steadfast Medical Staffing, LLC., Invoice within 35 days from date of invoice. Invoices not paid within 35 days are considered Past Due and may be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

C. "Facility" Responsible Recipient of Invoices/Accounts Payable Point of Contact:

Name: Sharon Kent    E-mail Address: skent@peakresourcesinc.com
Name: Gary Henderson    E-mail Address: ghenderson@peakresourcesinc.com
Name: June Miller    E-mail Address: june@peakresourcesinc.com

**Insurance:**

A. Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, professional liability insurance and workman's compensation coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B. Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Indemnification:**

Steadfast Medical Staffing, LLC shall indemnify defend and hold harmless Facility from and against any and all claims, demands, actions, causes of action, suits, judgments, damages, losses, liabilities, fines, penalties, costs and expenses (including, without limitation, reasonable attorneys' fees and disbursements) arising for or relating to the acts omissions of any contractor provided by Steadfast Medical Staffing, LLC pursuant to this Agreement.

**Notices:**

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be in writing and sent by national overnight delivery service or by United States certified mail, return receipt requested, postage prepaid, and shall be deemed to have been given, if sent by national overnight delivery

3 | P a g e

Steadfast 6th 085993

**PX-10.109**

service as of the first weekend upon which delivery is first attempted and of sent by United Sates Certified Mail as of the third (3rd) business day following deposit in the United States mail. Notice shall be addressed as follows:.

4 | P a g e

Steadfast 6th 085994

**PX-10.110**

| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br>ATTN: Lisa A. Pitts<br>(O) 757-321-0777 (F) 757-857-6003 | "Facility": _____<br>Peak Resources Charlotte<br>3223 Central Ave.<br>Charlotte, NC 28205<br>704-749-1100          Fax 704-749-1200 |
|---|---|

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

Steadfast 6th 085995

**PX-10.111**

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends:**

**RN, $56.50/HR**
**LPN, $45.50/HR**
**CNA, $26.50/HR**

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**
Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Contractor's may not incur overtime hours without the express written consent of the Administrator, including if such contractor works at an affiliate facility.
Each Contractor must take a minimum of 30-minute- unpaid lunch break following the 5.5-hour mark of every shift.

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | "Facility": Peak Resources Charlotte |
|---|---|
| By: lisa pitts          Title: CEO | By: Cheryl Loeffel          Title: Corporate HRG |
| Signature: l (May 22, 2020 13:38 EDT) | Signature: Cheryl Loeffel |

6 | P a g e

**PX-10.112**

# Steadfast Medical Staffing and Peak Resources Charlotte

Final Audit Report                                          2020-05-22

| | |
|---|---|
| Created: | 2020-05-22 |
| By: | Cheryl Loeffel (cloeffel@peakresourcesinc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAmQfA7HyyEWvNiB1U9_GcSrsj1xqIq-4i |

## "Steadfast Medical Staffing and Peak Resources Charlotte" History

📄 Document created by Cheryl Loeffel (cloeffel@peakresourcesinc.com)
   2020-05-22 - 5:27:33 PM GMT- IP address: 71.70.244.80

✉️ Document emailed to l (lisawua@gmail.com) for signature
   2020-05-22 - 5:28:18 PM GMT

📄 Email viewed by l (lisawua@gmail.com)
   2020-05-22 - 5:28:22 PM GMT- IP address: 66.102.8.115

✍️ Document e-signed by l (lisawua@gmail.com)
   Signature Date: 2020-05-22 - 5:38:12 PM GMT - Time Source: server- IP address: 72.214.83.140

✅ Signed document emailed to Cheryl Loeffel (cloeffel@peakresourcesinc.com) and l (lisawua@gmail.com)
   2020-05-22 - 5:38:12 PM GMT

Adobe Sign

Steadfast 6th 085997

**PX-10.113**

## COVID-19 CRISIS OUTBREAK EMERGENCY STAFFING PLAN
## ADDENDUM TO RATES

**ADDENDUM TO** PEAK RESOURCES CHARLOTTE **(hereinafter "PEAK RESOURCES CHARLOTTE " or "Facility" HEALTHCARE STAFFING AGREEMENT.**

This Addendum Number 1 ("Addendum" to PEAK RESOURCES CHARLOTTE  Healthcare Staffing Agreement) is entered into by and between Medical Staffing of America T/A Steadfast Medical Staffing "Agency" and PEAK RESOURCES CHARLOTTE("Facility") and made effective May 22, 2020 ("Addendum Effective Date") to add an CRISIS RATE during the emergency course of the CORONAVIRUS COVID-19 CRISIS Outbreak ("Addendum Effective End Date"). In the event when the Facility has any positive COVID-19 in the building, the Crisis Rates will apply.

Whereas, Agency and Facility entered into the Agreement, made effective May 22, 2020.

The parties hereby agree to revise the Agreement as follows:

Increase of rates will apply in lieu of Initial Agreed Rate on Signed Staffing Agreement to reflect the course of the CORONAVIRUS (COVID-19) CRISIS OUTBREAK. When controlled, the Rates will resume to the Initial Agreed Upon Rates per the Staffing Agreement when the CDC announces the COVID-19 controlled and no longer a threat per the Health and Jurisdictional Authorities.

*"Per current CDC and NCDHHS guidelines all who are to enter the facility are to be screened.  If Steadfast Medical Staffing Contractor have a fever and or signs/symptoms of respiratory illness, then facility per these guidelines can turn them away.  The Facility will not be obligated to pay the 4 hours of services cancellation fee."*

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING CRISIS Pay Rates – Weekdays/Weekends**
**RN, $75.50/HR**
**LPN, $65.50/HR**
**CNA, $40.50/HR**

| | |
|---|---|
| **IN WITNESS WHEREOF**, the parties hereby execute and make effective this Addendum as of the Amendment Effective Date set forth above:<br><br>MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br><br>ATTN: Lisa A. Pitts<br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility":  Peak Resources Charlotte<br><br>Signature: *Cheryl Loeffel*<br><br>Date:  May 22, 2020<br><br><br>Print Name:   Cheryl Loeffel<br><br>Title:   Corporate HRG |

**PX-10.114**

PX-10.115

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
**(O)** 757-321-0777   **(F)** 757-857-6003   **(C)** 757-215-5716

This agreement is made and entered this day, _April 8, 2019_ by and between Medical Staffing of America T/A Steadfast Medical Staffing., and _Dunlop House_ .

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and (Facility) wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERMS:**
This agreement shall begin on the date first written above. Either party can terminate the agreement with or without cause, upon thirty days' written notice to the other party. The agreement may be amended at any time and from time to time by written agreement to the parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING., responsibilities:**

A. Upon request by facility, Steadfast Medical Staffing, LLC., shall assign such contractors as available for such assignment.  At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.

B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the facility upon request)

    a. A completed application, which includes education, training, skills, specialties and preference
    b. Documentation of education and training
    c. Skills inventory checklist
    d. Two recent work references
    e. TB test and evidence of satisfactory health status
    f. Current CPR
    g. Performance evaluation
    h. Copy of current license, registration, or certification
    i. Negative urine drug screen
    j. Background check
    k. Flu shots

C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.

D. Contractors will be requested to report to the designated supervisor before he/she begins work.

E. Steadfast Medical Staffing, LLC., shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

1 | P a g e

DOL (Steadfast II) 005787

**PX-10.116**

    F.  Steadfast Medical Staffing, LLC., will not actively solicit Facility employees as Contractors.

    G.  Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

    H.  Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

    I.  Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

    J.  Steadfast Medical Staffing, LLC., will comply with Facility standards for the use of supplemental medical services.

    K.  Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"FACILITY" responsibilities:**

    A.  "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

    B.  "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

    C.  "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

    D.  "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

    E.  "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

    F.  "Facility" will orientate Contractors to its' Facility rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

    G.  "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

    H.  "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate facility staff development programs.

    I.  "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

    J.  "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

    K.  If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

    L.  If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

2 | P a g e

DOL (Steadfast II) 005788

**PX-10.117**

M. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC., will invoice Facility weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC., at any time upon forty-five (45) days written notice to "Facility".

B. "Facility" shall pay Steadfast Medical Staffing, LLC., Invoice within 35 days from date of Invoice. Invoices not paid within 35 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

A. Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B. Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Notices:**

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

| MEDICAL STAFFING OF AMERICA TA/ STEADFAST MEDICAL STAFFING 5750 CHESAPEAKE BOULEVARD, STE 301 NORFOLK, VIRGINIA 23513 ATTN: Lisa A. Pitts (M) 757-321-0777 (F) 757-857-6003 (C) 757-215-5716 | "Facility": _____ _____ _____ _____ _____ |
|---|---|

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

3 | P a g e

DOL (Steadfast II) 005789

**PX-10.118**

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | "Facility": Dunlop House. |
|---|---|
| By: _____ Title: _____ | By: Holton   Title: Regional Director |

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends:**

**LPN**, $40.00/HR
**CNA**, $22.00/HR
**Med Tech**, $26.00/HR

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**
Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Administrator:

_____

4 | P a g e

DOL (Steadfast II) 005790

**PX-10.119**

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
**(O)** 757-321-0777   **(F)** 757-857-6003   **(C)** 757-215-5716

This agreement is made and entered this day, March 20, 2019 by and between Medical Staffing of America T/A Steadfast Medical Staffing., and <u>Farmville Rehabilitation and Healthcare Center, LLC, debtor in possession (Case No. 18-30777) U.S Bankruptcy Court for Northern District of Texas.</u>

Due to the tremendous loss in unpaid invoices affiliated with Orianna Health Systems, LLC, before services are rendered to <u>Farmville Rehabilitation and Healthcare Center, LLC,</u> pre-payment must be received for all staff scheduled to go to above "Facility" prior to sending staff to Orianna Facility. *See Page 3 for Billing and Payment Procedures.*

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and (Facility) wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERMS:**

This agreement shall begin on the date first written above *and shall continue for a period of one (1) year unless terminated pursuant to the terms and conditions herein. Thereafter, the Agreement shall automatically renew for additional one (1) year term(s).* Either party can terminate the agreement *at any time* with or without cause, upon thirty days' written notice to the other party. The agreement may be amended at any time and from time to time by written agreement to the parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING., responsibilities:**

  A.  Upon request by facility, Steadfast Medical Staffing, LLC., shall assign such contractors as available for such assignment. At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.

  B.  Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the facility upon request)

   a.  A completed application, which includes education, training, skills, specialties and preference
   b.  Documentation of education and training
   c.  Skills inventory checklist
   d.  Two recent work references
   e.  TB test and evidence of satisfactory health status
   f.  Current CPR
   g.  Performance evaluation
   h.  Copy of current license, registration, or certification
   i.  Negative urine drug screen
   j.  Background check

1 | P a g e

DOL (Steadfast II) 0057892

PX-10.120

k. Flu shots

C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.

D. Contractors will be requested to report to the designated supervisor before he/she begins work.

E. Steadfast Medical Staffing, LLC., shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

F. Steadfast Medical Staffing, LLC., will not actively solicit Facility employees as Contractors.

G. Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H. Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I. Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J. Steadfast Medical Staffing, LLC., will comply with Facility standards for the use of supplemental medical services.

K. Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"FACILITY" responsibilities:**

A. "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B. "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C. "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D. "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E. "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F. "Facility" will orientate Contractors to its' Facility rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G. "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

H. "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate facility staff development programs.

I. "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J. "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K. If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's"

DOL (Steadfast II) 0057893

PX-10.121

,obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L.   If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

M.   "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

*Since a tremendous loss from staffing Orianna Health Systems, LLC. prior to bankruptcy, the following Billing and Payment Procedures are in effect:*

A.   Steadfast Medical Staffing, LLC., will invoice Facility for its scheduled services prior to rendered services.

B.   "Facility" shall pay Steadfast Medical Staffing, LLC., prior to any services rendered. Pre-payment for scheduled services must be received via ACH to Steadfast Medical Staffing prior to sending Contractors to "Facility".

**Payment Information: (via ACH)**
Banking Information: Wells Fargo
Account Name: Medical Staffing of America TA/ Steadfast Medical Staffing
Routing Number: 051400549
Account Number: 8318662643

**Insurance:**

A.   Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B.   Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Notices:**

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

| | |
|---|---|
| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br>ATTN: Lisa A. Pitts<br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility":   Farmville Rehabilitation and Healthcare Center, LLC<br>1575 Scott Drive. Farmville, VA 23901<br>Attn: Administrator<br>With a copy to:  Orianna Health Systems, LLC<br>1001 Hawkins Street. Nashville, TN 37203<br>Attn: President |

3 | P a g e

DOL (Steadfast II) 0057894

**PX-10.122**

· **Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

**Indemnification:**

*Each party agrees to indemnify and hold the other including directors, employees, members, affiliates, agents and workers harmless from all claims, suits, judgements, and demands arising from the indemnified party's negligent and/or intentional acts and omissions in the performance of the duties prescribed by this Agreement.*

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | "Facility": *ERHC* |
|---|---|
| By: _____ Title: _____ | By: _____ Title: _____ |

* KPO, RVP, 3/21/18*

DOL (Steadfast II) 0057895

**PX-10.123**

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends:**

RN,   $65/HR
LPN,  $55/HR
CNA, $33/HR

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**

Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Administrator: /DON

Cretha Pearson DON
3/21/18

5 | P a g e

DOL (Steadfast II) 0057896

**PX-10.124**

**Rider 1 to**

Agreement (hereinafter, the "Agreement") between Farmville Rehabilitation and Healthcare Center, LLC debtor in possession (Case No. 18-30777) U.S. Bankruptcy Court for Northern District of Texas (hereinafter "Facility") and SteadFast Medical Staffing, LLC (

1.　　No Gratuities: The exchange or offering of any money, gift item, personal service, entertainment or unusual hospitality by either party to this Agreement to the other party is expressly prohibited. The prohibition is equally applicable to either party's officers, employees, agents or immediate family members. Any violation of this provision by SteadFast Medical Staffing, LLC constitutes material breach of this Agreement.

2.　　No Conflicts of Interest: SteadFast Medical Staffing, LLC certifies that, to the best of SteadFast Medical Staffing, LLC's knowledge and belief, no economic, beneficial, employment or managerial relationship exists between SteadFast Medical Staffing, LLC and any employee of Facility or any affiliate of Facility, or between SteadFast Medical Staffing, LLC and any relative of an employee of Facility or any such companies, which would tend in any way to influence such employee in the performance of his or her duties on behalf of Facility or any affiliate of Facility in connection with the awarding, making, amending or making determination concerning the performance of this or any other agreement.

3.　　Assignment: The Agreement shall not be assigned in whole or in part by either party hereto without the express written consent of the other party; provided, however that Facility may assign this Agreement to an Affiliate without SteadFast Medical Staffing, LLC's consent and any such assignment by Facility to an Affiliate shall be automatic in the event of a corporate restructuring or reorganization that results in the transfer of the ownership or operations of Facility to such Affiliate. For purposes of this Section, the term "Affiliate" shall mean an entity that is, directly or indirectly, controlling, controlled by, or under common control with, Facility. Except as provided herein, this Agreement shall inure to the benefit of and be binding upon the parties hereto and their respective successors and permitted assigns. There are no third party beneficiaries of or to this Agreement.

4.　Patient Confidentiality and HIPAA Compliance:

　　　　i.　The parties agree to comply with, and to cause their employees, subcontractors and agents to comply with, applicable state and federal laws and regulations relating to the security, protection and privacy of individually identifiable health care information, including without limitation the Health Insurance Portability and Accountability Act of 1996 and regulations promulgated thereunder, as they may be amended from time to time.

　　　　ii.　SteadFast Medical Staffing, LLC shall maintain the confidentiality of resident records and medical information, in accordance with applicable state and federal laws, rules and regulations. All documentation and records relating to Facility's residents shall be and remain the sole property of Facility, subject to the resident's rights in such documentation and records. Neither SteadFast Medical Staffing, LLC nor any of its Personnel

DOL (Steadfast II) 0057897

**PX-10.125**

shall disclose to any third party except where permitted or required by law or where such disclosure is expressly approved in writing by Facility or the resident, any resident or medical record information regarding Facility's residents. SteadFast Medical Staffing, LLC and its Personnel shall comply with all Facility policies regarding the confidentiality of resident and medical record information, and Facility shall provide copies of its policies to SteadFast Medical Staffing, LLC upon request.

5.      Qualifications:

Throughout the term of this Agreement, SteadFast Medical Staffing, LLC and its Personnel who will provide Services hereunder shall obtain and at all times maintain in good standing all licenses, permits, registrations, certifications, proof of negative criminal background check and authorizations necessary to provide Services to Facility residents, which shall be attached as Appendix A. By its signature at the end of this Agreement, SteadFast Medical Staffing, LLC hereby warrants, represents and certifies the following with respect to itself, and its Personnel, agents, employees, directors, officers, owners, subcontractors, volunteers and management personnel (collectively referred to as "SteadFast Medical Staffing, LLC Representatives"):

(i) none is under suspension or subject to any disciplinary proceedings or other sanctions or penalties (including but not limited to any administrative sanctions, suspension of payments, civil monetary penalties, or assessments) by any federal or state governmental authority or agency having jurisdiction over the professional activities of SteadFast Medical Staffing, LLC or its Personnel, and none is under any formal or informal investigation or preliminary inquiry by any governmental authority or agency for possible suspension, disciplinary action, or other sanction or penalty;

(ii) none has been subject to any health care related criminal fine, restitution order, civil judgment, criminal judgment or judgment under the False Claims Act; and

(iii) none has been convicted of a criminal offense related to, or has been excluded or debarred from participation in, any federal health care program, as defined at 42 U.S.C. § 1320a-7b(f), including but not limited to the Medicare program or any state Medicaid program. An entity or individual is considered to have been convicted of a criminal offense:

(1)     When a judgment of conviction has been entered against the individual or entity by a Federal, State, or local court, regardless of whether there is an appeal pending or whether the judgment of conviction or other record relating to criminal conduct has been expunged;

(2)     When there has been a finding of guilt against the individual or entity by Federal, State, or local court;

(3)     When a plea of guilty or nolo contendere by the individual or entity has been accepted by a Federal, State, or local court; or

DOL (Steadfast II) 0057898

PX-10.126

(4)    When the individual or entity has entered into participation in a first offender, deferred adjudication, or other arrangement or program where judgment of conviction has been withheld.

To effectuate its obligations under this Section, SteadFast Medical Staffing, LLC shall, in addition to other investigative measures, query the Office of Inspector General's List of Excluded Individuals/Entities. This list can be found at the following Internet address: http://www.hhs.gov/oig/cumsan/main.htm. SteadFast Medical Staffing, LLC acknowledges that its warranty obligations are continuous in nature. Furthermore, SteadFast Medical Staffing, LLC understands that it or its SteadFast Medical Staffing, LLC Representatives cannot provide services described herein if an exclusion or debarment has occurred.

\* \* \* \* \*

DOL (Steadfast II) 0057899

**PX-10.127**

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

## SUPPLEMENTAL STAFFING AGREEMENT

**THIS AGREEMENT** is made as of this 13th day of February, 2018 by and between **Princess Anne H&R Ops Limited Partnership t/a Princess Anne Health & Rehabilitation Center** located at 1948 Landstown Centre Way, Virginia Beach, VA 23456 (hereinafter "HEALTHCARE CENTER") and **SteadFast Medical Staffing, LLC**, with an office located at 5750 Chesapeake Boulevard, Suite 103, Norfolk, VA 23513 (hereinafter "SUPPLEMENTAL STAFFING SERVICE").

### WITNESSETH:

**WHEREAS**, HEALTHCARE CENTER operates a long-term care facility, the patients of which require on-site medical treatment and supervision; and

**WHEREAS**, Medical Facilities of America, Inc. (hereinafter "MFA") is the General Partner of Healthcare Center; and

**WHEREAS**, SUPPLEMENTAL STAFFING SERVICE provides qualified and appropriately licensed and credentialed temporary health care personnel ("TEMPORARY PERSONNEL").

**NOW THEREFORE IN CONSIDERATION** of the mutual covenants and agreements herein contained and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto, intending to be legally bound, agree as follows:

1. **Nature of Arrangement.** Upon request of HEALTHCARE CENTER, SUPPLEMENTAL STAFFING SERVICE shall make every effort to promptly provide qualified TEMPORARY PERSONNEL to HEALTHCARE CENTER. SUPPLEMENTAL STAFFING SERVICE shall screen all TEMPORARY PERSONNEL, as set forth in **EXHIBIT A** which is attached hereto, and insure that the TEMPORARY PERSONNEL have the qualifications required by the HEALTHCARE CENTER before such TEMPORARY PERSONNEL are placed at the HEALTHCARE CENTER.

2. **Duties and Obligations of SUPPLEMENTAL STAFFING SERVICE.**

    A. SUPPLEMENTAL STAFFING SERVICE shall:

    (1) Provide to the HEALTHCARE CENTER a profile on each TEMPORARY PERSONNEL placed at the HEALTHCARE CENTER which includes work history, references, skills validation, a copy of the TEMPORARY PERSONNEL's state license/credentials and verification of the items listed in **EXHIBIT A**. A copy of such profile must be provided prior to the SUPPLEMENTAL STAFFING SERVICE placing any TEMPORARY PERSONNEL at the HEALTHCARE CENTER or at any other time the HEALTHCARE CENTER requests.

DOL (Steadfast II) 0057905

PX-10.128

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

(2)   Assume sole and exclusive responsibility for the payment of wages (including overtime where applicable) to TEMPORARY PERSONNEL for services performed at the HEALTHCARE CENTER to the extent TEMPORARY PERSONNEL are considered to be SUPPLEMENTAL STAFFING SERVICES's employees.  SUPPLEMENTAL STAFFING SERVICE shall be responsible for withholding appropriate federal and state taxes, contributing to Federal Social Security taxes, payment of unemployment taxes and workers' compensation insurance coverage as well as any other tax, payment, or obligation required of an employer.

(3)   Assume sole and exclusive responsibility for any injury, accident, or illness suffered by TEMPORARY PERSONNEL and compensable under the applicable workers' compensation laws.  SUPPLEMENTAL STAFFING SERVICE further agrees to waive any and all subrogation rights it or its insurer may have against HEALTHCARE CENTER for claims paid to TEMPORARY PERSONNEL.

(4)   Assume sole and exclusive responsibility for the payment of compensation to TEMPORARY PERSONNEL for services performed at the HEALTHCARE CENTER to the extent TEMPORARY PERSONNEL are considered to be independent contractors.  SUPPLEMENTAL STAFFING SERVICE shall be responsible for filing the necessary forms, such as 1099's, as well as complying with all requirements for an independent contractor relationship to exist under applicable law.

(5)   Comply with and ensure that TEMPORARY PERSONNEL placed at the HEALTHCARE CENTER comply with the guidelines of OSHA standards.

(6)   Be in compliance with all applicable provisions of federal, state, and local laws, rules and regulations, including, but not limited to patient care guidelines, and monitor the TEMPORARY PERSONNEL placed at the HEALTHCARE CENTER to insure that the TEMPORARY PERSONNEL are in compliance with the same.

(7)   Upon notification or knowledge that a TEMPORARY PERSONNEL has failed to report for an assignment as scheduled or has engaged in any conduct which is in violation of this Agreement or detrimental to the HEALTHCARE CENTER, its residents, or MFA, as determined by the HEALTHCARE CENTER and MFA, make every effort to attempt to find a replacement within a time agreed to by the parties.

(8)   Inform the HEALTHCARE CENTER of any cancellation of TEMPORARY PERSONNEL and find a replacement.

(9)   Warrant that it and, to the best of its knowledge, all TEMPORARY PERSONNEL shall be free at all times from any and all sanctions and/or exclusions of participation by federal or state funded programs, including, but not limited to license sanctions and revocations, and monitor the TEMPORARY PERSONNEL placed at the HEALTHCARE CENTER to insure compliance with the same.

B.   <u>Services to Patients</u>. SUPPLEMENTAL STAFFING SERVICE warrants that all services performed by it and, to the best of its knowledge, the TEMPORARY

DOL (Steadfast II) 0057906

**PX-10.129**

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

PERSONNEL will be done in accordance with and in compliance with recognized professional and ethical medical standards and the terms and conditions of this Agreement as well as all applicable state, federal, and local laws, rules, and regulations. All such services shall also be rendered at all times in accordance with any conditions of participation and/or reimbursement requirements as may, from time to time, be imposed by applicable governmental and other third-party reimbursement sources. SUPPLEMENTAL STAFFING SERVICE may only commence rendering services to HEALTHCARE CENTER'S patients upon the full execution of this Agreement by SUPPLEMENTAL STAFFING SERVICE.

C.   Confidentiality. SUPPLEMENTAL STAFFING SERVICE shall maintain and assure that during the term of this Agreement and after the termination of this Agreement, however caused, it and its TEMPORARY PERSONNEL and all other employees, agents, or subcontractors employed or engaged on its behalf shall maintain strict confidentiality of all medical and other records and information regarding HEALTHCARE CENTER's patients and will comply with all state and federal regulations regarding same.

SUPPLEMENTAL STAFFING SERVICE shall also maintain and assure that during the term of this Agreement and after the termination of this Agreement, however caused, it and its TEMPORARY PERSONNEL and all other employees, agents, or subcontractors employed or engaged on its behalf shall maintain strict confidentiality of all proprietary information regarding HEALTHCARE CENTER or MFA. For the purposes of the above, the term "proprietary information" means any information which is not generally available to the public, and includes, without limitation, the identity of or other facts relating to the HEALTHCARE CENTER or MFA's residents, customers, accounts, prospects, marketing strategies, financial data, inventory lists, trade secrets, pricing strategies, arrangements with suppliers and customers, or any other information acquired such that if such information were disclosed such disclosure could act to the prejudice of HEALTHCARE CENTER or MFA.

SUPPLEMENTAL STAFFING SERVICE agrees that if it and its TEMPORARY PERSONNEL and all other employees, agents, or subcontractors employed or engaged on its behalf believe they are required by law or otherwise required to reveal any information which is to be maintained in confidence as set forth above, SUPPLEMENTAL STAFFING SERVICE will, and will require its TEMPORARY PERSONNEL and all other employees, agents, or subcontractors employed or engaged on its behalf to first contact MFA's General Counsel prior to disclosing such information, in order that MFA or the HEALTHCARE CENTER can take appropriate steps to safeguard the disclosure of such information.

D.   Health Insurance Portability and Accountability Act of 1996. HEALTHCARE CENTER and SUPPLEMENTAL STAFFING SERVICE agree that they are not Business Associates of one another, as that term is defined in the Health Insurance Portability and Accountability Act of 1996 and its implementing regulations ("HIPAA"). HEALTHCARE CENTER and SUPPLEMENTAL STAFFING SERVICE agree to comply with the provisions of HIPAA if, and to the extent applicable. The parties acknowledge that from time to time, HIPAA or other regulations may require an amendment or modification to this Agreement for compliance purposes, and agree that they will work to promptly effectuate any such required amendment or modification.

DOL (Steadfast II) 0057907

**PX-10.130**

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

3.    Fee Schedule. SUPPLEMENTAL STAFFING SERVICE shall bill HEALTHCARE CENTER for its services in accordance with **EXHIBIT B** attached hereto. No change in the fee schedule will be binding without the prior written approval from an authorized representative of HEALTHCARE CENTER.

4.    **Duties and Responsibilities of HEALTHCARE CENTER.**

A.    HEALTHCARE CENTER shall maintain a current and unrestricted license to operate as a nursing home in the Commonwealth of Virginia. HEALTHCARE CENTER shall provide reasonable access to the HEALTHCARE CENTER and will inform and make available to SUPPLEMENTAL STAFFING SERVICE and TEMPORARY PERSONNEL all HEALTHCARE CENTER policies and procedures, including medication administration, charting and documentation procedures, issues as to patient rights, Infection Control, Fire and Safety, and HIPAA Privacy in order that SUPPLEMENTAL STAFFING SERVICE can ensure those polices and procedures are a condition of its TEMPORARY PERSONNEL performing the services herein contemplated.

B.    HEALTHCARE CENTER will put in place appropriate procedures to review the actual time worked by TEMPORARY PERSONNEL before such time is submitted by TEMPORARY PERSONNEL to SUPPLEMENTAL STAFFING SERVICE.

C.    HEALTHCARE CENTER has the right to cancel an assignment not less than two (2) hours before the time TEMPORARY PERSONNEL is scheduled to report without incurring liability. It shall be the responsibility of SUPPLEMENTAL STAFFING SERVICE to contact TEMPORARY PERSONNEL.

D.    If HEALTHCARE CENTER cancels a TEMPORARY PERSONNEL less than two (2) hours prior to start of assignment, HEALTHCARE CENTER shall be liable for two hours at the applicable rate for the TEMPORARY PERSONNEL involved. HEALTHCARE CENTER has the option to utilize service of TEMPORARY PERSONNEL for those hours should said TEMPORARY PERSONNEL still be available. There will be no liability, however, if the reason for the cancellation by the HEALTHCARE CENTER is due to a breach of this Agreement by SUPPLEMENTAL STAFFING SERVICE or TEMPORARY PERSONNEL.

E.    HEALTHCARE CENTER shall submit payment to SUPPLEMENTAL STAFFING SERVICE within forty-five (45) days upon receipt of accurate invoice.

5.    **Right to Remove.** If, in the sole discretion of the HEALTHCARE CENTER or MFA, a TEMPORARY PERSONNEL provided by SUPPLEMENTAL STAFFING SERVICE has engaged in any action which is not in the best interests of the HEALTHCARE CENTER or MFA, HEALTHCARE CENTER or MFA may require TEMPORARY PERSONNEL to leave facility and shall inform SUPPLEMENTAL STAFFING SERVICE of this action immediately. There will be no liability to the HEALTHCARE CENTER or MFA for exercising this right of removal. Upon notification of removal, SUPPLEMENTAL STAFFING SERVICE agrees to

DOL (Steadfast II) 0057908

**PX-10.131**

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

find a replacement to be placed at the HEALTHCARE CENTER within a time agreed to by the parties.

6.    **Change of Employer.** In the event HEALTHCARE CENTER or other party related to the HEALTHCARE CENTER wishes to permanently employ TEMPORARY PERSONNEL, SUPPLEMENTAL STAFFING SERVICE agrees to release TEMPORARY PERSONNEL upon sixty (60) days written notice. TEMPORARY PERSONNEL remains an employee of SUPPLEMENTAL STAFFING SERVICE during the sixty (60) day period. Subject to meeting the above condition, neither HEALTHCARE CENTER nor TEMPORARY PERSONNEL shall be charged fees or penalties for such permanent change of employer.

7.    **Term; Termination.**

A.    **Term.** The term of this Agreement shall commence as of the date hereof and shall continue in full force and effect for an initial term of one (1) year. Unless any party elects to terminate this Agreement at the end of the initial or any renewal term hereof by giving written notice to the other parties at least thirty (30) days prior to the expiration of the then current term, this Agreement shall be deemed to have automatically renewed for an additional term of one (1) year at the conclusion of each term, upon the same terms and conditions as set forth herein.

B.    **Termination For Cause.** This Agreement may be immediately terminated by any party hereto upon the material breach of any of the terms and conditions hereof by any other party. Such termination shall be effective immediately upon receipt of notice of claimed breach. This Agreement shall also terminate immediately and automatically, without notice (1) in the event the HEALTHCARE CENTER loses its license to operate as a nursing home, (2) in the event SUPPLEMENTAL STAFFING SERVICE initiates bankruptcy proceedings (or such proceedings are involuntarily instituted against it) or it makes an assignment for the benefit of creditors, (3) in the event SUPPLEMENTAL STAFFING SERVICE is sanctioned or excluded from participating in any federal or state funded program, including, but not limited to, Federal and/or State Medicare and Medicaid programs, (4) in the event the insurance requirements of the following paragraph entitled "Insurance" are not complied with, or (5) in the event that SUPPLEMENTAL STAFFING SERVICE is in violation of any federal, state, or local law or regulation, or does any act which, in the sole judgment of the HEALTHCARE CENTER or MFA, is contrary to the best interests of the HEALTHCARE CENTER or MFA.

C.    **Termination Without Cause.** This Agreement may be terminated by any party, with or without cause, upon thirty (30) days prior written notice.

D.    **Survival.** A party's duty to indemnify, as set forth in the following paragraph entitled "Indemnification," will survive any termination of this Agreement as set forth above.

8.    **Insurance.** SUPPLEMENTAL STAFFING SERVICE shall maintain throughout any term of this agreement professional malpractice liability insurance covering itself, its TEMPORARY PERSONNEL and any other employees, agents, and assigns in connection with

DOL (Steadfast II) 0057909

**PX-10.132**

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

the performance of services under this Agreement. SUPPLEMENTAL STAFFING SERVICE shall submit to HEALTHCARE CENTER upon execution of this Agreement, and annually thereafter, a certificate of insurance confirming the foregoing coverage in a minimum amount equal to or greater than the limitation on recovery per occurrence specified in Section 8.01-581.15 of the Code of Virginia (and as such section may be hereinafter amended or superceded), and three (3) times of said amount in the annual aggregate.

SUPPLEMENTAL STAFFING SERVICE shall also maintain throughout any term of this Agreement the following insurance coverage covering itself, its TEMPORARY PERSONNEL and any other employees, agents, and assigns in connection with performance of services under this Agreement in the minimum amounts (incident/aggregate) as follows:

 i) Commercial General Liability - $1,000,000 and $3,000,000 in the aggregate

 ii) Automobile Liability - $1,000,000

 iii) Workers' Compensation - Statutory Limits

 iv) Employer's Liability - $1,000,000

 v) Fidelity Bond - $1,000,000

 vi) Umbrella Liability - $1,000,000

 vii) Cyber Liability - with limits of not less than $5,000,000.00 for each occurrence, covering claims involving privacy violations, information theft, damage to or destruction of electronic information, intentional and/or unintentional release of private information, alteration of electronic information, extortion and network security

SUPPLEMENTAL STAFFING SERVICE shall add HEALTHCARE CENTER to their policies of insurance as an additional insured. SUPPLEMENTAL STAFFING SERVICE shall submit to HEALTHCARE CENTER upon execution of this Agreement, and annually thereafter, certificates of insurance confirming the foregoing coverages. Liability Insurance shall include coverage for contractual liability and shall name HEALTHCARE CENTER as an additional insured.

Each policy set forth above shall provide that the insurance company may not cancel coverage without providing SUPPLEMENTAL STAFFING SERVICE and HEALTHCARE CENTER thirty (30) days prior notice. SUPPLEMENTAL STAFFING SERVICE shall immediately notify HEALTHCARE CENTER should it receive any notice of cancellation of such insurance. Any such cancellation may constitute grounds for termination for cause as referenced in this Agreement.

9. **Indemnification.**

 A. **HEALTHCARE CENTER.** HEALTHCARE CENTER shall indemnify and hold SUPPLEMENTAL STAFFING SERVICE harmless of and from all claims, demands, actions, causes of actions, costs, expenses, liabilities and losses (including reasonable attorneys'

DOL (Steadfast II) 0057910

**PX-10.133**

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

fees and court costs) which may result against SUPPLEMENTAL STAFFING SERVICE as a consequence of any alleged negligent or intentional act or omission, malfeasance, neglect or medical malpractice caused or alleged to be caused solely by HEALTHCARE CENTER, its employees, agents or subcontractors.

      B.    SUPPLEMENTAL STAFFING SERVICE. SUPPLEMENTAL STAFFING SERVICE shall indemnify and hold HEALTHCARE CENTER and MFA, as well as each of their respective employees, agents, officers, and directors, harmless of and from any and all claims, demands, actions, causes of actions, costs, expenses, liabilities, and losses (including reasonable attorneys' fees and court costs) which may result against the HEALTHCARE CENTER or MFA as a consequence of a violation of any of the terms of this Agreement or any alleged negligent act or omission, malfeasance, neglect, breach of patient confidentiality or professional malpractice caused or alleged to be caused by SUPPLEMENTAL STAFFING SERVICE, its TEMPORARY PERSONNEL, or any of its employees, agents or subcontractors arising out of or occurring in connection with the performance of the terms of this Agreement.

      SUPPLEMENTAL STAFFING SERVICE also shall indemnify and hold HEALTHCARE CENTER and MFA, as well as each of their respective employees, agents, officers, and directors, harmless of and from any and all claims, demands, actions, causes of actions, costs, expenses, liabilities, and losses (including reasonable attorneys' fees, court costs, the payment of back taxes and penalties) which may result against the HEALTHCARE CENTER or MFA should any governmental agency or tribunal find that any of the parties hereto has violated any federal, state or local law or regulation or any finding that any TEMPORARY PERSONNEL placed by SUPPLEMENTAL STAFFING SERVICE was an employee or joint employee of HEALTHCARE CENTER or MFA arising out of or occurring in connection with the performance of the terms of this Agreement.

      C.    Limitation. Notwithstanding the above, in no event shall either party be liable for any incidental, consequential, exemplary, special, or punitive damages or expenses, or lost profits (regardless of how characterized, and even if such party has been advised of the possibility of such damages) under or in connection with this Agreement, regardless of the form of action, whether in tort, contract, negligence, strict liability, statutory liability, or otherwise. Moreover, in the event any TEMPORARY PERSONNEL suffers an injury, accident, or illness compensable under applicable workers' compensation laws, such TEMPORARY PERSONNEL's sole remedy shall be workers' compensation. Failure by such TEMPORARY PERSONNEL to exhaust all workers' compensation administrative remedies and appeals, shall preclude any and all recovery from HEALTHCARE CENTER under any theory or breach of contract, tort, statutory liability, or other.

      10.    Independent Contractor Status. SUPPLEMENTAL STAFFING SERVICE, and any employees, agents, or subcontractors employed or engaged by the SUPPLEMENTAL STAFFING SERVICE shall be and at all times act as independent contractors in performing the services contemplated by this Agreement. It is specifically understood and agreed that TEMPORARY PERSONNEL assigned by SUPPLEMENTAL STAFFING SERVICE to the HEALTHCARE CENTER is the sole employee of SUPPLEMENTAL STAFFING SERVICE and not an employee or joint employee of the HEALTHCARE CENTER or MFA and nothing in

DOL (Steadfast II) 0057911

PX-10.134

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

this Agreement should be construed to create, either expressly or by implication, an employer/employee relationship inconsistent with the above. SUPPLEMENTAL STAFFING SERVICE will require any TEMPORARY PERSONNEL or other individual performing services under this Agreement to sign a copy of **EXHIBIT C**, attached hereto, and provide copy of same to HEALTHCARE CENTER prior to allowing services to be performed under this Agreement. SUPPLEMENTAL STAFFING SERVICE will also maintain in effect during the term of this Agreement any and all Federal, State and/or local licenses and permits which may be required of employers generally.

At no time shall SUPPLEMENTAL STAFFING SERVICE, its TEMPORARY PERSONNEL, or any employees, agents, or subcontractors employed or engaged by the SUPPLEMENTAL STAFFING SERVICE hold themselves out in any way to be the employees, agents, or subcontractors of HEALTHCARE CENTER or MFA. SUPPLEMENTAL STAFFING SERVICE agrees to provide a list of his/her employees, agents or subcontractors who will have access to patients in the HEALTHCARE CENTER prior to their performing any duties herein. No term of this Agreement shall be construed so as to render any party the employee or agent of any other, nor shall this Agreement be nor be construed as a contract of employment.

11. <u>Access to Records.</u>

A. <u>SUPPLEMENTAL STAFFING SERVICE's Records.</u> Until the expiration of four (4) years after the furnishing of services pursuant to this Agreement, SUPPLEMENTAL STAFFING SERVICE agrees to make available, upon receipt of written request from HEALTHCARE CENTER or MFA or the Secretary of Health and Human Services ("HHS") or the U.S. Comptroller General, or any of their duly authorized representatives, or any duly authorized state agency, this Agreement and the books, documents, and records of SUPPLEMENTAL STAFFING SERVICE that are necessary to certify the extent of costs incurred by HEALTHCARE CENTER under this Agreement as well as the services provided by SUPPLEMENTAL STAFFING SERVICE under this Agreement, including, but not limited to, normal employment records concerning the TEMPORARY PERSONNEL who provided those services at the HEALTHCARE CENTER.

B. <u>Subcontractors.</u> If SUPPLEMENTAL STAFFING SERVICE carries out any of the duties of this Agreement with a value of Ten Thousand Dollars ($10,000.00) or more over a twelve-month period through a subcontract with a related organization or individual, such subcontract shall contain a clause to the effect that, until after the expiration of four (4) years after the furnishing of services under the subcontract, the related organization shall make available, upon written request from HEALTHCARE CENTER or MFA or the Secretary of HHS, the U.S. Comptroller General, or any of their duly authorized representatives, the subcontract and the books, documents, and records of the related organization that are necessary to verify the nature and extent of costs incurred under the subcontract as well as the services provided under the subcontract, including, but not limited to, normal employment records concerning the individuals who provided those services at the HEALTHCARE CENTER under sub-contract.

DOL (Steadfast II) 0057912

PX-10.135

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

12.    **Compliance with Law.** SUPPLEMENTAL STAFFING SERVICE agrees to be in full compliance with all applicable local, federal and state laws and regulations, including, but not limited to, labor and employment laws in the selection and placement of TEMPORARY PERSONNEL and in the performance of services under this Agreement, including, but not limited to, Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Fair Labor Standards Act, the Equal Pay Act and the Family and Medical Leave Act and all requirements imposed by and pursuant to the regulations of the United States Department of HHS or other enforcement authority issued pursuant to that Title, so that no person in the United States of America shall, on the grounds of race, color, handicap or national origin, be excluded from participation in, be denied the benefits, or be otherwise subjected to discrimination under any program or activity provided by SUPPLEMENTAL STAFFING SERVICE.

13.    **Miscellaneous.**

A.    **Indulgences, Etc.** Neither the failure nor any delay on the part of any party to exercise any right, remedy, power or privilege ("Right") under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any Right preclude any other or further exercise of the same or of any other Right, nor shall any waiver of any Right with respect to any occurrence be construed as a waiver of such Right with respect to any other occurrence. No waiver shall be effective unless it is in writing and is signed by the party asserted to have granted such waiver.

B.    **Assignment.** Neither party shall assign the Agreement in whole or in part without the written consent of the other which shall not be unreasonably withheld. Neither party shall assign any monies, obligations, or entitlements due or to become due to it under the Agreement without the prior written consent of the other party. This Agreement shall be binding upon and inure to the benefit of the successors, permitted assigns, heirs and representatives of the Facility and the Company. Any attempted assignment of this Agreement in violation of the provisions of this section is void.

C.    **Controlling Law.** This Agreement and all questions relating to its validity, interpretation, performance and enforcement shall be governed by and construed in accordance with the substantive laws of the Commonwealth of Virginia, notwithstanding any choice-of-laws provisions of Virginia law to the contrary.

D.    **Notices.** All notices, requests, demands and other communications required or permitted under this Agreement shall be in writing and shall be delivered by hand, overnight courier, or by regular United States mail, postage pre-paid, addressed to the party for whom it is intended at the addresses set forth below. Any address for the giving of notice may be changed by giving notice to that effect to the other party. Notices provided by hand shall be deemed to have been received as of the date provided on the notice. Notices provided via regular United States mail or by overnight courier are effective upon deposit with the post office or overnight courier.

DOL (Steadfast II) 0057913

PX-10.136

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

If to SUPPLEMENTAL STAFFING SERVICE:

> SteadFast Medical Staffing, LLC
> ATTN: Lisa Pitts
> 5750 Chesapeake Boulevard, Suite 103
> Norfolk, VA 23513

If to HEALTHCARE CENTER:

> Princess Anne Healthcare & Rehabilitation Center
> ATTN: Administrator
> 1948 Landstown Centre Way
> Virginia Beach, VA 23456

With a copy to:

> Medical Facilities of America, Inc.
> ATTN: Legal Dept.
> 2917 Penn Forest Blvd.
> Roanoke, VA 24018

E.    Schedule. All schedules, exhibits, and addenda attached hereto are hereby incorporated by reference into, and made a part of, this Agreement, provided they are properly dated and initialed by all executing parties.

F.    Financial Obligations. SUPPLEMENTAL STAFFING SERVICE shall not incur, nor will HEALTHCARE CENTER or MFA be responsible for, any financial obligations, contract for the purchase of, or purchase of any goods or services on behalf of the HEALTHCARE CENTER or MFA without the HEALTHCARE CENTER's or MFA's express prior written consent.

G.    Execution. This Agreement is not binding unless executed by the SUPPLEMENTAL STAFFING SERVICE and the Executive Vice President or an authorized officer of HEALTHCARE CENTER.

H.    Benefit. The rights and obligations hereunder shall be binding upon and shall inure to the benefits of the parties hereto and their respective successors and permitted assigns.

I.    Integration. This Agreement constitutes the entire agreement of the parties hereto and shall not be modified except in writing signed by all of the parties hereto.

J.    Referral Disclaimer and Freedom of Choice. The parties acknowledge that the payment or receipt of any remuneration, direct or indirect, to induce the referral of a patient for the purpose of purchasing either goods or services reimbursable under the federal

DOL (Steadfast II) 0057914

PX-10.137

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

Medicare or state Medicaid programs is prohibited.  No provision of this Agreement is intended to, nor shall it be construed as requiring any party hereto to refer any patient to any other party hereto nor shall any payment contemplated hereunder be contingent or conditioned upon nor measured by the referral by any party of patients for the purchase of services or goods to any of the other parties hereto; it being expressly provided that no purpose of this Agreement is to induce referrals.

       K.    Non-exclusive Agreement. Nothing in this Agreement shall be construed as limiting the rights of either party to affiliate or contract with any other staffing agency or healthcare center on either a limited or general basis while this Agreement is in effect.

       L.    Covenants and Warrants. The SUPPLEMENTAL STAFFING SERVICE covenants and warrants that neither it nor any of its employees, agents or subcontractors are under any obligation, restraint or impairment which would prohibit the performance of its duties as set forth in this Agreement.  The SUPPLEMENTAL STAFFING SERVICE also understands and agrees that if it is affiliated with or employed by a practice, hospital, clinic or any other healthcare facility, it is the SUPPLEMENTAL STAFFING SERVICE's duty to notify the practice, hospital, clinic or healthcare facility and obtain any and all necessary approvals from such individuals or entities in order to allow the SUPPLEMENTAL STAFFING SERVICE to perform the services set forth in this Agreement without restraint or impairment.  The SUPPLEMENTAL STAFFING SERVICE understands and agrees that it will indemnify and hold harmless the HEALTHCARE CENTER and MFA, its parent, subsidiaries, and affiliates, as well as each of their respective employees, agents, officers, and directors from any and all demands, losses, causes of action, claims, expenses and liabilities which may be brought by any person, entity, agency or board arising out of a breach of the obligations set forth in this paragraph, including but not limited to costs and reasonable attorney's fees.

       M.    Labor.  Under no circumstances will SUPPLEMENTAL STAFFING SERVICE enter into any voluntary agreement or understanding with any union organization for the provision of services under this Agreement.

       N.    No Presumption against Drafter.  The language used in this Agreement is not to be construed in favor or against any party solely because such party or their counsel may have drafted the Agreement.

       O.    Severability and Reformation.  Each provision of this Agreement shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement shall be adjudged to be invalid under applicable law, the remainder of the Agreement is severable and shall continue in full force and effect.  Should a court of competent jurisdiction declare any of the provisions of this Agreement unenforceable, the parties acknowledge and agree that the court may revise or reconstruct such unenforceable provisions to better effectuate the intent of the parties.

       P.    Counterparts.  This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute

DOL (Steadfast II) 0057915

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

one and the same instrument. The parties agree that a facsimile or electronic signature may substitute for and have the same effect as the original signature.

Q.     Elder Justice Act of 2009. In compliance with the provisions of the Elder Justice Act of 2009, 42 USCS Section 1320b-25, et seq., and implementing regulations, as a contractor of HEALTHCARE CENTER, SUPPLEMENTAL STAFFING SERVICE is required to report any reasonable suspicion of a crime against HEALTHCARE CENTER residents to the Administrator of HEALTHCARE CENTER and to ensure that such crime is reported to the Virginia Department of Health Office of Licensure and Certification and to local law enforcement agents. Such reports must be made within two hours after forming the suspicion if the event results in serious bodily injury, or, if no serious bodily injury, within 24 hours.

WITNESS the following signatures.

STEADFAST MEDICAL STAFFING, LLC

By: _____

Name printed: _____

Title: _____ CEO

Date signed: _____ 2/12/18

Federal Employer Identification
Number: _____

PRINCESS ANNE H&R OPS LIMITED
PARTNERSHIP T/A PRINCESS ANNE HEALTH &
REHABILITATION CENTER

By: Medical Facilities of America, Inc.

Its: General Partner

By: _____
Keith F. Hellner, Executive VP and COO
2/19/2018
Date signed: _____

DOL (Steadfast II) 0057916

PX-10.139

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

SteadFast Medical Staffing, LLC

**EXHIBIT A**

## SCREENING PROCEDURES

❖ A completed and signed SteadFast Medical Staffing, LLC employment application.

❖ Completed I-9 with supporting documentation to show legal eligibility to work in U.S.

❖ Valid license/certificate in good standing in the state of practice.

❖ Criminal background and abuse screening (as required by facility and/or state statutes).

❖ Minimum one year experience within the last two years for licensed nurses.

❖ Supportive documentation, such as current CPR, BCLS, ACLS, PALS, etc.

❖ Two professional satisfactory work-related references, in clinical specialty within the last three (3) years, as to clinical competency and reliability.

❖ Completed clinical skills check list: updated annually (clinical skills checklists and testing, as required by facility).

❖ Health clearance shall include Hepatitis B vaccine or declination, and evidence of annual TB test or CXR results.

❖ Federally compliant Hepatitis B vaccine program.

❖ SteadFast Medical Staffing, LLC shall implement a drug and alcohol free policy similar to that of Healthcare Center and shall require its temporary personnel placed with the Healthcare Center to abide by such a drug and alcohol policy while performing services at the Healthcare Center.

❖ Adherence to Standards of Conduct policies such as clinical policies, patient rights policies, drug free work place policies.

❖ Endorsement of **EXHIBIT C** attached hereto.

❖ OSHA approved training:
   Occupational Exposure to blood borne pathogens, including standard precautions.
   Body Mechanics
   Electrical and Fire Safety

|  | Initials | Date |
|---|---|---|
| Healthcare Center | *KMM* | 2/19/2018 |
| Supplemental Staffing Service | *LP* | 2-12-18 |

DOL (Steadfast II) 0057917

**PX-10.140**

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

## EXHIBIT B

**Steadfast Medical Staffing LLC**

**Pay Rates Weekdays/Weekends:**

**RN'S -  $55/HR**

**LPN'S - $40/HR**

**CNA'S - $25/HR**

Independent Contractors:  All rates are Flat rates except on Holidays, see below:

## HOLIDAYS

**Holiday rates are paid for the day, evening, and night shifts on:**

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is one and one-half (1.5) times the regular billing rate for each hour worked.*

|  | Initials | Date |
|---|---|---|
| **Healthcare Center** | *KOW* | 2/19/2018 |
| **Supplemental Staffing Service** | | *2/19/18* |

DOL (Steadfast II) 0057918

**PX-10.141**

DocuSign Envelope ID: CFD423A5-C9B4-4250-BBD2-C04BA0A77D15

SteadFast Medical Staffing, LLC

**EXHIBIT C**

## ACKNOWLEDGMENT AND WAIVER

I, the undersigned, acknowledge and agree that I am solely employed by SteadFast Medical Staffing, LLC and that my placement by SteadFast Medical Staffing, LLC to perform services at Princess Anne Health and Rehabilitation Center does not make me an employee of Princess Anne Health and Rehabilitation Center ("HEALTHCARE CENTER"). Consequently, I understand and agree that the terms and conditions of my employment are governed solely by SteadFast Medical Staffing, LLC, including, but not limited to, the payment of wages (including overtime where applicable) to me, the withholding of appropriate taxes, and the availability of leaves and benefits.

As an employee of SteadFast Medical Staffing, LLC I understand and agree that I have no legal right to any benefits which are provided, or in the future may be provided, by HEALTHCARE CENTER to its employees, including, but not limited to, eligibility to participate in HEALTHCARE CENTER's 401k plan, PTO plan, group health insurance plan, dental plan, and Nurse Scholarship program.

I understand and agree that as condition of and in consideration for Princess Anne Health and Rehabilitation Center allowing me to be placed by SteadFast Medical Staffing, LLC to perform services at Princess Anne Health and Rehabilitation Center, I will not make any claim against HEALTHCARE CENTER based on HEALTHCARE CENTER allegedly being my employer or joint employer, including, but not limited to, any claim for wages/overtime payments or any claim for benefits which HEALTHCARE CENTER provides, or in the future may provide, to its employees, and I waive and release HEALTHCARE CENTER from any such claims or causes of action, both in tort and contract.

I further understand and agree that I will not hold myself out to be an employee of HEALTHCARE CENTER and that I cannot bind HEALTHCARE CENTER without the express written authority of the President of HEALTHCARE CENTER.

I understand and agree that this Acknowledgment and Waiver shall be governed by and interpreted in accordance with the laws of the Commonwealth of Virginia. I also understand and agree that if any of the terms or provisions of this Acknowledgment and Waiver are deemed null, void or inoperative for any reason, the remaining terms or provisions are severable and will retain full force and effect.

Signature _____

Name printed: _____

Date Signed: _____

DOL (Steadfast II) 0057919

02/28/2019 THU 16:49  FAX                                                                002/005

## MEDICAL STAFFING OF AMERICA
## TA/ STEADFAST MEDICAL STAFFING
### 5750 CHESAPEAKE BOULEVARD, STE 301
### NORFOLK, VIRGINIA 23513
### (O) 757-321-0777   (F) 757-857-6003   (C) 757-215-5716

This agreement is made and entered this day, _FEBRUARY 28th, 2019_ by and between Medical Staffing of America T/A Steadfast Medical Staffing., and _FORT NORFOLK RETIREMENT COMM. DBA Harbor's Edge_.

**Whereas,** Medical Staffing of America T/A Steadfast Medical Staffing, and (Facility) wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors to the facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERMS:**
This agreement shall begin on the date first written above. Either party can terminate the agreement with or without cause, upon thirty days' written notice to the other party. The agreement may be amended at any time and from time to time by written agreement to the parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING., responsibilities:**

A. Upon request by facility, Steadfast Medical Staffing, LLC., shall assign such contractors as available for such assignment. At no time does Steadfast Medical Staffing, LLC., guarantee that all requests will be filled.

B. Steadfast Medical Staffing, LLC., shall maintain a worker file on each of its contractors, containing the following: (Steadfast Medical Staffing, LLC., will provide copies of the following, except "a" to the facility upon request)

   a. A completed application, which includes education, training, skills, specialties and preference
   b. Documentation of education and training
   c. Skills inventory checklist
   d. Two recent work references
   e. TB test and evidence of satisfactory health status
   f. Current CPR
   g. Performance evaluation
   h. Copy of current license, registration, or certification
   i. Negative urine drug screen
   j. Background check
   k. Flu shots

C. Steadfast Medical Staffing, LLC., will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.

D. Contractors will be requested to report to the designated supervisor before he/she begins work.

E. Steadfast Medical Staffing, LLC., shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC., cannot provide.

1 | P a g e

DOL (Steadfast II) 005782

Mar 01 19, 05:07p   Medical Staffing America   Fjf0jf0j03   p.3
02/28/2019 THU 16:49 FAX   ·· . ··   ☒003/005

F. Steadfast Medical Staffing, LLC., will not actively solicit Facility employees as Contractors.

G. Contractors assigned to Facility pursuant to this agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H. Steadfast Medical Staffing, LLC., shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I. Steadfast Medical Staffing, LLC., will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J. Steadfast Medical Staffing, LLC., will comply with Facility standards for the use of supplemental medical services.

K. Steadfast Medical Staffing, LLC., agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"FACILITY" responsibilities:**

A. "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC., for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B. "Facility" will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC., without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.
"Facility" understands Steadfast Medical Staffing, LLC., is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C. "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC., so that Steadfast Medical Staffing, LLC., can match the skills and experience of its Contractors to those needs.

D. "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC., and Contractor agree to a change in duties.

E. "Facility" agrees that Steadfast Medical Staffing, LLC., duty to fill assignments is subject to availability of qualified Contractors.

F. "Facility" will orientate Contractors to its' Facility rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G. "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC., on a continual basis, with evaluation of Steadfast Medical Staffing, LLC., Contractors by providing performance information.

H. "Facility" shall allow Steadfast Medical Staffing, LLC., Contractors (on their own time) to attend appropriate facility staff development programs.

I. "Facility" will immediately notify Steadfast Medical Staffing, LLC., of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J. "Facility" will make available to Steadfast Medical Staffing, LLC., copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC., Contractors are involved.

K. If in any discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC., is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC., of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC., for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L. If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for four (4) hours at the hourly rate for the personnel involved.

2 | Page

DOL (Steadfast II) 005783

M. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC., based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC., will invoice Facility weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC., at any time upon forty-five (45) days written notice to "Facility".

B. "Facility" shall pay Steadfast Medical Staffing, LLC., invoice within 35 days from date of invoice. Invoices not paid within 35 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

A. Steadfast Medical Staffing, LLC., maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for all of its acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B. Steadfast Medical Staffing, LLC., will provide upon request Certification of Insurance or order evidence of coverage and it will notify "Facility" of any cancellation or modification of its liability insurance.

**Notices:**

All Notices shall be in writing and shall be addressed to the parties as set forth below. Notices shall be effective upon receipt when delivered personally or upon mailing when properly addressed with postage prepaid.

| MEDICAL STAFFING OF AMERICA<br>TA/ STEADFAST MEDICAL STAFFING<br>5750 CHESAPEAKE BOULEVARD, STE 301<br>NORFOLK, VIRGINIA 23513<br>ATTN: Lisa A. Pitts<br>(M) 757-321-0777<br>(F) 757-857-6003<br>(C) 757-215-5716 | "Facility": FORT NORFOLK RETIREMENT COMMUNITY Inc. DBA HARBOR's EDGE ONE Colley Avenue NORFOLK, VA 23510 ATTN: ELENA THORSTENSEN 757 616 7938 |

**Access to Records:**

The parties here to agree to make available to duly authorized representative of the Department of Health and Human Services: all contracts, books, documents and records of the parties providing services are here under necessary to verify the cost of the services provided under this Agreement. Similar access will also be grated to the contracts, books, and records providing the services here under and any obligation related to such parties.

3 | P a g e

DOL (Steadfast II) 005784

Mar 01 19:03:07p    Medical Staffing America
02/28/2019 THU 16:59  FAX                                                    @005/005

**Social Security Act:**

Steadfast Medical Staffing, LLC., warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person who ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC., has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

This Agreement shall insure to the benefit of and shall be bending upon the parties hereto and their respective successors and assignments.

This Agreement shall be constructed, enforced, and interpreted under the laws of the State of Virginia.

*Executed on the date and year first above written,*

| Steadfast Medical Staffing, LLC. | "Facility": HARBOR'S EDGE |
|---|---|
| By: _____ Title: Adminik | By: _____ ELENA THORSTENSEN Title: INTERIM HS ADMINISTRATOR |

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends:**

RN,  $51.35/HR
LPN,  $39.75/HR
CNA,  $24.50/HR

Independent Contractors: All rates are Flat rates except on Holidays, see below:

**HOLIDAYS:**
Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Administrator:

_____

4 | P a g e

DOL (Steadfast II) 005785

**PX-10.146**

**MEDICAL STAFFING OF AMERICA**
**TA/ STEADFAST MEDICAL STAFFING**
5750 CHESAPEAKE BOULEVARD, STE 301
NORFOLK, VIRGINIA 23513
(O) 757-321-0777   (F) 757-857-6003   (C) 757-215-5716

This Agreement ("Agreement") is made and entered into this 18th day, of July, 2018 by and between Medical Staffing of America T/A Steadfast Medical Staffing, and Newport News Facility Operations, LLC d/b/a Newport News Nursing and Rehabilitation Center ("Facility").

Whereas, Medical Staffing of America T/A Steadfast Medical Staffing, and Facility wish to enter into an agreement wherein Steadfast Medical Staffing, will provide temporary medical contractors ("Contractors") to the Facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties hereto do hereby covenant and agree as follows:

**TERM:**
This Agreement shall begin on the date first written above. Either party can terminate the Agreement with or without cause, upon thirty (30) days' written notice to the other party. The Agreement may be amended at any time and from time to time by written agreement signed by both parties.

**MEDICAL STAFFING OF AMERICA**
**T/A STEADFAST MEDICAL STAFFING, responsibilities:**

A. Upon request by Facility, Steadfast Medical Staffing, LLC, shall assign such Contractors as are available for such assignment. At no time does Steadfast Medical Staffing, LLC, guarantee that all requests will be filled.

B. Steadfast Medical Staffing, LLC, shall maintain a worker file on each of its Contractors, containing the following: (Steadfast Medical Staffing, LLC, will provide copies of the following, except "a", to the Facility upon request)

    a. A completed application, which includes education, training, skills, specialties and preference
    b. Documentation of education and training
    c. Skills inventory checklist
    d. Two recent work references
    e. TB test and evidence of satisfactory health status
    f. Current CPR
    g. Performance evaluation
    h. Copy of current license, registration, or certification
    i. Negative urine drug screen
    j. Background check
    k. Flu shots

C. Steadfast Medical Staffing, LLC, will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.

D. Contractors will be requested to report to the designated supervisor before he/she begins work.

E. Steadfast Medical Staffing, LLC, shall give the Facility a two-hours' notice regarding Contractors whom Steadfast Medical Staffing, LLC, cannot provide.

1 | Page

STEADFAST 000537

**PX-10.147**

F.  Steadfast Medical Staffing, LLC, will not actively solicit Facility employees as Contractors.

G.  Contractors assigned to Facility pursuant to this Agreement shall for the purpose of this Agreement, be considered Contractors for Steadfast Medical Staffing, LLC.

H.  Steadfast Medical Staffing, LLC, shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I.  Steadfast Medical Staffing, LLC, will be compliant with all state and federal laws applicable to correspondence of the Contractors assigned Facility.

J.  Steadfast Medical Staffing, LLC, will comply with Facility standards for the use of supplemental medical services.

K.  Steadfast Medical Staffing, LLC, agrees not to discriminate in the assignment of its Contractors based on race, creed, color, national origin, sex, age, disability, citizenship status or veteran status.

**"FACILITY" responsibilities:**

A.  "Facility" understands all Contractors provided by Steadfast Medical Staffing, LLC, for the term of this Agreement are contracted through Steadfast Medical Staffing, LLC.

B.  "Facility will make no steps to recruit Contractors provided by Steadfast Medical Staffing, LLC, without consent through written permission from Steadfast Medical Staffing, LLC, which then Steadfast Medical Staffing, LLC will implement the Buy Out Clause for such Contractors at the rate for RN, $4,000; LPN, $3,000; and CNA, $2,000.

"Facility" understands Steadfast Medical Staffing, LLC, is not an employment agency but a Nursing Registry and that its Contractors are assigned to the "Facility" to render temporary service.

C.  "Facility" shall provide sufficient information about its specific needs to Steadfast Medical Staffing, LLC, so that Steadfast Medical Staffing, LLC, can match the skills and experience of its Contractors to those needs.

D.  "Facility" shall utilize assigned Contractors only for the specific needs requested, unless "Facility", Steadfast Medical Staffing, LLC, and Contractor agree to a change in duties.

E.  "Facility" agrees that Steadfast Medical Staffing, LLC, duty to fill assignments is subject to availability of qualified Contractors.

F.  "Facility" will orientate Contractors to its rules and regulations, including the physical layout and equipment on any unit to which such Contractors are assigned.

G.  "Facility" staffing supervisors will assist Steadfast Medical Staffing, LLC, on a continual basis, with evaluation of Steadfast Medical Staffing, LLC, Contractors by providing performance information.

H.  "Facility" shall allow Steadfast Medical Staffing, LLC, Contractors (on their own time) to attend appropriate facility staff development programs.

I.  "Facility" will immediately notify Steadfast Medical Staffing, LLC, of any problems regarding Steadfast Medical Staffing, LLC Contractors.

J.  "Facility" will make available to Steadfast Medical Staffing, LLC, copies of all documentation concerning problems or incidents in which Steadfast Medical Staffing, LLC, Contractors are involved.

K.  If in the sole discretion of the "Facility", any person assigned by Steadfast Medical Staffing, LLC, is incompetent, negligent, or has engaged in misconduct, the "Facility" may require such person to leave its premises and inform Steadfast Medical Staffing, LLC, of this action immediately. "Facility's" obligation to compensate Steadfast Medical Staffing, LLC, for said services shall be limited to the actual hours worked by such person and "Facility" shall have no further obligation with respect to such assignment.

L.  If "Facility" changes or cancels an order less than two (2) hours before reporting time, "Facility" shall be billed for two (2) hours at the hourly rate for the personnel involved.

2 | Page

STEADFAST 000538

**PX-10.148**

M. "Facility" agrees to not discriminate in the assignment of Steadfast Medical Staffing, LLC, based on race, creed, color, national origin, sex, age, disability, citizenship status, or veteran's status.

**Billing Procedures:**

A. Steadfast Medical Staffing, LLC, will invoice Facility weekly for its services. The rate of its services is shown on Exhibit "A". The rates for services established in Exhibit "A" can be amended prospectively by Steadfast Medical Staffing, LLC, at any time upon forty-five (45) days written notice to "Facility".

B. Facility shall pay Steadfast Medical Staffing, LLC,, Invoice within 35 days from date of Invoice. Invoices not paid within 35 days are considered Past Due and will be charged a Finance Charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. "Facility" agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

**Insurance:**

A. Steadfast Medical Staffing, LLC, shall maintain during the term of this Agreement and any subsequent renewals, general liability, and professional liability insurance coverage for itself and the Contractors assigned at Facility to cover all acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B. Steadfast Medical Staffing, LLC, will provide upon request Certification of Insurance or other evidence of coverage and it will notify Facility of any cancellation or modification of its liability insurance.

**Notices:**

All notices or other communications hereunder shall be in writing and shall be deemed given (a) one (1) business day after being sent to the recipient by reputable overnight courier service (charges prepaid), or (b) three (3) days after being mailed to the recipient by certified or registered mail, return receipt requested and postage prepaid, to the respective address set forth below.

| | |
|---|---|
| MEDICAL STAFFING OF AMERICA TA/ STEADFAST MEDICAL STAFFING 5750 CHESAPEAKE BOULEVARD, STE 301 NORFOLK, VIRGINIA 23513 ATTN: Lisa A. Pitts (M) 757-321-0777 (F) 757-857-6003 (C) 757-215-5716 | "Facility": Newport News Nursing and Rehabilitation Center 12997 Nettles Dr., Newport News, VA 23602 ATT: Executive Director  With a copy to: Consulate Health Care 800 Concourse Parkway S. Maitland, FL 32751 ATTN: Legal Department |

**Access to Records:**

In accordance with 42 C.F.R. § 420.302(b), if Steadfast Medical Staffing, LLC provides services under this Agreement the cost or value of which is $10,000 or more over a 12-month period, including contracts for both goods and services in which the service component is worth $10,000 or more over a 12-month period, then Steadfast Medical Staffing, LLC shall allow the Comptroller General of the United States, HHS, and their duly authorized representatives access to this Agreement and to Steadfast Medical Staffing, LLC's books, documents, and records as may be necessary to verify the nature, extent, and costs of the services provided under this Agreement until the expiration of four years after the

3 | Page

STEADFAST 000539

**PX-10.149**

services are furnished under the terms of this Agreement.  Steadfast Medical Staffing, LLC shall also allow similar access by the Comptroller General of the United States, HHS, and their duly authorized representatives to contracts of a similar nature between Steadfast Medical Staffing, LLC and related organizations, and to relevant books, documents, and records.

**Social Security Act:**

Steadfast Medical Staffing, LLC, warrants that to the best of Steadfast Medical Staffing, LLC's knowledge, no person whose ownership controls interest in, or is an agent or managing employee of Steadfast Medical Staffing, LLC, has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

**Representations and Warranties:**

Steadfast Medical Staffing, LLC hereby represents and warrants to Facility that each and every Contractor assigned to work at the Facility are (i) experienced and qualified in their line of work and licensed, certified and properly credentialed to perform the services required by Facility, and (ii) have evidence of satisfactory health status and free of any communicable diseases, free of any illegal drug use and abuse, and have no criminal records, in accordance with state/commonwealth and/or federal regulations, that would debar them from performing the services to the residents or patients of the Facility.

**Elder Justice Act:**

Steadfast Medical Staffing, LLC and its Contractors assigned to the Facility agree to comply with Section 1150B of the Social Security Act, as established by Section 6703(b)(3) of the Patient Protection and Affordable Care Act, and all requirements imposed by or pursuant to the regulation of the Department of Health and Human Services issued pursuant to that Title, to the end that, Steadfast Medical Staffing, LLC agrees to report reasonable suspicions of a crime to the Facility's Executive Director and self-report the suspicion of a crime to the appropriate governing body and local law enforcement.  Neither Steadfast Medical Staffing, LLC nor its Contractors will be retaliated against for reporting suspicion of a crime.  Reports must be made immediately, but no later than two (2) hours after forming the suspicion, if the event that caused the reasonable suspicion results in serious bodily injury; and in all other cases, no later than 24 hours after forming the suspicion.  Serious bodily injury means an injury that involves extreme physical pain, substantial risk of death, protracted loss or impairment of the function of a bodily member, organ, or mental faculty, or an injury requiring medical intervention such as surgery, hospitalization, or physical rehabilitation.  Steadfast Medical Staffing, LLC is solely responsible for ensuring that a suspicion of a crime is reported to the Executive Director.  Further, Steadfast Medical Staffing, LLC indemnifies and holds harmless the Facility against all claims, losses and damages arising from or relating to the failure to report a suspicion of a crime pursuant to Section 1150B of the Social Security Act.

**Federally Funded Health Care Program Compliance:**

Steadfast Medical Staffing, LLC hereby represents and warrants that neither Steadfast Medical Staffing, LLC nor any of Steadfast Medical Staffing, LLC's Contractor providing services under this Agreement currently is, or at any time during the term of this Agreement will be, excluded from participation in any federally funded health care program, including Medicare and Medicaid.  Steadfast Medical Staffing, LLC agrees to immediately notify the Facility, in writing, in the event of any threatened, proposed or actual exclusion from any federally funded health care program, including Medicare and Medicaid.  Steadfast Medical Staffing, LLC shall perform periodic run searches against OIG's List of Excluded Individuals and Entities (not less than twice a year) to ensure continued compliance.  Steadfast Medical Staffing, LLC agrees that it will reimburse to Facility an amount equal to any loss (e.g., fine or mandatory reimbursement) incurred by Facility as a result of the exclusion of Steadfast Medical Staffing, LLC or Steadfast Medical Staffing, LLC's Contractors that provided services under this Agreement.  Should any evidence

4 | Page

STEADFAST 000540

**PX-10.150**

reveal that Steadfast Medical Staffing, LLC or any of Steadfast Medical Staffing, LLC's Contractors providing services under this Agreement, at any time during the term of this Agreement, become excluded or debarred from participation, Facility may, in its sole discretion, terminate this Agreement immediately as of the date of such exclusion or debarment.

**Indemnification:**

Steadfast Medical Staffing, LLC agrees to indemnify and hold Facility harmless against all claims, demands, fines, penalties, costs, expenses, liabilities, causes of action, losses, suits and damages (including, but not limited to reasonable attorneys' fees) which are asserted or may result against the Facility as a consequence of any malfeasance, neglect, fraud, negligence, medical malpractice, or intentional acts or omissions arising out of the Steadfast Medical Staffing, LLC's performance of the services or undertaking of its responsibilities under the Agreement to the extent caused by the Steadfast Medical Staffing, LLC, its officers and directors, shareholders, employees, agents, consultants, subcontractors, or representatives. This indemnification provision shall survive the termination or cancellation of the Agreement.

**Confidential Information; HIPAA:**

Steadfast Medical Staffing, LLC and any Contractor shall not, at any time during the term of this Agreement and thereafter, except with the written consent of Facility, disclose any confidential patient information or confidential information relating to Facility's operations to any person. Both parties agree to comply with the provisions of The Health Insurance Portability and Accountability Act of 1996 ("HIPAA") as well as comply with the HIPAA Security and Privacy regulations pursuant to Subtitle D of the Health Information Technology for Economic and Clinical Health Act (HITECH), including Sections 164.308, 164.310, 164.312 and 164.316 of Title 45 of the Code of Federal Regulations if, and to the extent applicable. The parties acknowledge that from time to time, HIPAA or other regulations may require an amendment or modification to the Agreement for compliance purposes, and agree that they will work to promptly effectuate any such required amendment or modification.

**Timekeeping:**

Steadfast Medical Staffing, LLC shall ensure that all Contractors provided by Steadfast Medical Staffing, LLC abide by all Facility policies and procedures related to timekeeping, and Steadfast Medical Staffing, LLC shall be responsible for taking any necessary disciplinary action against its Contractors who fail to comply with such policies and procedures. All Steadfast Medical Staffing, LLC Contractors must record all hours worked by clocking in and out at the Facility, including clocking in and out for meal periods. Steadfast Medical Staffing, LLC Contractors must clock in no more than seven (7) minutes before a shift begins, and must clock out no more than seven (7) minutes after a shift ends. Steadfast Medical Staffing, LLC will not be compensated by Facility for any hours that its Contractors work but fail to clock in, and any such nonpayment shall not impact Steadfast Medical Staffing, LLC's obligation to compensate its Contractors.

**Entire Agreement:**

This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes any and all other agreements, either oral or written, between the parties with respect to the subject matter hereof.

This Agreement shall inure to the benefit of and shall be binding upon the parties hereto and their respective successors and assigns.

This Agreement shall be constructed, enforced, and interpreted under the laws of the Commonwealth of Virginia.

STEADFAST 000541

**PX-10.151**

Case 2:18-cv-00226-RAJ-LRL   Document 356-3   Filed 08/17/22   Page 152 of 159 PageID#
16246
Case 2:18-cv-00226-RAJ-LRL   Document 206-6   Filed 03/19/20   Page 27 of 315 PageID# 7958

Executed on the date and year first above written, 7 | 18 | 18

| Steadfast Medical Staffing, LLC | "Facility": Newport News Facility Operations, LLC |
|---|---|
| By: _____ Title: Admin | By: Karen Pehl   Title: Ex. Director |

## MEDICAL STAFFING OF AMERICA
### T/A STEADFAST MEDICAL STAFFING Pay Rates – Weekdays/Weekends: Flat rates!!!!

RN $56.35/HR
LPN, $40.65/HR
CNA, $25.75/HR

Independent Contractors: All rates are Flat rates except on Holidays, see below:

### HOLIDAYS:
Holiday rates are paid for the day, evening, and night shifts on:

1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

*The Holiday billing rate is One and one-half (1.5) times the regular billing rate for each hour worked.*

Administrator:

_____

STEADFAST 000542

**PX-10.152**



# STEADFAST MEDICAL STAFFING, LLC
*5750 Chesapeake Boulevard*
*Norfolk, Virginia 23513*
*Phone: (757) 215-5716*

This Agreement ("Agreement") is made and entered into this **13th** day of **June, 2017**, by and between **SteadFast Medical Staffing, LLC** and **Windsor Facility Operations, LLC d/b/a Consulate Health Care of Windsor** ("Facility").

Whereas, Steadfast Medical Staffing, LLC and Facility wish to enter into an agreement wherein SteadFast Medical Staffing LLC will provide temporary medical contractors, to the Facility at an agreed upon rate.

Now, therefore, for and in consideration of the promises, the parties here to do hereby covenant and agree as follows:

**TERM:**

This Agreement shall begin on the date first written above.  Either party can terminate the Agreement, with or without cause, upon thirty days' written notice to the other party. The Agreement may be amended at any time and from time to time by written agreement of the parties.

**SteadFast Medical Staffing, LLC Responsibilities:**

A.   Upon request by Facility, SteadFast Medical Staffing, LLC shall assign such contractors ("Contractors"), as are available or such assignment.  At no time does SteadFast Medical Staffing, LLC guarantee that all requests will be filled.

B.   SteadFast Medical Staffing, LLC shall maintain a worker file on each of its Contractors, containing the following: SteadFast Medical Staffing LLC will provide copies of the following (except "a") to Facility.

    a.   A completed application, which includes education, training, skills, specialties and preferences.
    b.   Documentation of education and training
    c.   Skills inventory checklist
    d.   Two recent work references
    e.   TB test and evidence of satisfactory health status
    f.   Current CPR
    g.   Performance evaluation
    h.   Copy of current license, registration, or certification
    i.   Negative urine drug screen
    j.   Background check
    k.   Flu shots

1

STEADFAST 000543

**PX-10.153**

C.    SteadFast Medical Staffing, LLC will use its best efforts to match the skills and experience levels of its Contractors to the specific needs of the Facility.

D.    Contractors will be requested to report to the designated supervisor before he/she begins working.

E.    SteadFast Medical Staffing, LLC shall give Facility a two hours' notice regarding Contractors, which SteadFast Medical Staffing, LLC cannot provide.

F.    SteadFast Medical Staffing, LLC will not actively solicit Facility employees as Contractors.

G.    Contractors assigned to Facility pursuant to this Agreement shall for the purpose of this Agreement, be considered Contractors for SteadFast Medical Staffing, LLC.

H.    SteadFast Medical Staffing, LLC shall assume sole and exclusive responsibility for the payment of wages to such Contractors for services performed by them.

I.    SteadFast Medical Staffing, LLC is in compliance with all state and federal laws applicable to the contacting of the Contractors assigned Facility.

J.    SteadFast Medical Staffing, LLC will comply with Facility standards for the use of supplemental medical services.

K.    SteadFast Medical Staffing, LLC agrees not to discriminate in the assignment of its Contractors on the basis of race, creed, color, national origin, sex, age, disability, citizenship status, or veteran status.

**Facility Responsibilities:**

A.    Facility understands all Contractors provided by SteadFast Medical Staffing, LLC for the term of this Agreement are contracted through SteadFast Medical Staffing, LLC.

B.    Facility will take no steps to recruit as its own employees those Contractors provided by SteadFast Medical Staffing, LLC during the term of this Agreement. Facility understands SteadFast Medical Staffing, LLC is not an employment agency and that its Contractors are assigned to the Facility to render temporary service and are not assigned to become employed by the Facility. The Facility may not hire SteadFast Medical Staffing, LLC Contractors unless it is first arranged with SteadFast Medical Staffing, LLC the manner by which SteadFast Medical Staffing, LLC is to be compensated for its expense in recruiting said Contractor.

C.    Facility shall provide sufficient information about its specific needs to SteadFast Medical Staffing, LLC so that SteadFast Medical Staffing, LLC can match the skills and experience of its Contractors to those needs.

D.    Facility shall utilize assigned Contractors only for the specific need requested, unless Facility, SteadFast Medical Staffing, LLC and Contractor agree to a change in duties.

2

STEADFAST 000544

**PX-10.154**

E.   Facility agrees that SteadFast Medical Staffing, LLC's duty to fill assignments is subject to availability of qualified Contractors.

F.   Facility will orient Contractors to the Facility audits rules and regulations, including the physical layout and equipment on any unit to which such Contactors are assigned.

G.   Facility staffing supervisors will assist SteadFast Medical Staffing, LLC on a continuing basis, with evaluation of SteadFast Medical Staffing, LLC Contractors by providing performance information.

H.   Facility shall allow SteadFast Medical Staffing, LLC Contractors (on their own time) to attend appropriate Facility staff development programs.

I.   Facility will immediately notify SteadFast Medical Staffing, LLC of any problems regarding SteadFast Medical Staffing, LLC Contractors.

J.   Facility will make available to SteadFast Medical Staffing, LLC copies of all documentation concerning problems or incidents in which SteadFast Medical Staffing, LLC Contractors are involved.

K.   If, in the sole discretion of the Facility, any person assigned by SteadFast Medical Staffing, LLC is incompetent, negligent, or has engaged in misconduct, Facility may require such person to leave its premises and shall inform SteadFast Medical Staffing, LLC of this action immediately. Facility's obligation to compensate SteadFast Medical Staffing, LLC for said services shall be limited to the hours actually worked by such person and Facility shall have no further obligation with respect to such assignment.

L.   If Facility changes or cancels an order less than two (2) hours before reporting time, Facility shall be billed for two (2) hours at the hourly rate for the personnel involved.

M.   Facility agrees not to discriminate in the assignment of SteadFast Medical Staffing, LLC on the basis of race, creed, color, national origin, sex, age, disability, citizenship status or veteran's status.

**Billing Procedures:**

A.   SteadFast Medical Staffing, LLC will invoice Facility Bi-weekly for its services. The rates for its services are shown on **Exhibit "A"**. The rates for services established in **Exhibit "A"** can be amended prospectively by SteadFast Medical Staffing, LLC at any time upon forty-five (45) days written notice to Facility.

B.   Facility shall pay SteadFast Medical Staffing, LLC invoice within (45) business days from date of invoice. Invoices not paid within (45) days are considered past due and will be charged a finance charge of one and a half (1.5%) percent per month of the unpaid balance (annual percentage of 18%) or the maximum interest rate allowed by law whichever is lower. Facility agrees to pay the finance charge together with reasonable attorney's fees for the cost of collection.

3

STEADFAST 000545

**PX-10.155**

Insurance:

A.  SteadFast Medical Staffing, LLC maintains during the terms of this Agreement and any subsequent renewals, general liability, and professional liability insurance for itself and the Contractors assigned at Facility to cover for all acts and omission in the provision of the designated services with limits of not less than $1,000,000 per occurrence and $6,000,000 aggregate.

B.  SteadFast Medical Staffing, LLC will provide, upon request, Certification of Insurance or other evidence of coverage and it will notify Facility of any cancellation or modification of its liability insurance.

Indemnification:

Each party shall each indemnify and hold harmless the other, their respective officers, directors, employees and agents from and against any and all actions, causes of actions, claims, damages, and demands of whatever type, costs, and expenses (including reasonable attorney's fees), resulting in whole or in part from the negligent acts or omissions of the indemnifying party, its officers, directors, employees and agents, or that which resulting from the fraudulent representation or illegal delivery of services hereunder, or for violation of any federal or state laws and local rules and regulations, governing the terms of this Agreement and the services to be provided hereunder, or for breach of any of the representations and warranties hereinabove set forth. This indemnification provision shall survive the termination or cancellation of the Agreement.

Notices:

All notices or other communications hereunder shall be in writing and shall be deemed given (a) one (1) business day after being sent to the recipient by reputable overnight courier service (charges prepaid), or (b) three (3) days after being mailed to the recipient by certified or registered mail, return receipt requested and postage prepaid, to the respective address set forth below. A copy of any notice should be sent to: Consulate Health Care, 800 Concourse Parkway S., Maitland, FL 32751, Attention: Legal Department.

SteadFast Medical Staffing, LLC           Consulate Health Care of Windsor
5750 Chesapeake Blvd                       23352 Courthouse Highway
Norfolk, VA 23513-5325                     Windsor, VA 23487-5333
Attn: Lisa A. Pitts                        Attn: Executive Director

Access to Records:

The parties hereto agree to make available to duly authorized representative of the Department of Health and Human Services all contracts, books, documents and records of the parties providing services hereunder necessary to verify the cost of the services provided under this Agreement. Similar access will also be granted to the Contracts, books, and records providing the services hereunder and any obligation related to such parties.

Social Security Act:

SteadFast Medical Staffing, LLC warrants that, to the best of SteadFast Medical Staffing's knowledge, no person whose ownership controls interest in, or is an agent or managing employee of Steadfast Medical

4

STEADFAST 000546

**PX-10.156**

Staffing, LLC has been convicted of a criminal offense relating to that person's involvement in any programs under Title XVIII, XIX, or XX of the Social Security Act since the inception of these programs.

## Representations and Warranties:

SteadFast Medical Staffing, LLC hereby represents and warrants to Facility that each and every Contractor assigned to work at the Facility are (i) experienced and qualified in their line of work and licensed, certified and properly credentialed to perform the services required by Facility, and (ii) have evidence of satisfactory health status and free of any communicable diseases, free of any illegal drug use and abuse, and have no criminal records, in accordance with state/commonwealth and/or federal regulations, that would debar them from performing the services to the residents or patients of the Facility.

## Elder Justice Act:

SteadFast Medical Staffing, LLC agrees to comply with Section 1150B of the Social Security Act, as established by Section 6703(b)(3) of the Patient Protection and Affordable Care Act, and all requirements imposed by or pursuant to the regulation of the Department of Health and Human Services issued pursuant to that Title, to the end that, SteadFast Medical Staffing, LLC agrees to report reasonable suspicions of a crime to the Facility's Executive Director and self-report the suspicion of a crime to the appropriate governing body and local law enforcement. SteadFast Medical Staffing, LLC will not be retaliated against for reporting suspicion of a crime. SteadFast Medical Staffing, LLC is solely responsible for ensuring that a suspicion of a crime is reported to the Executive Director. Further, SteadFast Medical Staffing, LLC indemnifies and holds harmless the Facility against all claims, losses and damages arising from or relating to the failure to report a suspicion of a crime pursuant to 1150B of the Social Security Act.

## Federally Funded Health Care Program Compliance:

SteadFast Medical Staffing, LLC hereby represents and warrants that neither SteadFast Medical Staffing, LLC nor any of SteadFast Medical Staffing, LLC's Contractor providing services under this Agreement currently is, or at any time during the term of this Agreement will be, excluded from participation in any federally funded health care program, including Medicare and Medicaid. SteadFast Medical Staffing, LLC agrees to immediately notify the Facility, in writing, in the event of any threatened, proposed or actual exclusion from any federally funded health care program, including Medicare and Medicaid. SteadFast Medical Staffing, LLC shall perform periodic run searches against OIG's List of Excluded Individuals and Entities (not less than twice a year) to ensure continued compliance. SteadFast Medical Staffing, LLC agrees that it will reimburse to Facility an amount equal to any loss (e.g., fine or mandatory reimbursement) incurred by Facility as a result of the exclusion of SteadFast Medical Staffing, LLC or SteadFast Medical Staffing, LLC's Contractors that provided services under this Agreement. Should any evidence reveal that SteadFast Medical Staffing, LLC or any of SteadFast Medical Staffing, LLC's Contractors providing services under this Agreement, at any time during the term of this Agreement, become excluded or debarred from participation, Facility may, in its sole discretion, terminate this Agreement immediately as of the date of such exclusion or debarment.

## Confidential Information; HIPAA:

SteadFast Medical Staffing, LLC and any Contractor shall not, at any time during the term of this Agreement and thereafter, except with the written consent of Facility, disclose any confidential patient

5

STEADFAST 000547

**PX-10.157**

information or confidential information relating to Facility's operations to any person. Both parties agree to comply with the provisions of The Health Insurance Portability and Accountability Act of 1996 ("HIPAA") as well as comply with the HIPAA Security and Privacy regulations pursuant to Subtitle D of the Health Information Technology for Economic and Clinical Health Act (HITECH), including Sections 164.308, 164.310, 164.312 and 164.316 of Title 45 of the Code of Federal Regulations if, and to the extent applicable. The parties acknowledge that from time to time, HIPAA or other regulations may require an amendment or modification to the Agreement for compliance purposes, and agree that they will work to promptly effectuate any such required amendment or modification.

**Entire Agreement:**

This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes any and all other agreements, either oral or written, between the parties with respect to the subject matter hereof.

This Agreement shall insure to the benefit of and shall be binding upon the parties hereto and their respective successors and assigns.

This Agreement shall be constructed, enforced and interpreted under the laws of the Commonwealth of Virginia.

EXECUTED on the date and year first above written.

SteadFast Medical Staffing, LLC

By: _Rael Adim_ Title: _CEO 6/14/17_

Windsor Facility Operations, LLC

By: _Robert E. Bruce_ Title: Executive Director

6

STEADFAST 000548

**PX-10.158**

Case 2:18-cv-00226-RAJ-LRL   Document 206-6   Filed 03/19/20   Page 35 of 315 PageID# 7966
10253

## EXHIBIT A

### Pay Rates Weekdays/Weekends

LPN    36/HR

CNA    23/HR

### HOLIDAYS

Holiday rates are paid for the day, evening, and night shifts on:



1. New Year's Eve
2. New Year's Day
3. Easter
4. Memorial Day
5. Independence Day
6. Labor Day
7. Thanksgiving Day
8. Christmas Eve
9. Christmas Day

The Holiday billing rate is one and one-half times the regular billing rate for each hour worked.

7

STEADFAST 000549

**PX-10.159**