IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



MARTIN J. WALSH,
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

MEDICAL STAFFING OF AMERICA, LLC, d/b/a
STEADFAST MEDICAL STAFFING, and LISA
PITTS,

    Defendants.

Case No. 2:18–cv–226

Case No. 2:19–cv–475

## ORDER

On January 14, 2022, the Court found Medical Staffing of America d/b/a as Steadfast Medical Staffing and business owner Lisa Pitts (together, "Defendants") liable for failing to pay overtime and maintain pay records in accordance with the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. § 201, et seq. ECF No. 324. Accordingly, the Court entered judgment for the United States Department of Labor ("Plaintiff" or "DOL") and enjoined Defendants from committing further FLSA violations. ECF No. 325. On July 28, 2022, the DOL filed a Motion for Bond, ECF No. 348, alleging that Defendants continue to violate the FLSA and the Court's Order. ECF No. 349. On December 20, 2022, the Court denied Plaintiff's Motion for Bond. ECF No. 362. However, Defendants are hereby **ORDERED** to **SHOW CAUSE**, if any, as to whether they should be sanctioned for allegedly continuing to violate the Court's January 14, 2022 Order within thirty (30) days from the date of this Order. The Court **DIRECTS** the Clerk to send a copy of this Order to the parties.

    **IT IS SO ORDERED.**

Norfolk, Virginia
December 22, 2022

/s/
Raymond A. Jackson
United States District Judge