**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| JULIE A. SU, ) <br> SECRETARY OF LABOR, ) <br> UNITED STATES DEPARTMENT OF ) <br> LABOR, ) <br>            Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MEDICAL STAFFING OF AMERICA, LLC, ) <br> D/B/A STEADFAST MEDICAL STAFFING, ) <br> ) <br> & ) <br> ) <br> LISA PITTS, ) <br> ) <br>            Defendants. ) <br> ) | **Case No. 2:18-cv-226** <br><br> **Case No. 2:19-cv-475** |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Medical Staffing of America, LLC d/b/a Steadfast Medical Staffing and Lisa Pitts (collectively "Defendants") appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered on September 7, 2023 (Dkt. No. 395) in favor of the U.S. Department of Labor, and all earlier adverse interlocutory orders and rulings subsumed into that opinion and order. Defendants acknowledge that the District Court has not yet ruled on certain motions relating to computation of backpay and liquidated damages, which remain pending. Defendants file this Notice of Appeal now in an abundance of caution, recognizing that prophylactic notices are permissible, and that orders relating to injunctions are appealable on an interlocutory basis under 28 U.S.C. § 1292(a)(1). *See* Fed. R. App. P. 4(a)(2).

Dated: November 3, 2023

Respectfully submitted,

**MEDICAL STAFFING OF AMERICA, LLC, LISA ANN PITTS**

By: */s/ Abram J. Pafford*
Abram J. Pafford (VSB # 79999)
MCGUIREWOODS LLP
888 16th Street, NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1725
Fax: (202) 828-3350
apafford@mcguirewoods.com

Robert W. McFarland (VSB #24021)
V. Kathleen Dougherty (VSB # 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Phone: (757) 640-3716
Fax: (757) 640-3966
rmcfarland@mcguirewoods.com
vkdougherty@mcguirewoods.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2023, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                        */s/ Abram J. Pafford*
                                        Abram J. Pafford (VSB # 79999)