FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
DEC 1 1 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

JULIE A. SU,
ACTING SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

Plaintiff,

v.

MEDICAL STAFFING OF AMERICA, LLC,
d/b/a STEADFAST MEDICAL
STAFFING, and LISA ANN PITTS,

Defendants.

Case No. 2:18-cv-226 (Lead)
Case No. 2:19-cv-475

## AMENDED FINAL JUDGMENT

Upon consideration of the Plaintiff's Motion for Entry of an Updated Order and Final Judgment in this matter, it is hereby **ORDERED** that:

A total judgment of **$9,346,663.23** in back wages and liquidated damages, with interest, be and is entered, jointly and severally, against Defendants Medical Staffing of America, LLC d/b/a/ Steadfast Medical Staffing ("Steadfast") and Lisa Ann Pitts, in favor of the PLAINTIFF and against the DEFENDANTS under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207.

It is further **ORDERED** that Defendants Steadfast and Lisa Ann Pitts, its officers, agents, employees, and attorneys, and other persons who are in active concert or participation with them are restrained and enjoined from future violations of the FLSA as follows:

    a. Defendants shall not violate Section 7 of the Act, 29 U.S.C. § 207;

    b. Defendants shall pay all non-exempt employees at least time and one-half their regular rates for all hours worked in excess of forty per workweek under Section 7;

    c. Defendant shall not violate Section 11 of the Act, 29 U.S.C. § 211, and 29 C.F.R. § 516, et seq.; and

    d. Defendants shall maintain and preserve records pursuant to Section 11 of the Act and 29 C.F.R. § 516, et seq.; and

    e. Defendants shall preserve these records for at least three years.

The Clerk is directed to provide a copy of this Order to counsel of record.

**IT IS SO ORDERED**

Entered this 11th day of December, 2023
Norfolk, Virginia

                                           Raymond A. Jackson
                                           **United States District Judge**