**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| JULIE A. SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> PLAINTIFF, <br><br> V. <br><br> MEDICAL STAFFING OF AMERICA, LLC, D/B/A STEADFAST MEDICAL STAFFING, <br><br> & <br><br> LISA PITTS, <br><br>                    DEFENDANTS. | Case No. 2:18-cv-226 <br><br> Case No. 2:19-cv-475 |

## AMENDED NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 4(a)(1), notice is hereby given that Defendants Medical Staffing of America, LLC d/b/a Steadfast Medical Staffing and Lisa Pitts (collectively "Defendants") appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered on December 8, 2023 (Dkt. No. 412) and Amended Final Judgment entered on December 11, 2023 (Dkt. No. 413), entering judgment in favor of the United States Department of Labor, and from all earlier adverse interlocutory orders and rulings subsumed into the foregoing December 8 Order and December 11 "Amended Final Judgment".

Dated: December 11, 2023

Respectfully submitted,

**MEDICAL STAFFING OF AMERICA, LLC, LISA ANN PITTS**

By: */s/ Abram J. Pafford*
Abram J. Pafford (VSB # 79999)
MCGUIREWOODS LLP
888 16th Street, NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1725
Fax: (202) 828-3350
apafford@mcguirewoods.com

Robert W. McFarland (VSB #24021)
V. Kathleen Dougherty (VSB # 77294)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Phone: (757) 640-3716
Fax: (757) 640-3966
rmcfarland@mcguirewoods.com
vkdougherty@mcguirewoods.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2023, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                          */s/ Abram J. Pafford*
                                                          Abram J. Pafford (VSB # 79999)