FILED: July 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2176 (L)
(2:18-cv-00226-RAJ-LRL)

_____

LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor

      Plaintiff - Appellee

v.

MEDICAL STAFFING OF AMERICA, LLC, d/b/a Steadfast Medical Staffing, a limited liability company; LISA ANN PITTS, individually and as owner and officer of the aforementioned company

      Defendants - Appellants

_____

No. 23-2284
(2:18-cv-00226-RAJ-LRL)

_____

LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor

      Plaintiff - Appellee

v.

MEDICAL STAFFING OF AMERICA, LLC, d/b/a Steadfast Medical Staffing, a

limited liability company; LISA ANN PITTS, individually and as owner and officer of the aforementioned company

      Defendants - Appellants

_____

## J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                              /s/ NWAMAKA ANOWI, CLERK